United States District Court
Southern District of Texas
FILED

JUL 1 6 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY INC. | § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-111 |
| HARTFORD CASUALTY INSURANCE COMPANY AND HARTFORD LLOYD'S INSURANCE COMPANY | § § § § | "JURY TRIAL" |

### DEFENDANTS HARTFORD CASUALTY INSURANCE COMPANY'S AND HARTFORD LLOYD'S INSURANCE COMPANY'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendants, Hartford Casualty Insurance Company and Hartford Lloyd's Insurance Company, and files this their Certificate of Financially Interested Parties:

The following persons or entities have an interest in this matter:

1) **Plaintiff**:
   Peacock Construction Company, Inc.

2) **Attorney for Plaintiff**:
   Mr. Ruben R. Pena
   LAW OFFICES OF RUBEN R. PENA
   222 West Harrison
   P.O. Box 530160
   Harlingen, Texas 78550
   (956) 412-8200
   (956) 412-8282 FAX

3) **Defendants:**
   **Hartford Casualty Insurance Company**
   **Hartford Lloyd's Insurance Company**

4) **Attorney-in-Charge for Defendants Hartford Casualty Insurance Company and Hartford Lloyds Insurance Company:**
   F. Edward Barker
   BARKER, LEON, FANCHER & MATTHYS, L.L.P.
   Tower II, Suite 1200
   555 N. Carancahua St.
   Corpus Christi, Texas 78478
   (361) 881-9217
   (361) 882-6590 FAX

5) **Co-Counsel for Defendants Hartford Casualty Insurance Company and Hartford Lloyd's Insurance Company:**
   Mr. Trey Martinez
   Martinez, Martinez & Barrera, L.L.P.
   1201 E. Van Buren
   Brownsville, Texas 78520
   (956) 546-7159
   (956) 544-0602 FAX

Respectfully submitted,

F. Edward Barker
State Bar No. 01741000
Federal I.D. No. 970
Attorney-in-Charge for Defendants
Hartford Casualty Insurance Company and
Hartford Lloyd's Insurance Company
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
(361) 881-9217; FAX: (361) 882-6590

OF COUNSEL:
BARKER, LEON, FANCHER &
MATTHYS, L.L.P.

Mr. Trey Martinez
Martinez, Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
(956) 546-7159; FAX: (956) 544-0602

Co-Counsel for Defendants
Hartford Casualty Insurance Company and
Hartford Lloyd's Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on July 14th, 2004, a complete and correct copy of **Defendant Hartford Casualty Insurance Company's and Hartford Lloyd's Insurance Company's Certificate of Financially Interested Parties** was served on each party by delivery to the following attorneys of record in the manner indicated below:

**VIA E-CERTIFIED MAIL**
Mr. Ruben R. Pena
LAW OFFICES OF RUBEN R. PENA
222 West Harrison
P.O. Box 530160
Harlingen, Texas 78550

**VIA U.S. MAIL**
Mr. Trey Martinez
Martinez, Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

F. Edward Barker