IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



No. 2002-11-4371-G

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC. | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. B-04-111 |
| HARTFORD CASUALTY INSURANCE | § | |
| COMPANY and HARTFORD LLOYD'S | § | |
| INSURANCE COMPANY | § | |

AUG 16 2004

Michael N. Milby
Clerk of Court

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now plaintiff Peacock Construction Company, Inc., and files this Notice of Appearance of Additional Counsel.

Roger Reed, Victor M. Carrera and Alberto L. Guerrero, and the firm of Reed, Carrera, McLain & Guerrero, L.L.P., appear hereby as additional counsel for Plaintiff in the above-styled and numbered cause. Contact information is as follows:

> Roger Reed
> Victor M. Carrera
> Alberto L. Guerrero
> **REED, CARRERA, MCLAIN & GUERRERO, L.L.P.**
> 1 Paseo del Prado, Bldg. 101
> Edinburg, TX 78539
> and
> P.O. Box 9702
> McAllen, TX 78502-9702
> (956) 631-5444
> (956) 631-9187 (fax)

---

*Peacock Construction v. Hartford, et al.*; Notice of Appearance -- p. 1 of 3 pgs.

The undersigned will serve as additional counsel for Plaintiff, along with attorney-of-record, Ruben R. Peña.

The undersigned have provided a copy of this Notice of Appearance of Additional Counsel to opposing counsel indicated in the attached Certificate of Service.

>
> Respectfully submitted,
>
> **REED, CARRERA, MCLAIN & GUERRERO, L.L.P.**
> 1 Paseo Del Prado, Bldg. 101
> Edinburg, TX 78539
>
> -----------
>
> P.O. Box 9702
> McAllen, TX 78502-9702
> Tel.: 956/631-5444
> Fax: 956/631-9187
>
> By: _____
> Roger Reed
> State Bar of Texas No. 16687200
> Victor M. Carrera
> State Bar of Texas No. 03871300
> Alberto L. Guerrero
> State Bar of Texas No. 00790800
>
> **ADDITIONAL COUNSEL FOR PLAINTIFF**
> **PEACOCK CONSTRUCTION COMPANY, INC.**

## CERTIFICATE OF SERVICE

On August 16, 2004, copies of the "NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL" were sent via telefax and U.S. *certified* mail, return receipt requested, to opposing counsel, as follows:

Mr. F. Edward Barker
**BARKER, LEON, FANCHER & MATTHYS, L.L.P.**
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, TX 78478
*361/882-6590 & #7003 3110 0001 3376 6883*

Mr. Trey Martinez
**MARTINEZ, MARTINEZ & BARRERA, L.L.P.**
1201 E. Van Buren
Brownsville, TX 78520
*956/544-0602 & #7003 3110 0001 3376 6890*

Victor M. Carrera

---

*Peacock Construction v. Hartford, et al.*; Notice of Appearance -- p. 3 of 3 pgs.