IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONST. CO., INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-04-111 |
| v. | § | |
| | § | |
| HARTFORD CASUALTY INS. CO., | § | |
| AND HARTFORD LLOYD'S INS. CO., | § | |
| | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED
AUG 27 2004
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
AUG 27 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

ORDER

BE IT REMEMBERED, that on August 27th, 2004, the Court **ORDERED** that the Initial Pretrial Conference scheduled for Monday, August 30th, 2004, in front of United States District Court Judge Hilda G. Tagle is hereby **CANCELLED**.

In light of the Parties' Joint Discovery / Case Management Plan [Dkt. No. 6], in which they indicate that the Parties do not object to trial before a Magistrate Judge, the parties are hereby **ORDERED** to appear on Monday August 30th, 2004, at 2:00 p.m. before United States Magistrate Judge Felix Recio.

DONE at Brownsville, Texas, this 27th day of August, 2004.

_____
Hilda G. Tagle
United States District Judge

1