COURTROOM MINUTES: **Felix Recio Judge Presiding**
Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | B Vasquez |
| Law Clerk | : | M Knicely |
| Interpreter | : | not needed |
| Date | : | August 30, 2004 at 2:15 p.m. |

United States District Court
Southern District of Texas
FILED
AUG 30 2004
Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-04-111

**Peacock Construction Co.**          *          V Carrera

vs                                    *

Hartford Casualty Ins. Co.            *          F E Barker
et al                                            T Martinez

---

### SCHEDULING CONFERNECE

Victor Carrera present for the Plaintiff;
F Edward Barker and T Martinez present for the Defendants;

F Edward Barker offers background of the case to the Court;

V Carrera states the case should never have been severed and will be seeking to remand the case after discovery on the issue of diversity;

F Edward Barker states the time limit to remand has passed back in July;

**Bench trial** to be set in May of 2005;
**Joint Pretrial Order** to be filed no later than April 18, 2005;
**Motion Hearings** to be set March 15, 2005 at 2:00 p.m.;
**Discovery deadline and Motion deadline** is February 14, 2005;
**Joinder of parties & Amendment of pleadings** no later than January 17, 2005;
**Plaintiffs Disclosures** no later than December 13, 2004 (defendant has already provided disclosures to the plaintiff);

**Final Pretrial Conference** for May 16, 2005 at 2:00 p.m. and trial immediately thereafter;

Court adjourned.