**UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS**

PEACOCK CONSTRUCTION COMPANY, INC.    *

VS                                    *  C.A. NO. B-04-111

HARTFORD CASUALTY INSURANCE CO.,      *
AND HARTFORD LLOYD'S INSURANCE CO.

United States District Court
Southern District of Texas
ENTERED

AUG 3 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| VICTOR M. CARNESI | Peacock Construction Co. | 8-30-04 |
| F. EDWARD BARKER | Hartford | 8/30/04 |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

8/30/04
Date

United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**