

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States District Court
District of Texas
RECEIVED
SEP 24 2004
Michael N. Milby, Clerk

Box Closed - No Order

1:04cv111

Ruben R Pena
PO Box 530160
Harlingen TX 78551

RETURN TO SENDER
UNDELIVERABLE
AS ADDRESSED

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Ruben R Pena
PO Box 530160
Harlingen  TX  78551

---

Case: 1:04-cv-00111   Instrument: 11   (2 pages)
Date: Sep 8, 2004
Control: 04095016
FAX number: 956-412-8282 fax   (3 Total pages including cover sheet)
Notice: The attached order has been entered.

---

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

PEACOCK CONSTRUCTION COMPANY, INC.   *

VS                                                                    *         C.A. NO. B04-111
                                                                                        (636(c))
HARTFORD CASUALTY INSURANCE CO., ET AL*


### AMENDED RULE 16, F.R.C.P. SCHEDULING ORDER

The following schedule will control the disposition of this case unless objection to the proposed schedule is filed with the Clerk of the court no later than 14 days following the date of this Order. A copy of any such objections must be sent to my Chambers. All prior discovery deadlines, if any, are superseded by this Order.

1. February 14, 2005      **ALL DISCOVERY** must be completed by this date. No motion for extension to time will be granted unless there is a showing of express need and that good cause exists.

2. NA                                **MOTIONS FOR EXTENSION OF TIME** to complete discovery must be filed by this date.

3. January 17, 2005        **AMENDMENT OF PLEADINGS** must be accomplished by this date.

4. December 13, 2004    **PLAINTIFF'S EXPERT DISCLOSURES** shall be made by this date, with defendant's expert disclosures to follow thirty days thereafter. See Fed.R.Civ.P. 26(a)(2).

5. January 13, 2005        **DEFENDANT'S EXPERT DISCLOSURE** shall be made by this date.

6. January 17, 2005        **JOINDER OF ALL PARTIES** will be accomplished by this date. Counsel responsible for such joinder will deliver a copy of this Scheduling Order to all newly joined parties.

7. February 14, 2005      **MOTION DEADLINE**: All other motions, including dispositive motions and Daubert motions to strike expert testimony, must be filed by this date.

8. March 15, 2005          **MOTIONS HEARING**: A hearing to address any pending motions, including dispositive motions, will be held this date **at 2:00 p.m.** in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas. If there are no pending motions or other matters that should be addressed prior to the Final Pretrial Conference, the parties may request by an agreed motion that this setting be canceled.

| | | |
|---|---|---|
| 9. | April 15, 2005 | **A JOINT PRETRIAL ORDER** shall be filed by this date by counsel in the format prescribed in Appendix B of the Local Rules of the Southern District of Texas with motions in limine. |
| 10. | May 16, 2005 | **A FINAL PRETRIAL CONFERENCE** is set on this date at 2:00 p.m., before Judge Felix Recio, in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas. |
| 11. | May 16, 2005 | **BENCH TRIAL** is set on this day **immediately following the final pretrial conference** before Judge Recio, in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas. |

Counsel for all parties must attend the Pretrial Conference unless the Court has granted a written motion to reschedule the Pretrial Conference. Failure to timely file the Joint Pretrial Order may result in the imposition of sanctions pursuant to Rule 16(f) F.R.C.P., including dismissal or default judgment as appropriate. Any motion presented for filing which is not in compliance with the Local Rules will be stricken from the record. In particular, counsel are reminded that motions must be accompanied by a proposed order and (except motions under Rule 12 or 56) must certify that counsel have conferred and cannot agree. The conference requirement is important because it helps insure that the time and resources of the parties and the Court are not wasted on matters that could be resolved by agreement at the outset. For similar reasons, counsel must notify the Court immediately should the case be settled and submit an appropriate joint motion and dismissal order.

The Clerk shall send a copy of this Order to the counsel of record for the parties.

DONE at Brownsville, Texas, on 7th day of September 2004.

_____
Felix Recio
United States Magistrate Judge