UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC. | § § § | |
| VS. | § § § | B-04-111 |
| HARTFORD CASUALTY INSURANCE COMPANY AND HARTFORD LLOYDS INSURANCE COMPANY | § § § § | |

United States District Court
Southern District of Texas
FILED

OCT 1 2 2004

Michael N. Milby
Clerk of Court

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, **RUBEN R. PENA**, Attorney of Record for Plaintiff, **PEACOCK CONSTRUCTION**, and files this Notice advising the Court and all parties through their respective attorneys of record that **effective immediately,** his firm address is as follows:

> Ruben R. Peña
> Law Offices of Ruben R. Peña, P.C.
> 222 W. Harrison
> Harlingen, Texas 78550
> (956) 412-8200
> (956) 412-8282 Facsimile

The docket clerk is requested to take notice of this address in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
222 W. Harrison
Harlingen, Texas 78550
Telephone No. (956) 412-8200
Facsimile No. (956) 412-8282

_____
RUBEN R. PEÑA
Texas State Bar No. 15740900
Federal I.D. No. 1216
ATTORNEY FOR PLAINTIFF PEACOCK CONSTRUCTION

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___7___ day of October, 2004, a true and correct copy of Ruben R. Pena's Notice of Change of Address has been forwarded to the following counsel of record via certified mail, return receipt requested:

Additional Counsel for Plaintiff
Victor M. Carrera
Reed, Carrera, McLain & Guerrero, LLP
1 Paseo del Prado, Bldg 101
Edinburg, Texas 78539

Counsel for Defendant(s)
**F. Edward Barker**
Barker, Leon, Fancher & Matthys, L.L.P.
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478

Co-Counsel for Defendant
Trey Martinez
Martinez, Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

RUBEN R. PENA