IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC. § | |
| § | |
| vs. § | |
| § | CIVIL ACTION NO. B-04-111 |
| HARTFORD CASUALTY INSURANCE § | |
| COMPANY and HARTFORD LLOYD'S § | |
| INSURANCE COMPANY § | |

ORDER OF REMAND

On this date came on for consideration Plaintiff's Motion to Remand, and the defendants' response thereto. Upon consideration of such pleadings, the authorities submitted, and the arguments of the parties, the Court is the opinion that said Motion is well taken, and the same is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that the above-styled and numbered cause is **REMANDED** to the 404th Judicial District Court of Cameron County, Texas, to be reinstated upon the docket of said Court. All other relief requested in said Motion to Remand not specifically granted herein is hereby in all things **DENIED**.

**SIGNED** this ___ day of November, 2004.

_____
UNITED STATES MAGISTRATE JUDGE

*Peacock Construction v. Hartford, et al.*; Order of Remand -- p. 1 of 1 pgs.