CAUSE NO. 2002-11-4371-G

| | | |
|---|---|---|
| ANGELICA SALAZAR, | § | IN THE DISTRICT COURT |
| JULIO CESAR SALAZAR, | § | |
| MARICELA SALAZAR, | § | |
| JOSE GUADALUPE SALAZAR, JR., | § | |
| AND OMAR ALEJANDRO SALAZAR, | § | |
| INDIVIDUALLY AND AS HEIRS ON | § | |
| BEHALF OF THE ESTATE OF | § | |
| JOSE GUADALUPE SALAZAR, | § | 404TH JUDICIAL DISTRICT |
| DECEASED, AND REMEDIOS CORRAL | § | |
| | § | |
| VS. | § | |
| | § | |
| MARIA GUADALUPE SALAZAR, | § | |
| INTERVENOR | § | |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| JOSE M. GRACIA AND HIS WIFE, | § | |
| ANGELINA GRACIA, INTERVENORS | § | |
| | § | |
| VS. | § | |
| | § | |
| PEACOCK CONSTRUCTION | § | |
| COMPANY INC., CONSOLIDATED | § | |
| CRANE & RIGGING, LTD., AND | § | |
| CONSOLIDATED CRANE | § | |
| COMPANY, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| PEACOCK CONSTRUCTION COMPANY, | § | |
| INC., DEFENDANT/3RD PARTY | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | |
| | § | |
| MCQUEARY HENRY BOWLES TROY, | § | |
| L.L.P., AND HARTFORD CASUALTY | § | |
| INSURANCE COMPANY | § | |
| 3RD PARTY DEFENDANTS | § | |

## AGREED MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

---

*Agreed Motion for New Trial*

Now comes Hartford Casualty Insurance Company, one of the Third Party Defendants herein and makes this its Agreed Motion for New Trial and would show unto the court as follows:

I.

Plaintiffs' Original Third Party Petition, a copy of which is attached hereto as Exhibit "1", reflects that Hartford Casualty Insurance Company "has failed to designate an attorney for service and thus, process may be served upon its President, Mr. John Wade Cowley, 10370 Richmond Ave., Houston, Texas 77042-4123."

II.

Service upon Hartford Casualty Insurance Company is defective in that there is no employee by the name of Mr. John Wade Cowley employed by Hartford Insurance Company, nor does Hartford Insurance Company maintain any office at 10370 Richmond Ave., Houston, Texas, 77042-4123, therefore, any service effected upon Mr. Cowley or any party at the address of 10370 Richmond Ave., Houston, Texas, 77042-4123, was an improper service not binding upon Hartford Insurance Company and was void ob initio.

III.

Third Party Plaintiffs' counsel agrees that this motion should be granted and it is an Agreed Motion for New Trial which would grant a new trial of this cause and set aside the previous Default Judgment taken on April 27, 2004.

WHEREFORE, PREMISES CONSIDERED, Defendant, Hartford Casualty Insurance Company, prays the court grant this Agreed Motion for New Trial in the above-entitled and numbered cause.

Respectfully submitted,

BARKER, LEON, FANCHER
& MATTHYS, L.L.P.
Tower II - Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
Telephone: (361) 881-9217
Facsimile: (361) 882-9437

_____
F. Edward Barker
State Bar No. 01741000
Attorneys for Defendant
Hartford Insurance Company


Trey Martinez
Martinez, Barrera & Martinez, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
Co-Counsel for Defendants


**AGREED AS TO FORM AND CONTENT:**


_____
**RUBEN R. PENA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Texas Rules of Civil Procedure on this the 18th day of May, 2004, counsel of record as follows:

**VIA E-CERTIFIED MAIL**
Mr. Ruben R. Pena
LAW OFFICES OF RUBEN R. PENA
222 West Harrison
P.O. Box 530160
Harlingen, Texas 78550

_____
F. Edward Barker

# BARKER, LEON, FANCHER
# & MATTHYS, L.L.P.

ATTORNEYS AT LAW

F. EDWARD BARKER†
ROLAND L. LEON *
RICK FANCHER **
LARRY A. MATTHYS**
ATLEE M. PARR

TOWER II - SUITE 1200
555 N. CARANCAHUA ST.
CORPUS CHRISTI, TEXAS 78478

(361) 881-9217
FAX:(361) 882-9437
Website: www.blfmlaw.com

MARGERY HUSTON
VADA L. STAHA

STEPHEN J. CHAPMAN
MICHAEL L. MCCAIG

FILED _9-W_ O'CLOCK __ M
AURORA DE LA GARZA, CLERK
MAY 2 4 2004
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

May 19, 2004

Ms. Aurora De La Garza
Cameron County District Clerk
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520

Re: Cause No. 2002-11-4371-G; Angelica Salazar, et al vs. McQuerary Henry Bowles Troy, L.L.P., et al; in the 404th Judicial District Court, Cameron County, Texas

Dear Ms. De La Garza:

In regards to the above referenced matter, enclosed for filing please find the original signature page to the Agreed Motion for New Trial. Please attach same to the Motion and file amongst the papers of this cause.

Should you have any questions or comments regarding this correspondence, please do not hesitate to give me a call.

Very truly yours,

BARKER, LEON, FANCHER
& MATTHYS, L.L.P.

F. Edward Barker

FEB/arp
Enclosures

†Admitted to Practice Law in Tennessee and Texas
*Certified by the Texas Board of Legal Specialization in Personal Injury Trial Law and Civil Trial Law
**Certified by the Texas Board of Legal Specialization in Personal Injury Trial Law

WHEREFORE, PREMISES CONSIDERED, Defendant, Hartford Casualty Insurance Company, prays the court grant this Agreed Motion for New Trial in the above-entitled and numbered cause.

Respectfully submitted,

BARKER, LEON, FANCHER
   & MATTHYS, L.L.P.
Tower II - Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
Telephone: (361) 881-9217
Facsimile: (361) 882-9437

_____
F. Edward Barker
State Bar No. 01741000
Attorneys for Defendant
Hartford Insurance Company


Trey Martinez
Martinez, Barrera & Martinez, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
Co-Counsel for Defendants


AGREED AS TO FORM AND CONTENT:

_____
RUBEN R. PENA

---

*Agreed Motion for New Trial*         3

Ms. Aurora De La Garza
PAGE 2

cc:   Mr. Ruben R. Pena - VIA REGULAR MAIL
LAW OFFICES OF RUBEN R. PENA
222 West Harrison
P.O. Box 530160
Harlingen, Texas 78550

Mr. Trey Martinez  - VIA REGULAR MAIL
MARTINEZ, MARTINEZ & BARRERA, L.L.P.
1201 E. Van Buren Street
Brownsville, Texas 78520

Case 1:04-cv-00111   Document 17-3   Filed in TXSD on 11/08/2004   Page 7 of 9

CAUSE NO. 2002-11-4371-G

| | | |
|---|---|---|
| ANGELICA SALAZAR, <br> JULIO CESAR SALAZAR, <br> MARICELA SALAZAR, <br> JOSE GUADALUPE SALAZAR, JR., <br> AND OMAR ALEJANDRO SALAZAR, <br> INDIVIDUALLY AND AS HEIRS ON <br> BEHALF OF THE ESTATE OF <br> JOSE GUADALUPE SALAZAR, <br> DECEASED, AND REMEDIOS CORRAL | § § § § § § § § § § | IN THE DISTRICT COURT <br><br><br> 404TH JUDICIAL DISTRICT |
| VS. | § § | |
| MARIA GUADALUPE SALAZAR, <br> INTERVENOR | § § § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| JOSE M. GRACIA AND HIS WIFE, <br> ANGELINA GRACIA, INTERVENORS | § § § | |
| VS. | § | |
| PEACOCK CONSTRUCTION <br> COMPANY INC., CONSOLIDATED <br> CRANE & RIGGING, LTD., AND <br> CONSOLIDATED CRANE <br> COMPANY, INC. | § § § § § | |
| VS. | § § | |
| PEACOCK CONSTRUCTION COMPANY, <br> INC., DEFENDANT/3RD PARTY <br> PLAINTIFF | § § § § | |
| VS. | § § | |
| MCQUEARY HENRY BOWLES TROY, <br> L.L.P., AND HARTFORD CASUALTY <br> INSURANCE COMPANY <br> 3RD PARTY DEFENDANTS | § § § § | |

*Agreed Order -*

2002-11-4371-G

## AGREED ORDER

ON THIS THE 26th day of May, 2004, came on to be heard the Agreed Order Granting Motion for New Trial filed herein by Hartford Insurance Casualty Insurance Company and the same is in all things GRANTED, a new trial is ordered, and the previous Default Judgment entered on April 27, 2004, is hereby, set aside.

SIGNED THIS THE 26th DAY OF May, 2004.

_____
JUDGE PRESIDING

5/27/04 COPIES TO:
HON JOHN R LYDE
HON RUBEN R PENA
HON DAVID DUNN
HON LINDA DANIELS
HON DAVID LUMBER
HON JIM MOUNT
HON PAUL NESBITT
HON WILLIAM E REID
HON. JEFFREY D ROERIG
HON CARY TOLAND
HON JESUS ENRIQUE TIRREZ
HON CHARLES WILLETTE JR
HON ROGER REED
HON F EDWARD BARKER
HON BENIGNO "TREY" MARTINEZ

FILED 3:05 O'CLOCK P M
AURORA DE LA GARZA, DIST. CLERK
MAY 27 2004
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

*Agreed Order -*                               2