UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 9 2004

Michael N. Milby
Clerk of Court

PEACOCK CONSTRUCTION CO., INC.   *

vs                               *   CIVIL ACTION NO. B-04-111
                                        (636(c))
HARTFORD CASUALTY INSURANCE      *
COMPANY, ET AL

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

**HEARING ON MOTION TO REMAND**

**December 16, 2004, at 2:00 p.m.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520
         956/548-2701

**BY ORDER OF THE COURT**

November 29, 2004

cc:   All Counsel