# ASSIGNMENT

STATE OF TEXAS §
§
COUNTY OF CAMERON §

Peacock Construction Company, Inc. ("Peacock"), as Assignor, in consideration of the agreement of Assignees Angelica Salazar, Julio Cesar Salazar, Jose Guadalupe Salazar, Jr., Omar Salazar, and Maricela Salazar, all individually and as the sole heirs of Jose Guadalupe Salazar, Sr., deceased, Maria Guadalupe Salazar, Remedios Corral, and Jose M. Gracia, each of whom is a plaintiff or plaintiff-intervenor in a wrongful death and personal injury suit against Peacock Construction Company, Inc., pending in the 404th Judicial District Court of Cameron County, Texas, styled *Angelica Salazar, et al. v. Peacock Construction Company, Inc., et al.*, and numbered 2002-11-4371-G, to dismiss with prejudice all of their respective claims in that action against Peacock and to fully release Peacock from liability to said Assignees or to anyone claiming by, through, or under them as the result of the collapse of a mobile construction crane being operated by Peacock in Cameron County, Texas, on or about October 23, 2002, by this Assignment hereby assigns, grants, and conveys to such Assignees and to their respective attorneys in the percentages shown below (1) all of Peacock's interest in all of its causes of action of any nature (save for and except Peacock's claims for attorney's fees and expenses, as set forth below), and in any existing or future judgment, against Hartford Casualty Insurance Company ("Hartford") and McQueary, Henry, Bowles & Troy, L.L.P. ("McQueary") for any and all damages to Peacock and for all other available legal remedies

DEFENDANT'S
EXHIBIT
E
tabbies

arising from or related to Peacock's status as an additional named insured under any policy or policies of liability insurance issued by Hartford to South Texas Masonry, Inc., and arising from or related to Peacock's reliance on a certificate of insurance issued by McQueary certifying that Peacock is an additional named insured under any policy or policies of insurance issued by Hartford to South Texas Masonry, Inc., it being acknowledged by all parties to this Assignment that Peacock has made demand of Hartford and McQueary that they defend and indemnify Peacock from the above-named Assignees' claims in the above-described action and that Hartford and McQueary have unlawfully failed and refused to do so; and (2) all of Peacock's claims for indemnity (save for and except Peacock's claims for attorney's fees and expenses, as set forth below), whether contractual or otherwise, against South Texas Masonry, Inc., arising from or related to the above-referenced incident.

Peacock's causes of action that are being assigned by this instrument are hereby apportioned among and assigned to the above-named Assignees and to their respective attorneys in the following percentages:

| | | |
|---|---|---|
| To: | Angelica Salazar, Julio Cesar Salazar, Jose Guadalupe Salazar, Jr., Omar Salazar, Maricela Salazar, and their attorneys, Reed, Carrera & McLain, L.L.P., jointly . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 75.0% |
| To: | Remedios Corral and his attorneys, Reed, Carrera & McLain, L.L.P., jointly . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7.5% |
| To: | Maria Guadalupe Salazar and her attorneys, Guerra & Moore, L.L.P., jointly . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7.5% |
| To: | Jose M. Gracia and his attorney, Linda Daniels, P.C., jointly. . . | 10.0% |

Provided however, that Peacock shall retain and not assign its claims or rights, including under any judgment, against Hartford and McQueary for Peacock's attorney's fees and litigation expenses in the above-styled and numbered suit by Assignees against Peacock.

This Assignment conveys to the above-named Assignees and their respective attorneys the full and exclusive right and power to maintain an action based on the assigned claims against Hartford and McQueary, to settle, compromise, or reassign the causes of action assigned herein, and to give a release in full discharge of liability under such assigned causes of action.

SIGNED and DELIVERED in Cameron County, Texas, on June 30th, 2004.

WILLIAM T. PEACOCK, JR.
President,
Peacock Construction Company, Inc.
801 East Grimes Street
Harlingen, TX 78550

ASSIGNOR

Witnesses:

(signature)
Hal Wyrick (typed name)
801 E. Grimes St. (address)
Harlingen, TX 78550

Celina Peña (signature)
Celina Peña (typed name)
222 W. Harrison (address)
Harlingen TX 78550

SIGNED and ACCEPTED on June 17, 2004.

ANGELICA SALAZAR
6508 Mars Lane
Pharr, TX 78577

JULIO CESAR SALAZAR
6508 Mars Lane
Pharr, TX 78577

JOSE G. SALAZAR

JOSE GUADALUPE SALAZAR, JR.
6508 Mars Lane
Pharr, TX 78577

OMAR SALAZAR
6508 Mars Lane
Pharr, TX 78577

MARICELA SALAZAR
6508 Mars Lane
Pharr, TX 78577

MARIA GUADALUPE SALAZAR
214 E. Saenz
Pharr, TX 78577

REMEDIOS CORRAL
Rt. 8, Box 836, Lot 47
Edinburg, TX 78539

JOSE M. GRACIA
Rt. 10, Box 31J
Mission, TX 78572

## ACKNOWLEDGMENT CERTIFICATE

STATE OF TEXAS §
§
COUNTY OF CAMERON §

This Assignment was acknowledged before me on June 30th, 2004, by William T. Peacock, Jr., president of Assignor Peacock Construction Company, Inc., and on behalf of said Assignor.

Nora Elia Zamora (signature)
Nora Elia Zamora (typed name)
Notary Public in and for the State of Texas

My Commission Expires: 6-25-2005

STATE OF TEXAS §
§
COUNTY OF HIDALGO §

This Assignment was acknowledged before me on June 17, 2004, by Angelica Salazar, Julio Cesar Salazar, Jose Guadalupe Salazar, Jr., Omar Salazar, Maricela Salazar, Maria Guadalupe Salazar, Remedios Corral, and Jose M. Gracia.

[signature] (signature)
Lisa Baca (typed name)
Notary Public in and for the State of Texas

My Commission Expires: 6/19/04



12