## ADDENDUM TO ASSIGNMENT

STATE OF TEXAS                          §
                                        §
COUNTY OF CAMERON                       §

WHEREAS, Peacock Construction Company, Inc. ("Peacock") has heretofore issued an Assignment dated June 30, 2004, of all of Peacock's interest in all of its causes of action of any nature (save and except Peacock's claims for attorney's fees and expenses), and in any existing or future judgment for any and all damages to Peacock and for all other available legal remedies arising from or related to Peacock's status as an additional insured under a "Hartford" policy of liability insurance issued to South Texas Masonry; and

WHEREAS, developments since June 30, 2004 have established that the aforementioned "Hartford" policy was issued by Harford Lloyd's Insurance Company and not by Hartford Casualty Insurance Company:

IT IS, THEREFORE, ACKNOWLEDGED THAT THE aforementioned "Assignment" dated June 30, 2004 -- reference to which is made and the same incorporated herein in its entirety for all purposes as if fully copied and set forth at length -- extends to and encompasses all of Peacock's claims and causes of action of any nature (save and except Peacock's claims for attorney's fees and expenses) against Hartford Lloyd's Insurance Company arising from or relating to Peacock's status as an additional insured under the policy of liability insurance issued by Hartford Lloyd's Insurance Company to South Texas Masonry, and in all other respects said Assignment of June 30, 2004 remains valid and fully effective in accordance with its original tenor.



Page 1 of 3

SIGNED and DELIVERED in Cameron County, Texas, on September ___, 2004.

_____
WILLIAM T. PEACOCK, JR.
President,
Peacock Construction Company, Inc.
801 East Grimes Street
Harlingen, TX 78550

ASSIGNOR

Witnesses:

_____ (signature)
TRE' PEACOCK                (typed name)
600 INVERARY                (address)
HARLINGEN TX 78552

_____ (signature)
HAL WYRICK                  (typed name)
28445 S. PALM CT. DR.       (address)
HARLINGEN, TX TX

## ACKNOWLEDGMENT CERTIFICATE

STATE OF TEXAS §
§
COUNTY OF CAMERON §

This Addendum to Assignment was acknowledged before me on the 14th day of October, ~~September~~, 2004, by William T. Peacock, Jr., president of Assignor Peacock Construction Company, Inc., and on behalf of said Assignor.

_Bonnie Skaggs_ (signature)
Bonnie SKAGGS (typed name)
Notary Public in and for the State of Texas

My Commission Expires: _____



BONNIE SKAGGS
Notary Public
STATE OF TEXAS
My Comm. Exp. 06-01-2008

# 15