## ADDENDUM TO ASSIGNMENT

STATE OF PENNSYLVANIA        §
                             §
COUNTY OF MONTGOMERY         §

WHEREAS, United National Insurance Company ("United") has heretofore issued an Assignment dated June 18, 2004, of all of United's interest in all of its causes of action of any kind, including claims for equitable subrogation (save and except United's claims for attorney's fees and expenses), and in any existing or future judgment for any and all damages to United and for all other available legal remedies arising from or related to Peacock Construction Company, Inc.'s ("Peacock") status as an additional insured under a "Hartford" policy of liability insurance issued to South Texas Masonry; and

WHEREAS, developments since June 18, 2004 have established that the aforementioned "Hartford" policy was issued by Harford Lloyd's Insurance Company and not by Hartford Casualty Insurance Company:

IT IS, THEREFORE, ACKNOWLEDGED THAT THE aforementioned Assignment dated June 18, 2004 -- reference to which is made and the same incorporated herein in its entirety for all purposes as if fully copied and set forth at length -- extends to and encompasses all of United's claims and causes of action of any nature (save and except United's claims for attorney's fees and expenses) against Hartford Lloyd's Insurance Company arising from or relating to Peacock's status as an additional insured under the policy of liability insurance issued by Hartford Lloyd's Insurance Company to South Texas Masonry, and in all other respects said Assignment of June 18, 2004 remains valid and fully effective in accordance with its original tenor.



Page 1 of 3

SIGNED and DELIVERED in Montgomery County, Pennsylvania, on September 23, 2004.

*[signature: Scott J. Solony]*

SCOTT SOLONY
Senior Casualty Claims Examiner
United National Insurance Company

ASSIGNOR

Witnesses:

_____ (signature)
_____ (typed name)
_____ (address)
_____

_____ (signature)
_____ (typed name)
_____ (address)
_____

## ACKNOWLEDGMENT CERTIFICATE

STATE OF PENNSYLVANIA         §
                              §
COUNTY OF MONTGOMERY          §

This Addendum to Assignment was acknowledged before me on the 23rd day of September, 2004, by Scott Solony, Senior Casualty Claims Examiner, United National Insurance Company, and on behalf of said Assignor.

_Carol M. Davis_ (signature)
_Carol M. Davis_ (typed name)
Notary Public in and for the State of Pennsylvania

My Commission Expires: 6-30-07

```
NOTARIAL SEAL
CAROL M. DAVIS, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires June 30, 2007
```

# 16