## ADDENDUM TO ASSIGNMENT

STATE OF MICHIGAN §
 §
COUNTY OF OAKLAND §

WHEREAS, Clarendon Insurance Company and First Mercury Insurance Company (collectively "Clarendon/First Mercury") have heretofore issued an Assignment dated August 3, 2004, of all of Clarendon/First Mercury's interest in all of their causes of action of any kind, including claims for equitable subrogation (save and except Clarendon/First Mercury's claims for attorney's fees and expenses), and in any existing or future judgment for any and all damages to Clarendon/First Mercury and for all other available legal remedies arising from or related to Peacock Construction Company, Inc.'s ("Peacock") status as an additional insured under a "Hartford" policy of liability insurance issued to South Texas Masonry; and

WHEREAS, developments since August 3, 2004 have established that the aforementioned "Hartford" policy was issued by Hartford Lloyd's Insurance Company and not by Hartford Casualty Insurance Company:

IT IS, THEREFORE, ACKNOWLEDGED THAT THE aforementioned Assignment dated August 3, 2004 -- reference to which is made and the same incorporated herein in its entirety for all purposes as if fully copied and set forth at length -- extends to and encompasses all of Clarendon/First Mercury's claims and causes of action of any nature (save and except Clarendon/First Mercury's claims for attorney's fees and expenses) against Hartford Lloyd's Insurance Company arising from or relating to Peacock's status as an additional insured under the policy of liability insurance issued by Hartford Lloyd's Insurance Company to South Texas

Page 1 of 4


DEFENDANT'S EXHIBIT 5

Masonry; and in all other respects said Assignment of August 3, 2004 remains valid and fully effective in accordance with its original tenor.

SIGNED and DELIVERED in Oakland County, Michigan, on September ___, 2004.

*[signature]*
ROGER STARK
Vice President of Claims
Clarendon America Insurance Company

*[signature]*
BRIAN HURST
Vice President of Claims
First Mercury Insurance Company

ASSIGNOR

_____ (signature)
Christopher Golle, (typed name)
29621 Northwestern (address)
Southfield MI 48034

Witnesses:

_____ (signature)
Michele Mirsch (typed name)
29621 Northwestern (address)
Southfield MI 48034

Page 2 of 4

## ACKNOWLEDGEMENT CERTIFICATE

STATE OF FLORIDA §
§
COUNTY OF ORANGE §

This Addendum to Assignment was acknowledged before me on the 5th day of October, 2004 by Roger Stark, Vice President of Claims, Clarendon America Insurance Company, and on behalf of said Assignor.

ANN M. SPEAK
MY COMMISSION # DD128231
EXPIRES: June 9, 2006
1-800-3-NOTARY  FL Notary Service & Bonding, Inc.

_____ (signature)

Ann M. Speak (typed name)
Notary Public in and for the State of Florida

My Commission Expires: 6-9-06

## ACKNOWLEDGMENT CERTIFICATE

STATE OF MICHIGAN § § §
COUNTY OF OAKLAND §

This Addendum to Assignment was acknowledged before me on the 5 day of ~~September~~ October, 2004, by Brian Hurst, Vice President of Claims, First Mercury Insurance Company, and on behalf of said Assignor.

_____ (signature)

JENNIE M. HOPECK (typed name)

Notary Public in and for the State of Michigan

My Commission Expires: 1-7-2007