IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY INC. | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-111 |
| HARTFORD CASUALTY INSURANCE COMPANY AND HARTFORD LLOYD'S INSURANCE COMPANY | § § § § | "JURY TRIAL" |

**ORDER**

On this the ___ day of _____, 2004, came on to be heard the Plaintiff, Peacock Construction Company, Inc.'s, Amended Motion to Remand and the Court, after examining the pleadings and hearing evidence is of the opinion that such Motion to Remand is DENIED.

Signed this the ___ day of _____, 2004.

_____
JUDGE PRESIDING

*Order Denying Plaintiff Peacock Construction Company, Inc.'s Amended Motion to Remand*