```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    Bertha A. Vasquez
ERO                :    Rosy D'Venturi
CSO                :    Daniel Figueroa
Law Clerk          :    J Scott
Interpreter        :    not needed
Date               :    December 16, 2004 at 02:03 -2:40 p.m.
```

*United States District Court, Southern District of Texas*
*DEC 1 6 2004*
*Michael N. Milby, Clerk of Court*

---

**CIVIL CASE NO. B-04-111 (636(c))**

| | | |
|---|---|---|
| Peacock Construction Co. | * | Victor Carrera |
| | | Ruben Pena |
| vs | * | |
| Hartford Casualty Insurance Co. and Hartford Lloyd's Insurance | * | F. Edward Barker |

---

### HEARING ON MOTION TO REMAND

Victor Carrera and Ruben Pena present for the Plaintiff;
F. Edward Barker for the Defendants;

Presentation made; Plaintiff offered exhibits 1 and 2; Exhibits admitted without objections;

Defendants' responded;

Arguments made;

Motion taken under advisement.

Exhibit list filed.

Court adjourned.