AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**Southern** DISTRICT OF **Texas**

Peacock Construction Co.
v.
Hartford Casualty Insurance Co.
and Hartford Lloyd's Insurance

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 1:04cv111

| PRESIDING JUDGE (Magistrate) Felix Recio | PLAINTIFF'S ATTORNEY Victor Cabrera & Ruben Pena | DEFENDANT'S ATTORNEY F. Edward Barker |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER Rosy D'Venturi (ERO) | COURTROOM DEPUTY Daniel Figueroa (CSO) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/16/04 | | x | Original Petition in Intervention, Cross-Claim and Third Party Action |
| 2 | | 12/16/04 | | x | Motion for Leave of Court to File Intervention, Cross-Claim and Third Party |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages