AO435
(Rev. 1/90)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Read Instructions on Back.*

| | | |
|---|---|---|
| 1. NAME<br>Felix Recio | 2. PHONE NUMBER<br>956/548-2701 | 3. DATE<br>January 4, 2005 |
| 4. MAILING ADDRESS<br>600 E. Harrison, #203 | 5. CITY<br>Brownsville | 6. STATE  TX   7. ZIP CODE  78520 |
| 8. CASE NUMBER<br>C.A. B04-111 | 9. JUDICIAL OFFICIAL<br>Felix Recio | DATES OF PROCEEDINGS<br>10. FROM 12/16/04   11. TO 12/16/04 |
| 12. CASE NAME<br>Peacock Construction vs. Hartford Casualty | LOCATION OF PROCEEDINGS<br>13. CITY Brownsville | 14. STATE Texas |

15. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | Hearing on Motion to Remand | December 16, 2004 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES |
|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES |
| EXPEDITED | | ☐ | NO. OF COPIES |
| DAILY | ☒ | ☐ | NO. OF COPIES |
| HOURLY | ☐ | ☐ | NO. OF COPIES |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *[signed] Recio*

19. DATE  ~~December~~ Jan 4, 2005

(Previous editions of this form may still be used)    ORIGINAL- COURT COPY    YELLOW- TRANSCRIPTION COPY    GREEN- ORDER RECEIPT    PINK- ORDER COPY