IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY INC. | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-111 |
| HARTFORD CASUALTY INSURANCE COMPANY AND HARTFORD LLOYD'S INSURANCE COMPANY | § § § § | "JURY TRIAL" |

**DEFENDANTS HARTFORD CASUALTY INSURANCE COMPANY'S AND HARTFORD LLOYD'S INSURANCE COMPANY'S EXPERT DISCLOSURES**

TO: Plaintiff, Peacock Construction Company Inc., by and through its attorney of record, Mr. Ruben R. Pena, LAW OFFICES OF RUBEN R. PENA, 222 West Harrison, P.O. Box 530160, Harlingen, Texas 78550, and Plaintiff's additional counsel, Mr. Victor M. Carrera, Mr. Roger H. Reed, and Mr. Alberto L. Guerrero, REED, CARRERA, McLAIN & GUERRERO, LLP, 1 Paseo del Prado, Bldg. 101, Edinburg, TX 78539

Defendants Hartford Casualty Insurance Company and Hartford Lloyd's Insurance Company (the "Hartford Defendants" and/or "Defendants"), make these expert disclosures as required by Fed. R. Civ. P. 26(a)(2).

<u>Expert who may be used at Trial</u>

1. The following individual may be used at trial as an expert by the disclosing parties to support their claims or defenses:

    a) Michael Sean Quinn
       Law Firm of Michael Sean Quinn
       2630 Exposition Boulevard, Suite G-10
       Austin, TX 78703
       (512) 542-9243

Mr. Quinn is an Insurance Expert and is expected to testify concerning the insurance coverage issues between Plaintiff and Defendants. Mr. Quinn's curriculum vitae is

attached hereto as Exhibit "A." A written report is being prepared and as soon as it is received from Mr. Quinn these Expert Disclosures will be supplemented and served upon Plaintiff's Counsel.

2. Pursuant to the adverse party rule, Defendants may call any adverse or other expert witnesses designated by any other party to this lawsuit to elicit expert opinions. Further, Defendants reserve the right to call any expert identified or designated by an adverse party or any employee or representative of an adverse party to elicit expert opinions, subject to any objections Defendants make concerning the designation of those experts, including any experts to be disclosed by Plaintiff. Defendants reserve the right to supplement this designation at such time when Defendants receive Plaintiff's expert disclosure.

3. Further, Defendants reserve the right to call any persons with knowledge disclosed thus far in the lawsuit, and including those persons with knowledge that have not been disclosed to date; however, may be included by any party to this lawsuit within a future supplement.

4. Defendants reserve the right to supplement this designation further within the time limitations imposed by the Court and/or any alterations of same by a subsequent Court order and/or agreement of the Parties, pursuant to the Federal Rules of Civil Procedure and Federal Rules of Civil Evidence.

5. Defendants reserve the right to withdraw the designation of any expert witness and to aver positively that such previous expert will not be called as an expert witness at trial, and to redesignate same as a consulting expert who cannot be called by opposing counsel.

6. Defendants further reserve the right to call undesignated expert witnesses in rebuttal whose identity and testimony cannot reasonably be foreseen until the other parties to this lawsuit have presented their evidence at trial.

7.  Defendants further reserve all additional rights they may have with regard to any expert witnesses and testimony under the Federal Rules of Civil Procedure and Federal Rules of Civil Evidence, case law and rulings by the Judge of his Honorable Court.

8.  Defendants reserve the right to present these witnesses live at trial by deposition and/or by certified copies of their records.

Respectfully Submitted,

_____
F. Edward Barker
State Bar No. 01741000
Federal I.D. No. 970
Attorney-in-Charge for Defendants
Hartford Casualty Insurance Company
and Hartford Lloyd's Insurance Company
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
(361) 881-9217; FAX: (361) 882-6590

OF COUNSEL:
BARKER, LEON, FANCHER &
MATTHYS, L.L.P.

Mr. Trey Martinez
Martinez, Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
(956) 546-7159; FAX: (956) 544-0602

Co-Counsel for Defendants
Hartford Casualty Insurance Company
and Hartford Lloyd's Insurance Company

## CERTIFICATE OF SERVICE

I, F. Edward Barker, certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, in the manner set forth below, on this the 13th day of Jan., 2005.

**Via E-Certified Mail**
Mr. Ruben R. Pena
LAW OFFICES OF RUBEN R. PENA
222 West Harrison
P.O. Box 530160
Harlingen, Texas 78550

*Plaintiff's Counsel*

**Via E-Certified Mail**
Mr. Victor M. Carrera
Mr. Roger H. Reed
Mr. Alberto L. Guerrero
REED, CARRERA, McLAIN & GUERRERO, LLP
1 Paseo del Prado, Bldg. 101
Edinburg, TX 78539

*Plaintiff's Additional Counsel*

**Via U.S. Mail**
Mr. Trey Martinez
Martinez, Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

*Co-Counsel for Defendants
Hartford Casualty Insurance Company and
Hartford Lloyd's Insurance Company*

F. Edward Barker