United States District Court
Southern District of Texas
FILED

JAN 1 8 2005

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

PEACOCK CONSTRUCTION COMPANY, INC. §
§
*vs.* §
§    CIVIL ACTION NO. B-04-111
§
HARTFORD CASUALTY INSURANCE §
COMPANY and HARTFORD LLOYD'S §
INSURANCE COMPANY §

### STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now **PEACOCK CONSTRUCTION COMPANY, INC.**, plaintiff (hereinafter

"Peacock"), and **HARTFORD CASUALTY INSURANCE COMPANY** (hereinafter "Hartford

Casualty"), and **HARTFORD LLOYD'S INSURANCE COMPANY** (hereinafter "Hartford Lloyd's),

defendants and counter-claimants, being all of the parties who have appeared in this action,

and, pursuant to FED. R. CIV. P. 41(a)(ii) and 41(c), stipulate as follows:

### I.

On or about February 9, 2004, Peacock sued Hartford Casualty, as a third-party

defendant, in the underlying state court action, which was ultimately severed and removed to

this Honorable Court. In its original and amended pleadings, Peacock alleged that Hartford

Casualty had failed to defend and indemnify Peacock under the terms of a "Hartford Spectrum

Business Insurance Policy". In response, on or about June 3, 2004, Hartford Casualty

instituted a "Counterclaim for Declaratory Relief" against Peacock in the state court action,

---

*Peacock Construction v. Hartford, et al.*; Stipulation of Dismissal -- p. 1 of 3 pgs.

which was amended on or about June 30, 2004, to add Hartford Lloyd's. Since the filing of

these pleadings, it has been established that the actual underwriter of the policy at issue was

Hartford Lloyd's, and not Hartford Casualty.  As a result, Hartford Casualty is not a proper

party herein.

## II.

Accordingly, all of the parties that have appeared in this action stipulate to the

following:

A.   The dismissal, without prejudice, of Peacock's claims and causes of action
against Hartford Casualty, as originally filed on or about February 9, 2004
and as amended on or about May 4, 2004;

B.   The dismissal, without prejudice, of Hartford Casualty's Counterclaim for
Declaratory Relief against Peacock, as originally filed on or about June 3,
2004, and as amended on or about June 30, 2004;

C.   The complete dismissal, without prejudice, of Hartford Casualty as a
defendant/counter-plaintiff in the above-styled and numbered cause.

## III.

This stipulation will not affect Peacock's direct claims and causes of action against

Hartford Lloyd's which have been, or may be, asserted in the above-styled and numbered

cause, nor will it affect Hartford Lloyd's counterclaim for declaratory relief against Peacock,

presently pending in the above-styled and numbered cause.

Respectfully submitted,

REED, CARRERA, MCLAIN & GUERRERO
1 Paseo Del Prado, Bldg. 101
Edinburg, TX 78539

------------
P.O. Box 9702
McAllen, TX 78502-9702
Tel.: 956/631-5444
Fax:  956/631-9187


By: _____
        Victor M. Carrera
        Federal I.D. No. 2190


LAW OFFICE OF RUBEN R. PEÑA
222 West Harrison
P.O. Box 530160
Harlingen, TX 78550
Tel.: (956) 412-8200
Fax: (956) 412-8282


By: _Ruben R. Peña, by me_
        Ruben R. Peña   (with permission)
        Federal I.D. No. 1216


ATTORNEYS FOR PLAINTIFF
PEACOCK CONSTRUCTION COMPANY, INC.


BARKER, LEON, FANCHER &
    MATTHYS, L.L.P.
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, TX 78478
Tel.: (361) 881-9217
Fax: (361) 882-9437


By: _____
        F. Edward Barker
        Federal I.D. No. 970

ATTORNEY FOR DEFENDANTS
HARTFORD CASUALTY INSURANCE
COMPANY and HARTFORD LLOYD'S
INSURANCE COMPANY

---

*Peacock Construction v. Hartford, et al.*; Stipulation of Dismissal -- p. 3 of 3 pgs.