United States District Court
Southern District of Texas
FILED

JAN 1 8 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC. | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-111 |
| | § | |
| HARTFORD LLOYD'S INSURANCE COMPANY | § | |

PLAINTIFF'S *UNOPPOSED* MOTION TO AMEND PLEADINGS
AND FILE ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **PEACOCK CONSTRUCTION COMPANY, INC.**, plaintiff (hereinafter "Peacock"), and subject to its pending Amended Motion to Remand, moves this Honorable Court, pursuant to FED. R. CIV. P. 15, to amend its original pleadings and to file an answer to the "Counterclaim" of defendant Hartford Lloyd's Insurance Company (hereinafter "Hartford Lloyd's"). In support hereof, Peacock would show as follows:

I.

On or about February 9, 2004, Peacock sued Hartford Casualty Insurance Company (hereinafter "Hartford Casualty') as a third-party defendant in the underlying state court action, which claim was ultimately severed and removed to this Honorable Court. In its original and amended pleadings, filed on or about May 4, 2004, Peacock alleged that Hartford Casualty had failed to defend and indemnify Peacock against the claims of the Original Plaintiffs in the state court action under the terms of a "Hartford Spectrum Business Insurance Policy". In response,

on June 3, 2004, Hartford Casualty instituted a "Counterclaim for Declaratory Relief" against Peacock in the state court action, which was amended on or about June 30, 2004 to add Hartford Lloyd's as a defendant/counter-plaintiff. Since the filing of these pleadings, it has been established that the actual underwriter of the policy at issue was Hartford Lloyd's, and not Hartford Casualty. Accordingly, the parties have stipulated to the dismissal of Hartford Casualty as a party herein.

## II.

Peacock seeks leave of court to assert the claims and causes of action it had originally asserted against Hartford Casualty against the correct party, Hartford Lloyd's. A true and correct copy of "Plaintiff's Second Amended Complaint" is attached hereto as Exhibit "A", reference to which is made and the same incorporated herein in its entirety for all purposes as if fully copied and set forth at length. Additionally, Peacock seeks leave of court to file "Plaintiff's Answer to Counterclaim", a true and correct copy of which is attached hereto as Exhibit "B", reference to which is made and the same incorporated herein in its entirety for all purposes as if fully copied and set forth at length.

## III.

Leave of Court to amend or supplement pleadings shall be freely given when justice so requires, and particularly with the consent of the adverse party. Undersigned counsel for Peacock has spoken with counsel for Hartford Lloyd's, who has indicated that he is not opposed to the amendment or supplementation of the pleadings by Peacock.

---

**WHEREFORE, PREMISES CONSIDERED,** plaintiff Peacock Construction Company, Inc. moves for leave of court to file "Plaintiff's Second Amended Complaint" and "Plaintiff's Answer to Counterclaim" among the papers in the above-styled and numbered cause. Peacock prays for such other and further relief, at law or in equity, to which it may show itself justly entitled.

                Respectfully submitted,

                **REED, CARRERA, MCLAIN & GUERRERO**
                1 Paseo Del Prado, Bldg. 101
                Edinburg, TX 78539

                P.O. Box 9702
                McAllen, TX 78502-9702
                Tel.: 956/631-5444
                Fax: 956/631-9187

                By: _____
                    Victor M. Carrera
                    Federal I.D. No. 2190
                    State Bar of Texas No. 03871300
                **COUNSEL FOR PLAINTIFF PEACOCK CONSTRUCTION COMPANY, INC.**

                Ruben R. Peña
                Federal I.D. No. 1216
                State Bar of Texas No. 15740900
                **LAW OFFICE OF RUBEN R. PEÑA**
                222 West Harrison
                P.O. Box 530160
                Harlingen, TX 78550
                Tel.: (956) 412-8200
                Fax: (956) 412-8282
                **ATTORNEY-IN-CHARGE FOR PLAINTIFF PEACOCK CONSTRUCTION COMPANY, INC.**

---

## AVERMENT OF CONFERENCE WITH OPPOSING COUNSEL

I, Victor M. Carrera, one of the attorneys for plaintiff Peacock Construction Company, Inc. in the above-styled and numbered cause, aver that on January 13, 2005, I spoke with Mr. F. Edward Barker, the attorney for defendant Hartford Lloyd's Insurance Company. Mr. Barker advised that his client was not opposed to the amendment of Peacock's pleadings to directly assert causes of action against Hartford Lloyd's Insurance Company, or to the filing of an answer by Peacock to the Counterclaim of Hartford Lloyd's Insurance Company.

_____
Victor M. Carrera

## CERTIFICATE OF SERVICE

On January 18, 2005, copies of "**PLAINTIFF'S *UNOPPOSED* MOTION TO AMEND PLEADINGS AND FILE ANSWER**" were sent via telefax and U.S. *certified* mail, return receipt requested, to opposing counsel, as follows:

Mr. F. Edward Barker
**BARKER, LEON, FANCHER**
 **& MATTHYS, L.L.P.**
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, TX 78478

Mr. Trey Martinez
**MARTINEZ, MARTINEZ & BARRERA, L.L.P.**
1201 E. Van Buren
Brownsville, TX 78520

_____
Victor M. Carrera

---

*Peacock Construction v. Hartford, et al.*; Motion to Amend Pleadings -- p. 4 of 4 pgs.