IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC. | § § | |
| vs. | § § | CIVIL ACTION NO. B-04-111 |
| HARTFORD LLOYD'S INSURANCE COMPANY | § | |

ORDER

On this date came on for consideration Plaintiff's *Unopposed* Motion to Amend Pleadings and File Answer. Said Motion being *unopposed*, the same is hereby in all things GRANTED.

LEAVE IS THEREFORE GIVEN for Peacock Construction Company, Inc. to file "Plaintiff's Second Amended Complaint" and "Plaintiff's Answer to Counterclaim" among the papers in the above-styled and numbered cause, and the Clerk of the Court is directed to so do.

SIGNED this ___ day of January, 2005.

_____
UNITED STATES MAGISTRATE JUDGE