United States District Court
Southern District of Texas
FILED

JAN 1 9 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC. § | | |
| § | | |
| vs. § | CIVIL ACTION NO. B-04-111 | |
| § | | |
| HARTFORD LLOYD'S INSURANCE COMPANY § | | |

## PLAINTIFF'S *OPPOSED* MOTION TO JOIN ADDITIONAL PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **PEACOCK CONSTRUCTION COMPANY, INC.**, plaintiff (hereinafter "Peacock"), and subject to its pending Amended Motion to Remand, moves this Honorable Court, pursuant to FED. R. CIV. P. 17(a), to amend its live pleadings to join additional parties plaintiff as real parties in interest in this case. In support hereof, Peacock would show as follows:

### I.

On or about February 9, 2004, Peacock sued Hartford Casualty Insurance Company (hereinafter "Hartford Casualty") as a third-party defendant in the underlying state court action, which claim was ultimately severed and removed to this Honorable Court. In its original and amended pleadings, filed on or about May 4, 2004, Peacock alleged that Hartford Casualty had failed to defend and indemnify Peacock against the claims of the Original Plaintiffs in the state court action under the terms of a "Hartford Spectrum Business Insurance Policy". Since the filing of these pleadings, it has been established that the actual underwriter of the policy at issue

---

*Peacock Construction v. Hartford, et al.*; Motion to Join Parties -- p. 1 of 6 pgs.

was Hartford Lloyd's, and not Hartford Casualty. Additionally, since the filing of these pleadings, Peacock has assigned all of its claims and causes of action against Hartford Lloyd's to the Original Plaintiffs in the underlying lawsuit, save and except claims for recovery of attorney's fees and expenses incurred in the original litigation. Additionally, subsequent to a settlement reached in the underlying state court action between Peacock and the Original Plaintiffs, Peacock's insurers, Clarendon America Insurance Company and First Mercury Insurance Company (hereinafter collectively "Clarendon/First Mercury") and United National Insurance Company (hereinafter "United") assigned all of their damage claims and causes of action against Hartford Lloyd's -- including claims for equitable subrogation -- to the Original Plaintiffs, save and except claims for recovery of attorney's fees and expenses incurred in the original litigation.

## II.

Peacock moves this Honorable Court, pursuant to FED. R. CIV. P. 17(a) to include the Original Plaintiffs and Peacock's insurers as real parties in interest in this case, so that complete relief can be accorded between the parties. This will not affect any substantive component of the litigation, and will not delay resolution of the case. Peacock proposes to join them through the filing of "Plaintiff's Third Amended Complaint", a true and correct copy of which is attached hereto as Exhibit "C", reference to which is made and the same incorporated herein in its entirety for all purposes as if fully copied and set forth at length.

---

*Peacock Construction v. Hartford, et al.*; Motion to Join Parties -- p. 2 of 6 pgs.

**WHEREFORE, PREMISES CONSIDERED,** plaintiff Peacock Construction Company, Inc. requests leave of court to file "Plaintiff's Third Amended Complaint", which would join the following additional parties as real parties in interest in this case: Angelica Salazar, Julio Cesar Salazar, Maricela Salazar, Jose Guadalupe Salazar, Jr., Omar Alejandro Salazar, Maria Guadalupe Salazar, Remedios Corral, Jose M. Gracia, Clarendon America Insurance Company, First Mercury Insurance Company, and United National Insurance Company. Peacock prays for such other and further relief, at law or in equity, to which it may show itself justly entitled.

Respectfully submitted,

**REED, CARRERA, MCLAIN & GUERRERO**
1 Paseo Del Prado, Bldg. 101
Edinburg, TX 78539

------------

P.O. Box 9702
McAllen, TX 78502-9702
Tel.: 956/631-5444
Fax: 956/631-9187

By: _____
Victor M. Carrera
Federal I.D. No. 2190
State Bar of Texas No. 03871300

**COUNSEL FOR PLAINTIFF PEACOCK CONSTRUCTION COMPANY, INC.**

Ruben R. Peña
Federal I.D. No. 1216
State Bar of Texas No. 15740900
**LAW OFFICE OF RUBEN R. PEÑA**
222 West Harrison
P.O. Box 530160
Harlingen, TX 78550
Tel.: (956) 412-8200
Fax: (956) 412-8282

**ATTORNEY-IN-CHARGE FOR PLAINTIFF
PEACOCK CONSTRUCTION COMPANY, INC.**

### AVERMENT OF CONFERENCE WITH OPPOSING COUNSEL

I, Victor M. Carrera, one of the attorneys for plaintiff Peacock Construction Company, Inc. in the above-styled and numbered cause, aver that on January 13, 2005 and again on January 14, 2005, I spoke with Mr. F. Edward Barker, the attorney for defendant Hartford Lloyd's Insurance Company regarding the merits of the above and foregoing motion. Mr. Barker advised that his client is *opposed* to the joinder of additional parties in this case, and asked that the matter be submitted to the court for hearing and determination.

Victor M. Carrera

### REQUEST FOR ORAL ARGUMENT

Pursuant to LR 7.5.A of the Local Rules of the United States District Court for the Southern District of Texas, Plaintiff Peacock Construction Company, Inc. requests oral argument of the above and foregoing Motion to Join Additional Parties.

_____
Victor M. Carrera

### NOTICE OF SUBMISSION DATE

Pursuant to LR 7.3 of the Local Rules of the United States District Court for the Southern District of Texas, defendant Hartford Lloyd's Insurance Company, by and through its attorney-in-charge, F. Edward Barker, is advised that the above and foregoing Motion to Join Additional Parties will be submitted to the presiding United States Magistrate Judge, the Honorable Felix Recio, twenty (20) days after the date of the motion's filing without further notice from the clerk, *i.e.*, on or after February 7, 2005.

_____
Victor M. Carrera

## CERTIFICATE OF SERVICE

On January __17__, 2005, copies of "**PLAINTIFF'S *OPPOSED* MOTION TO JOIN ADDITIONAL PARTIES**" were sent via telefax and U.S. *certified* mail, return receipt requested, to opposing counsel, as follows:

Mr. F. Edward Barker
**BARKER, LEON, FANCHER
& MATTHYS, L.L.P.**
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, TX 78478

Mr. Trey Martinez
**MARTINEZ, MARTINEZ & BARRERA, L.L.P.**
1201 E. Van Buren
Brownsville, TX 78520

_____
Victor M. Carrera