IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY INC. | § § § § | |
| | § | CIVIL ACTION NO. B-04-111 |
| VS. | § § | |
| HARTFORD CASUALTY INSURANCE COMPANY AND HARTFORD LLOYD'S INSURANCE COMPANY | § § § § | "JURY TRIAL" |

**DEFENDANT HARTFORD LLOYD'S INSURANCE COMPANY'S RESPONSE AND OBJECTION TO PLAINTIFF PEACOCK CONSTRICTION COMPANY, INC.'S OPPOSED MOTION TO JOIN ADDITIONAL PARTIES**

I.

On or about January 18, 2005, Plaintiff, Peacock Construction Company, Inc., filed Plaintiff's Opposed Motion to Join Additional Parties.

II.

The deadline for Plaintiff to join additional parties was January 17, 2005. *See the Court's Amended Rule 16, F.R.C.P. Scheduling Order #6*.

II.

Defendant is wholly opposed to such untimely filing of Plaintiff's Opposed Motion to Join Additional Parties in as much as Plaintiff failed to respond in compliance with the court's *Amended Rule 16, F.R.C.P. Scheduling Order #6*.

Further, the addition of the Proposed Additional Parties does nothing but attempt to complicate a rather uncomplicated case which should **SOLELY** turn on a pure question of law. Both Plaintiff and Defendant have conceded in open court that the issue of insurance coverage currently before the court is **NOT** one of fact but one of purely law. The parties Plaintiff seeks to add do nothing to clarify that issue and are certainly **NOT** needed for the Court to render its opinion.

### III.

Hartford Lloyds Insurance Company prays that the court deny the Plaintiff Peacock Construction Company's untimely filing of Plaintiff's Opposed Motion to Join Additional Parties in as much as the document was filed after the deadline for doing so and adds nothing constructive to this case. See *Amended Rule 16, F.R.C.P. Scheduling Order #6.*

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays the court deny the Plaintiff's untimely filing of said document in as much as it was filed in non-compliance with the *Amended Rule 16, F.R.C.P. Scheduling Order # 6* entered by this Honorable Court on September 7, 2004, and signed by the Honorable Felix Recio.

Respectfully submitted,

*[signature]*

F. Edward Barker
State Bar No. 01741000
Federal I.D. No. 970
Attorney-in-Charge for Defendants
Hartford Casualty Insurance Company and
Hartford Lloyd's Insurance Company
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
(361) 881-9217
FAX: (361) 882-6590

OF COUNSEL:
BARKER, LEON, FANCHER &
MATTHYS, L.L.P.

Mr. Trey Martinez
Martinez, Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
(956) 546-7159; FAX: (956) 544-0602

Co-Counsel for Defendants
Hartford Casualty Insurance Company and
Hartford Lloyd's Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2005, a complete and correct copy of **Defendant Hartford Lloyd's Insurance Company's Response and Objection to Plaintiff Peacock Construction Company, Inc.'s Unopposed Motion to Amend Pleadings and File Answer and Opposed Motion to Join Additional Parties** was served on each party:

Mr. Ruben R. Pena
LAW OFFICES OF RUBEN R. PENA
222 West Harrison
P.O. Box 530160
Harlingen, Texas 78550

Mr. Trey Martinez
Martinez, Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

F. Edward Barker