IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC., *plaintiff* | § § § | |
| v. | § § | CIVIL ACTION NO. B-04-111 |
| HARTFORD LLOYD'S INSURANCE COMPANY, *defendant* | § § § | |

## ORDER

On this date came on for consideration Plaintiff's *Opposed* Motion to Join Indispensable Parties. The Court, upon consideration of said Motion, defendant's opposition thereto, and the arguments of counsel, is of the opinion that said Motion is well-taken, and the same is hereby in all things **GRANTED.**

**LEAVE IS THEREFORE GRANTED** for plaintiff, Peacock Construction Company, Inc., to amend its live pleadings to join as parties defendant McQueary Henry Bowles & Troy, L.L.P. and South Texas Masonry. Upon filing such pleading, this Court will no longer retain subject matter jurisdiction in this case based on diversity of citizenship, and the Clerk of the Court is ordered to then remand the proceeding to the 404th Judicial District Court of Cameron County, Texas.

SIGNED this ___ day of _____, 2005.

_____
UNITED STATES JUDGE

_____

*Peacock v. Hartford*; Order to Join Parties -- p. 1 of 1 pgs.