IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB - 1 2005

Michael N. Milby
Clerk of Court

PEACOCK CONSTRUCTION COMPANY, INC.   §
                                     §
vs.                                  §      CIVIL ACTION NO. B-04-111
                                     §
HARTFORD LLOYD'S INSURANCE COMPANY   §

PLAINTIFF'S ANSWER TO COUNTERCLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Plaintiff/Counter-Defendant PEACOCK CONSTRUCTION COMPANY, INC. (hereinafter "Peacock"), and, subject to its pending Amended Motion to Remand, files its Answer to the "Counterclaim for Declaratory Relief" of defendant/counter-plaintiff HARTFORD LLOYD'S INSURANCE COMPANY (hereinafter "Hartford Lloyd's"), originally filed in the underlying state court action on or about June 30, 2004, and would show unto the court as follows:

1.     Peacock admits that portion of paragraph 2.1 of Hartford Lloyd's "Counterclaim" wherein it alleges that it petitions the court for a determination pursuant to the Texas Declaratory Judgment Act. However, Peacock specifically denies that Hartford Lloyd's is entitled to the relief requested in paragraph 2.1 of said Counterclaim, "a declaration that it [Hartford Lloyd's] has no duty to provide insurance benefits" to Peacock.

2. Peacock admits the allegations in paragraph 2.2 of Hartford Lloyd's "Counterclaim", but adds that it was also notified about the injury to a third employee of South Texas Masonry, Jose Gracia.

3. Peacock admits the allegations in paragraph 2.3 of Hartford Lloyd's "Counterclaim".

4. Peacock denies the allegations in paragraph 2.4 of Hartford Lloyd's "Counterclaim".

5. Peacock denies the allegations and relief sought in paragraphs 2.5, 2.6, and 2.7 of Hartford Lloyd's "Counterclaim".

6. Peacock denies the allegations and relief sought within the Prayer, in which Hartford Lloyd's seeks "such appropriate relief pursuant to its Counterclaim for Declaratory Judgment".

<h2 style="text-align:center">PRAYER</h2>

WHEREFORE, PREMISES CONSIDERED, defendant/counter-plaintiff Peacock Construction Company, Inc. prays that upon final hearing thereof, defendant/counter-plaintiff Hartford Lloyd's Insurance Company take nothing by virtue of its "Counterclaim for Declaratory Relief", and that Peacock go hence, without day, and recover its costs of court and reasonable attorney's fees and expenses incurred in defending against said "Counterclaim". Peacock prays for such other and further relief, at law or in equity, to which it may show itself justly entitled.

Respectfully submitted,

**REED, CARRERA, MCLAIN & GUERRERO**
1 Paseo Del Prado, Bldg. 101
Edinburg, TX 78539
-----------
P.O. Box 9702
McAllen, TX 78502-9702
Tel.: 956/631-5444
Fax: 956/631-9187


By: _____
        Victor M. Carrera
        State Bar of Texas No. 03871300
        Federal I.D. No. 2190

**COUNSEL FOR PLAINTIFF PEACOCK
CONSTRUCTION COMPANY, INC.**

Ruben R. Peña
Federal I.D. No. 1216
State Bar No. 15740900
**LAW OFFICE OF RUBEN R. PEÑA**
222 West Harrison
P.O. Box 530160
Harlingen, TX 78550
Tel.: (956) 412-8200
Fax: (956) 412-8282

**ATTORNEY-IN-CHARGE FOR PLAINTIFF
PEACOCK CONSTRUCTION COMPANY, INC.**

---

## CERTIFICATE OF SERVICE

On January _18_, 2005, copies of **"PLAINTIFF'S ANSWER TO COUNTERCLAIM"** were sent via telefax and U.S. *certified* mail, return receipt requested, to opposing counsel, as follows:

Mr. F. Edward Barker
**BARKER, LEON, FANCHER**
**& MATTHYS, L.L.P.**
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, TX 78478

Mr. Trey Martinez
**MARTINEZ, MARTINEZ & BARRERA, L.L.P.**
1201 E. Van Buren
Brownsville, TX 78520

**Victor M. Carrera**

---

*Peacock v. Hartford*; Plaintiff's Answer to Counterclaim -- p. 4 of 4 pgs.