CAUSE NO. 2002-11-4371-G

| | | |
|---|---|---|
| ANGELICA SALAZAR, <br> JULIO CESAR SALAZAR, <br> MARICELA SALAZAR, <br> JOSE GUADALUPE SALAZAR, JR., <br> AND OMAR ALEJANDRO SALAZAR, <br> INDIVIDUALLY AND AS HEIRS ON <br> BEHALF OF THE ESTATE OF <br> JOSE GUADALUPE SALAZAR, <br> DECEASED, AND REMEDIOS CORRAL | § § § § § § § § § | IN THE DISTRICT COURT <br><br><br><br> 404TH JUDICIAL DISTRICT |
| VS. | § | |
| MARIA GUADALUPE SALAZAR, <br> INTERVENOR | § § | |
| VS. | § | |
| JOSE M. GRACIA AND HIS WIFE, <br> ANGELINA GRACIA, INTERVENORS | § § | CAMERON COUNTY, TEXAS |
| VS. | § | |
| PEACOCK CONSTRUCTION <br> COMPANY INC., CONSOLIDATED <br> CRANE & RIGGING, LTD., AND <br> CONSOLIDATED CRANE <br> COMPANY, INC. | § § § § § | |
| VS. | § | |
| PEACOCK CONSTRUCTION COMPANY, <br> INC., DEFENDANT/3RD PARTY <br> PLAINTIFF | § § § | |
| VS. | § | |
| MCQUEARY HENRY BOWLES TROY, <br> L.L.P., AND HARTFORD CASUALTY <br> INSURANCE COMPANY <br> 3RD PARTY DEFENDANTS | § § § § | |

## ORDER FOR SEVERANCE OF ACTIONS

On 10th day of JUNE, 2004, this court considered Defendant and

Third Party Defendant Hartford Casualty Insurance Company Motion for Severance of

3

Actions in the above-entitled and numbered cause. The court, being satisfied that due notice of the filing of the motion and of the hearing on the motion was given, and after considering the pleadings and arguments of counsel, is of the opinion that the motion should be granted.

IT IS, THEREFORE, ORDERED that the cause of action asserted by Peacock Construction Company, the third Party Plaintiff against Hartford Casualty Insurance Company and relating to a liability insurance contract and Peacock's claim of its breach by Hartford Casualty Insurance Company, is severed from this action and made the subject of a separate action styled PEACOCK CONSTRUCTION COMPANY VS. HARTFORD CASUALTY INSURANCE COMPANY and having Cause number 2004-06-3028-G.

SIGNED this the 10th day of June, 2004.

_____
Judge Presiding

ATTORNEYS, PLEASE NOTE : SEVERED CAUSE NO IS NOW
2004-06-3028-G STYLED: "PEACOCK CONSTRUCTION COMPANY
VS HARTFORD CASUALTY INSURANCE COMPANY". PLEASE USE
CORRECT NO. ON ALL FUTURE PLEADINGS AND ORDERS IN
ORDER TO ASSURE PROMPT AND ACCURATE FILING AND DOCKETING
AGREED:

_____
Ruben R. Pena   by permission FEB

_____
F. Edward Barker

FILED _____ O'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK
JUN 10 2004
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

6/10/04 COPIES TO:
HON RUBEN PENA
HON F EDWARD BARKER
HON VICTOR M CARRERA
HON JAMES MOUNT
HON J MICHAEL MOORE
HON WILLIAM E REID
HON LINDA DANIELS
HON JESUS ENRIQUE TIRREZ
HON EVERARDO ABREGO
HON JEFFREY ROERIG
HON CHARLES W KELLY
HON JOHN R LYDE