|            |                                                                      |   |   |
|------------|----------------------------------------------------------------------|---|---|
|            | 10/28/04 @ 10:30 A.M., AS PER ORDER ...AC LIMAS/IG                   | " |   |
| 10/21/2004 | (FAX) CORRESPONDENCE FROM LINDA DANIELS/IRENE                        | " |   |
| 10/25/2004 | CORRESPONDENCE FROM LINDA DANIELS/IRENE                              | " |   |
| → 10/28/2004 | CT LEAVES MTN PENDING AS CASE IS ABATED BY FED CT. ACL/MG          | " |   |
|            | INTERVENOR MARIA GUADLAUPE SALAZAR'S DESIGNATION OF COUNSEL/IG       | " |   |

Search | Case History | Parties | Attorneys | Links | Services          [ Site Map ] [ Return to Top ]
All | Motions | Orders | Answers / Citations | Other Documents / Actions | Costs | Payments | Ledger

© 1999 Solutions, Inc. All rights reserved.
Unauthorized access is prohibited. Usage will be monitored.
Agreements

User ID: blfmlaw
Viewed as of: January 31, 2005, time: 15:29:52

"5"