IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC., § | | |
| *plaintiff* § | | |
| v. § | | CIVIL ACTION NO. B-04-111 |
| § | | |
| HARTFORD LLOYD'S INSURANCE COMPANY, § | | |
| *defendant* § | | |

CAUSE NO. 2002-11-4371-G

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC., § | | |
| et al., § | | 404th JUDICIAL DISTRICT COURT |
| *third-party plaintiffs,* § | | |
| v. § | | |
| § | | |
| MCQUEARY HENRY BOWLES & TROY, § | | |
| L.L.P., and SOUTH TEXAS MASONRY, et al., § | | CAMERON COUNTY, TEXAS |
| *third-party/cross-defendants,* § | | |

PEACOCK'S NOTICE OF INTENT TO TAKE THE ORAL/VIDEO DEPOSITION
OF GREG DIXON

TO: HARTFORD LLOYD'S INSURANCE COMPANY, defendant in Civil Action No. B-04-111, *Peacock Construction Company v. Hartford Lloyd's Insurance Company*, United States District Court for the Southern District of Texas, Brownsville Division, by and through its attorneys of record, Mr. F. Edward Barker, BARKER, LEON, FANCHER & MATTHYS, L.L.P., Tower II, Suite 1200, 555 N. Carancahua St., Corpus Christi, TX 78478, and Mr. Trey Martinez, MARTINEZ, MARTINEZ & BARRERA, L.L.P., 1201 E. Van Buren, Brownsville, TX 78520.

TO: MCQUEARY HENRY BOWLES & TROY, L.L.P. and SOUTH TEXAS MASONRY, third-party defendants in Cause No. 2002-11-4371-G, *Peacock Construction Company, Inc., et al. v. McQueary Henry Bowles & Troy, L.L.P., et al.*, 404th Judicial District Court of Cameron County, Texas, by and through their attorneys of record, Mr. John R. Lyde, BRIN & BRIN, P.C., 123 W. McIntyre, Edinburg, TX 78541, and Mr. David J. Dunn, DUNN, WEATHERED, COFFEY, RIVERA & KASPERITIS, L.L.P., 611 S. Upper Broadway, Corpus Christi, TX 78401.

---

*Peacock v. Hartford*; Not. of Depo. of Greg Dixon -- p. 1 of 5 pgs.



Please take notice that pursuant to FED. R. CIV. P. 30 and TEX. R. CIV. P. 199.2, Plaintiff/Third-Party Plaintiff **PEACOCK CONSTRUCTION COMPANY, INC.** will take the oral/video deposition of **GREG DIXON**, on **Monday, February 14, 2005**, commencing at **3:00 p.m.**, or immediately upon completion of the deposition of Nancy Kaechler, and continuing thereafter until completed, at the offices of Hartford Lloyd's Insurance Company at 785 Greens Parkway, Suite 200, Houston, Texas 77067.

Mr. Dixon shall appear before a court reporter with **Esquire Deposition Services** for the purpose of giving his testimony. Please take further notice that in connection with the taking of the deposition, the witness shall produce, at the beginning of his deposition, all documents requested in the attached *subpoena duces tecum*. Please take further notice that this deposition may be videotaped before a videographer of **Esquire Deposition Services**.

Respectfully submitted,

**REED, CARRERA, MCLAIN & GUERRERO**
1 Paseo Del Prado, Bldg. 101
Edinburg, TX 78539

P.O. Box 9702
McAllen, TX 78502-9702
Tel.: 956/631-5444
Fax: 956/631-9187

By: _____
Victor M. Carrera
Federal I.D. No. 2190
State Bar of Texas No. 03871300
**COUNSEL FOR PLAINTIFF PEACOCK CONSTRUCTION COMPANY, INC.**

---

*Peacock v. Hartford*; Not. of Depo. of Greg Dixon -- p. 2 of 5 pgs.

Ruben R. Peña
Federal I.D. No. 1216
State Bar of Texas No. 15740900
**LAW OFFICE OF RUBEN R. PEÑA**
222 West Harrison
P.O. Box 530160
Harlingen, TX 78550
Tel.: (956) 412-8200
Fax: (956) 412-8282

**ATTORNEY-IN-CHARGE FOR PLAINTIFF
PEACOCK CONSTRUCTION COMPANY, INC.**

## CERTIFICATE OF SERVICE

On February 3, 2005, copies of "PLAINTIFF'S NOTICE OF INTENT TO TAKE THE ORAL DEPOSITION OF GREG DIXON" were sent via telefax and U.S. first-class mail to all potentially interested counsel, as follows:

Mr. F. Edward Barker
BARKER, LEON, FANCHER
& MATTHYS, L.L.P.
555 N. Carancahua St., Suite 1200
Corpus Christi, TX 78478
*361/882-6590*

Mr. Cary Toland
SWEETMAN, SKAGGS & LAWLER, L.L.P.
855 E. Harrison
Brownsville, TX 78520
*(956) 541-2117*

Mr. David J. Dunn
DUNN, WEATHERED, COFFEY,
 RIVERA & KASPERITI, L.L.P.
611 S. Upper Broadway
Corpus Christi, TX 78401
*(361) 883-1599*

Mr. Paul K. Nesbitt
KELLY, SUTTER & KENDRICK, P.C.
3050 Post Oak Boulevard, Ste. 200
Houston, TX 77056
*(713) 595-6001*

Mr. Trey Martinez
MARTINEZ, MARTINEZ & BARRERA, L.L.P.
1201 E. Van Buren
Brownsville, TX 78520
*956/544-0602*

Mr. Jim Mount
BURT, BARR & O'DEA, L.L.P
1001 McKinney Street, Suite 550
Houston, TX 77002-1328
*(713) 655-8383*

Mr. John R. Lyde
BRIN & BRIN, P.C.
123 West McIntyre
Edinburg, TX 78539
*(956) 381-0725*

Mr. Jeffrey D. Roerig
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Ste. 9
Brownsville, TX 78520
*(956) 542-0016*

Victor M. Carrera

*Peacock v. Hartford*; Not. of Depo. of Greg Dixon -- p. 4 of 5 pgs.

## SUBPOENA DUCES TECUM

1. All documents in Greg Dixon's possession, care, custody or control regarding his investigation and subsequent conclusions as the initial adjuster handling the claims which resulted in the letter dated February 13, 2003 from him to South Texas Masonry., a true and correct copy of which is attached hereto as Exhibit "A", reference to which is made and the same incorporated herein in its entirety for all purposes as if fully copied and set forth at length.

2. All documents in Greg Dixon's possession, care, custody or control regarding the "Hartford Business Spectrum Insurance Policy" No. 46 SBA NS1014 SC issued to South Texas Masonry, which was underwritten by Hartford Lloyd's Insurance Company.

3. All documents in Greg Dixon's possession, care, custody or control regarding claim number/file number YBC LP 40689, relating to the request for Hartford Lloyd's Insurance Company to indemnify and tender a defense to Peacock Construction Company, Inc. in the original action brought against it by Angelica Salazar and others, in Cause No. 2002-11-4371-G in the 404th Judicial District Court of Cameron County, Texas, as a result of the death of Jose Guadalupe Salazar and the injuries to Remedios Corral and Jose Gracia, in a crane collapse at the Las Dunas Condominiums project on or about October 23, 2002.


THE HARTFORD

February 13, 2003

South Texas Masonry
805 E Business 83
Pharr, Tx 78577

Attn:  Claims Manager

Re:   Policy No.:    46 SBA NS1014
      Claim No.:     YBG LP 40689
      Insured:       South Texas Masonry
      Claimant:      Jose Salazar/jose Garcia
      Loss Date:     10/23/02
      Lars Code:
      Location:      4212 Gulf Blvd. South Padre Isl Tx
      Driver:

This letter serves to acknowledge receipt of your loss/accident. I will be the adjuster handling your claim.

Should you have any questions before I have the opportunity to contact you, please feel free to call.

Very truly yours,


Greg Dixon
Claim Service Rep
817-750-0533


cc to agent:   Mcqueary Henry Bowle
               12700 Park Central Dr. #1700
               Dallas, Tx 75251


Acknowledgment letter/0055h

EXHIBIT A

000009

Houston Commercial Claims
785 Greens Parkway, Suite 210
Houston, TX 77067-1409
Mailing Address: P.O. Box 4364
Houston, TX 77210-4364
Telephone 281 877 3700
Toll Free 800 984 5770