IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PEACOCK CONSTRUCTION COMPANY INC. § § § § VS. § § HARTFORD CASUALTY § INSURANCE COMPANY AND § HARTFORD LLOYD'S INSURANCE § COMPANY § | CIVIL ACTION NO. B-04-111 "JURY TRIAL" |

**DEFENDANT HARTFORD LLOYD'S INSURANCE COMPANY'S MOTION TO QUASH PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE ORAL DEPOSITION WITH SUBPOENA DUCES TECUM OF A CORPORATE REPRESENTATIVE OF HARTFORD LLOYD'S INSURANCE COMPANY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, HARTFORD LLOYD'S INSURANCE COMPANY, Defendant in the above-styled and numbered cause, and files this Motion to Quash and would respectfully show the Court as follows:

1.      On or about February 3, 2005, Defendant received, via facsimile correspondence, the Plaintiff's Notice of Intention to Take Oral Deposition with Subpoena Duces Tecum of a Corporate Representative of Hartford Lloyd's Insurance Company, with such to occur on the 14th day of February, 2005, (See Exhibit "1" Attached hereto).

2.	Defendant would show that the subpoena is unreasonable and oppressive and should be quashed in its entirety because this matter involves purely an issue of law with there being no fact issues in dispute. To comply with Plaintiff's Deposition Notice with Subpoena Duces Tecum would be a serious waste of time and money for Defendant.

3.	Said reasons justify and Defendant requests the following action by this Court with respect to said subpoenaed, to wit: Quash Plaintiff's Notice of Deposition in it's entirety along with it's Subpoena Duces Tecum and further Order that prior to any factual discovery being attempted by either party, this Honorable Court must specifically approve and limit same.

4.	The undersigned has conferred with counsel of record pursuant to Federal Rules of Civil Procedure and Plaintiff's counsel is opposed to said Defendant's Motion to Quash and an attempt to resolve these matters by agreement, but no agreement could be reached. Said Notice of Deposition is hereby by Quashed.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court set this motion for hearing and that upon a hearing hereof the Court grant relief requested above and that this Defendant have such other and further relief to which he may be entitled.

Respectfully submitted,

_____
F. Edward Barker
State Bar No. 01741000
Federal I.D. No. 970
Attorney-in-Charge for Defendants
Hartford Casualty Insurance Company and
Hartford Lloyd's Insurance Company
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
(361) 881-9217; FAX: (361) 882-6590

OF COUNSEL:
BARKER, LEON, FANCHER &
MATTHYS, L.L.P.

Mr. Trey Martinez
Martinez, Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
(956) 546-7159; FAX: (956) 544-0602

Co-Counsel for Defendants
Hartford Casualty Insurance Company and
Hartford Lloyd's Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on February 4th, 2005, a complete and correct copy of **Defendant Hartford Lloyd's Insurance Company's Motion to Quash the Plaintiff, Peacock Construction Company's, Notice of Intention to Take the Deposition of a Company Representative of Hartford Lloyd's Insurance Company** was served on each party by delivery to the following attorneys of record in the manner indicated below:

**VIA FAX AND E-CERTIFIED MAIL**
Mr. Ruben R. Pena
LAW OFFICES OF RUBEN R. PENA
222 West Harrison
P.O. Box 530160
Harlingen, Texas 78550

**VIA FAX AND E-CERTIFIED**
Mr. Roger Reed
Mr. Victor M. Carrera
Mr. Alberto L. Guerrero
REED, CARRERA, MCLAIN & GUERRERO, L.L.P.
1 Paseo del Prado, Bld. 101
Edinburg, Texas 78539
Or P.O.Box 9702
McAllen, Texas 78502-9702

**VIA U.S. MAIL**
Mr. Trey Martinez
Martinez, Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

_____
F. Edward Barker

## CERTIFICATE OF CONFERENCE

This will certify that I have conferred with opposing counsel concerning the above and foregoing Defendant'S Motion to Quash and efforts to resolve the dispute without the necessity of court intervention have been attempted and failed.

**Signed** this 4th day of February, 2005.

_____
F. Edward Barker