IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC., *plaintiff* | § § § | |
| v. | § § | CIVIL ACTION NO. B-04-111 |
| HARTFORD LLOYD'S INSURANCE COMPANY, *defendant* | § § § | |

CAUSE NO. 2002-11-4371-G

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC., et al., *third-party plaintiffs,* | § § § | 404th JUDICIAL DISTRICT COURT |
| v. | § § § | |
| MCQUEARY HENRY BOWLES & TROY, L.L.P., and SOUTH TEXAS MASONRY, et al., *third-party/cross-defendants,* | § § § | CAMERON COUNTY, TEXAS |

### PEACOCK'S NOTICE OF INTENT TO TAKE THE ORAL/VIDEO DEPOSITION OF HARTFORD LLOYD'S INSURANCE COMPANY

TO: HARTFORD LLOYD'S INSURANCE COMPANY, defendant in Civil Action No. B-04-111, *Peacock Construction Company v. Hartford Lloyd's Insurance Company,* United States District Court for the Southern District of Texas, Brownsville Division, by and through its attorneys of record, Mr. F. Edward Barker, BARKER, LEON, FANCHER & MATTHYS, L.L.P., Tower II, Suite 1200, 555 N. Carancahua St., Corpus Christi, TX 78478, and Mr. Trey Martinez, MARTINEZ, MARTINEZ & BARRERA, L.L.P., 1201 E. Van Buren, Brownsville, TX 78520.

---

*Peacock v. Hartford;* Not. of Depo. of Hartford Lloyd's — p. 1 of 7 pgs.


EXHIBIT

TO: MCQUEARY HENRY BOWLES & TROY, L.L.P. and SOUTH TEXAS MASONRY, third-party defendants in Cause No. 2002-11-4371-G, *Peacock Construction Company, Inc., et al. v. McQueary Henry Bowles & Troy, L.L.P., et al.*, 404th Judicial District Court of Cameron County, Texas, by and through their attorneys of record, Mr. John R. Lyde, BRIN & BRIN, P.C., 123 W. McIntyre, Edinburg, TX 78541, and Mr. David J. Dunn, DUNN, WEATHERED, COFFEY, RIVERA & KASPERITIS, L.L.P., 611 S. Upper Broadway, Corpus Christi, TX 78401.

Please take notice that pursuant to FED. R. CIV. P. 30 and TEX. R. CIV. P. 199.2, Plaintiff/Third-Party Plaintiff PEACOCK CONSTRUCTION COMPANY, INC. will take the oral deposition of a company representative of HARTFORD LLOYD'S INSURANCE COMPANY, on **Monday, February 14, 2005,** commencing at **9:00 a.m.**, and continuing thereafter until completed, at the offices of Hartford Lloyd's Insurance Company at 785 Greens Parkway, Suite 200, Houston, Texas 77067.

Please take further notice that pursuant to FED. R. CIV. P. 30(b)(6) and TEX. R. CIV. P. 192.2(b)(1), Hartford Lloyd's Insurance Company is to designate a person or persons to testify on its behalf on the following matters:

1. The issuance of the "Hartford Business Spectrum Insurance Policy" Number 46 SBA NS1014 SC to South Texas Masonry, which was underwritten by Hartford Lloyd's Insurance Company (hereinafter "the aforementioned policy");

2. The relationship between Hartford Lloyd's Insurance Company and McQueary Henry Bowles & Troy, L.L.P., as agent in the issuance of the aforementioned policy;

3. The issuance of Certificates of Insurance by McQueary Henry Bowles & Troy, L.L.P. regarding the aforementioned policy, which erroneously designated the underwriter as Hartford Casualty Insurance Company;

---

*Peacock v. Hartford*; Not. of Depo. of Hartford Lloyd's — p. 2 of 7 pgs.

4. The responsibilities of Greg Dixon and Nancy Kaechler to investigate and make decisions regarding Claim No./File No. YBG LP 40689, regarding the request for Hartford Lloyd's Insurance Company to indemnify and tender a defense to Peacock Construction Company, Inc. in the original action brought against it by Angelica Salazar, and others, in Cause No. 2002-11-4371-G in the 404th Judicial District Court of Cameron County, Texas, as a result of the death of Jose Guadalupe Salazar, and injuries to Remedios Corral and Jose Gracia, in a crane collapse at the Las Dunas Condominiums project on or about October 23, 2002 (hereinafter the "underlying state court litigation");

5. The specific reasons, both legal and factual, that Hartford Lloyd's Insurance Company refused to indemnify or tender a defense to Peacock under the aforementioned policy in the underlying state court litigation, including, but not limited to, those identified in the denial of coverage letter of April 3, 2003, from Nancy Kaechler to Peacock Construction Company, Inc.;

6. The specific provisions in the aforementioned policy relied on by Hartford Lloyd's Insurance Company in refusing to indemnify or tender a defense to Peacock in the underlying state court litigation;

7. Whether Peacock Construction Company, Inc. is an "additional insured" under the aforementioned policy; and

8. The domicile of Hartford Lloyd's Insurance Company underwriter Michael Steven Wilder from July 1, 2004 to the present.

The person or persons so designated is/are to appear before a court reporter with **Esquire Deposition Services** for the purpose of giving his or her testimony. Please take further notice that in connection with the taking of the deposition, the witness shall produce, at the beginning of his or her deposition, all documents requested in the attached *subpoena duces tecum*. Please take further notice that this deposition may be videotaped before a videographer of **Esquire Deposition Services**.

---

*Peacock v. Hartford*; Not. of Depo. of Hartford Lloyd's -- p. 3 of 7 pgs.

Respectfully submitted,

**REED, CARRERA, MCLAIN & GUERRERO**
1 Paseo Del Prado, Bldg. 101
Edinburg, TX 78539

-----------

P.O. Box 9702
McAllen, TX 78502-9702
Tel.: 956/631-5444
Fax: 956/631-9187

By: _____
    Victor M. Carrera
    Federal I.D. No. 2190
    State Bar of Texas No. 03871300

**COUNSEL FOR PLAINTIFF PEACOCK CONSTRUCTION COMPANY, INC.**


Ruben R. Peña
Federal I.D. No. 1216
State Bar of Texas No. 15740900
**LAW OFFICE OF RUBEN R. PEÑA**
222 West Harrison
P.O. Box 530160
Harlingen, TX 78550
Tel.: (956) 412-8200
Fax: (956) 412-8282

**ATTORNEY-IN-CHARGE FOR PLAINTIFF PEACOCK CONSTRUCTION COMPANY, INC.**

## CERTIFICATE OF SERVICE

On February 3, 2005, copies of "PLAINTIFF'S NOTICE OF INTENT TO TAKE THE ORAL DEPOSITION OF HARTFORD LLOYD'S INSURANCE COMPANY" were sent via telefax and U.S. first-class mail to all potentially interested counsel, as follows:

Mr. F. Edward Barker
BARKER, LEON, FANCHER
 & MATTHYS, L.L.P.
555 N. Carancahua St., Suite 1200
Corpus Christi, TX 78478
*361/882-6590*

Mr. Cary Toland
SWEETMAN, SKAGGS & LAWLER, L.L.P.
855 E. Harrison
Brownsville, TX 78520
*(956) 541-2117*

Mr. David J. Dunn
DUNN, WEATHERED, COFFEY,
 RIVERA & KASPERITI, L.L.P.
611 S. Upper Broadway
Corpus Christi, TX 78401
*(361) 883-1599*

Mr. Paul K. Nesbitt
KELLY, SUTTER & KENDRICK, P.C.
3050 Post Oak Boulevard, Ste. 200
Houston, TXs 77056
*(713) 595-6001*

Mr. Trey Martinez
MARTINEZ, MARTINEZ & BARRERA, L.L.P.
1201 E. Van Buren
Brownsville, TX 78520
*956/544-0602*

Mr. Jim Mount
BURT, BARR & O'DEA, L.L.P
1001 McKinney Street, Suite 550
Houston, TX 77002-1328
*(713) 655-8383*

Mr. John R. Lyde
BRIN & BRIN, P.C.
123 West McIntyre
Edinburg, TX 78539
*(956) 381-0725*

Victor M. Carrera

---

## SUBPOENA DUCES TECUM

1. All correspondence, communications, e-mails, memoranda, notes, telephone conversations, and the equivalent by and between Hartford Lloyd's Insurance Company and the following regarding the issuance of the aforementioned policy, denial of coverage under the policy, reservation of rights under the policy, *etc.*

    a. Hartford Casualty Insurance Company;

    b. McQueary Henry Bowles & Troy, L.L.P.;

    c. South Texas Masonry;

    d. Peacock Construction Company, Inc.;

    e. Counsel for Peacock Construction Company, Inc.;

    f. Counsel for McQueary Henry Bowles & Troy, L.L.P.; and

    g. Counsel for South Texas Masonry.

2. The entire file kept by Hartford Lloyd's Insurance Company on the aforementioned policy, including all documentary materials contained within such file. (NOTE: You do not need to produce a copy of the policy itself.)

3. All documents in the possession, care, custody or control of Hartford Lloyd's Insurance Company regarding the residence and business addresses of underwriter Michael Steven Wilder since December 31, 2003.

4. The entire file in claim number/file number YBG LP 40689 regarding the request for Hartford Lloyd's Insurance Company to provide a defense and to indemnify Peacock in the underlying state court litigation.

5. All documents in the possession, care, custody or control of Greg Dixon and Nancy Kaechler regarding the aforementioned policy and claim number/file number YBG LP 40689.

---

*Peacock v. Hartford*; Not. of Depo. of Hartford Lloyd's – p. 6 of 7 pgs.

6. All correspondence by and between Hartford Lloyd's and/or its attorneys, on the one hand, and its recently designated expert witness, Michael Sean Quinn, on the other hand, regarding the aforementioned policy and claim number/file number YBG LP 40689 (including any documents produced to Michael Sean Quinn related to his area of expertise or inquiry).

7. All Certificates of Insurance and related documentary materials received by Hartford Lloyd's Insurance Company from McQueary Henry Bowles & Troy, L.L.P. regarding the aforementioned policy.

---