IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC., § | | |
| plaintiff § | | |
| v. § | CIVIL ACTION NO. B-04-111 | |
| § | | |
| HARTFORD LLOYD'S INSURANCE COMPANY, § | | |
| defendant § | | |

CAUSE NO. 2002-11-4371-G

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC., § | | |
| et al., § | 404th JUDICIAL DISTRICT COURT | |
| third-party plaintiffs, § | | |
| v. § | | |
| § | | |
| MCQUEARY HENRY BOWLES & TROY, § | | |
| L.L.P., and SOUTH TEXAS MASONRY, et al., § | CAMERON COUNTY, TEXAS | |
| third-party/cross-defendants, § | | |

### PEACOCK'S NOTICE OF INTENT TO TAKE THE ORAL/VIDEO DEPOSITION OF NANCY KAECHLER

TO: HARTFORD LLOYD'S INSURANCE COMPANY, defendant in Civil Action No. B-04-111, *Peacock Construction Company v. Hartford Lloyd's Insurance Company*, United States District Court for the Southern District of Texas, Brownsville Division, by and through its attorneys of record, Mr. F. Edward Barker, BARKER, LEON, FANCHER & MATTHYS, L.L.P., Tower II, Suite 1200, 555 N. Carancahua St., Corpus Christi, TX 78478, and Mr. Trey Martinez, MARTINEZ, MARTINEZ & BARRERA, L.L.P., 1201 E. Van Buren, Brownsville, TX 78520.

TO: MCQUEARY HENRY BOWLES & TROY, L.L.P. and SOUTH TEXAS MASONRY, third-party defendants in Cause No. 2002-11-4371-G, *Peacock Construction Company, Inc., et al. v. McQueary Henry Bowles & Troy, L.L.P., et al.*, 404th Judicial District Court of Cameron County, Texas, by and through their attorneys of record, Mr. John R. Lyde, BRIN & BRIN, P.C., 123 W. McIntyre, Edinburg, TX 78541, and Mr. David J. Dunn, DUNN, WEATHERED, COFFEY, RIVERA & KASPERITIS, L.L.P., 611 S. Upper Broadway, Corpus Christi, TX 78401.

---

*Peacock v. Hartford*; Not. of Depo. of Nancy Kaechler -- p. 1 of 5 pgs.


EXHIBIT

Please take notice that pursuant to FED. R. CIV. P. 30 and TEX. R. CIV. P. 199.2, Plaintiff/Third-Party Plaintiff PEACOCK CONSTRUCTION COMPANY, INC. will take the oral/video deposition of NANCY KAECHLER, on Monday, February 14, 2005, commencing at 1:00 p.m., or commencing immediately after the completion of the deposition of the corporate representative of Hartford Lloyd's Insurance Company, and continuing thereafter until completed, at the offices of Hartford Lloyd's Insurance Company at 785 Greens Parkway, Suite 200, Houston, Texas 77067.

Ms. Kaechler shall appear before a court reporter with **Esquire Deposition Services** for the purpose of giving her testimony. Please take further notice that in connection with the taking of the deposition, the witness shall produce, at the beginning of her deposition, all documents requested in the attached *subpoena duces tecum*. Please take further notice that this deposition may be videotaped before a videographer of **Esquire Deposition Services**.

Respectfully submitted,

REED, CARRERA, MCLAIN & GUERRERO
1 Paseo Del Prado, Bldg. 101
Edinburg, TX 78539

P.O. Box 9702
McAllen, TX 78502-9702
Tel.: 956/631-5444
Fax: 956/631-9187

By: _____
Victor M. Carrera
Federal I.D. No. 2190
State Bar of Texas No. 03871300
COUNSEL FOR PLAINTIFF PEACOCK
CONSTRUCTION COMPANY, INC.

---

*Peacock v. Hartford*; Not. of Depo. of Nancy Kaechler -- p. 2 of 5 pgs.

Ruben R. Peña
Federal I.D. No. 1216
State Bar of Texas No. 15740900
LAW OFFICE OF RUBEN R. PEÑA
222 West Harrison
P.O. Box 530160
Harlingen, TX 78550
Tel.: (956) 412-8200
Fax: (956) 412-8282

**ATTORNEY-IN-CHARGE FOR PLAINTIFF
PEACOCK CONSTRUCTION COMPANY, INC.**

## CERTIFICATE OF SERVICE

On February 3, 2005, copies of "PLAINTIFF'S NOTICE OF INTENT TO TAKE THE ORAL DEPOSITION OF NANCY KAECHLER" were sent via telefax and U.S. first-class mail to all potentially interested counsel, as follows:

Mr. F. Edward Barker
BARKER, LEON, FANCHER
& MATTHYS, L.L.P.
555 N. Carancahua St., Suite 1200
Corpus Christi, TX 78478
*361/882-6590*

Mr. Cary Toland
SWEETMAN, SKAGGS & LAWLER, L.L.P.
855 E. Harrison
Brownsville, TX 78520
*(956) 541-2117*

Mr. David J. Dunn
DUNN, WEATHERED, COFFEY,
 RIVERA & KASPERITI, L.L.P.
611 S. Upper Broadway
Corpus Christi, TX 78401
*(361) 883-1599*

Mr. Paul K. Nesbitt
KELLY, SUTTER & KENDRICK, P.C.
3050 Post Oak Boulevard, Ste. 200
Houston, TX 77056
*(713) 595-6001*

Mr. Trey Martinez
MARTINEZ, MARTINEZ & BARRERA, L.L.P.
1201 E. Van Buren
Brownsville, TX 78520
*956/544-0602*

Mr. Jim Mount
BURT, BARR & O'DEA, L.L.P
1001 McKinney Street, Suite 550
Houston, TX 77002-1328
*(713) 655-8383*

Mr. John R. Lyde
BRIN & BRIN, P.C.
123 West McIntyre
Edinburg, TX 78539
*(956) 381-0725*

Mr. Jeffrey D. Roerig
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Ste. 9
Brownsville, TX 78520
*(956) 542-0016*

Victor M. Carrera

*Peacock v. Hartford*; Not. of Depo. of Nancy Kaechler -- p. 4 of 5 pgs.

## SUBPOENA DUCES TECUM

1. All documents in Nancy Kaechler's possession, care, custody or control regarding her investigation and subsequent conclusions which resulted in the issuance of the denial of coverage letter dated April 3, 2003 from her to Peacock Construction Company, Inc., a true and correct copy of which is attached hereto as Exhibit "A", reference to which is made and the same incorporated herein in its entirety for all purposes as if fully copied and set forth at length.

2. All documents in Nancy Kaechler's possession, care, custody or control regarding the "Hartford Business Spectrum Insurance Policy" No. 46 SBA NS1014 SC issued to South Texas Masonry, which was underwritten by Hartford Lloyd's Insurance Company.

3. All documents in Nancy Kaechler's possession, care, custody or control regarding claim number/file number YBC LP 40689, relating to the request for Hartford Lloyd's Insurance Company to indemnify and tender a defense to Peacock Construction Company, Inc. in the original action brought against it by Angelica Salazar and others, in Cause No. 2002-11-4371-G in the 404th Judicial District Court of Cameron County, Texas, as a result of the death of Jose Guadalupe Salazar and the injuries to Remedios Corral and Jose Gracia, in a crane collapse at the Las Dunas Condominiums project on or about October 23, 2002.

---

*Peacock v. Hartford*; Not. of Depo. of Nancy Kaechler -- p. 5 of 5 pgs.

*MH—*
*FYI*
*CL*

*Declination of tender fatality + other serious injury claim*

**THE HARTFORD**

785 Greens Parkway
Suite # 200
Houston, Texas 77067

Nancy Kaechler
Claim Service Consultant
Houston Commercial Claims Center
(281) 877-3852 (Direct)
(860) 756-8596 (Fax)

*pc MH 4/5/3*

April 3, 2003

Peacock Construction Company, Inc.
PO Box 530098
Harlingen, Texas 78553

Re: *Angelica Salazar, et al. v. Peacock Construction Co., Inc. and Consolidated Crane Co. Inc.*
    Insured:     South Texas Masonry
    Claimant:   Angelica Salazar, et al.
    File #:       YBG LP 40689

Dear Sir or Madam:

This will acknowledge receipt of the Plaintiffs' Second Amended Original Petition for Injunction and Damages styled <u>Angelica Salazar, Julio Cesar Salazar, Maricela Salazar, Jose Guadalupe Salazar, Jr., and Omar Alejandro Salazar, individually and as heirs and on behalf of The Estate Of Jose Guadalupe Salazar; deceased, and Remedios Corral v. Peacock Construction Company, Inc., and Consolidated Crane Company, Inc.</u> filed in the 404th Judicial District Court of Cameron County, Texas with Cause Number 2002-11-4371-G. Maria Guadalupe Salazar has filed a Petition in Intervention in this lawsuit. This lawsuit and Petition in Intervention was tendered to The Hartford by First Mercury Insurance Company on behalf of Peacock Construction Company, Inc. Peacock Construction Company, Inc. is seeking additional insured status under South Texas Masonry's policy.

The Hartford has reviewed the allegations contained in the Second Amended Original Petition and Petition in Intervention as well as the policy of insurance and the Subcontract between Peacock Construction Company, Inc. and South Texas Masonry. The Hartford has determined there is no coverage for Peacock Construction Company, Inc. (hereafter, Peacock). Therefore, The Hartford will not defend or indemnify Peacock with respect to this matter.


EXHIBIT A     1

APR 0 8 2003

000014    MHBT

The Plaintiffs allege on or about October 23, 2002, Jose Guadalupe Salazar (hereafter, Salazar) and Remedios Corral (hereafter, Corral) were working on the tenth floor of the "Las Dunas" condominium construction project in the Town of South Padre Island, Cameron County, Texas. As Salazar and Corral were preparing to leave the construction site, Salazar was killed, and Corral was seriously injured, when they were struck by a load of steel rebar being lifted by a crane at the construction project. The load of rebar is alleged to have fallen when the jib mast (gantry) of the crane had collapsed, due to being overloaded. Defendant Peacock is the general contractor on this project and leased the crane from Defendant Consolidated Crane. At the time of this incident, Salazar and Corral were in the course and scope of their employment with South Texas Masonry. The Plaintiffs allege the operation of moving the steel rebar which resulted in the death of Salazar and injuries to Corral was conducted entirely by personnel employed by Defendant Peacock, during the course and scope of their employment with Defendant Peacock.

The Hartford affords Business Liability Coverage to South Texas Masonry under policy number 46 SBA NS1014 with effective dates 12-1-01 to 12-1-02. The liability limits are $1,000,000 combined single limit per occurrence and a $2,000,000 general aggregate per year. The terms of this coverage is principally governed by the language of Business Liability form SS 00 08 03 00.

We direct your attention to the Business Liability Coverage Forms SS 00 08 03 00, that states, in pertinent part as follows:

A.  COVERAGES

   1.  Business Liability

       We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury"... to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury"... to which this insurance does not apply...

We now refer you to Section G.-LIABILITY AND MEDICAL EXPENSES DEFINITIONS. This sections defines those terms found within the policy that are in quotes (" ") and are critical to this analysis. The following defined terms apply to this analysis:

LIABILITY AND MEDICAL EXPENSES DEFINITIONS

   "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from any of these at any time.

000015

2

We now direct your attention to "Who Is An Insured" section of the policy. This section sets forth the requirements that must be met in order to be considered for coverage as an additional insured under this policy. This section reads, in pertinent part, as follows:

Additional Insureds by Contract, Agreement or Permit

Any person or organization with whom you agreed, because of a written contract or agreement or permit, to provide insurance such as is afforded under this Business Liability Coverage Form, but only with respect to your operations, "your work" or facilities owned or used by you.

In undertaking work for Peacock, South Texas Masonry entered into a subcontract agreement with Peacock. There is a section in this agreement titled "Insurance". Under this section the Subcontractor (South Texas Masonry) shall obtain any insurance, including Worker's Compensation and General Liability, required by the Contract Documents, from a responsible insurer, and shall furnish satisfactory evidence to the Contractor (Peacock). However, there is no stipulation within the subcontract that Peacock is to be named as an additional insured on South Texas Masonry's policy of insurance.

Based on the policy language and the contract, Peacock will not qualify as an additional insured under South Texas Masonry's policy as additional insured status is not specified in the contract. Therefore, The Hartford will not respond to Peacock's tender.

Additionally, the indemnity provision in the contract was reviewed. The contract language is not valid as set forth in the State of Texas and is not conspicuous. Therefore, no coverage is afforded to Peacock based on the contract.

This correspondence is not intended, nor shall it be construed as, an exhaustive listing of policy terms, conditions or exclusions which might preclude coverage under The Hartford policy. The Hartford reserves the right to supplement this disclaimer letter should facts or circumstances, not currently known, indicate the applicability of additional grounds. The Hartford further reserves the right to file a declaratory judgment action if it is necessary.

Should you have any questions about this letter or any additional documentation you feel will affect our coverage position, please forward to the undersigned.

Very truly yours,

Nancy Kaechler
Claims Service Consultant
1-800-984-5770 Ext. 73852


Cc:   South Texas Masonry
      805 East Bus. 83
      Pharr, Texas 78577

Cc:   Christopher Golles
      First Mercury Insurance Co.
      29621 Northwestern
      PO Box 5096
      Southfield, Michigan 48086

Cc:   McQueary Henry Bowles Troy, LLP
      12700 Central Pkwy., #1700
      Dallas, Texas 75251