IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 7 2005

Michael N. Milby
Clerk of Court

PEACOCK CONSTRUCTION COMPANY, INC., §
  *plaintiff* §
 §
v. § CIVIL ACTION NO. B-04-111
 §
HARTFORD LLOYD'S INSURANCE COMPANY, §
  *defendant* §

PLAINTIFF'S *OPPOSED* MOTION TO COMPEL DISCOVERY

Comes now Plaintiff, PEACOCK CONSTRUCTION COMPANY, INC. (hereinafter "Peacock"), and, pursuant to FED. R. CIV. P. 37, moves the Court for an order compelling discovery from defendant HARTFORD LLOYD'S INSURANCE COMPANY (hereinafter "Hartford Lloyd's), and would show unto the Court as follows:

1. On or about December 6, 2004, Hartford Lloyd's (in connection with then defendant Hartford Casualty Insurance Company), forwarded its Answers, Responses and Objections to Plaintiff's First Set of Interrogatories and First Requests for Production. A true and correct copy of said instrument is attached hereto as Exhibit "A", reference to which is made and the same incorporated herein in its entirety for all purposes as if fully copied and set forth at length. In its discovery response, Hartford Lloyd's failed to relate in detail the factual and legal bases for denial of coverage under the insurance policy at issue (answers to Interrogatories Nos. 1 and 2), and also failed to clearly and fully respond whether or not Peacock was "an additional insured" under the insurance policy (answers to Interrogatories

---

Nos. 3 and 5). Moreover, Hartford Lloyd's has failed to respond to Interrogatory No. 6 and provide information regarding the domicile of a previously unnamed underwriter of Hartford Lloyd's, Michael Steven Wilder (answer to Interrogatory No. 6). Hartford Lloyd's has also failed to identify any specific provision of the policy which supported its denial of coverage (answer to Interrogatory No. 9). Hartford Lloyd's has further failed and refused to produce copies of any documents exchanged between it and various entities involved in the underlying dispute, including correspondence and equivalent communications by and between Hartford Lloyd's and Hartford Casualty Insurance Company, on the one hand, and McQueary Henry Bowles & Troy, L.L.P.; South Texas Masonry; Peacock; or their respective counsel, on the other hand (responses to Requests for Production No. 1 and 2). Hartford Lloyd's further failed to produce a copy of its file on the underlying insurance policy (response to Request for Production No. 3).

2. At a hearing on December 16, 2004 before this Honorable Court, counsel for Hartford Lloyd's, Mr. F. Edward Barker, apprised the Court that he did not feel that any discovery at all was needed "other than if counsel wishes to look at Hartford Lloyd's correspondence files, perhaps with the agent, that's fine. See what, in fact, was ordered. Or whether there was anything else." (See Exhibit "B" hereto, consisting of a partial transcript of the hearing on Plaintiff's Motion to Remand, page 30, reference to which is made and the same incorporated herein in its entirety for all purposes as if fully copied and set forth at length.) Indeed, undersigned counsel for Peacock had previously asked Mr. Barker to comply with his

---

*Peacock Construction v. Hartford, et al.*; Mot. to Compel Discovery -- p. 2 of 8 pgs.

statement in open court and produce whatever materials he had agreed to produce at the hearing on December 16, 2004, and also to produce additional documents responsive to the plaintiff's Requests for Production. Also at that time a request was made for the depositions of Nancy Kaechler and Greg Dixon. (See Exhibit "C" hereto, letter dated December 23, 2004, Carrera to Barker, reference to which is made and the same incorporated herein in its entirety for all purposes as if fully copied and set forth at length.) Greg Dixon was the original Hartford insurance adjuster assigned to the case, and Nancy Kaechler was the Claim Service Consultant who sent a denial of coverage letter to Peacock. (See Exhibits "D" and "E" hereto, letters dated February 13, 2003, Dixon to South Texas Masonry, and April 3, 2004, Kaechler to Peacock, respectively, reference to which is made and the same incorporated herein in their entirety for all purposes as if fully copied and set forth at length.) Mr. Barker failed to respond, and a further communication was sent on January 24, 2005. (See Exhibit "F" hereto, letter dated January 24, 2005, Carrera to Barker, reference to which is made and the same incorporated herein in its entirety for all purposes as if fully copied and set forth at length.) The only discovery that Hartford Lloyd's will apparently allow is the deposition of its recently designated expert, Michael Sean Quinn, following his examination of certain documents which were not sent to him until late January, and the preparation of a report. (See Exhibit "G" hereto, letter dated January 21, 2005, Barker to Carrera, reference to which is made and the same incorporated herein in its entirety for all purposes as if fully copied and set forth at length.)

---

3. In a telephone conversation with Mr. Barker on January 24, 2005, he advised that his client's management would not allow the depositions of Nancy Kaechler, Greg Dixon, or a Hartford Lloyd's company representative -- absent a court order to do so. In a separate telephone conversation on February 1, 2005, Mr. Barker further advised undersigned counsel he would oppose all factual discovery, and would move to quash any notices for the depositions of such individuals. However, he indicated that he would agree to an extension of time to complete discovery beyond the pending February 14, 2005 discovery cut-off date for an additional thirty days, as requested by undersigned counsel for Peacock.

4. Undersigned counsel for Peacock will notice the depositions of Greg Dixon, Nancy Kaechler, and of a company representative of Hartford Lloyd's at its offices in Houston, Texas, on February 14, 2005, with the full expectation that counsel for Hartford Lloyd's will move to quash said notices.

**WHEREFORE, PREMISES CONSIDERED,** plaintiff Peacock Construction Company, Inc., moves this Honorable Court for an order compelling Hartford Lloyd's to fully respond to Peacock's written discovery requests and fully answer the Interrogatories hereinabove identified and produce documents responsive to the requests for production hereinabove identified within a reasonable time. Peacock further moves this Honorable Court for an order compelling Hartford Lloyd's to tender Nancy Kaechler, Greg Dixon and a Hartford Lloyd's company representative for their depositions within a reasonable time. Peacock prays for such other and further relief, at law or in equity, to which it may show itself justly entitled.

Respectfully submitted,

**REED, CARRERA, MCLAIN & GUERRERO**
1 Paseo Del Prado, Bldg. 101
Edinburg, TX 78539

-----------

P.O. Box 9702
McAllen, TX 78502-9702
Tel.: 956/631-5444
Fax: 956/631-9187

By: _____
Victor M. Carrera
Federal I.D. No. 2190
State Bar of Texas No. 03871300

**COUNSEL FOR PLAINTIFF PEACOCK CONSTRUCTION COMPANY, INC.**


Ruben R. Peña
Federal I.D. No. 1216
State Bar of Texas No. 15740900
**LAW OFFICE OF RUBEN R. PEÑA**
222 West Harrison
P.O. Box 530160
Harlingen, TX 78550
Tel.: (956) 412-8200
Fax: (956) 412-8282

**ATTORNEY-IN-CHARGE FOR PLAINTIFF PEACOCK CONSTRUCTION COMPANY, INC.**

## AVERMENT OF CONFERENCE WITH OPPOSING COUNSEL

I, Victor M. Carrera, one of the attorneys for plaintiff Peacock Construction Company, Inc., in the above-styled and numbered cause, aver that on January 24, 2005 and again on February 1, 2005 I spoke with Mr. F. Edward Barker, the attorney for defendant Hartford Lloyd's Insurance Company, regarding the above and foregoing Motion to Compel Discovery. Mr. Barker stated that his client is *opposed* to the relief sought in said motion.

_____
Victor M. Carrera

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR 7.5.A of the Local Rules of the United States District Court for the Southern District of Texas, Plaintiff Peacock Construction Company, Inc., requests oral argument of the above and foregoing Motion to Compel Discovery.

_____
Victor M. Carrera

## NOTICE OF SUBMISSION DATE

Pursuant to LR 7.3 of the Local Rules of the United States District Court for the Southern District of Texas, defendant Hartford Lloyd's Insurance Company, by and through its attorney-in-charge, Mr. F. Edward Barker, is advised that this Motion will be submitted to the presiding United States Magistrate Judge, the Honorable Felix Recio, twenty (20) days after the date of the motion's filing without further notice from the clerk, *i.e.*, on or after February 24, 2005.

_____
Victor M. Carrera

## VERIFICATION

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HIDALGO | § |

**BEFORE ME**, the undersigned Notary Public, on this day personally appeared **VICTOR M. CARRERA**, who after being duly sworn, on his oath deposed as follows:

"My name is **VICTOR M. CARRERA**, and I am one of the attorneys for plaintiff Peacock Construction Company, Inc. in the above-styled and numbered cause. I am fully qualified and authorized in all respects to make this affidavit on behalf of said plaintiff. I am over eighteen years of age and have never been convicted of a felony or a crime involving moral turpitude. I have personal knowledge of the matters set forth herein. Each and every statement of fact contained within paragraph 3 in the above and foregoing Motion to Compel Discovery is within my personal knowledge, and is true and correct.

FURTHER AFFIANT SAYETH NOT."

_____
VICTOR M. CARRERA

**SUBSCRIBED AND SWORN TO BEFORE ME** by the said **VICTOR M. CARRERA**, affiant, to which witness my hand and seal of office on this the 3rd day of February, 2005



ROXANNA S. CROWE
Notary Public, State of Texas
My Commission Expires
7-21-2005

_____
Notary Public, in and for the State of Texas

## CERTIFICATE OF SERVICE

On February 3, 2005, copies of "**PLAINTIFF'S *OPPOSED* MOTION TO COMPEL DISCOVERY**" were sent via telefax and U.S. first-class mail to opposing counsel, as follows:

Mr. F. Edward Barker
**BARKER, LEON, FANCHER & MATTHYS, L.L.P.**
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, TX 78478
*361/882-6590*


Mr. Trey Martinez
**MARTINEZ, MARTINEZ & BARRERA, L.L.P.**
1201 E. Van Buren
Brownsville, TX 78520
*956/544-0602*

_____
Victor M. Carrera