# EXHIBIT "B"

# BARKER, LEON, FANCHER
# & MATTHYS, L.L.P.

ATTORNEYS AT LAW

F. EDWARD BARKER †
ROLAND L. LEON *
RICK FANCHER **
LARRY A. MATTHYS**

TOWER II - SUITE 1200
555 N. CARANCAHUA ST.
CORPUS CHRISTI, TEXAS 78478

(361) 881-9217
FAX: (361) 882-9437
Website: www.blfmlaw.com

MARGERY HUSTON
VADA L. STAHA

STEPHEN J. CHAPMAN
MICHAEL L. MCCAIG

JANUARY 26, 2005

Mr. Victor M. Carrera
Mr. Roger H. Reed
Mr. Alberto L. Guerrero
REED, CARRERA, McLAIN & GUERRERO
1 Paseo del Prado, Bldg. 101
Edinburg, Texas 78539

    Re:    C.A. No. B-04-111; *Peacock Construction Company Inc. v. Hartford Casualty Insurance Company and Hartford Lloyd's Insurance Company*; in the United States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Carrera :

    Enclosed please find a copy of the transcript of the Motion to Remand hearing for your review and information.

    Should you have any questions or comments regarding this correspondence, please do not hesitate to give me a call.

                      Very truly yours,

                      BARKER, LEON, FANCHER
                      & MATTHYS, L.L.P.

                      F. Edward Barker

FEB/arp
ENCLOSURE

RECEIVED JAN 3 1 2005



EXHIBIT B

† Admitted to Practice Law in Tennessee and Texas
* Certified by the Texas Board of Legal Specialization in Personal Injury Trial Law and Civil Trial Law
** Certified by the Texas Board of Legal Specialization in Personal Injury Trial Law

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| PEACOCK CONSTRUCTION CO. | § CASE NO. CA B-04-111 |
| | § |
| VERSUS | § BROWNSVILLE, TEXAS |
| | § DECEMBER 16, 2004 |
| HARTFORD CASUALTY INS. CO. | § 1:58 P.M. TO 2:38 P.M. |

### MOTION TO REMAND

BEFORE THE HON. FELIX RECIO, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff(s):           SEE NEXT PAGE

For the Defendant(s):           SEE NEXT PAGE

Interpreter:                    (None present)

Court Recorder:                 Rosy D'Venturi

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P.O. Box 925675
Houston, Texas 77292
(713) 697-4718 (office) ♦ (713) 697-4722 (fax)
www.judicialtranscribers.com

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

APPEARANCES:

For the Plaintiff(s):                 RUBEN PEÑA
                                      222 W. Harrison
                                      Harlingen, Texas 78550

                                          -and-

                                      VICTOR CARRERA
                                      1 Paseo Del Prado, Bldg. 101
                                      Edinburg, Texas 78539


For the Defendant(s):                 F. EDWARD BARKER
                                      555 N. Carancahua
                                      Corpus Christ, Texas 78478




Also Present:

Court Clerk:                          Bertha Vasquez

1  the suit that you have pending against those other anyway.
2        **MR. PEÑA:** In the 404th, Judge. Yeah, they could
3  all be resolved over there.
4        **THE COURT:** Those will survive. If we construe
5  this as being merely a coverage question, then I see what your
6  argument is. But, I think that even if you didn't address
7  those in this case, those are still alive in the other one.
8        **MR. CARRERA:** And, Your Honor, I think we would
9  have to proceed with discovery along parallel tracks.
10       **MR. BARKER:** I don't see how we proceed with
11 discovery at all, other than if counsel wishes to look at
12 Hartford Lloyd's correspondence files, perhaps with the agent,
13 that's fine. See what, in fact, was ordered. Or whether
14 there was anything else. But, I don't see that there is any
15 discovery in this case at all. I think what we really have is
16 just a question of construction after we look at the facts.
17       Now, the claims of negligence that they have
18 over in the 404th survive over there. There's nothing to keep
19 them from going forward if they -- that the South Texas agents
20 have their own insurance coverage, they have their own E&O
21 policies. They've got all kinds of those things. And they
22 can go forward and do all of that. They don't need them here
23 for the coverage issue.
24       **THE COURT:** Okay. Has there been any discussion --
25 this is an aside. But, has there been any discussion in terms