# EXHIBIT "C"

# REED, CARRERA, MCLAIN & GUERRERO

Attorneys-at-Law

ROGER H. REED
Board Certified
Civil Appellate Law
Texas Board of Legal Specialization

VICTOR M. CARRERA*
Board Certified
Civil Trial Law
Civil Appellate Law &
Personal Injury Trial Law
Texas Board of Legal Specialization

J. SCOTT MCLAIN
ALBERTO L. GUERRERO
ANA MARIA GUERRERO

1 Paseo del Prado, Bldg. 101
Edinburg, TX 78539

P.O. Box 9702
McAllen, TX 78502-9702

Tel.: 956-631-5444
FAX: 956-631-9187

Internet: www.rcmlaw.com

*of counsel to the firm

December 23, 2004

VIA TELEFAX: 361/882-6590

Mr. F. Edward Barker
BARKER, LEON, FANCHER & MATTHYS, L.L.P.
555 N. Carancahua St. - Tower II, Suite 1200
Corpus Christi, TX 78478

RE: C.A. NO. B-04-111; PEACOCK CONSTRUCTION COMPANY, INC. v. HARTFORD CASUALTY INSURANCE COMPANY, et al.; U.S. District Court, Southern District of Texas, Brownsville Division

Dear Mr. Barker:

At the hearing last week you advised Magistrate Recio on the record that you would agree to produce a copy of the insurance company's file on the policy at issue. We asked for this information through our Request for Production 3, to which you objected. I can't see any valid basis as to why we would not be entitled to a copy of Hartford's file on the policy, or to copies of correspondence between the Hartford companies and the various principals involved, including South Texas Masonry, McQueary Henry Bowles & Troy, Peacock, *etc.*, as sought in Requests for Production 1 and 2 -- to which you also objected.

You have yet to produce a single document, other than copies of the policy and of a single certificate of insurance in connection with Defendants' Initial Disclosures. Please provide the requested documentation on or before January 3, 2005, as I don't wish to have to approach Judge Recio for relief in that regard. Additionally, please let me know when Nancy Kaechler may be available for a deposition, and also Greg Dixson, who has been identified as the original adjuster on this claim. Happy Holidays.


EXHIBIT C

Mr. F. Edward Barker
December 23, 2004
Page Two

Very truly yours,

REED, CARRERA, MCLAIN & GUERRERO

By: _____
Victor M. Carrera

VMC:rsc