# EXHIBIT "D"



THE
HARTFORD

February 13, 2003

South Texas Masonry
805 E Business 83
Pharr, Tx 78577

Attn:   Claims Manager

Re:   Policy No.:   46 SBA NS1014
      Claim No.:    YBG LP 40689
      Insured:      South Texas Masonry
      Claimant:     Jose Salazar/jose Garcia
      Loss Date:    10/23/02
      Lars Code:
      Location:     4212 Gulf Blvd. South Padre Isl Tx
      Driver:

This letter serves to acknowledge receipt of your loss/accident.  I will be the adjuster handling your claim.

Should you have any questions before I have the opportunity to contact you, please feel free to call.

Very truly yours,



Greg Dixon
Claim Service Rep
817-750-0533



cc to agent:   Mcqueary Henry Bowle
               12700 Park Central Dr. #1700
               Dallas, Tx 75251


Acknowledgment letter/0055h

EXHIBIT
D

FEB 17 2003

000009

Houston Commercial Claims
785 Greens Parkway, Suite 210
Houston, TX 77067-4409
Mailing Address: P.O. Box 4364
Houston, TX 77210-4364
Telephone 281 877 3700
Toll Free 800 984 5770

# Exhibit "E"