# EXHIBIT "F"

# REED, CARRERA, MCLAIN & GUERRERO
### Attorneys-at-Law

ROGER H. REED
Board Certified
Civil Appellate Law
Texas Board of Legal Specialization

VICTOR M. CARRERA*
Board Certified
Civil Trial Law
Civil Appellate Law &
Personal Injury Trial Law
Texas Board of Legal Specialization

J. SCOTT MCLAIN
ALBERTO L. GUERRERO
ANA MARIA GUERRERO

1 Paseo del Prado, Bldg. 101
Edinburg, TX 78539

P.O. Box 9702
McAllen, TX 78502-9702

Tel.: 956-631-5444
FAX: 956-631-9187

Internet: www.rcmlaw.com

*of counsel to the firm

January 24, 2005

VIA TELEFAX: 361/882-9437

Mr. F. Edward Barker
**BARKER, LEON, FANCHER & MATTHYS, L.L.P.**
555 N. Carancahua St. - Tower II, Suite 1200
Corpus Christi, TX 78478

RE: C.A. NO. B-04-111; *PEACOCK CONSTRUCTION COMPANY, INC. v. HARTFORD CASUALTY INSURANCE COMPANY, et al.*; U.S. District Court, Southern District of Texas, Brownsville Division

Dear Mr. Barker:

I am a bit concerned that you have still failed to respond to my client's discovery, and produce documents which you agreed to produce at the hearing on December 16, 2004. Additionally, you have failed to provide dates for the depositions of your newly disclosed expert, and for the two employees of Hartford Lloyd's that I had previously requested. As you know, our discovery cut-off is February 14, 2005, just three weeks from now.

When we last spoke, you indicated that you would be in trial until mid-February and could not really address these issues before then. Given Magistrate Recio's ruling on my client's Motion to Remand, I have no choice but to approach him with a motion to compel discovery, including the production of your clients and witnesses for deposition, and for an extension of the discovery deadline.

I tried to call you this morning to discuss this matter, but was told that you were out. If I do not hear from you by noon tomorrow, I will file a motion to that effect and advise the Court that you are opposed thereto.

Mr. F. Edward Barker
January 24, 2005
Page Two

Very truly yours,

REED, CARRERA, MCLAIN & GUERRERO

By: _____
Victor M. Carrera

VMC:rsc

xc:   Mr. Ruben Peña

**Via Fax: 956/412-8282**