# EXHIBIT "G"

# BARKER, LEON, FANCHER
# & MATTHYS, L.L.P.

ATTORNEYS AT LAW

F. EDWARD BARKER†
ROLAND L. LEON *
RICK FANCHER **
LARRY A. MATTHYS**

TOWER II - SUITE 1200
555 N. CARANCAHUA ST.
CORPUS CHRISTI, TEXAS 78478

(361) 881-9217
FAX: (361) 882-9437
Website: www.blfmlaw.com

MARGERY HUSTON
VADA L. STAHA

STEPHEN J. CHAPMAN
MICHAEL L. MCCAIG

January 21, 2005

Mr. Victor M. Carrera
REED, CARRERA, McLAIN & GUERRERO
1 Paseo del Prado, Bldg. 101
Edinburg, Texas 78539

Re: C.A. No. B-04-111; *Peacock Construction Company Inc. v. Hartford Casualty Insurance Company and Hartford Lloyd's Insurance Company*; in the United States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Carrera:

I would be happy to provide to you available dates and time when Michael Sean Quinn may be available for his deposition after he has fully examined all of the documents that we are currently copying and should ship to him on Monday. Following his examination of those documents and following the rendition of a report from him, I will then provide you a copy of that report and dates when you might depose him, should you choose to do so. Right now, Mr. Quinn has only been retained but has not examined the underlying documents or rendered a report.

Very truly yours,

BARKER, LEON, FANCHER
& MATTHYS, L.L.P.

F. Edward Barker

FEB/arp
cc: Mr. Ruben R. Pena
LAW OFFICES OF RUBEN R. PENA
222 West Harrison
P.O. Box 530160
Harlingen, Texas 78550

JAN 2 4 2005

†Admitted to Practice Law in Tennessee and Texas
*Certified by the Texas Board of Legal Specialization in Personal Injury Trial Law and Civil Trial Law
**Certified by the Texas Board of Legal Specialization in Personal Injury Trial Law

Mr. Victor M. Carrera
January 21, 2005
Page 2

cc:   Mr. Trey Martinez
      MARTINEZ, MARTINEZ & BARRERA, L.L.P.
      1201 E. Van Buren Street
      Brownsville, Texas 78520