IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC., § | | |
| *plaintiff* § | | |
| § | | |
| v. § | CIVIL ACTION NO. B-04-111 | |
| § | | |
| HARTFORD LLOYD'S INSURANCE COMPANY, § | | |
| *defendant* § | | |

## ORDER

On this date came on for consideration Plaintiff's *Opposed* Motion to Compel Discovery. The Court, upon consideration of said Motion, defendant's response thereto, and the arguments of counsel, is of the opinion that said Motion is meritorious, and the same is hereby in all things **GRANTED**.

**IT IS THEREFORE ORDERED** that defendant Hartford Lloyd's Insurance Company shall fully and completely answer Interrogatories Nos. 1, 2, 3, 5, 6 and 9 of Plaintiff's First Set of Interrogatories, and shall fully produce all documents responsive to Requests Nos. 1, 2 and 3 of Plaintiff's First Requests for Production, within ____ days of the date of this order.

**IT IS FURTHER ORDERED** that defendant Hartford Lloyd's Insurance Company shall produce Greg Dixon, Nancy Kaechler, and a company representative for their depositions at a mutually agreed upon location within the Southern District of Texas, within ___ days of the date of this order.

**SIGNED** this ___ day of _____, 2005.

_____
**UNITED STATES MAGISTRATE JUDGE**

_____
*Peacock v. Hartford*; Order to Compel Discovery -- p. 1 of 1 pgs.