IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC., § <br> *plaintiff* § <br> § <br> v. § <br> § <br> HARTFORD LLOYD'S INSURANCE COMPANY, § <br> *defendant* § | CIVIL ACTION NO. B-04-111 |

ORDER

On this date came on for consideration Plaintiff's *Opposed* Motion to Compel Discovery. The Court, upon consideration of said Motion, defendant's response thereto, and the arguments of counsel, is of the opinion that said Motion is meritorious in part, and the same is hereby **GRANTED** to the following extent:

_____

_____

_____

_____

_____

_____

_____

_____.

SIGNED this ___ day of _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

*Peacock v. Hartford*; Order to Compel Discovery -- p. 1 of 1 pgs.