
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS DIVISION**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

FEB 0 9 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION CO., INC. | * | |
| vs | * | CIVIL ACTION NO. B-04-111 (636(c)) |
| HARTFORD LLOYD'S INSURANCE CO. | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

**HEARING ON MOTIONS TO QUASH & ON MOTION TO COMPEL DISCOVERY**

**February 15, 2005, at 1:30 p.m.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520

**BY ORDER OF THE COURT**

February 9, 2005

cc:   All Counsel