United States District Court
Southern District of Texas
FILED

FEB 1 0 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC., § § § § plaintiff § § v. § § HARTFORD LLOYD'S INSURANCE § COMPANY, §§ defendant § | CIVIL ACTION NO. B-04-111 |

### STIPULATION TO EXTEND DISCOVERY DEADLINE

Come now PEACOCK CONSTRUCTION COMPANY, INC., plaintiff, and HARTFORD LLOYD'S INSURANCE COMPANY, defendant, being all of the parties in this action, and pursuant to FED. R. CIV. P. 29 would stipulate as follows:

### I.

On or about September 8, 2004 this Honorable Court entered its "Amended Rule 16 F.R.C.P. Scheduling Order" which set a deadline of February 14, 2005 to complete discovery in this case. Pursuant to FED. R. CIV. P. 29, the parties agree to extend the discovery deadline for an additional thirty day period, up to and including March 16, 2005.

---

*Peacock Construction v. Hartford, et al.*; Mot. to Extend Discovery D/L -- p. 1 of 2 pgs.

Respectfully submitted,

| | |
|---|---|
| **REED, CARRERA, MCLAIN & GUERRERO**<br>1 Paseo Del Prado, Bldg. 101<br>Edinburg, TX 78539<br><br>----------<br><br>P.O. Box 9702<br>McAllen, TX 78502-9702<br>Tel.: 956/631-5444<br>Fax: 956/631-9187<br><br>By: _____<br>    Victor M. Carrera<br>    Federal I.D. No. 2190 | **BARKER, LEON, FANCHER &**<br>**MATTHYS, L.L.P.**<br>Tower II, Suite 1200<br>555 N. Carancahua St.<br>Corpus Christi, TX 78478<br>Tel.: (361) 881-9217<br>Fax: (361) 882-9437<br><br>By: _____<br>    F. Edward Barker<br>    Federal I.D. No. 970<br><br>**ATTORNEY FOR DEFENDANTS**<br>**HARTFORD CASUALTY INSURANCE**<br>**COMPANY** and **HARTFORD LLOYD'S**<br>**INSURANCE COMPANY** |

**LAW OFFICE OF RUBEN R. PEÑA**
222 West Harrison
P.O. Box 530160
Harlingen, TX 78550
Tel.: (956) 412-8200
Fax: (956) 412-8282

By: _____  (with permission)
    Ruben R. Peña
    Federal I.D. No. 1216

**ATTORNEYS FOR PLAINTIFF**
**PEACOCK CONSTRUCTION COMPANY, INC.**