| | | |
|---|---|---|
| COURTROOM MINUTES | : | **Felix Recio, Judge Presiding**<br>**Southern District of Texas, Brownsville Division** |
| Courtroom Clerk | : | S Garcia |
| ERO | : | D Ahumada |
| Interpreter | : | not needed |
| USPO | : | Figueroa |
| Date | : | February 15, 2005 from 1:55 to 2:20 p.m. |

United States District Court
Southern District of Texas
FILED

FEB 15 2005

Michael N. Milby
Clerk of Court

---

### CA No: B-04-111 (636(c))

Peacock Construction Co.   &   Victor Carrera

vs

Hartford Casualty Insurance Co. etal   &   F Edward Barker

---

### HEARING ON MOTIONS TO QUASH / COMPEL

Victor Carrera present for Peacock Construction Co.;
F Edward Barker present for Hartford Casualty Insurance Co et al;

F Barker states background of the case to the Court and states the status of the depositions;

V Carrera responds to the Defendant's Motion to Quash and Motion to Compel;

F Barker responds

The Court asks if the parties have considered Mediation;

The parties state they would not be against it;

The Court rules as follows:

   March 16th extension is noticed by the Court and approved;
      Document #35, #36 and #37 are denied;
      Document #38 is Granted;
      The Court will not rule on #30 and #27 at this time;

Court adjourned.