United States District Court
Southern District of Texas
ENTERED

FEB 1 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION, COMPANY, INC.<br>Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. B-04-111<br>(636(c)) |
| HARTFORD CASUALTY INSURANCE COMPANY AND HARTFORD LLOYD'S INSURANCE COMPANY,<br>Defendants. | § § § § § | |

**ORDER**

On February 15, 2005, came on to be considered Plaintiff's Motion to Compel (Docket No. 38) as well as Defendant's Motion to Quash Plaintiff's Notice of Intention to Take Oral/Video Deposition of Greg Dixon (Docket No. 35), Defendant's Motion to Quash Plaintiff's Notice of Intention to Take Oral/Video Deposition with Subpoena Duces Tecum of a Corporate Representative of Hartford Lloyd's Insurance Company, (Docket No. 36), and Defendant's Motion to Quash Plaintiff's Notice of Intention to Take Oral/Video Deposition with Subpoena Duces Tecum of Nancy Kaechler (Docket No. 37). After consideration of the pleadings, motions, and argument of counsel, this Court is of the opinion that Plaintiff's motion (Docket No. 38) should be GRANTED and Defendant's motions (Docket Nos. 35, 36, & 37) should be DENIED.

It is therefore ORDERED that Defendant shall fully and completely answer interrogatories numbers 1, 2, 3, 5, 6 and 9 of Plaintiff's First set of interrogatories, and shall fully

produce all documents responsive to requests numbers 1, 2 and 3 of Plaintiff's First Requests for Production, by March 16, 2005.

It is further ORDERED that Defendant shall produce Greg Nixon, Nancy Kaechler, and a company representative for their depositions at a mutually agreed upon location within the Southern District of Texas by March 16, 2005.

IT IS SO ORDERED.

Done this 16th day of February, 2005.

Felix Recio
United States Magistrate Judge

2