AO435
(Rev. 1/90)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

# TRANSCRIPT ORDER

Read Instructions on Back.

| | | |
|---|---|---|
| 1. NAME: John R. Lyde | 2. PHONE NUMBER: (956) 381-6602 | 3. DATE: 2/11/05 |
| 4. MAILING ADDRESS: 123 W. McIntyre | 5. CITY: Edinburg | 6. STATE: TX  ZIP CODE: 78541 |
| 8. CASE NUMBER: Civil Action No. B-04-111 | 9. JUDICIAL OFFICIAL: Judge Felix Recio | DATES OF PROCEEDINGS: 10. FROM 12/15/04  11. TO 12/15/04 |
| 12. CASE NAME: Peacock Construction vs. Hartford | | LOCATION OF PROCEEDINGS: 13. CITY Brownsville  14. STATE TX |

**15. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Hearing on Motion to Remand | 12/16/04 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES |
|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES |
| DAILY | ☐ | ☐ | NO. OF COPIES |
| HOURLY | ☐ | ☐ | NO. OF COPIES |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: [signature]

19. DATE: 2/11/05

(Previous editions of this form may still be used)   ORIGINAL- COURT COPY   YELLOW- TRANSCRIPTION COPY   GREEN- ORDER RECEIPT   PINK- ORDER COPY