United States District Court
Southern District of Texas
ENTERED

MAR 0 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

PEACOCK CONSTRUCTION CO., INC.  *

vs                              *   CIVIL ACTION NO. B04-111
                                         (636(c))
HARTFORD CASUALTY INSURANCE     *
CO., ET AL

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### Motions Hearing

**March 29, 2005, at 2:00 p.m.**
(RESET FROM 3/15/05)

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520

**BY ORDER OF THE COURT**

March 8, 2005

cc:   All Counsel