IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY INC. | § § § § | |
| VS. | § § § § § | CIVIL ACTION NO. B-04-111 |
| HARTFORD LLOYD'S INSURANCE COMPANY | § § | "JURY TRIAL" |

## MOTION FOR LEAVE TO FILE DEFENDANT HARTFORD LLOYDS INSURANCE COMPANY'S 12(B)(6) MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT

Comes now, Defendant Hartford Lloyd's Insurance Company and makes this Motion for Leave to File and would show the court as follows:

### I. FACTS

1.  The dispositive motion deadline was February 14, 2005. Due to scheduling difficulties and with agreement of counsel, the deposition of the Hartford Representatives and expert Michael Sean Quinn were unable to be taken until March of 2005.

2.  Upon conclusion of these depositions, it became apparent that there was no evidence supporting any claims of plaintiff against Hartford.

3.  As this case concerns primarily coverage issues that are straight questions of law, ruling on a dispositive motion could dispel with the necessity of a trial.

### III. PRAYER

Wherefore defendant prays that this court grant this motion for leave to file this motion to

dismiss this cause, and for whatever further relief in law or equity defendant may be entitled.

Respectfully submitted,

_____
F. Edward Barker
State Bar No. 01741000
Federal I.D. No. 970
Attorney-in-Charge for Defendants
Hartford Casualty Insurance Company and
Hartford Lloyd's Insurance Company
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
(361) 881-9217; FAX: (361) 882-6590

OF COUNSEL:
BARKER, LEON, FANCHER &
MATTHYS, L.L.P.

Mr. Trey Martinez
Martinez, Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
(956) 546-7159; FAX: (956) 544-0602

Co-Counsel for Defendants
Hartford Casualty Insurance Company and
Hartford Lloyd's Insurance Company

## CERTIFICATE OF CONFERENCE

Counsel for plaintiffs and defendant have conferred in good faith regarding the motion and can not agree as to its disposition.

_____
F. Edward Barker
State Bar No. 01741000
Federal I.D. No. 970
Attorney-in-Charge for Defendants
Hartford Casualty Insurance Company and
Hartford Lloyd's Insurance Company
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
(361) 881-9217; FAX: (361) 882-6590

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2005, a complete and correct copy of MOTION FOR LEAVE TO FILE DEFENDANT HARTFORD LLOYDS INSURANCE COMPANY'S 12(B)(6) MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT was served on each party by delivery to the following attorneys of record in accordance with the Federal Rules of Civil Procedure.

Mr. Ruben R. Pena
LAW OFFICES OF RUBEN R. PENA
222 West Harrison
P.O. Box 530160
Harlingen, Texas 78550

Mr. Roger Reed
Mr. Victor M. Carrera
Mr. Alberto L. Guerrero
REED, CARRERA, MCLAIN & GUERRERO, L.L.P.
1 Paseo del Prado, Bld. 101
Edinburg, Texas 78539
Or P.O.Box 9702
McAllen, Texas 78502-9702

_____
F. Edward Barker