

# THE HARTFORD

I, Mary Jane Martinez, Operations Manager, Hartford Insurance of San Antonio, Texas certify the below numbered policy is an exact duplicate of the original.

*Mary Jane Martinez*

Mary Jane Martinez, Operations Manager

Policy Number:  46 SBA NS1014
Insured's Name:  SOUTH TEXAS MASONRY
Date:  12/01/01- 12/01/02

*Kimberley D McKanna*

Kimberley D. McKanna, Notary Public

KIMBERLEY D. MCKANNA
Notary Public, State of Texas
My Commission Expires
March 19, 2007

My Commission expires:    3/19/07

Date: 5/21/2004

Notary Seal



EXHIBIT
2

Agency Services
P.O. Box 659727
San Antonio, TX 78265-3015
Toll Free 800 447 7679
Facsimile 210 732 2977

# TABS

## Total Account Billing System

**You will soon receive your first bill from The Hartford. Please do not make any payment *until* you receive your bill.**

**Your insurance policy is in force as of the effective date shown on the policy.**

# Here's how you will be billed:

o  Your total premium is displayed on the front of your policy. You will be billed according to the appropriate plan under which you are enrolled.

o  Please pay the exact amount of the "minimum due" shown on your bill, or you may choose to pay your total premium in full. (Please note: A small service fee is added to each billing installment. To save service fees, you may prepay future installments if you wish.)*

o  To avoid late payment fees, please pay the "minimum due" by the due date shown.*

*  **Service and late payment fees do not apply in all states.**

o  If you are on the installment billing plan and a credit or additional premium is due as the result of a change you make to your policy, the credit or premium will be spread equally over your future billing installments.

o  For your convenience, more than one policy may be combined on a single monthly bill. This means you can add eligible policies to your billing account at any time. Just ask your agent for details.

o  For questions you have about your coverages or bill plan options, be sure to contact your Independent Agent who represents The Hartford.

*If you have any questions about your bill, please call The Hartford's Customer Billing Service Center toll-free number reflected on your bill.*

**Again, thank you for insuring with The Hartford.**

Form 100722  6th Rev.    Printed in U.S.A.



# POLICY ADJUSTMENT NOTICE

Your enclosed Hartford policy is subject to audit. This policy is being issued on an **estimated** basis for the policy period shown and your final premium will be determined when your coverage period expires. The final audit may result in either a return premium to you or an additional premium due The Hartford.

Your Hartford premium payments are based on the policy estimated premium. When the policy coverage period expires you may receive either a form (Insured's Report of Exposure) asking for pertinent information in relation to this policy or a notice that a company Premium Auditor will audit your records to verify the basis of premium for your insurance policy. You will receive a copy of the audit statement which will reflect the amount of your policy auditable premium.

**If we owe you**   a return premium, The Hartford will mail you a check for the **full amount** due you, less any past due amounts, if applicable.

**If you owe us**   an additional premium, the **entire amount** will appear as due and payable on your next bill. This bill will also reflect the estimated premium due for the billing period of your renewal policy(s), if any.

If you have any questions regarding the audit statement, please call your insurance agent.

Thank you for doing business with The Hartford.

**Form G-3058-0**  Printed in U.S.A.



## IMPORTANT NOTICE

To obtain information or make a complaint:

You may contact your agent who is listed on the Declarations Page of your policy, or on your binder or certificate of insurance.

You may call The Hartford toll-free telephone number for information or to make a complaint at

### 1-800-392-7805

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at

### 1-800-252-3439

You may write the Texas Department of Insurance
P.O. Box 149104
Austin, TX  78714-9104
FAX # (512) 475-1771

**PREMIUM OR CLAIM DISPUTES**
Should you have a dispute concerning your premium or about a claim you should contact the agent or the company first.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY**:
This notice is for information only and does not become a part or condition of the attached document.

## AVISO IMPORTANTE

Para obtener informacion o para someter una queja:

Puede comunicarse con su agente quien esta alistado en las Paginas de Declaracion de su poliza, o en su resguardo provisional, o en el certificado de seguro.

Usted puede llamar al numero de telefono gratis de The Hartford's para informacion o para someter una queja al

### 1-800-392-7805

Puede comunicarse con el Departamento de Seguros de Texas para conseguir informacion acerca de companias, coberturas, derechos o quejas al

### 1-800-252-3439

Puede escribir al Departamento de Seguros de Texas
P.O. Box 149104
Austin, TX 78714-9104
FAX # (512) 475-1771

**DISPUTAS SOBRE PRIMAS O RECLAMOS**
Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el agente o la compania primero.  Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**UNA ESTE AVISO A SU POLIZA**:  Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

**Form G-3116-1**  Printed in U.S.A.



# IMPORTANT NOTICE TO POLICYHOLDERS

# PREMIUM DETERMINATION FOR SUBCONTRACTORS

As a contractor some of your operations may be performed by a subcontractor. In order to minimize your premium charge for subcontracted work, the subcontractor must carry adequate insurance.

# PLEASE READ THE FOLLOWING CAREFULLY TO UNDERSTAND:

What is an Adequately Insured Subcontractor
How we determine your premium for an Adequately Insured Subcontractor
How we determine your premium for an Inadequately Insured Subcontractor
What records we require you to maintain
The role of a Hartford Premium Auditor

## I. WHAT IS AN ADEQUATELY INSURED SUBCONTRACTOR

Unless otherwise specified by us at inception, the subcontractor will be considered to be adequately insured (for purposes of premium computation only) if the subcontractor, during the period of time that the work is performed for you, carries limits equal to:

**A.** your occurrence, general aggregate and products/completed operations aggregate limits, or

**B.** $300,000 per occurrence, $300,000 general aggregate, and $300,000 products/completed operations aggregate limits;

whichever is lower.

When requested, you must furnish us with satisfactory evidence of subcontractors' insurance (i.e., certificates of insurance).

## II. HOW WE DETERMINE YOUR PREMIUM FOR AN ADEQUATELY INSURED SUBCONTRACTOR

When a subcontractor is adequately insured we will not charge for the subcontracted work to determine your premium.

In order to meet this requirement, satisfactory evidence of subcontractors' insurance (i.e., certificates of insurance) showing adequate limits must be available at the time of audit.

## III. HOW WE DETERMINE YOUR PREMIUM FOR AN INADEQUATELY INSURED SUBCONTRACTOR

When a subcontractor is inadequately insured, the subcontractors' payroll records are necessary to determine your premium charge. In such cases your premium will be based on the payroll of that subcontractor.

If we cannot determine the subcontractors' payroll, your premium charge for the inadequately insured subcontractor will be based on the following:

**A.** 50% of the subcontractor price will be considered payroll if the subcontract is for labor and material.

**B.** 90% of the subcontract price will be considered payroll if the subcontract is for labor only.

## IV. WHAT RECORDS WE REQUIRE YOU TO MAINTAIN

It's essential that you keep clear and accurate records with a breakdown of payrolls and subcontract costs by type of work performed.

## V. THE ROLE OF A HARTFORD PREMIUM AUDITOR

The Hartford auditor is permitted by the policy provisions to make a complete audit of the records needed to establish the proper premium for your policy. This includes, but is not limited to, an examination of your cash journals, general ledgers, payroll records, subcontractor records, income tax, social security reports, unemployment insurance reports, checkbooks and contracts.

We appreciate your cooperation in making these records available for the auditor's inspection. These records will enable the auditor to determine your premium quickly and efficiently. If you have any questions please contact your agent or the Hartford auditor for details that apply to your policy.

**Form SS 83 03 07 92**  Printed in U.S.A. (NS)

Copyright, Hartford Fire Insurance Company, 1992



# IMPORTANT NOTICE TO OUR POLICYHOLDERS

ENCLOSED IS YOUR SPECTRUM POLICY FROM THE HARTFORD.  WE ARE PROVIDING YOU WITH A COMPLETE SET OF POLICY FORMS, NOTICES AND BROCHURES.  IN THE INTEREST OF PAPER CONSERVATION AND TO REDUCE EXPENSES, AT RENEWAL OF THIS POLICY WE WILL BE PROVIDING YOU ONLY WITH THOSE DOCUMENTS WHICH HAVE CHANGED FROM THOSE NOW BEING PROVIDED.  **YOU SHOULD RETAIN ALL OF THESE DOCUMENTS INDEFINITELY** SO THAT YOU WILL HAVE A COMPLETE SET OF POLICY FORMS AT ALL TIMES FOR YOUR REFERENCE.

IF YOU HAVE QUESTIONS, OR IF AT ANY TIME YOU NEED COPIES OF ANY OF THE FORMS LISTED ON YOUR POLICY, PLEASE CALL YOUR HARTFORD AGENT OR BROKER, OR THE OFFICE OF THE HARTFORD IDENTIFIED ON YOUR POLICY, AS APPROPRIATE.

**Form  SS 83 13 01 97**



THE HARTFORD

# COVERAGE ENHANCEMENT INCLUDED FOR FREE!

We are pleased to enclose your new **SPECTRUM** business insurance policy and would like to take the opportunity to point out to you <u>an enhancement you might not have expected.</u>

We value your business and want to be sure you always have the best coverage available. Based on what is going on in the world you occupy, we constantly make changes and upgrade the SPECTRUM business insurance policy to stay in tune with your insurance needs. In response to one of the big changes in the business world, The Hartford now provides comprehensive coverage for Employment Practices Liability. Your SPECTRUM policy automatically includes $5,000 of Employment Practices Liability Insurance (EPLI) coverage - **at no additional cost.**

- o   The Hartford's EPLI coverage includes:
- o   a broad definition of "Wrongful Acts"
- o   wrongful refusal to employ
- o   wrongful promotion, evaluation, discipline or termination
- o   violations of sexual harassment or other workplace harassment laws
- o   unlawful retaliation against a past, present or future employee
- o   violations of the Family Medical Leave Act

<u>Your policy automatically includes coverage of $5,000 on a claims-made basis* to cover both the costs of EPLI judgements and your legal defense against these claims.</u> *This coverage is designed to provide protection against small claims. We advise that you consider your potential exposure from these kinds of lawsuits and work with your agent to secure higher limits from the Hartford if needed for your business.*

The Hartford continues to improve and enhance the SPECTRUM business insurance policy, providing comprehensive coverages and competitive pricing. **Together, EPLI and other product features, make SPECTRUM the best insurance coverage for owners of small businesses like yours.**

If you have any questions about your SPECTRUM business insurance coverages or would like more information about the new EPLI protection, please contact your agent or broker directly.

* For a more detailed explanation of Claims-made, defense within limits coverage, ask your agent.

## Thank you for choosing The Hartford for your business insurance needs.

**Form SS 83 39 06 01**   Printed in U.S.A.  (NS)

© 2001, The Hartford



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGE

This endorsement changes the policy effective on the Inception Date of the policy unless another date is indicated below:

**Policy Number:** 46 SBA NS1014   SC                    ORIGINAL

**Named Insured and Mailing Address:**       SOUTH TEXAS MASONRY
ELIAZAR & BALDEMAR SALAZAR DBA
805 E. BUSINESS
PHARR                    TX 78577

**Policy Change Effective Date:** 12/01/01      **Effective hour is the same as stated in the
Declarations Page of the Policy.**

**Policy Change Number:** 001

**Agent Name:**   MCQUEARY HENRY BOWLES TROY, LLP
**Code:**      461496

## POLICY CHANGES:

NAMED INSURED IS CHANGED TO READ:    SOUTH TEXAS MASONRY
SEE FORM IH 12 00

MAILING ADDRESS IS CHANGED TO READ:  433 KITTY HAWK RD # 226
UNIVERSAL CITY
TX. 78148

FORM NUMBERS OF ENDORSEMENTS ADDED AT ENDORSEMENT ISSUE:

IH12001185 NAMED INSURED

PRO RATA FACTOR: 1.000

THIS ENDORSEMENT DOES NOT CHANGE THE POLICY EXCEPT AS SHOWN.

**Form SS 12 11 03 92T**  Printed in U.S.A.           **Page** 001
**Process Date:** 01/17/02

UW COPY                                      **Policy Expiration Date:** 12/01/02

03637

*0100046NS10140201*

**POLICY NUMBER:** 46 SBA NS1014



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

NAMED INSURED

SOUTH TEXAS MASONRY
C/O PRIMARY BUSINESS SYSTEMS
ELIAZAR & BALDEMAR SALAZAR DBA

# Hartford Spectrum
Business Insurance Policy



This **Spectrum Policy** consis͏ the Declarations, Coverage Forms, Com͏ ͏olicy Conditions and any other Forms and Endorsements issued to be a part of the Policy. This insurance is provided by the insurance company of The Hartford Insurance Group shown below.

**INSURER:**    HARTFORD LLOYDS INSURANCE COMPANY
              450 GEARS RD., SUITE 500, HOUSTON, TX 77067
COMPANY CODE: B

**Policy Number:**  46 SBA NS1014  SC

# SPECTRUM POLICY DECLARATIONS        ORIGINAL



THE HARTFORD

**Named Insured and Mailing Address:**        SOUTH TEXAS MASONRY
(No., Street, Town, State, Zip Code)         ELIAZAR & BALDEMAR SALAZAR DBA
                                             805 E. BUSINESS
                                             PHARR            TX   78577

**Policy Period:**        **From**   12/01/01      **To**   12/01/02    1    YEAR
12:01 a.m., Standard time at your mailing address shown above. **Exception:** 12 noon in Maine, Michigan, New Hampshire, North Carolina.

**Name of Agent/Broker:** MCQUEARY HENRY BOWLES TROY, LLP
**Code:**  461496

**Previous Policy Number:**    NEW

**Named Insured is:** PARTNERSHIP

**Audit Period:** ANNUAL

**Type of Property Coverage:** SPECIAL

**Insurance Provided:** In return for the payment of the premium and subject to all of the terms of this policy, we agree with you to provide insurance as stated in this policy.

---

**TOTAL ANNUAL PREMIUM IS:**        $18,637

---

Countersigned by _____

                    _____
                    Authorized Representative        Date

**Form SS 00 02 11 93 T** Printed in U.S.A. (NS)      **Page** 001 (CONTINUED ON NEXT PAGE)
**Process Date:** 01/07/02                            **Policy Expiration Date:** 12/01/02

                UW COPY

11531

*210004 6NS10140101

## SPECTRUM POLICY DECLARATIONS   (Continued)

**POLICY NUMBER:** 46 SBA NS1014

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number Below.

**Location:** 001      **Building:** 001

805 E. BUSINESS
PHARR          TX  78577

**Description of Business:**
MASONRY & STONEWORK

**Deductible:** $ 500 PER OCCURRENCE

**BUILDING AND BUSINESS PERSONAL PROPERTY**          **LIMITS OF INSURANCE**

  **BUILDING**

                                         NO COVERAGE

  **BUSINESS PERSONAL PROPERTY**

    **REPLACEMENT COST**                 $     5,000

**PERSONAL PROPERTY OF OTHERS**

  **REPLACEMENT COST**                   NO COVERAGE

MONEY AND SECURITIES

  INSIDE THE PREMISES                    $    10,000
  OUTSIDE THE PREMISES                   $     5,000

## SPECTRUM POLICY DECLARATIONS  (Continued)

**POLICY NUMBER:** 46 SBA NS1014

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

**Location:** 001        **Building:** 001

**PROPERTY OPTIONAL COVERAGES APPLICABLE**          **LIMITS OF INSURANCE**
**        TO THIS LOCATION**

CONTRACTORS STRETCH
FORM: SS 04 23
THIS FORM INCLUDES MANY ADDITIONAL
COVERAGES AND EXTENSIONS OF
COVERAGES. A SUMMARY OF THE
COVERAGE LIMITS IS ATTACHED.

11532

*2100046NS10140101

**Form SS 00 02 11 93 T**  Printed in U.S.A. (NS)          **Page** 003  (CONTINUED  ON  NEXT  PAGE)
**Process Date:**  01/07/02                         **Policy Expiration Date:** 12/01/02

# SPECTRUM POLICY DECLARATIONS (Continued)
**POLICY NUMBER:** 46 SBA NS1014

| | |
|---|---|
| **PROPERTY OPTIONAL COVERAGES APPLICABLE TO ALL LOCATIONS** | **LIMITS OF INSURANCE** |

BUSINESS INCOME AND EXTRA EXPENSE
  COVERAGE                                  12 MONTHS ACTUAL LOSS SUSTAINED
  COVERAGE INCLUDES THE FOLLOWING
  COVERAGE EXTENSIONS:

ACTION OF CIVIL AUTHORITY:           30 DAYS
  EXTENDED BUSINESS INCOME:       30 CONSECUTIVE DAYS

EQUIPMENT BREAKDOWN COVERAGE
  COVERAGE FOR DIRECT PHYSICAL LOSS
  DUE TO:
    MECHANICAL BREAKDOWN,
    ARTIFICIALLY GENERATED CURRENT
    AND STEAM EXPLOSION

  THIS ADDITIONAL COVERAGE INCLUDES
  THE FOLLOWING EXTENSIONS
    HAZARDOUS SUBSTANCES           $   25,000
    CFC REFRIGERANTS               $   25,000

  MCHANICAL BREAKDOWN COVERAGE ONLY
  PPLIES WHEN BUILDING OR BUSINESS
PERSONAL PROPERTY IS SELECTED ON
THE POLICY

## SPECTRUM POLICY DECLARATIONS (Continued)
POLICY NUMBER: 46 SBA NS1014

| BUSINESS LIABILITY | LIMITS OF INSURANCE |
|---|---|
| LIABILITY AND MEDICAL EXPENSES | $1,000,000 |
| MEDICAL EXPENSES - ANY ONE PERSON | $  10,000 |
| PERSONAL AND ADVERTISING INJURY | $1,000,000 |
| DAMAGES TO PREMISES RENTED TO YOU ANY ONE PREMISES | $  300,000 |
| AGGREGATE LIMITS | |
| PRODUCTS-COMPLETED OPERATIONS | $2,000,000 |
| GENERAL AGGREGATE | $2,000,000 |
| EMPLOYMENT PRACTICES LIABILITY COVERAGE: FORM SS 09 01 | |
| EACH CLAIM LIMIT | $  5,000 |
| DEDUCTIBLE - EACH CLAIM LIMIT NOT APPLICABLE | |
| AGGREGATE LIMIT | $  5,000 |

RETROACTIVE DATE: 12012001

This **Employment Practices Liability Coverage** contains claims made coverage.  Except as may be otherwise provided herein, specified coverages of this insurance are limited generally to liability for injuries for which claims are first made against the insured while the insurance is in force.  Please read and review the insurance carefully and discuss the coverage with your Hartford Agent or Broker.

The Limits of Insurance stated in this Declarations will be reduced, and may be completely exhausted, by the payment of "defense expense" and, in such event, The Company will not be obligated to pay any further "defense expense" or sums which the insured is or may become legally obligated to pay as "damages" .

THIS POLICY INCLUDES A $  500
DEDUCTIBLE UNDER PROPERTY DAMAGE
LIABILITY COVERAGE
SEE FORM SS 03 05

**SPECTRUM POLICY DECLARATIONS** (Continued)

**POLICY NUMBER:** 46 SBA NS1014

rm Numbers of Forms and Endorsements that apply:

| | | | |
|---|---|---|---|
| SS 00 01 04 93 | SS 00 05 06 96 | SS 00 07 07 97 | SS 00 08 03 00 |
| SS 84 07 03 00 | SS 00 20 09 93 | SS 00 30 03 00 | SS 03 05 08 97 |
| SS 04 19 06 96 | SS 04 23 03 00 | SS 04 24 03 00 | SS 04 26 03 00 |
| SS 04 27 07 92 | SS 04 30 03 00 | SS 04 33 07 92 | SS 04 39 10 96 |
| SS 04 42 03 00 | SS 04 44 09 93 | SS 04 45 10 96 | SS 04 46 10 96 |
| SS 04 47 03 00 | SS 04 80 03 00 | SS 04 86 03 00 | SS 06 64 03 00 |
| SS 09 01 09 00 | SS 09 42 07 99 | SS 10 11 03 00 | SS 10 12 03 00 |
| SS 40 18 03 00 | | | |

# COMMON POLICY CONDITIONS

**Form SS 00 05 06 96**  Printed in U.S.A. (NS)

Copyright, Hartford Fire Insurance Company, 1996

## QUICK REFERENCE - SPECTRUM POLICY

### DECLARATIONS
### and
### COMMON POLICY CONDITIONS

## I.  DECLARATIONS

Named Insured and Mailing Address
Policy Period
Description and Business Location
Coverages and Limits of Insurance

## II.  COMMON POLICY CONDITIONS

**Beginning on Page**

| | | |
|---|---|---|
| A. | CANCELLATION | 1 |
| B. | CHANGES | 1 |
| C. | CONCEALMENT, MISREPRESENTATION OR FRAUD | 2 |
| D. | EXAMINATION OF YOUR BOOKS AND RECORDS | 2 |
| E. | INSPECTIONS AND SURVEYS | 2 |
| F. | INSURANCE UNDER TWO OR MORE COVERAGES | 2 |
| G. | LIBERALIZATION | 2 |
| H. | OTHER INSURANCE - PROPERTY COVERAGE | 2 |
| I. | OTHER INSURANCE - BUSINESS LIABILITY | 2 |
| J. | PREMIUMS | 3 |
| K. | TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US | 3 |
| L. | TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY | 4 |
| M. | SUSPENSION IN COVERAGE | 4 |

**Form SS 00 05 06 96**  Printed in U.S.A. (NS)

Copyright, Hartford Fire Insurance Company, 1996



# COMMON POLICY CONDITIONS

All coverages of this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 5 days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy:

      (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

         (a) Seasonal unoccupancy; or

         (b) Buildings in the course of construction, renovation or addition.

      Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

      (2) After damage by a Covered Cause of Loss, permanent repairs to the building:

         (a) Have not started; and

         (b) Have not been contracted for, within 30 days of initial payment of loss.

      (3) The building has:

         (a) An outstanding order to vacate;

         (b) An outstanding demolition order; or

         (c) Been declared unsafe by governmental authority.

      (4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

      (5) Failure to:

         (a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

         (b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   b. 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

   c. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is canceled, we will send the first Named Insured any premium refund due. Such refund will be pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

7. If the first Named Insured cancels this policy, we will retain no less than $100 of the premium.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized on behalf of all insureds to agree with us on changes in the terms of this policy. If the terms

Copyright, Hartford Fire Insurance Company, 1996

**COMMON POLICY CONDITIONS**

are changed, the changes will be shown in an endorsement issued by us and made a part of this policy.

## C. CONCEALMENT, MISREPRESENTATION OR FRAUD

This policy is void in any case of fraud by you at any time as it relates to this policy. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This policy;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this policy.

## D. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to the policy at any time during the policy period and up to three years afterward.

## E. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. Such inspections are not safety inspections. We do not undertake any duty to provide for the health or safety of any person. And we do not represent or warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations on our behalf.

## F. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## G. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

## H. OTHER INSURANCE - PROPERTY COVERAGE

1. If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## I. OTHER INSURANCE - BUSINESS LIABILITY

If other valid and collectible insurance is available to the insured for a loss we cover under Business Liability Coverage Form, our obligations are limited as follows:

a. **Primary Insurance**

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary, Then, we will share with all that other insurance by the method described in c. below.

b. **Excess Insurance**

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

(1) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(2) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

(3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of the Business Liability Coverage Form.

When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**Form SS 00 05 06 96** Printed in U.S.A. (NS)

Copyright, Hartford Fire Insurance Company, 1996

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

    (1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

    (2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not brought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

## J. PREMIUMS

**1.** The first Named Insured shown in the Declarations:

    **a.** Is responsible for the payment of all premiums; and

    **b.** Will be the payee for any return premiums we pay.

**2.** The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**3.** With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

    **a.** Paid to us prior to the anniversary date; and

    **b.** Determined in accordance with paragraph **2.** above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

**4.** Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

## K. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

**1.** Applicable to Property Coverage:

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

    **a.** Prior to a loss to your Covered Property.

    **b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

        (1) Someone insured by this insurance;

        (2) A business firm:

            (a) Owned or controlled by you; or

            (b) That owns or controls you; or

        (3) Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers. This will not restrict your insurance.

**2.** Applicable to Business Liability Coverage:

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

Copyright, Hartford Fire Insurance Company, 1996

**COMMON POLICY CONDITIONS**

### TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

### M. SUSPENSION IN COVERAGE

This provision is applicable only to the Equipment Breakdown Additional Coverage in the Special Property Coverage Form.

Suspension

When any equipment covered by the Equipment Breakdown Additional Coverage is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance provided by the Equipment Breakdown Additional Coverage against loss or damage to that equipment.

We can do this by mailing or delivering a written notice of suspension to your address as shown in the Declarations, or at the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by written notice from us. If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

Our President and Secretary have signed this policy. The Declarations page has also been countersigned by our duly authorized agent.

Brian S. Becker, Secretary

David Zwiener, President

Form SS 00 05 06 96  Printed in U.S.A. (NS)

Copyright, Hartford Fire Insurance Company, 1996

# SPECIAL PROPERTY COVERAGE FORM

© 1997, The Hartford

# QUICK REFERENCE

## SPECIAL PROPERTY COVERAGE FORM
## READ YOUR POLICY CAREFULLY

**SPECIAL PROPERTY COVERAGE FORM**

**Beginning on Page**

**A.  COVERAGES**

1

Covered Property | 1
Property Not Covered | 1
Covered Causes of Loss | 2
Limitations | 2
Additional Coverages | 3
Coverage Extensions | 7

**B.  EXCLUSIONS**

8

**C.  LIMITS OF INSURANCE**

11

**D.  DEDUCTIBLES**

11

**E.  PROPERTY LOSS CONDITIONS**

12

Abandonment | 12
Appraisal | 12
Duties in the Event of Loss or Damage | 12
Legal Action Against Us | 12
Limitation - Electronic Media and Records | 13
Loss Payment | 13
Recovered Property | 14
Resumption of Operations | 15
Vacancy | 15

**F.  PROPERTY GENERAL CONDITIONS**

15

Control of Property | 15
Mortgage Holders | 15
No Benefit to Bailee | 16
Policy Period, Coverage Territory | 16

**G.  PROPERTY DEFINITIONS**

16

Form SS 00 07 07 97 Printed in U.S.A. (NS)

© 1997, The Hartford



# SPECIAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to the SECTION G - PROPERTY DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations (also called described premises in this policy) caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property as used in this policy, means the following types of property for which a Limit of Insurance is shown in the Declarations:

**a. Buildings,** meaning only building(s) and structure(s) described in the Declarations, including:

(1) Completed additions;

(2) Permanently installed:

(a) Fixtures;

(b) Machinery; and

(c) Equipment;

(3) Outdoor fixtures;

(4) Personal property owned by you that is used to maintain or service the buildings or structures on the premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the buildings or structures;

(b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

**b. Business Personal Property** located in or on the building(s) described in the Declarations at the described premises or in the open (or in a vehicle) within 1,000 feet of the described premises, including:

(1) Property you own that is used in your business;

(2) Property of others that is in your care, custody or control.

But this property is not covered for more than the amount for which you are legally liable, plus the cost of labor, materials or services furnished or arranged by you on personal property of others; and

(3) Your use interest in tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove.

(4) Leased personal property for which you have contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

### 2. Property Not Covered

Covered Property does not include:

a. Aircraft, automobiles, motor trucks and other vehicles subject to motor vehicle registration;

b. Currency, "money," notes or "securities" except as provided in the Additional Coverages or Optional Coverages;

c. Contraband, or property in the course of illegal transportation or trade;

© 1997, The Hartford

**SPECIAL PROPERTY COVERAGE** M

d. Land (including land on which the property is located), water, growing crops or lawns;

e. Outdoor fences, radio or television antennas, including their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other then those held for sale or sold but not delivered), all except as provided in the:

  (1) Outdoor Property Coverage Extension; or

  (2) Outdoor Signs Optional Coverage;

f. Watercraft (including motors, equipment and accessories) while afloat;

g. The cost to research, replace or restore the information on "valuable papers and records", including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions or Optional Coverage.

3. **Covered Causes of Loss**

  RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

  a. Excluded in Section **B., EXCLUSIONS**; or

  b. Limited in Paragraph **A.4.,** Limitations; that follow.

4. **Limitations**

  a. We will not pay for loss of or damage to:

   (1) Property that is missing, but there is no physical evidence to show what happened to it, such as shortage disclosed on taking inventory. This limitation does not apply to Additional Coverage for "Money" and "Securities"

   (2) Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

   (3) The interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

     (a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

     (b) The loss or damage is caused by or results from thawing of snow, sleet, or ice on the building or structure.

  b. We will not pay more for loss of or damage to glass that is part of a building or structure than $100 for each plate, pane, multiple plate, insulating unit, radiant or solar heating panel, jalousie, louver or shutter. We will not pay more than $500 for all loss of or damage to building glass that occurs at any one time.

  This Limitation does not apply to loss or damage by the "specified causes of loss."

  c. We will not pay for loss of or damage to fragile articles such as glassware, statuary, objects of marble, chinaware and porcelains, if broken, unless caused by the 'specified causes of loss' or building glass breakage. This restriction does not apply to:

   (1) Glass that is part of a building or structure;

   (2) Containers of property held for sale; or

   (3) Photographic or scientific instrument lenses.

  d. Pets and animals are covered only if:

   (1) They are killed, or their destruction is made necessary because of loss or damage caused by:

     (a) any of the "specified causes of loss";

     (b) theft; and

   (2) Loss or damage occurs while they are inside the building;

  Provided such pets and animals are owned by others and boarded by you, or owned by you and held for sale or sold but not delivered.

  e. For loss or damage by theft, the following types of property are covered only up to the limits shown:

   (1) $2,500 for furs, fur garments and garments trimmed with fur;

   (2) $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item; and

   (3) $2,500 for patterns, dies, molds and forms.

© 1997, The Hartford

**Form SS 00 07 07 97** Printed in U.S.A. (NS)

SPECIAL PROPERTY COVERAGE FORM

**5. Additional Coverages**

**a. Accounts Receivable**

(1) This additional coverage applies only when a Limit of Insurance for Business Personal Property is shown in the Declarations.

We will pay up to $1,000 in any one occurrence, to cover:

(a) All amounts due from your customers that you are unable to collect;

(b) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

(c) Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

(d) Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss of or damage to your records of accounts receivable at the described premises.

(2) Paragraph **A.3.,** Covered Causes of Loss, and Section **B.,** Exclusions, do not apply to this Additional Coverage except for:

(a) Paragraph **B.1.c.,** Governmental Action;

(b) Paragraph **B.1.d.,** Nuclear Hazard; and

(c) Paragraph **B.1.f.,** War and Military Action.

(3) **Additional Exclusions**

(a) Dishonest acts by you, anyone else with an interest in the records of accounts receivable, or your or their employees or authorized representatives, or anyone entrusted with the records of accounts receivable, whether or not acting alone or in collusion with other persons or occurring during the hours of employment.

But this exclusion does not apply to a carrier for hire.

(b) Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money," "securities," or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

(c) Bookkeeping, accounting or billing errors or omissions.

(d) Electrical or magnetic injury, disturbance or erasure of electronic recordings.

But we will pay for direct loss or damage caused by lightning.

(e) Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

(f) Unauthorized instructions to transfer property to any person or to any place.

(4) We will not pay for loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**b. Collapse**

We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

(1) The "specified causes of loss" or breakage of building glass, all only as insured against in this policy;

(2) Hidden decay;

(3) Hidden insect or vermin damage;

(4) Weight of people or personal property;

(5) Weight of rain that collects on a roof; and

(6) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

We will not pay for loss of or damage to the following types of property, if otherwise covered in this policy, under items **(2), (3) (4), (5)** and **(6)** unless the loss or damage is a direct result of the collapse of a building:

awnings; gutters and downspouts; yard fixtures; outdoor swimming pools; piers, wharves and docks; bench or diving platforms or appurtenances; retaining walls; walks, roadways and other paved surfaces.

Collapse does not include settling, cracking, shrinkage, bulging or expansion.

**c. Debris Removal**

(1) We will pay your expense to remove debris of Covered Property caused by

**SPECIAL PROPERTY COVERAGE** M

or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

(a) The date of direct physical loss or damage; or

(b) The end of the policy period.

(2) The most we will pay under this Additional Coverage is 25% of:

(a) The amount we pay for the direct loss of or damage to Covered Property; plus

(b) The deductible in this policy applicable to that loss or damage.

But this limitation does not apply to any additional debris removal limit provided in the Limits of Insurance section.

(3) This Additional Coverage does not apply to costs to:

(a) Extract "pollutants" from land; or

(b) Remove, restore or replace polluted land or water.

**d.  Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $2,500 for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

**e.  Fire Extinguisher Recharge**

We will pay up to $2,500 in any one occurrence to cover your expenses for recharge of your hand fire extinguishers when they are emptied while fighting fire.

**f.  Money and Securities**

(1) We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

(a) Theft, meaning any act of stealing;

(b) Disappearance; or

(c) Destruction.

(2) In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

(a) Resulting from accounting or arithmetical errors or omissions;

(b) Due to the giving or surrendering of property in any exchange or purchase; or

(c) Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

(3) The most we will pay for loss in any one occurrence is:

(a) The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

(i) In or on the described premises; or

(ii) Within a bank or savings institution; and

(b) The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

(4) All loss:

(a) Caused by one or more persons; or

(b) Involving a single act or series of related acts;

is considered one occurrence.

(5) You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

**g.  Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the 'pollutants' is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

(1) The date of direct physical loss or damage; or

(2) The end of the policy period.

Form SS 00 07 07 97  Printed in U.S.A.  (NS)

© 1997, The Hartford

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**h.   Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 10 days after the property is first moved.

**i.   Theft Damage to Building**

This Additional Coverage applies only to premises where you are a tenant and are responsible in the lease for such damage.

We will pay for loss or damage directly resulting from theft, burglary or robbery (except loss by fire or explosion) to a building:

**(1)** You occupy, including personal property that is used to maintain or service the building; or

**(2)** Containing covered personal property if you are legally liable for such loss or damage.

But we will not pay for such loss or damage to:

**(3)** Property that is away from the described premises; or

**(4)** Glass (other than glass blocks) or to glass lettering or ornamentation.

**j.   Water Damage, Other Liquid, Powder or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage except as provided in the Equipment Breakdown Additional Coverage. but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**k.   Business Income**

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises, including personal property in the open (or in a vehicle) within 1,000 feet, caused by or resulting from any Covered Cause of Loss.

We will only pay for loss of Business Income that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

Business Income means the:

**(1)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**(2)** Continuing normal operating expenses incurred, including payroll.

**l.   Extra Expense**

We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises, including personal property in the open (or in a vehicle) within 1,000 feet, caused by or resulting from a Covered Cause of Loss.

Extra Expense means expense incurred:

**(1)** To avoid or minimize the suspension of business and to continue "operations":

**(a)** At the described premises; or

**(b)** At replacement premises or at temporary locations, including:

**(i)** Relocation expenses; and

**(ii)** Cost to equip and operate the replacement or temporary location.

© 1997, The Hartford

**SPECIAL PROPERTY COVERAGE**

(2) To minimize the suspension of business if you cannot continue "operations".

(3) (a) To repair or replace any property; or

(b) To research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage **k.**, Business Income.

We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

**m. Civil Authority**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property other than at the described premises, caused by or resulting from a Covered Cause of Loss.

This coverage will apply for a period of up to 30 consecutive days from the date of that the loss occurred.

**n. Extended Business Income**

We will pay for the actual loss of Business Income you incur during the period that:

(1) Begins on the date property is actually repaired, rebuilt or replaced and "operations" are resumed; and

(2) Ends on the earlier of:

(a) The date you could restore your "operations" with reasonable speed, to the condition that would have existed if no direct physical loss or damage occurred; or

(b) 30 consecutive days after the date determined in (1) above.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**o. Equipment Breakdown**

We will pay for loss or damage caused by or resulting from risks of direct physical loss due to:

(1) Mechanical Breakdown, including rupture or bursting caused by centrifugal force.

(2) Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

(3) Explosion of steam boilers, steam piping, steam engines or steam turbines owned or leased by you, or operated under your control.

(4) Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such boilers or equipment.

(5) Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

Coverage Limitation

The following coverage limitation applies only to loss or damage caused by or resulting from (1) through (5) above:

Hazardous Substances

We will pay for the cost, not to exceed $25,000, to repair or replace Covered Property because of contamination by a hazardous substance. This includes the expenses to clean up or dispose of such property. Hazardous substance means any substance other than ammonia that has been declared by a government agency to be hazardous to health.

Cost in this limitation means those beyond what would have been required had no hazardous substance been involved.

This limit is part of and not in addition to the limits of insurance for Covered Property.

Coverage Extensions

The following coverage extension applies only to loss or damage caused by or resulting from (1) through (5) above:

(1) CFC Refrigerants

We will pay for the additional costs, up to $25,000, to repair or replace Covered Property because of the use or

© 1997, The Hartford

Form SS 00 07 07 97  Printed in U.S.A.  (NS)

presence of a refrigerant containing CFC (chlorinated fluorocarbon) substances. This means the additional expense to do the least expensive of the following:

**(a)** Repair the damaged property and replace any lost CFC refrigerant;

**(b)** Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

**(c)** Replace the system with one using a non-CFC refrigerant.

Additional costs mean those beyond what would have been required had no CFC refrigerant been involved.

**(2)** **Defense**

If a claim or "suit" is brought against you alleging that you are liable for damage to property of another in your care, custody or control directly caused by Equipment Breakdown we will either:

**(a)** Settle the claim or "suit"; or

**(b)** Defend you against the claim or "suit," but keep for ourselves the right to settle it at any point.

**(3)** **Supplementary Payments**

We will pay, with respect to any claim or "suit" we defend:

**(a)** All expenses we incur;

**(b)** The cost of bonds to release attachments, but only for bond amounts within the Limit of Insurance. We do not have to furnish these bonds;

**(c)** All reasonable expenses incurred by you at our request to assist us in the investigation or defense of the claim or "suit" including actual loss of earnings up to $100 a day because of time off from work;

**(d)** All costs taxed against you in any "suit" we defend;

**(e)** Prejudgment interest awarded against you on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer; and

**(f)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the Limit of Insurance shown in the Declarations.

These payments will not reduce the Limit of Insurance shown in the Declarations.

**(4)** **Business Income and Extra Expense Extension**

The Business Income and Extra Expense Additional Coverage is extended to provide coverage for a tenant who has a loss of income from the lack of heating, cooling or power as a result of equipment breakdown to mechanical, electrical or pressure equipment of the building owner.

**Additional Condition**

Bankruptcy

The bankruptcy or insolvency or you or your estate will not relieve us of any obligation under this Additional Coverage.

**Additional Definition**

"Suit" means a civil proceeding and includes:

**(1)** An arbitration proceeding in which damages are claimed and to which you must submit or do submit with our consent; or

**(2)** Any other alternative dispute resolution proceeding in which damages are claimed and to which you submit with our consent.

**p.** **Tenant Glass**

The Additional Coverage applies only to premises where you are a tenant and are responsible in the lease for such damage.

We will cover loss to glass which is in your care, custody or control or for which the lease holds you responsible. The glass must be part of a building described in the Declarations or at a location that would be included in Coverage Extension **b.** Newly Acquired or Constructed Property.

Paragraph A.4.b. Limitations to glass does not apply to this Additional Coverage.

The most that we will pay for each location under this Additional Coverage is $25,000.

© 1997, The Hartford

SPECIAL PROPERTY COVERAGE M

**6. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building at the described premises or in the open (or in a vehicle) within 1,000 feet of the described premises.

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as follows:

**a. Garages, Storage Buildings and Other Appurtenant Structures**

You may extend the insurance that applies to Building to apply to garages, storage buildings and other appurtenant structures, except outdoor fixtures, at the described premises.

The most we will pay for loss or damage under this Extension is 10% of the Limits of Insurance for Building shown in the Declarations but not more than $50,000 at each described premises.

**b. Newly Acquired or Constructed Property**

(1) You may extend the insurance that applies to Building to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations other than the described premises, intended for:

(i) similar use as Building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is 25% of the Limit of Insurance for Building shown in the Declarations, but not more than $500,000 at each premises.

(2) You may extend the insurance that applies to Business Personal Property to apply to that property at any premises you acquire.

The most we will pay for loss or damage under this Extension is $250,000 at each premises.

(3) Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

(a) This policy expires;

(b) **90** days expire after you acquire or begin to construct the property, or

(c) You report values to us.

We will charge you additional premium for values reported from the day construction begins or you acquire the property.

**c. Property Off Premises**

(1) You may extend the insurance that applies to Building to apply to such property that is temporarily at a location you do not own, lease or operate. This Extension applies only if loss or damage is caused by a Covered Cause of Loss. This Extension does not apply to property in course of transit.

The most we will pay under this is $5,000.

(2) You may extend the insurance that applies to Business Personal Property to apply to such property, other than "money" and "securities" while:

(a) In the course of transit and more than 1,000 feet from the described premises. Property must be in or on, but not permanently attached or installed in, a motor vehicle you own, lease or operate while between points in the coverage territory; or

(b) Temporarily at a premises you do not own, lease or operate.

The most we will pay under this Extension is $2,000.

**d. Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor:

(1) Fences, signs (other than signs attached to buildings), trees, shrubs and plants including debris removal expense, caused by or resulting from any of the following causes of loss:

(a) Fire;

(b) Lightning;

(c) Explosion;

(d) Riot or Civil Commotion; and

(e) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000 but not more than $250 for any one tree, shrub or plant.

© 1997, The Hartford

**Form SS 00 07 07 97**  Printed in U.S.A.  (NS)

SPECIAL PROPERTY COVERAGE FORM

(2) Radio and television antennas (including satellite dishes) including debris removal expense, caused by or resulting from any of the following causes of loss:

(a) Fire;

(b) Lightning;

(c) Windstorm;

(d) Ice, Snow, Sleet or Hail;

(e) Explosion;

(f) Riot or Civil Commotion; and

(g) Aircraft.

The most we will pay for loss or damage under this Extension is $2,000.

**e. Valuable Papers and Records - Cost of Research**

You may extend the insurance that applies to Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged "valuable papers and records", including those which exist on electronic or magnetic media, for which duplicates do not exist.

The most we will pay under this Extension is $1,000 at each described premises.

**f. Arson Reward**

In the event that a covered fire loss was the result of an act of arson, we will reimburse you up to $10,000 for rewards you pay for information leading to convictions for that act of arson.

This is additional insurance. The deductible does not apply to these reimbursements.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Ordinance or Law**

The enforcement of any ordinance or law:

(1) Regulating the construction, use or repair of any property; or

(2) Requiring the tearing down of any property, including the cost of removing its debris.

**b. Earth Movement**

(1) Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth

sinking, rising or shifting. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

(2) Volcanic eruption, explosion or effusion. But if loss or damage by fire, building glass breakage or volcanic action results, we will pay for that resulting loss or damage.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

(a) Airborne volcanic blast or airborne shock waves;

(b) Ash, dust, or particulate matter; or

(c) Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

**e. Power Failure**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

**f. War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

© 1997, The Hartford

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mud flow;

(3) Water that backs up from a sewer or drain; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

  (a) Foundations, walls, floors or paved surfaces;

  (b) Basements, whether paved or not; or

  (c) Doors, windows or other openings.

But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

**2.** We will not pay for loss or damage caused by or resulting from:

**a. Consequential Losses:** Delay, loss of use or loss of market.

**b. Smoke, Vapor, Gas:** Smoke, vapor or gas from agricultural smudging or industrial operations.

**c. Miscellaneous Types of Loss:**

(1) Wear and tear;

(2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, mold, spore or other animals;

(6) The following causes of loss to personal property:

  (a) Dampness or dryness of atmosphere;

  (b) Changes in or extremes of temperature; or

  (c) Marring or scratching.

But if loss or damage by the "specified causes of loss" or building glass breakage results, we will pay for that resulting loss or damage.

**d. Frozen Plumbing:** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

**e. Dishonesty:** Dishonest or criminal act by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

**f. False Pretense:** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**g. Exposed Property:** Rain, snow, ice or sleet to personal property in the open, except as provided in the Coverage Extension for Outdoor Property.

**h. Collapse:** Collapse, except as provided in the Additional Coverage for Collapse. But if loss or damage by a Covered Cause of Loss results at the described premises, we will pay for that resulting loss or damage.

**i. Pollution:** We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss." But if loss or damage by the "specified causes of loss" results, we will pay for the resulting loss or damage caused by the "specified cause of loss."

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

© 1997, The Hartford

**Form SS 00 07 07 97** Printed in U.S.A. (NS)

**a. Weather conditions:** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss or damage.

**b. Acts or Decisions:** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c. Negligent Work:** Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance of part or all of any property on or off the described premises.

**4. Business Income and Extra Expense Exclusions.** We will not pay for:

**a.** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

(1) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(2) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration".

**b.** Any other consequential loss.

**5. Equipment Breakdown Exclusions**

We will not pay for loss or damage caused by or resulting from:

(a) Breakdown of any structure, foundation, cabinet, compartment or air supported structure or building;

(b) Breakdown of any insulating or refractory material;

(c) Breakdown of any sewer piping, any underground vessels or piping, any piping forming a part of a sprinkler system or water piping other than boiler feed water piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(d) Breakdown of any vehicle, dragline, excavation or construction equipment;

(e) Breakdown of any equipment manufactured by you for sale;

(f) Any of the following tests:

(a) A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

(b) An insulation breakdown test of any type of electrical equipment.

## C. LIMITS OF INSURANCE

1. The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

2. The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

3. The limits applicable to:

**a.** Coverage Extensions; and

**b.** The following Additional Coverages:

(1) Accounts Receivable,

(2) Fire Department Service Charges,

(3) Fire Extinguisher Recharge, and

(4) Pollutant Clean Up and Removal

are in addition to the Limits of Insurance.

4. Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

**a.** Preservation of Property; or

**b.** Debris Removal; but if:

(1) The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

(2) The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage.

We will pay up to an additional $5,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

5. **Building Limit - Automatic Increase**

**a.** The Limit of Insurance for Building(s) will automatically increase annually by 4%.

© 1997, The Hartford

**SPECIAL PROPERTY COVERAGE** M

    **b.** The amount of increase will be:

        **(1)** The Limit of Insurance for Building that applied on the most recent of the policy inception date, policy anniversary date, or any other policy change amending the Building limit, times

        **(2)** The percentage of annual increase shown above, expressed as a decimal (.04); times

        **(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance for Building, divided by 365.

      Example: The applicable Limit of Insurance for Building is $100,000. The annual percentage increase is 4%. The number of days since the beginning of policy period (or last policy change) is 146.

      The amount of increase is:

      $100,000 X .04 X 146 divided by 365 = $1,600

**6. Business Personal Property Limit - Seasonal Increase**

    **a.** The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

    **b.** This increase will apply only if the Limit of Insurance shown in the Declarations for Business Personal Property is at least 100% of your average monthly values during the lesser of:

        **(1)** The 12 months immediately preceding the date the loss or damage occurs; or

        **(2)** The period of time you have been in business as of the date the loss or damage occurs.

## D. DEDUCTIBLES

**1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

**2.** Except as listed below, the deductible applicable to Coverage Extensions and Additional Coverages in the Special Property Coverage form is $100.

    **a.** No deductible applies to the following Coverage Extensions and Additional Coverages:

        **(1)** Fire Extinguisher Recharge;

        **(2)** Preservation of Property;

        **(3)** Fire Department Service Charge;

        **(4)** Business Income, Extra Expense, Civil Authority and Extended Business Income; and

        **(5)** Arson Reward.

    **b.** The deductible applicable to the "Money" and "Securities" Additional Coverage is $250.

    **c.** The deductible applicable to the Equipment Breakdown Additional Coverage is the policy deductible which is shown in the Declarations of this policy.

**3.** The deductible applicable to the following coverages is $100 whether the coverage is provided on a separate coverage form or the coverage is provided in a form that includes a package of coverages, such as a STRETCH endorsement:

    **a.** Accounts Receivable;

    **b.** Employee Dishonesty;

    **c.** Outdoor Signs;

    **d.** Glass;

    **e.** Temperature Change; and

    **f.** Valuable Papers and Records.

**4.** The Deductible applicable to the Computers and Media Coverage is $250 whether the coverage is provided on a separate coverage form or the coverage is provided in a form that includes a package of coverages, such as a STRETCH endorsement.

**5.** No Deductible is applicable to the following coverages whether the coverage is provided on a separate coverage form or the coverage is provided in a form that includes a package of coverages, such as a STRETCH endorsement:

    **a.** ERISA - Employee Dishonesty

    **b.** Fine Arts.

**6.** Each deductible shall be applied separately but only to the coverage specified, and the total deductible for all losses in any one occurrence shall be the highest deductible amount that applies to this occurrence.

## E. PROPERTY LOSS CONDITIONS

**1. Abandonment**

    There can be no abandonment of any property to us.

© 1997, The Hartford

SPECI...OPERTY COVERAGE FORM

**2.  Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss.

If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.**  Pay its chosen appraiser; and

**b.**  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3.  Duties In The Event Of Loss Or Damage**

You must see that the following are done in the event of loss of or damage to Covered Property:

**a.**  Notify the police if a law may have been broken.

**b.**  Give us prompt notice of the loss or damage. Include a description of the property involved.

**c.**  As soon as possible, give us description of how, when and where the loss or damage occurred.

**d.**  Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limits of Insurance.

**e.**  At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**f.**  Permit us to inspect the property and records proving the loss or damage. Also permit us to take samples of damaged property for inspection, testing and analysis.

**g.**  If requested, permit us to question you under oath at such times as may be reasonably required about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.

**h.**  Send us a signed, sworn statement of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**i**  Cooperate with us in the investigation or settlement of the claim.

**j.**  Resume part or all of your "operations" as quickly as possible.

**4.  Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.**  There has been full compliance with all of the terms of this insurance; and

**b.**  The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**5.  Limitation - Electronic Media and Records**

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

**a.**  60 consecutive days from the date of direct physical loss or damage; or

**b.**  The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

Electronic Media and Records are:

**(1)**  Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**(2)**  Data stored on such media; or

**(3)**  Programming records used for electronic data processing or electronically controlled equipment.

**Example No. 1:**

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore that data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1-September 1. Loss during the period September 2-October 1 is not covered.

**Example No. 2**

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1-

© 1997, The Hartford

**SPECIAL PROPERTY COVERAGE FORM**

September 29 (60 consecutive days). Loss during the period September 30-October 15 is not covered.

6. **Loss Payment**

In the event of loss or damage covered by this policy:

a. At our option we will either:

(1) Pay the value of lost or damaged property, as described in paragraph **d.** below;

(2) Pay the cost of repairing or replacing the lost or damaged property, plus any reduction in value of repaired items;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality.

b. We will give notice of our intentions within 30 days after we receive the sworn statement of loss.

c. We will not pay you more than your financial interest in the Covered Property.

d. We will determine the value of Covered Property as follows:

(1) At replacement cost (without deduction for depreciation), except as provided in **(2)** through **(7)** below.

(a) You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

(b) We will not pay on a replacement cost basis for any loss or damage:

(i) Until the lost or damaged property is actually repaired or replaced; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

(c) We will not pay more for loss or damage on a replacement cost basis than the least of:

(i) The cost to replace, on the same premises, the lost or damaged property with other property of comparable material and quality and used for the same purpose; or

(ii) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

(2) If the **Actual Cash Value - Buildings** option applies, as shown in the Declarations, paragraph (1) above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

(3) The following property at actual cash value:

(a) Manuscripts;

(b) Works of art, antiques or rare articles, including etchings, pictures, statuary, objects of marble, bronzes, porcelains and bric-a-brac.

(4) Glass at the cost of replacement with safety glazing material if required by law.

(5) Tenants' Improvements and Betterments at:

(a) Replacement cost if you make repairs promptly.

(b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(i) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(ii) Divide the amount determined in (i) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(c) Nothing, if others pay for repairs or replacement.

© 1997, The Hartford

**Form SS 00 07 07 97**  Printed in U.S.A.  (NS)

SPECI[  ]OPERTY COVERAGE FORM

(6) Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

    (a) Blank materials for reproducing the records; and

    (b) Labor to transcribe or copy the records.

(7) "Money" and "Securities":

    (a) "Money" at its face value; and

    (b) "Securities" at their value at the close of business on the day the loss is discovered.

The value of United States Government Internal Revenue taxes and custom duties and refundable state and local taxes paid or fully determined on the following property held for sale will not be considered in determining the value of Covered Property:

    (a) Distilled spirits;

    (b) Wines;

    (c) Rectified products; or

    (d) Beer.

**e.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payment will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn statement of loss, if:

    (1) You have complied with all of the terms of this policy; and

    (2) (a) We have reached agreement with you on the amount of loss, or

        (b) An appraisal award has been made.

**7. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will

pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**8. Resumption of Operations**

In the event of loss or damage at the described premises you must resume all or part of your "operations" as quickly as possible.

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**b.** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**9. Vacancy**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage, we will:

**a.** Not pay for any loss or damage caused by:

    (1) Vandalism;

    (2) Sprinkler leakage, unless you have protected the system against freezing;

    (3) Building glass breakage;

    (4) Water damage;

    (5) Theft; or

    (6) Attempted theft.

**b.** Reduce the amount we would otherwise pay for the loss or damage by l5%.

Building is vacant when it does not contain enough business personal property to conduct customary "operations."

Buildings under construction are not considered vacant.

# F. PROPERTY GENERAL CONDITIONS

**1. Control of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**2. Mortgage Holders**

**a.** The term mortgage holder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

---

© 1997, The Hartford

c.   The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.   If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1)  Pays any premium due under this policy at our request if you have failed to do so;

(2)  Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

(3)  Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this policy will then apply directly to the mortgage holder.

e.   If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

(1)  The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2)  The mortgage holder's rights to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f.   If we cancel this policy, we will give written notice to the mortgage holder at least:

(1)  10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

(2)  30 days before the effective date of cancellation if we cancel for any other reason.

g.   If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

3.   **No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

4.   **Policy Period, Coverage Territory**

Under this form:

a.   We cover loss or damage commencing:

(1)  During the policy period shown in the Declarations; and

(2)  Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

But we do not cover loss or damage that is also covered by a preceding policy.

b.   The coverage territory is:

(1)  The United States of America (including its territories and possessions);

(2)  Puerto Rico; and

(3)  Canada.

## G. PROPERTY DEFINITIONS

1.   "Finished Stock" means stock you have manufactured.

"Finished Stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this policy.

2    "Money" means:

a.   Currency, coins and bank notes whether or not in current use; and

b.   Travelers checks, registered checks and money orders held for sale to the public.

3.   "Operations" means the type of your business activities occurring at the described premises and tenantability of the described premises.

4.   "Period of Restoration" means the period of time that:

(a)  Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises, and

(b)  Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of Restoration" does not include any increased period required due to enforcement of any law that:

© 1997, The Hartford

Form SS 00 07 07 97  Printed in U.S.A.  (NS)

(1) Regulates the construction, use or repair, or required the tearing down of any property; or

(2) Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

The expiration date of this policy will not cut short the "period of restoration".

5. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

6. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

a. Tokens, tickets, revenue and other stamps whether or not in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which are not of your own issue;

but does not include "money."

7. "Specified Causes of Loss" means the following:

Fire; lightning; explosion, windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. It does not include the cost of filling sinkholes.

b. Falling objects does not include loss of or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

8. "Valuable papers and records" means inscribed, printed or written documents, manuscripts or records, including abstracts, books, deeds, drawings, films, maps or mortgages.

But "valuable papers and records" does not mean "money" and "securities", converted data, programs or instructions used in your data processing operations, including the materials on which the data is recorded.

© 1997, The Hartford

# BUSINESS LIABILITY COVERAGE FORM

© 2000, The Hartford

# QUICK REFERENCE
# BUSINESS LIABILITY COVERAGE FORM
## READ YOUR POLICY CAREFULLY

**BUSINESS LIABILITY COVERAGE FORM**                                        **Beginning on Page**

**A.    COVERAGES**                                                              1
       Business Liability                                            1
       Medical Expenses                                              1
       Professional Services Coverages                               2
       Incidental Malpractice Coverage                               2
       Coverage Extension - Supplementary Payments                   3

**B.    EXCLUSIONS**                                                             4

**C.    WHO IS AN INSURED**                                                     10

**D.    LIABILITY AND MEDICAL EXPENSES:**
       **LIMITS OF INSURANCE**                                      13

**E.    LIABILITY AND MEDICAL EXPENSES GENERAL CONDITIONS**                     14

    **1.**   Bankruptcy                                                   14

    **2.**   Duties in The Event of Occurrence, Claim or Suit                14

    **3.**   Financial Responsibility Laws                                15

    **4.**   Legal Action Against Us                                      15

    **5.**   Separation of Insureds                                       15

    **6.**   Unintentional Failure To Disclose Hazards                    15

    **7.**   Other Insurance – Primary Additional Insured                 15

**F.    OPTIONAL COVERAGES**                                                    16

    Additional Insureds                                                 16

**G.    LIABILITY AND MEDICAL EXPENSES DEFINITIONS**                            18

# BUSINESS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the stock insurance company member of THE HARTFORD providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **C. - Who Is An Insured**.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **G. - Liability And Medical Expenses Definitions**.

In consideration of the payment of the premium when due, and:

**a.** In reliance upon the statements made in the Declarations; and

**b.** Subject to the Limits Of Insurance, Exclusions, Definitions, Conditions and all other terms of this policy, including those modified, replaced by or added by endorsements we issue forming a part of this policy,

we agree with you as follows:

## A. COVERAGES

1. **BUSINESS LIABILITY COVERAGE (BODILY INJURY, PROPERTY DAMAGE, PERSONAL AND ADVERTISING INJURY)**

   **Insuring Agreement**

   **a.** We will pay on behalf of the insured those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply.

   We may, at our discretion, investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

   **(1)** The amount we will pay for damages is limited as described in Section **D. - Liability And Medical Expenses Limits Of Insurance**; and

   **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses to which this insurance applies.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Coverage Extension - Supplementary Payments.

   **b.** This insurance applies to:

   **(1)** "Bodily injury" and "property damage" only if:

   **(a)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

   **(b)** The "bodily injury" or "property damage" occurs during the policy period.

   **(2)** "Personal and advertising injury" caused by an offense arising out of your business, but only if the offense is committed in the "coverage territory" during the policy period.

   **c.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **MEDICAL EXPENSES**

   **Insuring Agreement**

   **a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

   **(1)** On premises you own or rent;

   **(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations; provided that:

**(1)** The accident takes place in the "coverage territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within three years of the date of the accident; and

**(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**3. PROFESSIONAL SERVICES COVERAGES**

When your operations include:

**a.** Optical or hearing aid establishments, Exclusion **j. (7)** in Section **B.** - EXCLUSIONS does not apply.

**b.** Retail druggist or drugstore, Exclusion **j. (10)** in Section **B.** - EXCLUSIONS does not apply.

**c.** Funeral director or funeral parlors, the following professional services coverage is added:

**(1)** The Business Liability Coverage applies to damages arising out of professional services by you or your "employees" in the course of your mortician or funeral parlor business. Subject to the Limits of Insurance stated in Section **D.** of this form, we will pay on behalf of the insured those sums that the insured becomes legally obligated to pay as damages for "bodily injury" including mental anguish, and "property damage" because of any:

**(a)** Professional malpractice, error or omission in the

**(i)** Removal;

**(ii)** Handling;

**(iii)** Disposition;

**(iv)** Cremation;

**(v)** Burial;

**(vi)** Embalming; or

**(vii)** Disinterment, of any "deceased human body";

**(viii)** Conduct of any memorial service even though no "deceased human body" actually be present; and

**(ix)** Injury to, destruction of or interference with the right of burial of a "deceased human body".

**(b)** Professional service by any insured as a member of a:

**(i)** Formal accreditation board; or

**(ii)** A similar professional board or committee.

**(2)** This insurance also applies to damages for "property damage" caused by an "occurrence" to:

**(a)** Urns;

**(b)** Caskets, linings or fittings;

**(c)** Casket cases;

**(d)** Crypts or mausoleums; or

**(e)** Other facilities belonging to others that are in the care, custody or control of the insured and used for the purpose of burying or caring for a "deceased human body".

**(3)** Only Exclusions **d.**, **e.**, **f.** and **k.** in Section **B.** - EXCLUSIONS apply to this coverage.

**(4) Additional Definition**

"Deceased human body" includes any part of a human body severed therefrom and ashes of a deceased human body after legal cremation.

**4. INCIDENTAL MALPRACTICE COVERAGE**

**a.** The definition of "bodily injury" in Section **G.** - LIABILITY AND MEDICAL EXPENSES DEFINITIONS is amended to include injury arising out of the rendering or failure to render medical or paramedical services to persons by any physician, dentist, nurse, emergency medical technician or paramedic who is employed by you to provide such services.

Form SS 00 08 03 00

**b.** Paragraph **2.a.(1)(d)** in Section **C.** - WHO IS AN INSURED does not apply to nurses, emergency medical technicians or paramedics referred to in **a.** above.

**c.** Paragraph **(1)** of Exclusion **e.** in Section **B.** - EXCLUSIONS does not apply to injury to the emotions or reputation of a person arising out of such services.

This Incidental Malpractice Coverage does not apply if you are engaged in the business or occupation of providing any services referred to in **a.** above.

## COVERAGE EXTENSION - SUPPLEMENTARY PAYMENTS

**1.** We will pay, with respect to any claim or "suit" we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $1,000 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation of the claim or defense of the "suit", including actual loss of earnings up to $500 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

Any amounts paid under **a.** through **g.** above will not reduce the Limits of Insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interest of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments.

Not withstanding the provisions of paragraph **1.b.(b)** of Section **B.** – EXCLUSIONS, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the Limits of Insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in paragraph f. above, are no longer met.

## B. EXCLUSIONS

1. **Applicable to Business Liability Coverage**

    This insurance does not apply to:

    **a. Expected or Intended Injury**

    **(1)** "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property; or

    **(2)** "Personal and advertising injury" arising out of an offense committed by, at the direction of or with the consent or acquiescence of the insured with the expectation of inflicting "personal and advertising injury".

    **b. Contractual Liability**

    **(1)** "Bodily injury" or "property damage"; or

    **(2)** "Personal and advertising injury"

    for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

    This exclusion does not apply to liability for damages because of:

    **(a)** "Bodily injury", "property damage" or "personal and advertising injury" that the insured would have in the absence of the contract or agreement; or

    **(b)** "Bodily injury" or "property damage" assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purpose of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for an indemnitee are deemed to be damages because of "bodily injury" or "property damage" provided:

    **(i)** Liability to such indemnitee for, or for the cost of, that indemnitee's defense has also been assumed in the same "insured contract", and

    **(ii)** Such attorney fees and litigation expenses are for defense of that indemnitee against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

    **c. Liquor Liability**

    "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

    **(1)** Causing or contributing to the intoxication of any person;

    **(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

    **(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

    This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

    **d. Workers Compensation and Similar Laws**

    Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

    **e. Employer's Liability**

    "Bodily injury" to:

    **(1)** An "employee" of the insured arising out of and in the course of:

    **(a)** Employment by the insured; or

    **(b)** Performing duties related to the conduct of the insured's business, or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f. **Pollution**

(1) "Bodily injury", "property damage" or "personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.  Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or

rented or loaned to any insured.  Use includes operation and loading or unloading.

This exclusion does not apply to:

**(1)** An aircraft that is:

**(a)** Hired, chartered or loaned with a paid crew; but

**(b)** Not owned by any insured;

**(2)** A watercraft while ashore on premises you own or rent; or

**(3)** A watercraft you do not own that is:

**(a)** Less than 51 feet long; and

**(b)** Not being used to carry persons for a charge.

This provision **(3)** applies to any person who, with your expressed or implied consent either uses or is responsible for use of a watercraft.

Provisions under paragraphs **(1)** and **(3)** of this Exclusion **g.** do not apply if the insured has any other insurance for "bodily injury" or "property damage" liability that would also be covered under those provisions, whether the other insurance is primary, excess, contingent or on any other basis.  In that case, provisions **(1)** and **(3)** above do not provide any insurance.

**(4)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(5)** Liability assumed under any "insured contract" for the ownership, maintenance, or use of aircraft or watercraft; or

**(6)** "Bodily injury" or "property damage" arising out of the operation of any of the following equipment:

**(a)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(b)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geo-physical exploration, lighting and well servicing equipment.

**h.  Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or

operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice or preparation for, a prearranged racing, speed or demolition contest or in any stunting activity.

**i.  War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incidental to war. War includes civil war, insurrection, rebellion or revolution.

This exclusion applies only to liability assumed under a contract or agreement.

**j.  Professional Services**

"Bodily injury", "property damage" or "personal and advertising injury" due to the rendering of or failure to render any professional service. This includes but is not limited to:

(1) Legal, accounting or advertising services;

(2) Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

(3) Supervisory, inspection or engineering services;

(4) Medical, surgical, dental, x-ray or nursing services or treatment;

(5) Any health service or treatment;

(6) Any cosmetic or tonsorial service or treatment;

(7) Optical or hearing aid services including prescribing, preparation, fitting, demonstration, or distribution of ophthalmic products or hearing aid devices;

(8) Optometric services including but not limited to examination of the eyes and prescribing of ophthalmic lenses and exercises;

(9) Ear piercing service;

(10) Services in the practice of pharmacy.

(11) Computer consulting design or programming services including website design.

Paragraphs (4) and (5) of this exclusion do not apply to Incidental Malpractice coverage afforded under paragraph **4.** in Section **A.** - COVERAGE.

**k.  Damage to Property**

"Property damage" to:

(1) Property you own, rent or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in care, custody or control of the insured;

(5) That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate Limit of Insurance applies to Damage To Premises Rented To You as described in Section **D.** - LIMITS OF INSURANCE.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4) and (6) of this exclusion do not apply to the use of elevators.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (4) of this exclusion does not apply to "property damage" to borrowed equipment while not being used to perform operations at job site.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**l.  Damage to Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**m.  Damage to Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**n. Damage to Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**o. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p. "Personal and Advertising Injury":**

**(1)** Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

**(2)** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

**(3)** Arising out of a criminal act committed by or at the direction of any insured;

**(4)** Arising out of a violation of any anti-trust law;

**(5)** Arising out of any breach of contract, except an implied contract to use another's "advertising idea" in your "advertisement";

**(6)** Arising out of the fluctuation in price or value of any stocks, bonds or other securities;

**(7)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

**(8)** Arising out of the wrong description of the price of goods, products or services;

**(9)** Arising out of the infringement of trademark, trade name, service mark or other designation of origin or authenticity;

**(10)** Arising out of an interactive conversation between or among persons through a computer network; including but not limited to chat rooms, bulletin boards and email services; or

**(11)** Arising out of an offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting. However, this exclusion does not apply to paragraphs **a.**, **b.** and **c.** under the definition of "personal and advertising injury" in Section **G.** – LIABILITY AND MEDICAL EXPENSES DEFINITIONS.

Exclusions **c.** through **i., k., l., m.** and **n.** do not apply to damage by fire, lightning or explosion to premises rented to you. A separate Limit of Insurance applies to this coverage as described in Section **D.** - LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE.

**2. Applicable to Medical Expenses Coverage**

We will not pay expenses for "bodily injury":

**a.** To any insured.

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**BUSINESS LIABILITY COVERAGE FORM**

e.  To a person injured while taking part in athletics.

f.  Included with the "products-completed operations hazard".

g.  Excluded under Business Liability Coverage.

h.  Due to war, whether or not declared, or any act or condition incidental to war. War includes civil war, insurrection, rebellion or revolution.

**3.  Applicable to both Business Liability Coverage and Medical Expenses Coverage - Nuclear Energy Liability Exclusion**

This insurance does not apply:

a.  Under Business Liability Coverage, to "bodily injury" or "property damage":

(1)  With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2)  Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

(a)  Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

(b)  The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

b.  Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

c.  Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material"; if:

(1)  The "nuclear material":

(a)  Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

(b)  Has been discharged or dispersed therefrom;

(2)  The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

(3)  The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

As used in this exclusion:

"Byproduct material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Hazardous properties" include radioactive, toxic or explosive properties;

"Nuclear facility" means:

(a)  Any "nuclear reactor";

(b)  Any equipment or device designed or used for:

(i)  Separating the isotopes of uranium or plutonium;

(ii)  Processing or utilizing "spent fuel"; or

(iii)  Handling, processing or packaging "waste";

(c)  Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear material" means "source material", "special nuclear material" or "byproduct material";

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property;

"Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

"Waste" means any waste material:

(a) Containing "byproduct material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

(b) Resulting from the operation by any person or organization of any "nuclear facility" included under paragraphs (a) and (d) of the definition of "nuclear facility".

## C. WHO IS AN INSURED

1.  If you are designated in the Declarations as:

    a.  An **individual**, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    b.  A **partnership** or **joint venture**, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

    c.  A **limited liability company**, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your manager.

    d.  An organization other than a partnership or joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2.  Each of the following is also an insured:

    a.  Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

        (1) "Bodily injury" or "personal and advertising injury":

            (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

            (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (1)(a) above;

            (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

            (d) Arising out of his or her providing or failing to provide professional health care services.

        (2) "Property damage" to property:

            (a) Owned, occupied or used by; or

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

**e.** Any "employee" of the insured while acting in the scope of his/her duties as a retail pharmacist, or optician or optometrist.

**f. Additional Insureds by Contract, Agreement or Permit**

Any person or organization with whom you agreed, because of a written contract or agreement or permit, to provide insurance such as is afforded under this Business Liability Coverage Form, but only with respect to your operations, "your work" or facilities owned or used by you.

However, coverage under this provision does not apply:

(1) Unless the written contract or agreement has been executed or a permit has been issued prior to the "bodily injury", "property damage" or "personal and advertising injury".

(2) To any person or organization included as an insured under provision **g.** (Broad Form Vendors).

(3) To any other person or organization shown in the Declarations as an Additional Insured.

**BUSINESS LIABILITY COVERAGE FORM**

**Coverage under this provision includes the following:**

(1) When an **engineer**, **architect** or **surveyor** becomes an insured under provision **2.f.**, the following additional exclusion applies:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services by or for you including:

(a) The preparing, approving, or failure to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; and

(b) Supervisory, inspection or engineering services.

(2) When a **lessor of leased equipment** becomes an insured under provision **2.f.**, the following additional exclusions apply:

(a) To any "occurrence" which takes place after the equipment lease expires; or

(b) To "bodily injury" or "property damage" arising out of the sole negligence of the lessor.

(3) When **owners or other interests from whom land has been leased** become an insured under provision **2.f.**, the following additional exclusions apply:

(a) Any "occurrence" which takes place after you cease to lease that land; or

(b) Structural alterations, new construction or demolition operations performed by or on behalf of the owners or other interests from whom land has been leased.

(4) When **managers or lessors of premises** become an insured under provision **2.f.**, the following exclusions apply:

(a) Any "occurrence" which takes place after you cease to be a tenant in that premises: or

**(b)** Structural alterations, new construction or demolition operations performed by or on behalf of the manager or lessors of the premises.

**g.    Additional Insured - Broad Form Vendors**

Any person or organization with whom you agreed, because of a written contract or agreement to provide insurance, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

**(1)** The insurance afforded the vendor does not apply to:

**(a)** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

**(b)** Any express warranty unauthorized by you;

**(c)** Any physical or chemical change in product made intentionally by the vendor;

**(d)** Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

**(e)** Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

**(f)** Demonstration, installation, servicing or repair operations except such operations performed at the vendor's premises in connection with the sale of the product;

**(g)** Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

**(2)** This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

**(3)** This provision **g.** does not apply to any vendor included as an insured by an endorsement issued by us and made a part of this Coverage Part.

**(4)** This provision **g.** does not apply if "bodily injury" or "property damage" included within the "products-completed operation hazard" is excluded either by the provisions of the Coverage Part or by endorsement.

**h.    Broad Form Named Insured**

Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**(1)** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

**(2)** Coverage under this provision does not apply to:

**(a)** "Bodily injury" or "property damage" that occurred; or

**(b)** "Personal and advertising injury" arising out of an offense

committed before you acquired or formed the organization.

**i.    Newly    Formed    or    Acquired Organizations**

Any subsidiary and subsidiary thereof, of yours which is a legally incorporated entity of which you own a financial interest of more than 50% of the voting stock on the effective date of this policy.

The insurance afforded herein for any subsidiary not shown in the Declarations as a named insured does not apply to injury or damage with respect to which an insured under this policy is also an insured under another policy or would be an insured under such policy but for its termination or upon the exhaustion of its limits of insurance.

**j.  Additional Insured - Volunteers**

Any person(s) who are volunteer worker(s) for you, but only while acting at the direction of, and within the scope of their duties for you.

**(1)** However, no volunteer worker(s) are insureds for:

  **(a)** "Bodily injury", "property damage" or "personal and advertising injury" arising out of rendering or the failure to render professional services.

  **(b)** "Bodily injury" or "personal and advertising injury":

  **(i)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), your other volunteer worker(s) or to your "employees" arising out of and in the course of their duties for you;

  **(ii)** To the spouse, child, parent, brother or sister of your volunteer worker(s) or your "employees" as a consequence of paragraph **(1)(a)** above; or

  **(c)** "Property damage" to property:

  **(i)** Owned, occupied or used by,

  **(ii)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

  you, any of your other volunteer workers, your "employees", any partner or member (if you are a partnership or joint venture) or any member (if you are a limited liability company).

**(2)** Exclusion **B.2.a.** Applicable to Medical Expenses Coverage is replaced by the following:

  **2.a.** To any insured, except volunteer workers.

  **(3)** When used in this provision **j.**, volunteer worker(s) means a person who is not paid a fee, salary or other compensation.

**3.  Additional Insured - Mobile Equipment**

With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission.  Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability.  However, no person or organization is an insured with respect to:

  **a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

  **b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**D. LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of number of:

  **a.** Insureds;

  **b.** Claims made or "suits" brought; or

  **c.** Persons or organizations making claims or bringing "suits".

**2.  Aggregate Limits**

The most we will pay for:

  **a.** Injury or damages under the "products-completed operations hazard" arising from all "occurrences" during the policy period is the Products-Completed Operations Aggregate Limit shown in the Declarations.

  **b.** All other injury or damages, including medical expenses, arising from all "occurrences" during the policy period is the General Aggregate Limit shown in the Declarations.

This General Aggregate Limit applies separately to each of your "locations" owned by or rented to you.

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway or right-of-way of a railroad.

This aggregate limit does not apply to "property damage" to premises rented to you arising out of fire, lightning or explosion.

3.   Subject to item **2.** above, the most we will pay for the sum of all damages because of all "bodily injury", "property damage" and medical expenses arising out of any one "occurrence" is the Liability and Medical Expenses Limit shown in the Declarations.

The most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses Limit shown in the Declarations.

4.   Subject to item **2.** above, the most we will pay for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization is the Personal and Advertising Injury Limit shown in the Declarations.

5.   The most we will pay under Business Liability Coverage for damages because of "property damage" to premises rented to you, or in the case of fire, while rented to you or temporarily occupied by you with permission of the owner, is the Damage To Premises Rented To You Limit shown in the Declarations.

The Damage to Premises Rented To You Limit applies to all damage proximately caused by the same event, whether such damage results from fire, lightning or explosion or any combination of the three.

If more than one limit of insurance under this policy and any endorsements attached thereto applies to any claim or "suit", the most we will pay under this policy and the endorsements is the single highest limit of liability of all coverages applicable to such claim or "suit". However, this paragraph does not apply to the Medical Expenses limit set forth in paragraph **3.** above.

The limits of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will

be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

# E. LIABILITY AND MEDICAL EXPENSES GENERAL CONDITIONS

1.   **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under the policy.

2.   **Duties in The Event of Occurrence, Claim or Suit**

a.   You must see to it that we are notified promptly of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1)   How, when and where the "occurrence" or offense took place; and

(2)   The names and addresses of any injured persons and witnesses; and

(3)   The nature and location of any injury or damage arising out of the "occurrence" or offense.

This condition applies only when the "occurrence" or offense is known to:

(1)   You, if you are an individual;

(2)   A partner, if you are a partnership; or

(3)   A manager if you are a limited liability company;

(4)   An "executive officer" or insurance manager, if you are a corporation; or

(5)   Any elected or appointed official, if you are a political subdivision or public entity.

b.   If a claim is made or "suit" is brought against any insured, you must:

(1)   Immediately record the specifics of the claim or "suit" and the date received; and

(2)   Notify us as soon as practicable.

You must see to it that we receive a written notice of the claim or "suit" as soon as practicable.

But this condition will not be considered breached unless the breach occurs after such claim or "suit" is known to:

(1)   You, if you are an individual;

(2)   A partner, if you are a partnership; or

(3)   A manager if you are a limited liability company;

(4)   An "executive officer" or insurance manager, if you are a corporation; or

BUS... )S LIABILITY COVERAGE FORM

c.   You and any other involved insured must:

   (1)   Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   (2)   Authorize us to obtain records and other information;

   (3)   Cooperate with us in the investigation, settlement of the claim or defense against the "suit"; and

   (4)   Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

d.   No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3.   Financial Responsibility Laws

a.   When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, the insurance provided by the policy for "bodily injury" liability and "property damage" liability will comply with the provisions of the law to the extent of the coverage and limits of insurance required by that law.

b.   With respect to "mobile equipment" to which this insurance applies, we will provide any liability, uninsured motorists, underinsured motorists, no-fault or other coverage required by any motor vehicle law. We will provide the required limits for those coverages.

### 4.   Legal Action Against Us

No person or organization has a right under this coverage form:

a.   To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b.   To sue us on this coverage form unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

### 5.   Separation of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

a.   As if each Named Insured were the only Named Insured; and

b.   Separately to each insured against whom a claim is made or "suit" is brought.

### 6.   Unintentional Failure to Disclose Hazards

It is agreed that based on our reliance on your representations as to existing hazards, if unintentionally you should fail to disclose all such hazards at the inception date of your policy, we shall not deny any coverage under this Coverage Form because of such failure.

### 7.   Other Insurance    -   Primary Additional Insured

If the written contract or agreement or permit requires this insurance to be primary for any person or organization with whom you agree to include in WHO IS AN INSURED, this Other Insurance Provision is applicable.

If other valid and collectible insurance is available for a loss we cover under this Business Liability Coverage Form, our obligations are limited as follows:

a.   **Primary Insurance**

   This insurance is primary.  We will not seek contributions from other insurance available to the person or organization with whom you agree to include in WHO IS AN INSURED, except when **b.** applies.

b.   **Excess Insurance**

   This insurance is excess over:

   (1)   Any other insurance, whether primary, excess, contingent or on any other basis:

      (a)   That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

      (b)   That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

      (c)   That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

   (d)   If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent

not subject to Exclusion **g.** of Section **A.** – Coverages.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.  Method of Sharing**

If all the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

This provision provides such insurance as is afforded under this policy, but only with respect to your operations, "your work" or facilities owned or used by you.

## F. OPTIONAL COVERAGES

If listed or shown as applicable in the Declarations, one or more of the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to Business Liability Coverage in this policy, except as provided below:

**1.  Additional Insured - Designated Person or Organization**

WHO IS AN INSURED under Section **C.** is amended to include as an insured the person or organization shown in the Declarations, but only with respect to liability arising out of your operations or premises owned by or rented to you.

**2.  Additional Insured - Managers or Lessors of Premises**

**a.** WHO IS AN INSURED under Section **C.** is amended to include as an insured the person(s) or organization(s) shown in the Declarations; but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Declarations and subject to the following additional exclusions:

**b.** Additional Exclusions

This insurance does not apply to:

**(1)** Any "occurrence" which takes place after you cease to be a tenant in that premises; or

**(2)** Structural alterations, new construction or demolition operations performed by or for that person or organization.

**3.  Additional Insured - Grantor of Franchise**

WHO IS AN INSURED under Section **C.** is amended to include as an insured the person(s) or organization(s) shown in the Declarations, but only with respect to their liability as grantor of franchise to you.

**4.  Additional Insured - Lessor of Leased Equipment**

**a.** WHO IS AN INSURED under Section **C.** is amended to include as an insured the person(s) or organization(s) shown in the Declarations, but only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such person(s) or organization(s).

**b.** Additional Exclusions:

This insurance does not apply:

**(1)** To any "occurrence" which takes place after the equipment lease expires; or

**(2)** To "bodily injury" or "property damage" arising out of the sole negligence of the lessor.

BUS⋯S LIABILITY COVERAGE FORM

5. **Additional Insured - Owners or Other Interests From Whom Land Has Been Leased**

   WHO IS AN INSURED under Section **C.** is amended to include as an insured the person or organization shown in the Declarations, but only with respect to liability arising out of the ownership, maintenance or use of that part of the land leased to you and shown in the Declarations and subject to the following additional exclusion:

   This insurance does not apply to:

   a. Any "occurrence" that takes place after you cease to lease that land; or

   b. Structural alterations, new construction or demolition operations performed by or for the person or organization shown in the Declarations.

6. **Additional Insured - State or Political Subdivision - Permits**

   a. WHO IS AN INSURED under Section **C.** is amended to include as an insured the state or political subdivision shown in the Declarations, but only with respect to operations performed by you or on your behalf for which the state or political subdivision has issued a permit.

   b. Additional Exclusions

   This insurance does not apply to:

   (1) "Bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the state or political subdivision; or

   (2) "Bodily injury" or "property damage" included in the "product-completed operations" hazard.

7. **Additional Insured - Vendors**

   a. WHO IS AN INSURED under Section **C.** is amended to include as an insured the person(s) or organization(s) (referred to below as vendor) shown in the Declarations, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business.

   b. Additional Exclusions

   (1) The insurance afforded the vendor does not apply to:

   (a) "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

   This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

   (b) Any express warranty unauthorized by you;

   (c) Any physical or chemical change in the product made intentionally by the vendor;

   (d) Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

   (e) Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

   (f) Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

   (g) Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

   (2) This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

   (3) This Provision **7.** does not apply to any vendor included as an insured by an endorsement issued by us and made a part of this Coverage Form.

   (4) This Provision **7.** does not apply if "bodily injury" or "property damage" included within the "products-completed operations hazard" is excluded either by the provisions of this Coverage Form or by endorsement.

**8.  Additional Insured – Controlling Interest**

WHO IS AN INSURED under Section **C.** is amended to include as an insured the person(s) or organization(s) shown in the Declarations but only with respect to their liability arising out of:

**a.**  Their financial control of you; or

**b.**  Premises they own, maintain or control while you lease or occupy these premises.

This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**9.  Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization.**

WHO IS AN INSURED under Section **C.** is amended to include as insured the person or organization shown in the Declarations, but only with respect to liability arising out of your ongoing operations performed for that insured.

**10.  Additional Insured – Co-Owner of Insured Premises**

WHO IS AN INSURED under Section **C.** is amended to include as an insured the person(s) or Organization(s) shown in the Declarations, but only with respect to their liability as co-owner of the premises shown in the Declarations.

## B. LIABILITY AND MEDICAL EXPENSES DEFINITIONS

**1.**  "Advertisement" means a dissemination of information or images that has the purpose of inducing the sale of goods, products or services through:

   **a.** **(1)**  Radio;

      **(2)**  Television;

      **(3)**  Billboard;

      **(4)**  Magazine;

      **(5)**  Newspaper; or

   **b.**  Any other publication that is given widespread public distribution.

However, "advertisement" does not include the design, printed material, information or images contained in, on or upon the packaging or labeling of any goods or products.

**2.**  "Advertising idea" means any idea for an "advertisement".

**3.**  "Auto" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment.  But "auto" does not include "mobile equipment".

**4.**  "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from any of these at any time.

**5.**  "Coverage territory" means:

   **a.**  The United States of America (including its territories and possessions), Puerto Rico and Canada;

   **b.**  International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in **a.** above; or

   **c.**  All parts of the world if:

      **(1)**  The injury or damage arises out of:

         **(a)**  Goods or products made or sold by you in the territory described in **a.** above; or

         **(b)**  The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; and

      **(2)**  The insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in **a.** above or in a settlement to which we agree.

**6.**  "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**7.**  "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**8.**  "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**9.**  "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.**  It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.**  You have failed to fulfill the terms of a contract or agreement:

if such property can be restored to use by:

   **a.**  The repair, replacement, adjustment or removal of "your product" or "your work"; or

   **b.**  Your fulfilling the terms of the contract or agreement.

10. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement;

   d. Any obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement; or

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of municipality in connection with work performed for a municipality) under which you assume the liability of another party to pay for "bodily injury" or "property damage" to a third person or organization.

    Paragraph **f.** does not include that part of any contract or agreement

   (1) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    (a) Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

   (2) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(1)** above and supervisory, inspection or engineering activities.

11. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

12. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft of "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

13. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, on which are permanently mounted:

    (1) Power cranes, shovels, loaders, diggers or drills; or

    (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in **a., b., c.,** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in **a., b., c.,** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

    However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

  **(a)** Snow removal;

  **(b)** Road maintenance, but not construction or resurfacing; or

  **(c)** Street cleaning;

Paragraphs **(a)**, **(b)** and **(c)** above do not apply to self-propelled vehicles of less than 1,000 pounds gross vehicle weight.

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**14.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**15.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

  **a.** False arrest, detention or imprisonment;

  **b.** Malicious prosecution;

  **c.** Wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that the person occupies, committed by or on behalf of its owner, landlord or lessor;

  **d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

  **e.** Oral or written publication of material that violates a person's rights of privacy; or

  **f.** Copying, in your "advertisement", a person's or organization's "advertising idea" or style of "advertisement";

  **g.** Infringement of copyright, slogan, or title of any literary or artistic work, in your "advertisement"; or

  **h.** Discrimination or humiliation that results in injury to the feelings or reputation of a natural person but only if such discrimination or humiliation is:

    **(1)** Not done intentionally by or at the direction of:

      **(a)** The insured; or

      **(b)** Any executive officer, director, stockholder, partner or member of the insured; and

    **(2)** Not directly or indirectly related to the employment, prospective employment or termination of employment of any person or persons by any insured.

This paragraph **h.** does not apply in the States of Nebraska and Kansas.

**16.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**17.** "Products-completed operations hazard";

  **a.** Includes all "bodily injury" and "property damage" arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

  **b.** "Your work" will be deemed completed at the earliest of the following times:

    **(1)** When all of the work called for in your contract has been completed.

    **(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

    **(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  **c.** This hazard does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it; or

(2) The existence of tools, uninstalled equipment or abandoned or unused materials.

18. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of "occurrence" that caused it.

19. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

20. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

21. "Your product" means:

   a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   (1) You;

   (2) Others trading under your name; or

   (3) A person or organization whose business or assets you have acquired; and

   b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

   a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

   b. The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work" means:

   a. Work or operations performed by you or on your behalf; and

   b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

   a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

   b. The providing of or failure to provide warnings or instructions.



# CONTRACTORS STRETCH SUMMARY

**SUMMARY OF COVERAGE LIMITS**

This is a summary of the Coverages and the Limits of Insurance provided by the CONTRACTORS STRETCH Coverage form SS 04 23 which is included in this policy. No coverage is provided by this summary. Refer to coverage form SS 04 23 to determine the scope of your insurance protection.

| Coverage | Limit |
|---|---|
| Accounts Receivable | $ 25,000 |
| Backup of Sewer or Drain Water Damage | Included |
| Brands and Labels | Included |
| Claims Expense | $ 5,000 |
| Computer and Media | $50,000 |
| Consequential Loss to Stock | Included |
| Contractors Equipment | $ 10,000 |
| Contractors Tools | $ 1,000 |
| Debris Removal | $ 25,000 |
| Employee Dishonesty (including ERISA) | $ 25,000 |
| Fine Arts | $ 10,000 |
| Forgery | $ 25,000 |
| Increased Cost of Construction (Buildings) | $ 10,000 |
| Installation | $ 10,000 |
| Newly Acquired or Constructed Property - Building | $1,000,000 |
| Newly Acquired or Constructed<br>      - Business Personal Property | $ 500,000 |
| Off Premises Service – Direct Damage | $ 10,000 |
| Outdoor Property ( $1000 limit per item) | $10,000 aggregate |
| Outdoor Signs | Included |
| Personal Effects | $ 25,000 |
| Personal Property of Others | $ 25,000 |
| Salespersons' Samples | $ 1,000 |
| Temperature Change | $ 25,000 |
| Transit Coverage | $ 10,000 |
| Valuable Papers and Records | $ 50,000 |
| Valuation Changes | Included |

The following changes apply only if Business Income and Extra Expense are covered under this policy.

| | |
|---|---|
| Business Income Extension for Off Premises Service | $ 25,000 |
| Business Income at Newly Acquired Premises | $ 250,000 |

© 2000, The Hartford



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PREMIUM AUDIT PROVISION

This endorsement modifies insurance provided under the following:

**BUSINESS LIABILITY COVERAGE FORM**

When the Declarations identifies the Audit term as auditable, the following provisions is added to Paragraph **E. LIABILITY AND MEDICAL EXPENSE GENERAL EXPENSES:**

7.  **Premium Audit**

    **a.** We will compute all premiums for this policy in accordance with our rules and rates.

    **b.** Premium shown in the Declarations is a deposit premium only.  At the close of each audit period we will compute the earned premium for that period.  Audit premiums are due and payable on notice to the first **Named Insured.**  If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first **Named Insured.**

    **c.** The first **Named Insured** must keep records of the information we need for premium computation, and send us copies at such time as we may request.

m SS 00 20 09 93   Printed in U.S.A.  (NS)

Copyright, Hartford Fire Insurance Company, 1993



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL PROPERTY COVERAGE AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

**SPECIAL PROPERTY COVERAGE FORM**

Except as otherwise stated in this endorsement, the terms and conditions of the policy apply to the insurance stated below.

1. **Animals**

   Coverage Limitation **A.4.d.** is replaced by the following:

   **d.** Pets and animals are covered **only if**:

       **(1)** They are inside the building; and

       **(2)** They are owned by others and boarded by you, or owned by you and held for sale or sold but not delivered.

   And then we will pay **only if** they are killed, or their destruction is made necessary by any of the "specified causes of loss" or they are stolen.

2. **Building Glass**

   Limitation **A.4.b.** is deleted.

3. **Business Personal Property**

   The following changes are made to Business Personal Property Coverage, **A.1.b.**:

   **a.** In subparagraph **(2)**, coverage for property of others is revised to eliminate the restriction to the amount for which you are legally liable. Therefore, property of others is subject to the Replacement Cost valuation provisions specified in the Loss Payment **PROPERTY LOSS CONDITION, E.6**; and

   **b.** Coverage for personal property of others is extended to apply to tools and equipment owned by your employees that are used in your business operations.

   These coverage changes are included within the Business Personal Property Limit of Insurance.

4. **Business Personal Property in Appurtenant Structures**

   The following is added to Garages, Storage Buildings and Other Appurtenant Coverage Extension, **A.6.a.**:

   You may extend the insurance that applies to Business Personal Property to apply to property in garages, storage buildings and other appurtenant structures at the described premises.

   The most we will pay for loss or damage under this Extension is 10% of the Limit of Insurance for Business Personal Property shown in the Declarations but not more than $5,000 at each described premises.

5. **Equipment Breakdown**

   The following is added to Equipment Breakdown Additional Coverage, **A.5.o.**:

   **Jurisdictional Inspections**

   If any boiler or pressure vessel requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

6. **Fire Department Service Charge**

   In the Fire Department Service Charge Additional Coverage **A.5.d.**, the most we will pay is increased to $15,000.

7. **Fire Extinguisher Recharge**

   In the Fire Extinguisher Recharge. Additional Coverage **A.5.e.**, the reference to the amount we will pay is changed to state that this coverage is included within the Covered Property Limits of Insurance.

**Form SS 00 30 03 00**

© 2000, The Hartford

8. **Lottery Tickets and Postage Stamps**

In Property Not Covered **A.2.,** the following is added to subparagraph **b.:**

Lottery Tickets held for sale and postage stamps in current use and having face value are not "securities".

9. The following is added to subparagraph **c.2.** of **6.** Coverage Extensions.

   (c) In or on, but not permanently attached to or installed in, motor vehicles operated by your employees in the course of your business operations.

10. **Transition to Replacement Premises**

   The following is added to Additional Coverages **A.5.**

   If Covered Property is moved to a new premises endorsed onto this policy, from a described premises being endorsed off this policy, the Limit of Insurance applicable to that vacated premises will apply proportionately to both premises as the property is moved. This coverage applies up to 90 days after the move begins or upon completion of the move, whichever is sooner.

11. **Vacancy**

   The Vacancy Property Loss Condition **E.9.** is replaced by the following:

   a. **Description of Terms**

      (1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

         (a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

         (b) When this policy is issued to the owner of a building, building means the entire building. Such building is vacant when 70% or more of its square footage:

            (i) Is not rented; or

            (ii) Is not used to conduct customary operations.

      (2) Buildings under construction or renovation are not considered vacant.

   b. **Vacancy Provisions**

      If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

      (1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

         (a) Vandalism;

         (b) Sprinkler leakage, unless you have protected the system against freezing;

         (c) Building glass breakage;

         (d) Water damage;

         (e) Theft; or

         (f) Attempted theft.

      (2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROPERTY DAMAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

**BUSINESS LIABILITY COVERAGE FORM**

1. Our obligation under the Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of the deductible shown on the declarations.

2. The deductible amount applies on a "per occurrence" basis. Under the Property Damage Liability Coverage, the deductible amount applies to all damages because of "property damage" as a result of any one "occurrence" regardless of the number of person or organizations who sustain damages because of that "occurrence".

   The terms of this insurance, including those with respect to:

   (a) Our right and duty to defend any "suits" seeking those damages; and

   (b) Your duties in the event of an "occurrence," claim, or "suits"

   apply irrespective of the application of the deductible amount.

4. We may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

**Form SS 03 05 08 97**   Printed in U.S.A.  (NS)

Copyright, Hartford Fire Insurance Company, 1997



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME EXTENSION FOR OFF-PREMISES UTILITY SERVICES

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

This insurance applies only when Business Income and Extra Expense Optional Coverage is shown in the Declarations as applicable.  Except as otherwise stated in this endorsement, the terms and conditions of the policy apply to the insurance stated below.

**A. BUSINESS INCOME EXTENSION FOR OFF-PREMISES UTILITY SERVICES**

This Coverage Extension applies only when the Business Income Additional Coverage is included in this policy.

We will pay for loss of Business Income or Extra Expense at the described premises caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on described premises:

1. "Water Supply Services";

2. "Communication Supply Services"; or

3. "Power Supply Services".

**B. WAITING PERIOD**

We will only pay for loss you sustain after the first 8 consecutive hours following the direct physical loss of or damage to the off-premises property to which this endorsement applies. We will not pay for any reduction in business income or extra expense after electricity, steam or gas has been restored to the described premises.

**C. LIMIT OF INSURANCE**

The most we will pay for loss under this extension is $25,000 at each described premises.

**D. ADDITIONAL DEFINITIONS**

1. **"Water Supply Services",** meaning the following types of property supplying water to the describes premises:

   a. Pumping stations; and

   b. Water mains.

2. **"Communication Supply Services",** meaning property supplying communication services, including telephone, radio, microwave or television services, including overhead transmission lines to the described premises, such as:

   a. Communication transmission lines, including optic fiber transmission lines;

   b. Coaxial cables; and

   c. Microwave radio relays except satellites.

3. **"Power Supply Services",** meaning the following types of property supplying electricity, steam or gas, including overhead transmission lines to the described premises:

   a. Utility generating plants;

   b. Switching stations;

   c. Substations;

   d. Transformers; and

   e. Transmission Lines.

rm SS 04 19 06 96    Printed in U.S.A.  (NS)

Copyright, Hartford Fire Insurance Company, 1996



## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CONTRACTORS STRETCH

This endorsement modifies insurance provided under the following:

**SPECIAL PROPERTY COVERAGE FORM**
**STANDARD PROPERTY COVERAGE FORM**

Except as otherwise stated in this endorsement, the terms and conditions of the policy apply to the insurance stated below.

**A.** The following changes apply to:

Standard Property Coverage Form, Additional Coverages, **A.4.**
Special Property Coverage Form, Additional Coverages, **A.5.**

**1. Accounts Receivable**

The following Additional Coverage is added:

We will pay up to $25,000 as a Limit of Insurance to apply at each described premises to cover direct physical loss of or damage to your records of accounts receivable.

This Additional Coverage is subject to the provisions of Accounts Receivable, Form SS 04 39, which is attached to this policy.

This Limit of Insurance is in addition to any other Limit shown in the Declarations for this coverage.

**2. Back Up of Sewer or Drain Water Damage.**

The following Additional Coverage is added:

We will pay for loss or damage to Covered Property solely caused by water that backs up from a sewer or drain.

This coverage is included within the Covered Property Limits of Insurance.

**THIS IS NOT FLOOD INSURANCE**

We will not pay for water or other materials that backs up from any sewer or drain when it is caused by any flood.  This applies regardless of the proximity to the flood.  Flood means the overflow of surface water, streams

or other bodies of water, or their spray, all whether driven by wind or not.

**3. Brands and Labels**

The following Additional Coverage is added:

In the event of covered loss or damage to merchandise, that is branded or labeled, we will take all or part of the damaged property at an agreed or appraised value and we will pay for:

**a.** Expenses you incur to:

   **(1)** Stamp salvage on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

   **(2)** Remove the brands or labels, if doing so will not physically damage the merchandise.  You must relabel the merchandise and its containers to comply with the law.

**b.** Any reduction in the salvage value of the damaged merchandise as the result of the removal of the brand or label.

This Additional Coverage is included within the Business Personal Property Limit of Insurance.

**4. Claim Expenses**

The following Additional Coverage is added:

In the event of covered loss or damage we will pay up to $5,000 as an additional Limit of Insurance to cover reasonable expenses incurred by you at our specific request to assist us in:

**a.** The investigation of a claim or suit; or

**b.** The determination of the amount of loss,

Form SS 04 23 03 00

such as taking inventory, or auditing business records.

**5. Computers and Media**

The following Additional Coverage is added:

We will pay up to $50,000 as a Limit of Insurance to apply anywhere in the Coverage Territory to cover direct physical loss of or damage to your computer systems.

This Additional Coverage is subject to the provisions of Computers and Media, Form SS 04 41, which is attached to this policy.

This Limit of Insurance is in addition to any other Limit shown in the Declarations for this coverage.

**6. Consequential Loss to Stock**

The following Additional Coverage is added:

If pairs or sets of stock are damaged by a Covered Cause of Loss, we will pay any reduction in value of the undamaged parts of such damaged pairs or sets.

As used in this Additional Coverage, the term stock means merchandise held in storage or for sale, raw materials, and goods in-process or finished.

This coverage is included within the Business Personal Property Limit of Insurance.

**7. Contractors Equipment**

The following Additional Coverage is added:

We will pay up to $10,000 as a Limit of Insurance to cover direct physical loss of or damage to equipment used in your construction or installation business, but only for equipment valued at more than $500 per item.

This additional coverage is subject to the provisions of Contractors Equipment Coverage, Form SS 04 24, which is attached to this policy.

This Limit of Insurance is in addition to any other Limit shown in the Declarations for this coverage.

**8. Contractors Tools**

The following Additional Coverage is added:

We will pay up to $1,000 as a Limit of Insurance to cover direct physical loss of or damage to tools used in your construction or installation business, but only for tools valued at $500 or less per item.

This additional coverage is subject to the provisions of Contractor Tools Coverage, Form SS 04 27, which is attached to this policy.

This Limit of insurance is in addition to any other Limit shown in the Declarations for this coverage.

**9. Debris Removal**

The following Additional Coverage is added:

In Limits of Insurance, **C.4.b.**, the additional limit of insurance for the Debris Removal Additional Coverage is increased to $25,000.

This Limit of Insurance is in addition to any other Limit shown in the Declarations for this coverage.

**10. Employee Dishonesty (including ERISA)**

The following Additional Coverage is added:

We will pay up to $25,000 as Limit of Insurance to cover loss from employee dishonesty. This includes ERISA coverage.

This Additional Coverage is subject to the provisions of the Employee Dishonesty Coverage, Form SS 04 42, which is attached to this policy.

This Limit of Insurance is in addition to any other Limit shown in the Declarations for this coverage.

**11. Fine Arts**

The following Additional Coverage is added:

We will pay up to $10,000 as an additional Limit of Insurance at each described premises to extend the insurance that applies to Business Personal Property to apply to Fine Arts that are:

a. Your property; or

b. The property of others that is in your care, custody or control.

As used in this Extension, **Fine Arts** means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique silver, manuscripts, porcelains, rare glass, bric-a-brac, and similar property, of rarity, historical value or artistic merit.

The value of Fine Arts will be the market value at the time of loss or damage.

**12. Forgery**

The following Additional Coverage is added:

We will pay up to $25,000 as Limit of Insurance to cover loss from forgery of covered instruments, money orders, credit cards, and counterfeit money.

This Additional Coverage is subject to the provisions of Forgery Coverage. Form SS 04 86, which is attached to this policy.

Form SS 04 23 03 00

This Limit of Insurance is in audition to any other Limit shown in the Declarations for this coverage.

### 13. Increased Cost of Construction (Buildings)

The following Additional Coverage is added:

If a Covered Cause of Loss occurs to covered Building property, we will pay up to $10,000 at each described premises to cover the increased cost to repair, rebuild or construct the damaged property caused by enforcement of building, zoning or land use law. The repaired or rebuilt property must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use law.

We will not pay for increased construction costs:

**a.** When the Actual Cash Value - Buildings applies; or

**b.** Until the property is actually repaired or replaced, at the same or another premises.

We will not pay for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The terms of these Coverages apply separately to each building.

This Limit of Insurance is in addition to any other Limit shown in the Declarations for this coverage.

### 14. Installations

The following Additional Coverage is added:

We will pay up to $10,000 as a Limit of Insurance to cover direct physical loss or damage to property at installation sites.

This additional coverage is subject to the provisions of Installation Coverage Form SS 04 26, which is attached to this policy.

This Limit of Insurance is in addition to any other Limit shown in the Declarations for this coverage.

### 15. Off-Premises Utility Services - Direct Damage

The following Additional Coverage is added:

We will pay up to $10,000 as a Limit of Insurance to apply at each described premises to cover direct physical loss or damage to Covered Property caused by the interruption of utility services.

This additional coverage is subject to the provisions of Off-Premises Utility Services - Direct Damage, Form SS 40 18, which is attached to this policy.

This Limit of Insurance is in addition to any other Limit shown in the Declarations for this coverage.

### 16. Outdoor Property

In the Outdoor Property Coverage Extension, the most we will pay is increased to $10,000, but not more than $1,000 for any one tree, shrub or plant.

### 17. Outdoor Signs

The following Additional Coverage is added and supercedes any other coverage for signs in this policy:

We will pay up to full value of outdoor signs at each described premises to cover direct physical loss or damage to outdoor signs.

This Additional Coverage is subject to the provisions of Outdoor Signs, Form SS 04 44, which is attached to this policy.

This Additional Coverage is in addition to any Limits of Insurance applicable to Building or Business Personal Property.

### 18. Personal Effects

The following Additional Coverage is added:

We will pay up to $25,000 as an additional Limit of Insurance to apply at each described premises to extend coverage that applies to Business Personal Property to cover personal effects owned by you, your officers, your partners, or your employees.

### 19. Personal Property of Others

The following Additional Coverage is added:

We will pay up to $25,000 as a Limit of Insurance at each described premises to apply to personal property of others that is in your care, custody or control.

This Additional Coverage is subject to the provisions of Personal Property of Others, Form SS 04 45, which is attached to this policy. Under this Stretch Endorsement, this Personal Property of Others coverage is extended to apply at premises that you rent for storage.

This Limit of Insurance is in addition to any other Limit shown in the Declarations for this coverage.

**20. Salespersons' Samples**

The following Additional Coverage is added:

We will pay up to $1,000 as an additional Limit of Insurance to extend Business Personal Property to cover:

a.  Samples of your stock in trade (including containers); and

b.  Similar property of others;

but only while such property is in the custody of your sales representatives, or agents, or yourself while acting as a sales representative.

**21. Temperature Change**

The following Additional Coverage is added:

We will pay up to $25,000 as a Limit of Insurance to apply at each described premises to cover direct physical loss of or damage to perishable stock caused by a change of temperature or contamination by a refrigerant.

This additional coverage is subject to the provisions of the Temperature Change, Form SS 04 46, which is attached to this policy.

This Temperature Change coverage is for direct damage only and does not apply to any loss due to interruption of business.

This Limit of Insurance is in addition to any other Limit shown in the Declarations for this coverage.

**22. Transit Coverage**

The following Additional Coverage is added:

We will pay up to $10,000 as a Limit of Insurance to apply to direct physical loss of or damage to property while in transit at your risk.

This Additional Coverage is subject to the provisions of Transit Coverage, Form SS 04 30, which is attached to this policy.

This Limit of Insurance is in addition to amount that may be shown in this policy for this coverage.

**23. Valuable Papers and Records**

The following Additional Coverage is added:

We will pay up to $50,000 as a Limit of Insurance to apply at each described premises to cover direct physical loss of or damage to your valuable papers and records.

This Additional Coverage is subject to the provisions of the Valuable Papers and Records Coverage in form SS 04 47, which is attached to this policy.

This Limit of insurance is in addition to any other Limit shown in the Declarations for this coverage.

**24. Valuation Changes**

The following are added to the Loss Payment Property Loss Condition **E.6.d.**:

a.  **Commodity Stock**

We will determine the value of merchandise and raw materials that are bought and sold at an established market exchange, we will determine the value at:

(1) The posted market price as of the time and place of loss;

(2) Less discounts and expenses you otherwise would have had.

b.  **Mercantile Stock - Sold**

We will determine the value of goods you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**B.**  The following changes apply to:

Standard Property Coverage Form, Coverage Extensions, **A.5.**

Special Property Coverage Form, Coverage Extensions, **A.6.**

**Newly Acquired or Constructed Property**

The following changes are made to Newly Acquired or Constructed Property, **b.**:

**1.**  Building

The most we will pay in subparagraph **(1)** is increased to $1,000,000 at each premises.

**2.**  Business Personal Property

The most we will pay in subparagraph **(2)** is increased to $500,000 at each premises.

**C.**  The following changes apply **only if Business Income and Extra Expenses are covered under this policy.** These changes apply to:

Standard Property Coverage Form, Additional Coverages, **A.4.**

Special Property Coverage Form, Additional Coverages, **A.5.**

**1.  Business Income at Newly Acquired Premises**

The following Additional Coverage is added:

**Business Income at Newly Acquired Premises**

We will pay up to $250,000 as a Limit of Insurance to apply to Business Income and Extra Expense to cover at any location you acquire, other than fairs or exhibitions.

Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**a.** This policy expires;

**b.** 90 days expire after you acquire or begin to construct the property, or

**c.** You report values to us.

We will charge you additional premium for values reported from the day construction begins or you acquire the property.

This Limit of Insurance is in addition to any other Limit shown in the Declarations for this coverage.

**2. Business Income Extension for Off-Premises Utility Services**

The following Additional Coverage is added:

We will pay up to $25,000 as a Limit of Insurance to apply at each described premises to cover loss of Business Income and Extra Expense caused by the interruption of utility services.

This additional coverage is subject to the provisions of Business Income Extension for Off-Premises Utility Services, Form SS 04 19, which is attached to this policy.

This Limit of Insurance is in addition to any other Limit shown in the Declarations for this coverage.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONTRACTORS EQUIPMENT COVERAGE

This endorsement modifies insurance provided under the following:

**SPECIAL PROPERTY COVERAGE FORM**

This insurance applies only when the property is covered under the Special Property Coverage Form.  Except as otherwise stated in this endorsement, the terms and conditions of the policy apply to the insurance stated below.

The following changes are made to the Special Property Coverage Form:

**A.** The following is added to **Property Not Covered** in A. Coverage:

Scheduled contractor's equipment, except as provided for under this Contractor's Equipment Coverage Endorsement.

**B. CONTRACTOR'S EQUIPMENT COVERAGE**

**1. Covered Property**

We will pay for direct physical loss or damage to Covered Property caused by any of the Covered Causes of Loss.  Covered Property as used in this endorsement means the Contractors Equipment listed and described in the Declarations or Schedule, owned by you or others from whom you have leased or rented such property under written contract or agreement and for which you are legally liable, all while:

**a.** At your premises, including any premises which is owned, leased or operated by the insured;

**b.** In transit to and from your premises;

**c.** Located temporarily at any job site at which you are working under contract; and

**d.** In transit to or from any job site at which you are working under contract.

**e.** While temporarily located at a private residence which is owned by the insured or an owner of the insured entity.

**2. Property Not Covered**

Covered Property under this endorsement does not include:

**a.** Equipment which is loaned, rented, hired, or leased to others by you;

**b.** Automobiles, motor trucks, tractors, trailers, motorcycles, aircraft, or watercraft;

**c.** Property while waterborne or airborne, except while in transit in the custody of a carrier for hire;

**d.** Property used or to be used in the construction of any dam, tunnel, flood control project, bridge, overpass, pier, wharf, or dock;

**e.** Typewriters, photocopiers, computers, adding machines, calculators, dictation equipment or other general office equipment;

**f.** Two-way or citizen's band radios, cellular telephones or similar communications equipment devices while contained on or in any motor vehicle licensed for highway or road use;

**g.** Currency, "money," deeds, notes, "securities," checks, drafts or stamps;

**h.** Contraband or property in the course of illegal transportation or trade;

**i.** Tires or tubes except for loss directly caused by fire, windstorm or theft; or

**j.** Crane booms or derrick booms while such booms are being operated or used except for loss directly caused by fire, lightning, windstorm, explosion or overturning of the machine of which it is a part.

© 2000, The Hartford

**3. Coverage Extension - Newly-Acquired Property**

Coverage under this endorsement is extended to include newly acquired equipment.

The most we will pay under this Extension is the lesser of:

**a.** 25% of the total limit of insurance shown in the Declarations or Schedule for Contractor's Equipment; or

**b.** The actual cash value of the newly acquired equipment.

Coverage for each item of newly acquired Contractor's Equipment will end when any of the following first occurs:

**(1)** This policy expires or is canceled, or

**(2)** 45 days expire after purchase of the newly acquired Contractor's Equipment, or

**(3)** The value of the newly acquired Contractor's Equipment is reported to us.

We will charge you additional premium for values reported from the date you obtain ownership of the Contractor's Equipment.

**C. LIMITS OF INSURANCE**

The most we will pay for loss in any one occurrence is the smallest applicable Limit of Insurance shown in:

**1.** The Declarations;

**2.** The Schedule(s);

**3.** The Coverage Form; or

**4.** The Endorsements.

If we show a Maximum Limit of Insurance, that is the most we will pay for all loss in any one occurrence to Covered Property insured under this endorsement.

**D. DEDUCTIBLE**

We will adjust loss in any one occurrence under this endorsement as a single loss. The only deductible amount that applies under this coverage is the larger of:

**1.** $250; or

**2.** The amount shown in the Declarations or Schedule as a deductible applicable to this coverage.

**E. ADDITIONAL CONDITIONS**

**1. Coinsurance**

Each item of Covered Property must be insured for its total actual cash value at the time of loss. We will pay only the proportion of any loss that the applicable Limit of Insurance shown in the Declaration or Schedule bears to the actual cash value of the Covered Property at the time of loss.

If we cover two or more items, this condition will apply to each item separately.

**2. Pair, Sets or Parts**

**a.** Pair or Set. In case of loss to any part of a pair or set we may:

**(1)** Repair or replace any part to restore the pair or set to its value before the loss; or

**(2)** Pay the difference between the value of the pair or set before and after the loss.

**b.** Parts. In case of loss to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**3. Reinstatement of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss of a scheduled item, in which event we will refund the unearned premium on that item.

**4. Valuation**

The value of property insured under this endorsement will be the least of the following amounts:

**a.** The actual cash value of that property;

**b.** The cost of reasonably restoring that property to its condition immediately before loss; or

**c.** The cost of replacing that property with substantially identical property.

In the event of loss, the value of property will be determined as of the time of loss.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INSTALLATION COVERAGE

This endorsement modifies insurance provided under the following:

**SPECIAL PROPERTY COVERAGE FORM**

This coverage applies only when it is indicated in the Declarations.  The provisions of this policy apply to the coverage stated in this endorsement, except as indicated below.

This insurance applies only when the property is covered under the Special Property Coverage Form.

## A.  INSTALLATION COVERAGE

We will pay for direct physical loss or damage to Covered Property caused by any of the Covered Causes of Loss.

1.  Covered Property, as used in this endorsement, means:

Materials and supplies that will become a permanent part of the building or structure while:

a.  In transit;

b.  At a site of installation; or

c.  At any location not described in this policy, while in temporary storage awaiting installation.

If Covered Property is owned by others, we only cover such property to the extent of your legal liability for direct physical loss or damage to such property caused by a Covered Cause of Loss.

2.  **Property Not Covered**

Covered Property does not include:

a.  Your property at locations that you own, lease or control, other than:

(1) At a site of installation; and

(2) Places of temporary storage;

b.  Machinery, tools, equipment, forms, scaffolding or other property which will not become a permanent part of the installation;

c.  Plans, blueprints, designs, specifications or any similar property;

d.  Automobiles, motor trucks, tractors, motorcycles, trailers, aircraft or watercraft;

e.  Existing structures to which improvements, alterations, repairs or additions are being made;

f.  Contraband or property in the course of illegal transportation or trade.

## 3.  Additional Coverage

**"Soft Costs"**

We will pay the actual and necessary "Soft Costs" you incur during the "period of restoration" as a result of a delay in the completion of your installation operations.  The delay must be caused by direct physical loss or damage to Covered Property, as used in this Endorsement, at a covered site of installation.

We will pay the necessary expenses you incur to reduce the amount of "Soft Costs" payable under this Additional Coverage.  We will pay such expenses only to the extent that they do not exceed the amount that otherwise would have been payable.

We will also pay the actual and necessary "Soft Costs" you incur caused by action of civil authority that:

a.  Prohibits access to a covered  site of installation; and

b.  Is taken in response to direct physical loss or damage to property, other than property at that site, due to a Covered Cause of Loss.

The most we will pay under this Additional Coverage is $ 5,000 in any one occurrence.

## 4.  Additional Exclusion

We will not pay for loss caused by or resulting from:

a.  Penalties for noncompletion or noncompliance with contract conditions;

b.  Testing, including performance, stress, pressure and overloading testing of the Covered Property.

**B. LIMITS OF INSURANCE**

The most we will pay for loss in any one occurrence is the smallest applicable Occurrence Limit for installations shown in:

1. The Declarations;

2. The Schedule(s); or

3. The Endorsements(s).

The location Limit of Insurance is the most we will pay for all loss in any one occurrence to Covered Property insured under this endorsement at any one location.

**C. DEDUCTIBLE-WAITING PERIOD**

**1. Other Than "Soft Costs"**

We will adjust the loss in any one occurrence under this endorsement as a single loss. The only deductible amount that applies to loss under this coverage is the larger of:

a. $250; or

b. The amount shown in the Declarations or Schedule as a deductible applicable to this coverage.

**2. Applicable to "Soft Costs"**

The "Soft Costs" Additional Coverage is subject to a waiting period of five consecutive days. We will only pay "Soft Costs" expense if the delay in completion of your installation operations exceeds this waiting period. We will then pay only those covered "Soft Costs" you incur after the waiting period.

The waiting period begins when your installation operations should have been completed if there had been no direct physical loss or damage from a Covered Cause of Loss.

**D. ADDITIONAL CONDITIONS**

**1. Insurance to Value**

Covered Property must be insured for its total value.

We will pay only the proportion of any loss that the applicable Limit of Insurance shown in the Declaration bears to the actual cash value of the Covered Property at the time of loss.

Total value means:

a. With respect to the Covered Property at a site of installation, the actual cash value on the date of completion of the installation of all such property; or

b. With respect to other Covered Property, the actual cash value as of the time of loss.

This condition does not apply to Covered Property while in transit or the "Soft Costs" Additional Coverage.

**2. Valuation**

a. The value of property will be the least of the following amounts:

(1) The actual cash value of that property;

(2) The cost of reasonably restoring that property to its condition immediately before loss; or

(3) The cost of replacing that property with substantially identical property.

In the event of loss, the value of property will be determined as of the time of loss.

b. "Soft Costs"

The amount of "Soft Costs" expense will be determined based upon relevant sources of information, including:

(1) Your financial records and accounting procedures;

(2) Bills, invoices and other vouchers

(3) Deeds, liens or contracts; and

(4) Construction records and project completion reports.

If you benefit from a delay, we will take this into account in determining your "Soft Costs" expense.

We will reduce the amount we will pay for your "Soft Costs" expense to the extent that you can resume your installation operations, either in whole or in part, using damaged or undamaged property at the site of installation or elsewhere.

Form SS 04 26 03 00

### 3. When Coverage Ends

The insurance provided by this coverage will end when one of the following first occurs:

a. The policy expires or is canceled;

b. The Covered Property is accepted by the purchaser;

c. Your interest in the Covered Property ceases;

d. You abandon the installation with no intention to complete it;

e. 30 days after the installation is completed.

### E. ADDITIONAL DEFINITIONS

The following Additional Definitions are added:

1. "Period of restoration"

a. Begins on the expiration of the waiting period applicable to "Soft Costs"; and

b. Ends on the date that the lost or damaged Covered Property should be repaired, rebuilt, replaced or reinstalled with reasonable speed and similar quality.

The expiration of this policy will not cut short the "period of restoration".

2. "Soft Costs" means:

a. Additional interest on money you borrowed to finance your installation operations;

b. Additional real estate and property taxes;

c. Additional advertising and promotional fees;

d. Additional legal and accounting costs or fees;

e. Additional commissions, fees and administrative expenses for the renegotiations of leases;

f. Additional engineering, architect and consultant fees;

g. Additional building inspection fees and charges; and

h. Additional administrative expenses.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONTRACTORS TOOLS COVERAGE

This endorsement modifies insurance provided under the following:

**SPECIAL PROPERTY COVERAGE FORM**

This insurance applies only when the property is covered under the Special Property Coverage Form.  Except as otherwise stated in this endorsement, the terms and conditions of the policy apply to the insurance stated below.

**A.  CONTRACTORS TOOLS COVERAGE**

 **1.  Covered Property**

 We will pay for direct physical loss to Covered Property caused by any of the Covered Causes of loss.   Covered Property as used in this endorsement means the Contractor's Tools valued at not more than $500 per item, owned by you or others who are not employees from whom you have leased or rented such property under written contract or agreement and for which you are legally liable, all while:

 **a.**  Located temporarily at any job site; or

 **b.**  In transit:

   **(1)**  Between your premises and any job site; and

   **(2)**  Between job sites;

 At which you are working under contract.

 **2.  Property Not Covered**

 Covered Property under this endorsement does not include:

 **a.**  Equipment which is loaned, rented, hired, or leased to others by you;

 **b.**  Equipment or tools owned by employees of the insured;

 **c.**  Automobiles, motor trucks, tractors, trailers, motorcycles, aircraft, or watercraft;

 **d.**  Property while waterborne or airborne, except while in transit in the custody of a carrier for hire;

 **e.**  Property used or to be used in the construction of any dam, tunnel, flood control project, bridge, overpass, pier, wharf, or dock;

 **f.**  Typewriters, photocopiers, computers, adding machines, calculators, dictation equipment, or other general office equipment;

 **g.**  Two-way or citizen's band radios, cellular telephone or similar communications equipment devices while contained on or in any motor vehicle licensed for highway or road use;

 **h.**  Currency, "money," deeds, notes, "securities," checks, drafts or stamps;

 **i.**  Contraband or property in the course of illegal transportation or trade;

 **j.**  Tires or tubes except for loss directly caused by fire, windstorm or theft; or

 **k.**  Crane booms or derrick booms while such booms are being operated or used except for loss directly caused by fire, lightning, windstorm, explosion or overturning of the machine of which it is a part.

**B.  ADDITIONAL EXCLUSION**

We will not pay for loss caused by or resulting from theft from any unattended vehicle unless at the time of theft its windows, doors and compartments were closed and locked, and there are visible signs that theft was the result of forced entry.

Copyright, Hartford Fire Insurance Company, 1992



**LIMITS OF INSURANCE**

The most we will pay in any one occurrence is the Limit of Insurance shown in the Declarations or Schedule for Contractors Tools Coverage. But we will not pay more than $500 on any one item of Covered Property.

**D. DEDUCTIBLE**

We will not pay for loss or damage under this endorsement until the amount of loss or damage in any one occurrence exceeds $250. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

**E. ADDITIONAL CONDITIONS**

    **1.  Insurance to Value**

        Each item of Covered Property must be insured for its total actual cash value at the time of loss. We will pay only the proportion of any loss that

applicable Limit of Insurance shown in the Declarations or Schedule bears to the actual cash value of the Covered Property at the time of loss.

If we cover two or more items, this condition will apply to each item separately.

    **2.  Valuation**

        The value of property will be the least of the following amounts:

        **a.**  The actual cash value of that property;

        **b.**  The cost of reasonably restoring that property to its condition immediately before loss; or

        **c.**  The cost of replacing that property with substantially identical property.

        In the event of loss, the value of property will be determined as of the time of loss.

**Form SS 04 27 07 92**  Printed in U.S.A. (NS)

Copyright, Hartford Fire Insurance Company, 1992



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TRANSIT COVERAGE

This endorsement modifies insurance provided under the following:

**SPECIAL PROPERTY COVERAGE FORM**

Except as otherwise stated in this endorsement the terms and conditions of the policy and of the Special Property Coverage Form apply to the insurance stated below.

A.  With respect to this Transit Coverage only, the following changes are made to the Special Property Coverage Form:

   1.  Under **A.4.** Limitations, subparagraph **e.(3)** which limits coverage for patterns, dies, molds and forms, is deleted.

   2.  Under **B.** Exclusions

      a.  Exclusions **1.b.** (Earth Movement) and **1.g.** (Water) do not apply to property in transit.

      b.  Exclusions **2.e.** (Dishonesty) and **2.g.** (Exposed Property) do not apply to property in custody of a carrier for hire.

      c.  Exclusion **2.f.** (False Pretense) does not apply to loss or damage caused by your good faith acceptance of false bills of lading or shipping receipts.

      d.  The following Exclusion is added:

         We will not pay for loss or damage caused by or resulting from poor or insufficient packaging or packing.

**B.  Transit Coverage**

   1.  The insurance that applies to your Business Personal Property and Personal Property of Others is extended to apply to shipments of that property while in transit at your risk, by motor vehicle, railroad car or aircraft between points within the Coverage Territory.  This includes property you have sold and your responsibility continues until it is delivered.

   2.  The Transit Coverage also applies to:

      a.  **Expenses to Inspect, Repackage and Reship Damaged Shipments**

         The necessary additional expenses you incur to inspect, repackage and reship Covered Property which is damaged as a result of a Covered Cause of Loss.

      b.  **Expenses to Protect Covered Property from Spoilage or Change in Temperature**

         The necessary additional expense you incur to temporarily store Covered Property in a temperature controlled environment in order to avoid or minimize loss or damage to such property from spoilage or change in temperature.  Such temporary storage must be made necessary by the sudden and accidental breakdown of heating or refrigeration unit(s) on transporting conveyances.

         This additional expense will not include:

         (1)  Expenses to repair or replace heating or refrigeration unit(s);

         (2)  Costs or penalties due to detention or delay of any vehicles, trailers, conveyances or containers; or

         (3)  Costs for additional wages, room, board or meals.

      c.  **F.O.B. Shipments**

         Outgoing shipments where the risk of loss or damage is transferred to the buyer when such property leaves your premises.

         You must use all reasonable means to collect the amount due you from the buyer before making a claim under this Transit Coverage.

Form SS 04 30 03 00



We will not make payment until you grant us the right of recovery against the buyer.

**d. Loading and Unloading**

Shipments during loading or unloading and within 500 feet of any transporting conveyance.

**e. Return Shipments**

Outgoing shipments which have been rejected by the consignee or are not deliverable, while:

**(1)** In due course of transit, being returned to you; or

**(2)** Up to 10 days after delivery or attempted delivery awaiting return shipment to you.

Payment under paragraphs **a., b., c., d. and e.** above will not increase the Transit Coverage Limit of Insurance.

**C. Under this Transit Coverage, we will not pay for:**

**1.** Property in the care, custody or control of your salespersons.

**2.** Mail shipments in the custody of the U.S. Postal Service.

**3.** Property of Others for which you are responsible as a:

**a.** Carrier for hire; or

**b.** Carloader, consolidator, broker, freight forwarder, shipping association, or other arranger of transportation.

**4.** Property in or on a motor vehicle you own, lease or operate.

**D. Limit of Insurance**

The Limit of Insurance shown in the Declarations for Transit Coverage is the most we will pay for all loss or damage in any one occurrence to property insured under this endorsement.

**E. Deductible**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds $250. We will then pay the amount of loss or damage in excess of $250 up to the applicable Limit of Insurance.

**F. Additional Conditions**

**1.** Valuation

Property Loss Condition **E.6.** is deleted and replaced by the following:

**a.** Valuation

**(1)** Property You Own

The value of Covered Property will be the amount of invoice plus accrued charges, prepaid charges and charges since shipment; or

**(2)** In the absence of an invoice, the value of Covered Property will be its actual cash value, with proper deduction for depreciation, at the point of destination on the date of expected arrival.

**b.** Property of Others

The most we will pay for Covered Property owned by others is the lesser of:

**(1)** Your legal liability for direct physical loss or damage to such property; or

**(2)** What we would pay if you had owned the property.

**2.** Impairment of Rights of Recovery

We will not pay for loss or damage, if you impair our rights to recover damages from any carrier for hire. But you may accept from carriers for hire bills of lading, receipts or contracts of transportation which contain a limitation of value.

Form SS 04 30 03 00



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT - AGGREGATE LIMITS (PER PROJECT)

This endorsement modifies insurance provided under the following:

**BUSINESS LIABILITY COVERAGE FORM**

The General Aggregate Limit under Section **D.** LIABILITY AND MEDICAL EXPENSES LIMIT OF INSURANCE applies separately to each of your "projects."

"Project" means "your work" at location(s) away from premises owned or rented by you.

Form SS 04 33 07 92   Printed in U.S.A.

© 1992, The Hartford



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ACCOUNTS RECEIVABLE

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

This coverage applies only when it is indicated in the Declarations. The provisions of this policy apply to the coverage stated in this endorsement, except as indicated below.

**A.** When shown in the Declarations as applicable, the Limit of Insurance stated in paragraph **(1)** of the Additional Coverage entitled Accounts Receivable is replaced by the Limit of Insurance for Accounts Receivable shown in the Declarations. All other terms and conditions of Accounts Receivable Additional Coverage apply to this Optional Coverage.

**B.** With respect to this Optional Coverage, Coverage Extension **A.5.c.**, Property Off-Premises in the Standard Property Coverage Form and Coverage Extension **A.6.c.**, Property Off-Premises in the Special Property Coverage Form are replaced by the following:

The most we will pay for loss or damage under this Coverage Extension is 25% of the Limit of Insurance shown in the Declarations for Accounts Receivable but not more than $2,500.

**C.** **Limit of Insurance**

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance shown in the Declarations for Accounts Receivable.

**D.** **Additional Conditions**

**(1)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage the following method will be used:

**(a)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurred; and

**(b)** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**(2)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(a)** The amount of the accounts for which there is no loss or damage;

**(b)** The amount of the accounts that you are able to re-establish or collect;

**(c)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(d)** All unearned interest and service charges.

**Form SS 04 39 10 96**   Printed in U.S.A.  (NS)
Copyright, Hartford Fire Insurance Company, 1996



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYEE DISHONESTY COVERAGE

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

Except as otherwise stated in this endorsement, the terms and conditions of the policy apply to the insurance stated below.

**The following is added to Additional Coverages:**

**A. COVERAGE**

We will pay for loss of, and loss from damage to, Covered Property resulting directly from the Covered Causes of Loss.

**1. Covered Property**

Covered Property means "money", "securities", and other tangible property of intrinsic value and not otherwise excluded.

**2. Covered Causes of Loss**

Covered Causes of Loss means dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons, except you, with the manifest intent to:

**a.** Cause you to sustain loss; and also

**b.** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing or pensions or other employee benefits earned in the normal course of employment) for:

(1) The "employee"; or

(2) Any person or organization intended by the employee" to receive that benefit.

**3. Additional Coverages**

**a. Employees Temporarily Outside Coverage Territory**

We will pay for loss caused by any "employee" while temporarily outside the Coverage Territory for a period of not more than 90 days.

**b. Employees at Client or Customer Premises**

We will pay for any loss caused by your "employee" while at the premises of your client or customer.

Any claim for loss sustained by any client or customer and covered by this policy may only be made by you in your **Proof of Loss**.  No third party has a direct right against this insurance and no third party may make a direct claim against us as the writer of your insurance.

**c. Welfare and Pension Plan ERISA Compliance**

In compliance with certain provisions of the Employee Retirement Income Security Act (ERISA):

(1) "Employee" also includes any natural person who is:

(a) A trustee, an officer, employee, administrator or a manager, except an administrator or a manager who is an independent contractor, of any Employee Welfare of Pension Benefit Plan (hereafter called Plan) insured under this insurance, and

(b) Your director or trustee while that person is handling funds or other property of any Plan insured under this insurance.

(2) If any Plan is insured jointly with any other entity under this

insurance, you or the Plan Administrator must select a Limit of Insurance under this Employee Dishonesty Coverage Form that is sufficient to provide an amount of insurance for each Plan that is at least equal to that required if each Plan were separately insured.

(3) If the insured first named in the Declarations is an entity other than a Plan, any payment we make to that insured for loss sustained by any Plan will be held by that Insured for the use and benefit of the Plan(s) sustaining the loss.

(4) If two or more Plans are insured under this insurance, any payment we make for loss:

(a) Sustained by two or more plans or

(b) Of commingled funds or other property of two or more Plans

that arises out of one Occurrence, is to be shared by each Plan sustaining loss in the proportion that the amount of insurance required for each such Plan under ERISA provisions bears to the total of those amounts.

(5) The Deductible provision does not apply to loss sustained by any Plan subject to ERISA which is insured under this insurance.

## B. EXCLUSIONS

The following Exclusions apply in addition to the Exclusions in the Crime Common Conditions and Exclusions.

**1. Employee Terminated Under Prior Insurance**

We will not pay for loss caused by any "employee" of yours, or predecessor in interest of yours, for whom similar prior insurance has been terminated and not reinstated since the last such termination.

**2. Insurance Operations**

We will not pay for direct or indirect loss resulting from contractual or extra-contractual liability sustained by you in connection with the issuance of contracts or purported contracts of insurance, indemnity or suretyship.

**3. Inventory Shortages**

We will not pay loss, or that part of any loss, the proof of which as to its existence or

amount is dependent upon:

a. An inventory computation; or

b. A profit and loss computation.

**4. Partners**

We will pay only for loss, caused by any partner or member of a limited liability corporation, that is in excess of the sum of:

a. Any amounts you owe that partner or member; and

b. The value of that partner's or member's ownership interest determined by the closing of you organization's books on the date of discovery of the loss by anyone in your organization not involved in the Employee Dishonesty; and

c. Any applicable deductible amount.

**5. Trading Loss**

We will not pay for loss resulting directly or indirectly from trading, whether in your name or in a genuine or fictitious account.

## C. ADDITIONAL CONDITIONS

The following conditions apply.

**Termination As To Any "Employee"**

This insurance is terminated as to any "employee":

1. Immediately upon discovery by;

a. You; or

b. Any of your partners, officers or directors not in collusion with the "employee";

of any dishonest act committed by that "employee" whether before or after becoming employed by you.

2. On the date specified in a notice mailed to you. That date will be at least 30 days after the date of mailing.

The mailing of notice to you at the last mailing address known to us will be sufficient proof of notice. Delivery of notice is the same as mailing.

## D. LIMIT OF INSURANCE

The most we will pay for each Occurrence of loss under this Endorsement is the Employee Dishonesty Limit of Insurance stated in the Declarations.

The Additional Coverages are included in this Limit of Insurance.

## E. OCCURRENCE DEFINITION

As used in this Endorsement, **Occurrence** means all loss caused by, or involving, one or more "employees", whether the result of a single act or series of acts.

Form SS 04 42 03 00

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# OUTDOOR SIGNS

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

This coverage applies only when it is indicated in the Declarations.  The provisions of this policy apply to the coverage stated in this endorsement, except as indicated below.

**A.** We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

**(1)** Owned by you; or

**(2)** Owned by others but in your care, custody and control.

**B.** Paragraph **A.3.**, Covered Causes of Loss, and Section **B.**, Exclusions, do not apply, to this Optional Coverage, except for:

**(1)** Paragraph **B.1.c.**, Governmental Action;

**(2)** Paragraph **B.1.d.**, Nuclear Hazard; and

**(3)** Paragraph **B.1.f.**, War and Military Action.

**C.** **Additional Exclusion**

We will not pay for loss or damage caused by or resulting from:

**(1)** Wear and tear;

**(2)** Hidden or latent defect;

**(3)** Rust;

**(4)** Corrosion; or

**(5)** Mechanical breakdown.

**D.** **Limit of Insurance**

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.

**E.** The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

**Form SS 04 44 09 93**   Printed in U.S.A.  (NS)

Copyright, Hartford Fire Insurance Company, 1993



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PERSONAL PROPERTY OF OTHERS

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

This coverage applies only when it is indicated in the Declarations.  The provisions of this policy apply to the coverage stated in this endorsement, except as indicated below.

We will pay, on replacement cost basis, for direct physical loss or damage by the Covered Causes of Loss to Personal Property of Others that is in your care, custody and control.
The most we will pay for loss or damage in any one occurrence is the Limit of Insurance applicable to Personal Property of Others shown in the Declarations.

**Form SS 04 45 10 96**  Printed in U.S.A.  (NS)

Copyright, Hartford Fire Insurance Company, 1993



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEMPERATURE CHANGE

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

This coverage applies only when it is indicated in the Declarations.  The provisions of this policy apply to the coverage stated in this endorsement, except as indicated below.

**A.** We will pay for direct physical loss of or damage to "perishable stock" at the described premises caused by or resulting from:

  **(1)** A change in temperature or humidity resulting from:

    **(a)** Mechanical breakdown or failure of:

      **(i)** Stationary heating plants; or
      **(ii)** Refrigerating, cooling or humidity control apparatus or equipment;

    But only while such plants, equipment or apparatus are at the described premises.

    **(b)** Complete or partial failure of electric power, either on or away from your described premises.  Such failure of power must be due to conditions beyond your control; or

  **(2)** Contamination by a refrigerant.

**B.** We will not pay for loss or damage to "perishable stock" located:

  **(1)** On buildings;
  **(2) In the open; or**
  **(3)** In vehicles.

**C.** Exclusions

  **(1)** The following exclusions under paragraph **B.1.** of SECTION **B - EXCLUSIONS** are deleted:

    **(a)** Ordinance or Law;

    **(b)** Power Failure; and

    **(c)** Mechanical Breakdown in the Standard Property Coverage Form.

  **(2)** The following exclusions are added:

  We will not pay for loss or damage caused by or resulting from:

    **(a)** The disconnecting of any of the following systems from the source of power:

      **(i)** Refrigerating;
      **(ii)** Cooling; or
      **(iii)** Humidity control.

    **(b)** The loss of electrical power caused by the shutting off of any switch or other device used to control the flow of electric power or current.

    **(c)** The inability of an electrical utility company, your stationary heating plant or any other power source to provide sufficient heat or power due to:

      **(i)** Lack of fuel;
      **(ii)** Lack of capacity to make enough heat or power; or
      **(iii)** Order of the government.

    **(d)** Breaking of any glass that is a permanent part of refrigerating, cooling or humidity control unit.

    **(e)** Consequential Losses:  Interruption of business, delay, loss of use or loss of market.

**D.** Limit of Insurance

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Temperature Change shown in the Declarations.

**Form SS 04 46 10 96**   Printed in U.S.A.  (NS)

**Page  1 of 2**

Copyright, Hartford Fire Insurance Company, 1996

**E.** Additional Conditions

(1) We will pay for loss or damage under this Optional Coverage only when:

    (a) Such loss or damage is not covered elsewhere in this policy or any other policy that insures the "perishable stock" at the described premises; and

    (b) This Temperature Change coverage is shown as a specific item of insurance in the Declarations.

(2) In the event of loss or damage, none of the other coverage under this policy or any other policy will share in its payment unless there are similar to the provisions of this Optional Coverage.

(3) But in no event will we pay more than the Limit of Insurance shown in the Declarations for the Temperature Change.

**F.** Additional Definitions

For the purpose of this insurance:

(1) "Mechanical breakdown" means:

    (a) Breaking or separation of any mechanical part(s) other than gas pipes or lines; or

    (b) Burning out of any electrical motor servicing such unit; and

requiring replacement of the damaged parts to become functional.

But "mechanical breakdown" does not mean faulty operation or failure of equipment which results in temperature change but does not require replacement of broken parts.

We will not pay for loss or damage to "perishable stock" caused by such faulty operation or failure of equipment.

(2) "Perishable stock" means personal property:

    (a) Maintained under controlled conditions for its preservation; and

    (b) Susceptible to loss or damage if the controlled conditions change.

Form SS 04 46 10 96   Printed in U.S.A.  (NS)

Copyright, Hartford Fire Insurance Company, 1996



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# VALUABLE PAPERS AND RECORDS

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

This coverage applies only when it is indicated in the Declarations.  The provisions of this policy apply to the coverage stated in this endorsement, except as indicated below.

**A.** We will pay for direct physical loss of or damage to the following types of property at the described premises that is your property or property of others in your care, custody or control:

Valuable Papers and Records, meaning inscribed, printed or written:

**(1)** Documents;

**(2)** Manuscripts; or

**(3)** Records

including abstracts, books, deeds, drawings, films, maps or mortgages.

But Valuable Papers and Records does not include:

**(1)** "Money" and "Securities",

**(2)** Converted data; or

**(3)** Programs or instructions used in your data processing operations, including the material on which the data is recorded.

**B. Limit of Insurance**

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Valuable Papers and Records shown in the Declarations.

**C.** Under this Optional Coverage we will not pay for property:

**(1)** Held as samples or for delivery after sale;

**(2)** In storage away from the premises shown in the Declarations; or

**(3)** If such property can not be replaced with other property of like kind and quality.

**D.** With respect to this Optional Coverage, Coverage Extension **A.5.c.**, Property Off-Premises in the Standard Property Coverage Form and Coverage Extension **A.6.c.**, Property Off-Premises in the Special Property Coverage Form are replaced by the following:

You may apply the insurance provided under this Optional Coverage to Valuable Papers and Records while such property is not at the described premises, including while in transit.  The most we will pay for loss or damage under this Coverage Extension is 25% of the Limit of Insurance shown in the Declarations for Valuable Papers and Records but not more than $2,500.

This coverage does not apply to property in storage.

**E.** The Valuable Papers and Records Coverage Extension, paragraph **A.5.e** in the Standard Property Coverage Form and paragraph **A.6.e.** in the Special Property Coverage Form., do not apply to any premises where this Optional Coverage applies.

**F.** Paragraph **E.6.d.(6)** of the Loss Payment condition does not apply to Valuable Papers and Records that are actually replaced or restored.

**G.** Paragraph **A.3.**, Covered Causes of Loss, and **Section B.**, Exclusions, do not apply to this Optional Coverage except for:

**(1)** Paragraph **B.1.c.**, Governmental Action;

**(2)** Paragraph **B.1.d.**, Nuclear Hazard; and

**(3)** Paragraph **B.1.f.**, War and Military Action.

Form SS 04 47 03 00

**H. Additional Exclusions**

We will not pay for loss or damage caused by or resulting from any of the following:

**(1)** Dishonest acts by:

    **(a)** You, or your employees or authorized representatives;

    **(b)** Anyone else with an interest in the property, or their employees or authorized representatives; or

    **(c)** Anyone else to whom the property is entrusted.

    This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

But this exclusion does not apply to a carrier for hire.

**(2)** Errors or omissions in processing or copying.

But we will pay for direct loss or damage caused by resulting fire or explosion.

**(3)** Electrical or magnetic injury, disturbance or erasure of electronic recordings.

But we will pay for direct loss or damage caused by lightning.

**(4)** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**(5)** Unauthorized instructions to transfer property to any person or to any place.



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CRIME COMMON CONDITIONS AND EXCLUSIONS

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

The following conditions are added the **Standard Property Coverage Form** and the **Special Property Coverage Form.**

**A. CRIME COMMON CONDITIONS**

   **1. Consolidation - Merger**

   If through consolidation or merger with, or purchase of assets of, some other entity:

   **a.** Any additional persons become "employees"; or

   **b.** You acquire the use and control of any additional premises;

   any insurance afforded for "employees" or premises also applies to those additional "employees" and premises, but only if you:

   **(1)** Give us written notice within 60 days thereafter; and

   **(2)** Pay us an additional premium.

   **2. Discovery Period for Loss**

   We will pay only for covered loss discovered no later than one year from the end of the policy period.

   Discovery of loss occurs when you first become aware of facts which would cause a reasonable person to assume that a loss covered by this policy has been, or may be incurred even though the exact amount or the details of the loss may not then be known.

   Discovery also occurs when you receive notice of an actual or potential claim against you alleging facts, which if true, would be a covered loss under this policy.

   **3. Joint Insured**

   **a.** If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance.    If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.

   **b.** If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

   **c.** An "employee" of any Insured is considered to be an "employee" of every Insured.

   **d.** If this insurance or any of its coverages is canceled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.

   **e.** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all the loss had been sustained by one Insured.

   **4. Legal Action Against Us**

   The following replaces the Legal Action Against Us in the Property Loss Conditions:

   No one may bring a legal action against us under this Coverage Part unless:

   **a.** There has been full compliance with all of the terms of this Coverage Part; and

   **b.** The action is brought within 2 years after the date on which you discover the loss .

**Form SS 04 80 03 00**

© 2000, The Hartford

**5. Loss Sustained During Prior Insurance**

**a.** If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

**(1)** This insurance became effective at the time of cancellation or termination of the prior insurance; and

**(2)** The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

**b.** The insurance under this Condition is part of, not in addition to, the Limits of Insurance applying to this insurance and is limited to the lesser of the amount recoverable under:

**(1)** This insurance as of its effective date; or

**(2)** The prior insurance had it remained in effect.

**6. Non-Cumulation of Limit of Insurance**

Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**7. Loss Covered Under This Insurance and Prior Insurance Issued by Us or Any Affiliate**

If any loss is covered under this policy and under any prior canceled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest, we will not pay more that the highest single Limit of Insurance. We will settle such claim as follows:

**a.** We will first pay the Limit of Insurance applicable under this policy subject to this policy's applicable deductible; then

**b.** If the Limit of Insurance under that prior policy is equal to or less than the Limit of Insurance under this policy, we will make no further payment; or

**c.** If the Limit of Insurance under that prior policy is higher than the Limit of Insurance under this policy, we will then pay for any remaining part of the loss.

But in no event will our total payment for loss be more than would be payable under the policy with the highest Limit of Insurance.

We will also apply any deductible under that prior policy to the extent it exceeds the deductible under this policy.

**8. Ownership of Property, Interests Covered**

The property covered under this insurance is limited to property:

**a.** That you own or hold; or

**b.** For which you are legally liable.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.

**9. Policy Period**

**a.** The Policy Period is stated in the Declarations.

**b.** Subject to the Loss Sustained During Prior Insurance condition, **A.5.** above, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

**10. Recoveries**

The following replaces the Recovered Property in the Property Loss Conditions:

**a.** Any recoveries less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

**(1)** To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any;

**(2)** Then to us, until we are reimbursed for the settlement made;

**(3)** Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

**b.** Recoveries do not include any recovery:

**(1)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

**(2)** Of original "securities" after duplicates of them have been issued.

**B. CRIME COMMON EXCLUSIONS**

The following are Exclusions replace the Exclusions in Section B:

**1. Governmental Action**

We will not pay for loss resulting from seizure or destruction of property by order of governmental authority.

Form SS 04 80 03 00

**2. Indirect Loss**

We will not pay for loss that is an indirect result of any act or occurrence covered by this insurance including, but not limited to, loss resulting from:

   **a.** Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Property.

   **b.** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

   **c.** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**3. Legal Expenses**

We will not pay for expenses related to any legal action.

**4. Nuclear Hazard**

We will not pay for loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

**5. War and Similar Actions**

We will not pay for loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

**C. CRIME COMMON DEFINTIONS**

The following is added to Definitions

**"Employee"** means:

**1.** Any natural person:

   **a.** While in your service (and for 60 days after termination of service); and

   **b.** Whom you compensate directly by salary, wages or commissions; and

   **c.** Whom you have the right to direct and control while performing services for you;

**2.** Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding, however, any such person while having care and custody of property outside the premises;

**3.** Any natural person who is your partner or member of a limited liability corporation.

**4.** Any natural person, whether or not compensated, while performing services for you as the chairman or a member of any committee;

**5.** Any natural person who is a non-compensated officer;

**6.** Any natural person who is a director or trustee while acting as a member of any of your elected or appointed committees or while acting within the scope of the usual duties of an "employee";

**7.** Any natural person who is a non-compensated volunteer, other than one who is a fund solicitor, while performing services for you that are usual to the duties of an "employee";

**8.** Any natural person who is a former employee, director, partner, member, representative or trustee retained as a consultant while performing services for you;

**9.** Any natural person who is a student intern who is pursuing studies or acting within the scope of the usual duties of an "employee";

**10.** Any natural person, who is a student enrolled in your facility, while handling or has possession of property or funds in connection with sanctioned student activities;

**11.** The spouses of and children over 18 years old who reside with any "employee" who is a building manager, superintendent or janitor.

Each family is deemed to be, collectively, one "employee" for the purposes of this insurance, except that any Termination Condition applies individually to the spouse and children.

**"Employee"** does not mean:

**(1)** An agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**(2)** Any manager, director, partner, member or trustee, except while acting within the scope of the usual duties of an "employee".

Form SS 04 80 03 00

Page 3 of 3



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FORGERY COVERAGE
### (Including Credit Cards, Currency and Money Orders)

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

Except as otherwise stated in this endorsement, the terms and conditions of the policy apply to the insurance stated below.

**The following is added to Additional Coverages:**

**A.  FORGED OR ALTERED INSTRUMENTS COVERAGE**

**1.  Covered Property**

Covered Property means the following instruments:

**a.** Checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

**(1)** Made or drawn by or drawn upon you;

**(2)** Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn; and

**b.** Written instruments required in conjunction with any credit, debit or charge card issued to you or any "employee" for business purposes.

**2.  Covered Causes of Loss**

Covered Causes of Loss means forgery or alteration.

**3.  Legal Expense Additional Coverage**

If you are sued for refusing to pay any Covered Instrument on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense.  This payment is in addition to the applicable Limit of Insurance.  The Deductible does not apply to this Coverage Extension.

**4.  Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Crime Common Conditions and Exclusions Form.

**a.** We will treat mechanically reproduced facsimile signatures the same as handwritten signatures.

**b.** You must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth the amount and cause of loss.

**c.** The Coverage Territory is revised to cover loss you sustain anywhere in the world.

**5.  Exclusion**

The following Exclusion applies in addition to the Exclusions in the Crime Common Conditions and Exclusions.

We will not pay for loss resulting from any dishonest or criminal act committed by any of your "employees", directors, or trustees:

**a.** Acting alone or in collusion with other persons; or

**b.** While performing services for you or otherwise.

**Form SS 04 86 03 00**

© 2000, The Hartford

**B. COUNTERFEIT CURRENCY AND MONEY ORDERS COVERAGE**

**1. Covered Property**

Covered Property means the following:

We will pay for loss directly resulting from

**a.** Money orders, including counterfeit money orders, of any United States or Canadian post office, express company or national or state (or Canadian) chartered bank that are not paid upon presentation; and

**b.** Counterfeit United States or Canadian paper currency.

**2. Covered Causes of Loss**

Covered Causes of Loss means the acceptance of Covered Property in good faith, in exchange for merchandise, money or services, during the regular course of business.

**3. Exclusions**

The following Exclusion applies in addition to the Exclusions in the Crime Common Conditions and Exclusions.

**a.** We will not pay for loss resulting from any dishonest or criminal act committed by any of your "employees", directors, trustees or authorized representatives:

(1) Acting alone or in collusion with other persons; or

(2) While performing services for you or otherwise.

**b.** We will not pay for loss resulting from the giving or surrendering of property in any exchange or purchase.

**c.** We will not pay for loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**C DEDUCTIBLE**

We will not pay for loss in any one Occurrence unless the amount of loss exceeds the **Deductible** stated in the Declarations. We will then pay the amount of loss in excess of the Deductible, up to the Limit of Insurance.

**D. LIMIT OF INSURANCE**

The most we will pay for each Occurrence of loss under this Endorsement is the Forgery Limit of Insurance stated in the Declarations.

The Additional Coverages are included in this Limit of Insurance.

**E. OCCURRENCE DEFINITION**

**1.** For Forged or Altered Instruments Coverage, **Occurrence** means all loss caused by any person or in which that person is involved, whether the loss involves one or more instruments of Covered Property.

**2.** For Counterfeit Currency and Money Order Coverage, **Occurrence** means an:

**a.** Act or series of related acts involving one or more persons; or

**b.** Act or event, or series of related acts or events not involving any person.

Form SS 04 86 03 00



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMPUTERS AND MEDIA - TEXAS

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

This Optional Coverage applies only when it is indicated in the Declarations.  The provisions of this policy apply to the coverage stated in this endorsement, except as indicated below.

**A.** We will pay for direct physical loss of or damage, including the cost to reconstruct "other software" or data, to Computer System while anywhere within the policy territory, and while in transit, and:

    **(1)** Owned by you; or

    **(2)** Owned by others but in your care, custody and control, regardless of whether you use it for personal or business needs.

**B.** Computer Systems as used in this Optional Coverage consist of:

    **(1)** "Computers";

    **(2)** "Peripheral devices";

    **(3)** "Purchased software" and "other software";

    **(4)** "Media ," data in memory or on "media"; and

    **(5)** "Manuals" that are purchased with hardware and software.

**C.** Computer Systems do not include:

    **(1)** Source documents, other than manuals purchased with hardware or software;

    **(2)** Worksheets and printouts;

    **(3)** Property held for sale or lease;

    **(4)** Property leased or rented to others; or

    **(5)** Currency, "money", deeds, notes, "securities" or other financial instruments, including such instruments in electronic form.

**D.** Direct physical loss in this Optional Coverage includes:

    **(1)** Electromagnetic injury caused by:

        **(a)** Blackout or brownout;

        **(b)** Transients, spikes, surges and other power failure; and

        **(c)** Airport security check, and radio or telephone line interference;

    **(2)** Headcrash, meaning physical damage to disks, tapes or hardware caused by a contact of electromagnetic heads (which read or write information) with such disks or tapes;

    **(3)** Accidental erasure; and

    **(4)** Systems Breakdown caused by:

        **(a)** Sudden and immediate mechanical breakdown of the Computer System.

        **(b)** Error in design, faulty materials and workmanship in the development, manufacture or installation of the Computer System, but excluding any loss to active data processing media;

        **(c)** Short circuit, blowout or other electrical disturbance within the electrical equipment or apparatus of the Computer System resulting from power failure originating on the Insured's premises or within 100 feet from the building containing the covered equipment; and

        **(d)** Electrical or magnetic injury, including disturbance or erasure of electronic recordings, to covered active data processing media caused by or resulting from power failure originating on the premises

**Form SS 06 64 03 00**

© 2000, The Hartford

or within 100 feet from the building containing the covered media. This clause does not apply to Business Income, if provided by the policy, or Extra Expense.

E. Paragraph **A.3.**, Covered Causes of Loss, and Section **B.**, Exclusions, do not apply to this Optional Coverage, except for:

(1) Paragraph **B.1.c.**, Governmental Action;

(2) Paragraph **B.1.d.**, Nuclear Hazard;

(3) Paragraph **B.1.f.**, War and Military Action;

(4) Paragraph **B.1.b.**, Earth Movement; and

(5) Paragraph **B.1.g.**, Water.

F. **Additional Coverage**

(1) The Additional Coverage in the Standard and Special Property Coverage Form for Business Income, Extra Expense, Civil Authority and Extended Business Income apply to the Computer Systems unless Business Income has been deleted from this policy.

(2) When Earthquake Coverage (form SS 07 62) is attached, the limit of insurance for Computers and Media is in addition to the limit of insurance shown in the Declarations for Earthquake Coverage.

(3) Exclusion H. (5) does not apply to short circuits or the internal electromagnetic damage by an electromagnetic disturbance outside the system.

G. **"Computer Virus"**

We will extend this insurance to pay for loss or damage caused by "Computer Virus". The amount payable under this Coverage Extension is included within the Limit of Insurance applicable to the coverage provided by this endorsement.

H. **Additional Exclusions**

We will not pay for loss or damage caused by or resulting from:

(1) Input, programming or processing errors;

(2) Mechanical breakdown or failure, other than provided in paragraph **D.4.(a)**;

(3) Faulty construction, materials or workmanship, other than provided in paragraph **D.4.(b)**;

(4) Error, omission or deficiency in design, other than provided in paragraph **D.4.(b)**;

(5) Short circuit blowout or other electrical disturbance within the Computer System, other than provided in paragraph **D.4.(c)**;

(6) Rust, corrosion, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(7) Dryness or dampness of atmosphere; changes in or extremes of temperature;

(8) Wear and tear, marring or scratching,

(9) Insects, birds, rodents, or other animals

(10) Obsolescence;

(11) Dishonest or criminal acts by you, any of your partners, employees, trustees, authorized representatives or anyone to whom you entrust the property for any purpose, whether acting alone or in collusion with others;

(12) Unexplained disappearance, however we cover theft. Theft means an act of stealing or an attempt to steal. Theft includes loss of property from a known place when it is likely that the property has been stolen;

(13) Unlawful trade, or seizure by orders of governmental authority;

(14) Delay or loss of market; and

(15) Theft of laptop, palmtop or similar portable property while in transit as checked baggage.

I. **Limit of Insurance**

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Computer and Media shown in the Declarations.

J. **Loss Payment**

Paragraph **d.(8)** is added to the Loss Payment condition in the Property Coverage Form as follows:

(8) Applicable to the Computer and Media Optional Coverage:

(a) "Computer," "peripheral device," "purchased software," "media" and manuals at the full cost to repair or replace the property, subject to the Limit of Insurance and the following:

(i) Not exceeding the amount necessary to repair or replace the item with one substantially the same as the lost or damaged item; or

(ii) If the item is not repaired or replaced, we will pay not more than the actual cash value of the item at the time of loss. If you elect this option, you have the right to make further claim within 180 days after loss for any additional liability on a replacement cost basis.

**(b)** In the event of loss to "other software" or data, we will pay the reasonable amount you actually spend to reproduce data from source documents, but not the amount you spend to reproduce source documents.

**(c)** In the event of loss or damage to any part of the property consisting, when complete for use, of several parts, we will only pay for the replacement of the lost or damaged part.

**(d)** Optional Upgrade Allowance

This option applies only to Covered Property defined under B. (1) "Computers" and B (2) "Peripheral Devices".

In the event of a covered total loss to one or more items of Covered Property defined in B (1) and B (2), we will allow up to an additional 20% over the replacement cost as described above, as an allowance for the purchase of new property with upgraded processing or performance characteristics. This purchase may be from a manufacturer that you select. . This Optional Upgrade Allowance is subject to the following conditions:

**(1)** The property has not been leased or purchased within the 6 months preceding the loss or damage or more than 6 years prior to the occurrence of the loss or damage.

**(2)** The property is specifically scheduled in the Declarations of this policy and the limit of insurance is not less than the original purchase price or 80% of the replacement value at the beginning of the policy period in which the loss or damage occurred.

**(3)** We will not pay more than the scheduled limit of insurance for the property sustaining the loss or damage, plus 20%.

This Optional Upgrade Allowance will, at our option, be payable after you have purchased the replacement property and have provided us with written proof of such purchase.

**K. Additional Definitions**

**(1)** "Computer" means a programmable electronic device with an alpha-numeric keyboard that can store, retrieve and process data that is displayable on a television monitor or cathode ray tube.

**(2)** "Computer Virus" means a program, which is intentionally created to cause damage or disruption in the computer operations of a party using or coming in contact in any way with the program.

**(3)** "Media" means the magnetic material used solely with the "computer" or "peripheral device" upon which software or data is stored, such as tapes or disks.

**(4)** "Purchased software" means instructions or programs, purchased from another person, that are stored on "media."

**(5)** "Other software" means instructions or programs, not purchased from another person, that are stored on "media."

**(6)** "Peripheral device" means any physical unit used to operate the "computer" that cannot be used for purposes other than as part of the computer system, such as tape or disk drives, printers, or modems.



# EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM
## (CLAIMS MADE)

THE INSURANCE AFFORDED BY THIS COVERAGE IS CLAIMS MADE COVERAGE. THIS COVERAGE, SUBJECT TO ITS PROVISIONS, APPLIES ONLY TO ANY CLAIM FIRST MADE DURING THE POLICY PERIOD OR THE EXTENDED REPORTING PERIOD, IF PURCHASED, AND REPORTED TO US AS SOON AS PRACTICABLE BUT IN NO EVENT LATER THAN 60 DAYS AFTER THE END OF THE POLICY PERIOD OR THE EXTENDED REPORTING PERIOD, IF PURCHASED. CLAIMS EXPENSES SHALL REDUCE AND MAY EXHAUST THE LIMIT OF LIABILITY AND SHALL BE INCLUDED IN THE DEDUCTIBLE.

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine your rights, duties and what is and is not covered. Please discuss the coverage provided by this policy with your insurance agent or broker.

Throughout this policy the words **you** and **your** refer to the **Named Insured** in the Declarations. The words **we, us** and **our** refer to the stock insurance company member of THE HARTFORD shown on the Declarations Page.

The word **Insured** means any person or organization qualifying as such under the definition of **Insured** as defined in **DEFINITIONS (SECTION II)**

Other words and phrases that appear in **bold** are defined in **DEFINITIONS (SECTION II)** of this Coverage Part.

In consideration of, and subject to, the payment of the premium by **you** and in reliance upon the accuracy and completeness of the **Application**, including but not limited to the statements, attachments and exhibits contained in and submitted with the **Application, we** agree with **you**, subject to all terms, exclusions and conditions of this coverage form, as follows:

## I. INSURING AGREEMENT

A. **We** will pay on behalf of the **Insured** all **Damages** which the **Insured** becomes legally obligated to pay as a result of a **Wrongful Act** alleged in any **Claim**, if the **Claim** is first made against the **Insured** during the **Policy Period** or the **Extended Reporting Period**, if purchased, and reported to **us** as soon as practicable but in no event later than 60 days after the end of the **Policy Period** or the **Extended Reporting Period**, if purchased.

For the purposes of this coverage, a **Claim** shall be deemed first made against the **Insured** when the **Claim** is received by the **Insured**, not when the **Claim** is filed or initiated by the party or parties asserting the **Claim**.

B. **We** shall have the right and duty to defend any such **Claim** to which this insurance may apply, even if the allegations of the **Claim** are groundless, false or fraudulent. The duty to defend provided by this coverage form will end when **we** have used up the applicable limit of insurance for the payment of **Damages** or **Claims Expenses**.

C. **We** shall select defense counsel with the consent of the **Insured**, which consent shall not be unreasonably withheld. The **Insured** shall cooperate fully with **our** investigation and defense of any **Claim** as provided in **SECTION VIII.** below.

D. **We** shall investigate the **Claim** and, with written consent of the **Insured**, shall settle or compromise any **Claim** as **we** deem appropriate. If the **Insured** refuses to consent to any settlement or compromise recommended by **us** and acceptable to the claimant, then **our** liability to pay **Damages** and **Claims Expenses** shall not exceed the amount which **we** would have paid for **Damages** and **Claim Expenses** at the time the **Claim** could have been settled or compromised, less any deductible.

E. This insurance applies only if on or before the effective date of this coverage, the **Insured** had no knowledge of any circumstances involving any actual or alleged error, misstatement, misleading statement, act, omission, neglect or breach of duty, which could reasonably be expected to result in a **Claim** made against **you**, any **Insured** or any **Subsidiary** under this insurance.

Form SS 09 01 09 00

© 2000, The Hartford

## II: DEFINITIONS

When the following terms are used in this coverage form in boldface type, whether in singular or in plural, they shall have the meanings indicated.

A. **Application** means the written application and the proposal or application for any policy in an uninterrupted series of policies issued by **us** of which this coverage form is a renewal or replacement.

B. **Claim** means:

(1) any written demand received by the **Insured** which seeks monetary relief from the **Insured** for a **Wrongful Act** and which has been received within the Coverage Territory set forth in Section VI;

(2) any civil proceeding or lawsuit received by the **Insured**, whether through service or otherwise, which seeks monetary relief from the **Insured** for a **Wrongful Act** and which has been filed within the Coverage Territory set forth in Section VI;

(3) any investigative order or notice of charge received by the **Insured** relative to an administrative or regulatory proceeding initiated before the Equal Employment Opportunity Commission or a similar state agency, which alleges a **Wrongful Act** committed by the **Insured** and which has been filed within the Coverage Territory set forth in Section VI; and

(4) any written notice received by the **Insured** of an arbitration, mediation or other form of alternative dispute resolution proceeding, which seeks monetary relief from the **Insured** for a **Wrongful Act** and which has been commenced within the Coverage Territory set forth in Section VI;

however, **Claim** shall not include any organized labor or grievance proceeding or arbitration subject to a collective bargaining agreement.

C. **Claim Expenses** means:

(1) the reasonable and necessary fees charged by any lawyer designated by **us** or by the **Insured** with **our** written consent in defending the **Insured** in connection with any **Claim**; and

(2) all other reasonable and necessary fees, costs and expenses incurred on behalf of the **Insured** by **us** or by the **Insured** with **our** written consent in the investigation, adjustment, defense and appeal of any **Claim**;

however, **Claim Expenses** shall not include **Damages,** salaries, wages, remuneration, overhead or benefit expenses associated with any **Insured** or any of the employees or officials of any **Insured**.

D. **Damages** means all sums which the **Insured** is legally obligated to pay solely as a result of a **Claim** insured by this coverage form, including judgments, settlements, damages (including back pay, front pay and other damages for loss of future earnings), attorneys' fees, costs or expenses awarded to a prevailing claimant or plaintiff, pre-judgment interest and post-judgment interest;

however, **Damages** shall not include:

(1) matters deemed uninsurable under the law pursuant to which this Policy is construed;

(2) taxes, civil or criminal fines or penalties imposed by law;

(3) punitive, exemplary or liquidated damages or the portion of any multiplied damages award which exceeds the amount that was multiplied, unless these damages are included within **Damages** by an endorsement attached to this coverage form and are insurable under the law pursuant to which this Policy is construed;

(4) the costs associated with any form of non-monetary relief awarded against **you** or any **Insured**; or

(5) judgments, awards, or settlements or any other amounts owed to any claimant's domestic partner, spouse, child, parent or sibling.

E. **Insured** means:

(1) **you**;

(2) any **Subsidiary** of **yours**;

(3) if **you** are a corporation or an organization other than a partnership or a joint venture, any past, present or future directors and officers of **yours** or any **Subsidiary** of **yours**, but only for acts within the scope of their capacity as **your** director or officer or **your Subsidiary's** director or officer;

(4) if **you** are a partnership or joint venture, any general or limited partner of **yours**, but only for acts within the scope of **your** partnership or joint venture;

(5) if **you** are a limited liability company, any member or manager of **yours**, but only for acts within the scope of their capacity as **your** member or managers;

EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM

(6) any past, present or future employee, whether such employee was or is in a supervisory, co-worker, subordinate, part-time, seasonal and/or temporary position, of **yours** or any **Subsidiary** of **yours**, but only for acts within the scope of their employment by **you** or **your Subsidiary**; however independent contractors are not employees and are not **Insureds**;

(7) any individual who is a leased or loaned employee to **you** or any **Subsidiary** of **yours**, provided that **you** or **your Subsidiary** provides indemnification for such individual for services rendered in the same manner as if those services were rendered by an employee of **yours** or **your Subsidiary**; and

(8) the heirs, executors, administrators, assigns or legal representatives of each of the above **Insureds** in the event of their death, incapacity or bankruptcy.

However, no person or organization is an **Insured** with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a **Named Insured** in the Declarations.

F. **Named Insured** means the individual, partnership or corporation designated in the Declarations.

G. **Policy Period** means the period from the Policy Inception Date and hour to the Policy Expiration Date and hour stated in the Declarations or the earlier cancellation date of the Policy, if any.

H. **Related Wrongful Acts** means **Wrongful Acts** which have as a common nexus any fact, circumstance, situation, event, transaction, cause or series of causally connected facts, circumstances, situations, events, transactions or causes.

I. **Subsidiary** means any entity in which, and only for the period of time that, more than 50% of the outstanding securities or voting rights representing the present right to vote for the election of directors of such entity are owned by **you** directly or through one or more of **your Subsidiaries**, if such entity:

(1) was so owned at the Policy Inception Date; or

(2) becomes so owned after the Policy Inception Date provided the provisions of Section IX. C. (2) are fulfilled.

J. **Wrongful Act** means any error, misstatement, misleading statement, act, omission, neglect, or breach of duty actually or allegedly committed or attempted by any **Insured** in connection with any:

(1) wrongful dismissal, discharge or termination in employment, whether actual or constructive;

(2) wrongful failure to hire or promote;

(3) wrongful discipline or demotion;

(4) wrongful failure to create, apply or enforce any employment-related policy or procedure;

(5) wrongful failure to grant tenure;

(6) employment-related misrepresentation or defamation;

(7) employment-related invasion of privacy;

(8) employment-related infliction of emotional distress;

(9) employment-related unlawful discrimination, including, but not limited to, discrimination based upon age, gender, sex, pregnancy, race, color, national origin, religion, sexual orientation, sexual preference, marital status, disability or any other class of persons protected under any federal, state, municipal or local law;

(10) employment-related unlawful sexual harassment or other form of workplace harassment, including hostile work environment and quid pro quo harassment, prohibited by any federal, state, municipal or local law;

(11) employment-related unlawful retaliation against a past, present or future employee of **yours** or any **Subsidiary** of **yours**, prohibited by any federal, state, municipal or local law;

(12) violation of the Family and Medical Leave Act, as amended;

(13) negligent hiring, evaluation, retention or supervision related to any of the above actual or alleged acts only;

provided that the actual or alleged **Wrongful Act** is directed against a past, present or future employee (whether supervisory, co-worker, subordinate, part-time, seasonal and/or temporary, leased or loaned) of **yours** or any **Subsidiary** of **yours**, or an applicant for employment with **you** or **your Subsidiary**.

EMPLOYMENT PRAC   S LIABILITY COVERAGE FORM

## III. EXCLUSIONS

This coverage form shall not apply to any **Claim** based upon, arising out of, directly or indirectly resulting from or in consequence of, or in any way involving:

A. in fact any dishonest, fraudulent, criminal, or malicious act or omission committed by or at the direction of the **Insured**;

provided, however, the dishonest, fraudulent, criminal, or malicious act or omission of one **Insured** shall not be imputed to any other **Insured** or to **your** strictly vicarious liability for the purpose of determining the applicability of this exclusion;

B. any act, incident or omission which has been the subject of any notice of circumstance or notice of claim given under any policy or coverage of which this coverage form is a renewal or replacement, or any policy or coverage with an inception date which precedes the inception date stated in the Declarations;

C. any actual or alleged violation of the responsibilities, obligations or duties imposed by the Fair Labor Standards Act (other than the Equal Pay Act), the National Labor Relations Act, the Worker Adjustment and Retraining Notification Act, the Consolidated Omnibus Budget Reconciliation Act, the Occupational Safety and Health Act, the Immigration and Nationality Act, Title IX of the Education Amendments of 1972, the Immigration Reform and Control Act or any statute relating to the benefits, compensation or employment of veterans; or any amendment to any of the foregoing statutes, any rules or regulations promulgated under the foregoing statutes or any other similar law;

D. the **Insured's** activities and or capacity as:

(1) an officer, director, partner, trustee or employee of a business enterprise not named in the Declarations;

(2) an officer, director, partner, trustee or employee of a charitable organization or pension, welfare, profit sharing, mutual or investment fund or trust; or

(3) a fiduciary under the Employment Retirement Income Security Act of 1974 and its amendments or any regulation or order issued pursuant thereto, or any other pension, welfare, retirement or other employee benefit plan or trust sponsored, established or maintained in whole or in part for the benefit of any of **your** employees or the employees of **your Subsidiary**;

whether or not such activities were at the request of any other **Insured**;

E. bodily injury to or sickness, disease or death of any person, damage to or destruction of tangible property, including loss of use thereof, assault or battery; provided, that this exclusion shall not apply to employment-related infliction of emotional distress;

F. the failure of the **Insured** to comply with any law governing worker's compensation, unemployment insurance, social security, disability benefits or any similar law;

G. a lockout, strike, picket line, replacement or any other action resulting from or related to organized labor disputes or labor negotiations;

H. damages, costs or expenses incurred by an **Insured** in making physical changes, modifications, alterations or improvements as a part of an accommodation of any disabled person pursuant to the Americans With Disabilities Act of 1990 (ADA), the rules and regulations promulgated thereunder, or any similar federal, state or local law, as amended;

I. any actual or alleged breach of contract, whether oral, written, express or implied.

J. Any injury or damage arising from:

(1) The actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of pollutants; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM

**IV. DISCOVERY CLAUSE**

If during the **Policy Period** or the **Extended Reporting Period**, if purchased, any **Insured** first becomes aware of a specific **Wrongful Act**, and if the **Insured** during the **Policy Period** or the **Extended Reporting Period**, if purchased, gives written notice to **us** of:

A. the specific **Wrongful Act**;

B. the **Damages** which have or may result from such **Wrongful Act**; and

C. the circumstances by which the **Insured** first became aware of such **Wrongful Act**,

then any **Claim** made subsequently arising out of such **Wrongful Act** shall be deemed for the purposes of this insurance to have been made on the date on which written notice was given to **us**.

**V. EXTENDED REPORTING PERIOD**

Subject to provisions A. through E. below, if this policy is canceled or non-renewed other than for non-payment of premium, **you** shall have the right to purchase an extended period to report **Claims** under this coverage form for any **Claim** first made during the period of time set forth in the Supplemented Extended Reporting Period Endorsement, and following the effective date of such cancellation or nonrenewal and reported in writing during such period or within 60 days thereafter, but only with respect to any **Wrongful Act** which takes place prior to the effective date of such cancellation or nonrenewal.

A. The **Extended Reporting Period** shall be effective only upon the payment of an additional premium. The additional premium will be 200% of the annual advance premium for this coverage. At the commencement of the **Extended Reporting Period**, the entire premium therefor shall be deemed fully earned and non-refundable.

B. The quotation of a different premium or deductible or limit of liability for renewal is not a cancellation or refusal to renew for the purposes of this provision.

C. **You** shall have no right to purchase the **Extended Reporting Period**, unless **you** have satisfied all conditions of the coverage form and all premiums and Deductibles outstanding have been paid.

D. **Your** right to purchase the **Extended Reporting Period** shall terminate unless written notice together with full payment of the premium for the **Extended Reporting Period** is given to **us** no later than 60 days following the effective date of cancellation or nonrenewal.

E. The fact that the period of time to report **Claims** is extended by virtue of the **Extended Reporting Period** shall not increase or reinstate the Limit of Liability stated in the Declarations, shall not extend the **Policy Period** or change the scope of coverage provided.

**VI. COVERAGE TERRITORY**

The insurance afforded by this coverage form applies worldwide, provided that the **Claim** is made and any legal action is pursued within the United States of America, its territories, possessions or commonwealths, or Canada.

**VII. LIMIT OF LIABILITY AND DEDUCTIBLE**

A. **We** will pay all **Damages** and **Claim Expenses** resulting from each **Claim** in excess of the Deductible the Declarations, subject to Sections VII B. through VII G.

B. The maximum **we** will pay for each **Claim** is the Each **Claim** Limit of Liability stated in the Declarations, subject to the Annual Aggregate Limit of Liability the Declarations.

C. The maximum **we** will pay for all **Claims** under this Coverage Part is the Annual Aggregate Limit of Liability stated in the Declarations, regardless of the number of **Claims**.

D. **Claim Expenses** shall be part of and not in addition to the Limit of Liability and payments of **Claim Expenses** and **Damages** shall reduce the Limit of Liability.

E. If the applicable Limit of Liability is exhausted by:

(1) payment of **Damages**;

(2) payment of **Claim Expenses**, or

(3) any combination of the above,

all of **our** obligations under the this Coverage Part with respect to any **Claim**, including the duty to defend, shall terminate immediately.

F. Deductible

(1) The Deductible stated in the Declarations shall be paid by **you**, shall apply to each **Claim** and shall include **Damages** and **Claim Expenses**.

(2) **We** may from time to time advance payments for **Damages** and **Claim Expenses** within the Deductible. Any amounts within the Deductible shall, upon written demand by **us**, be paid by **you** within 30 days.



EMPLOYMENT PRAC      LIABILITY COVERAGE FORM

G. Multiple Insureds, **Claims** and Claimants

(1) Two or more **Claims** arising out of the same **Wrongful Act** or **Related Wrongful Acts** shall be treated as a single **Claim** and shall be considered first made at the earlier of the following times:

(a) The time at which the earliest **Claim** involving the same **Wrongful Act** or **Related Wrongful Act** is first made, or

(b) The time at which the **Claim** involving the same **Wrongful Act** or **Related Wrongful Act** is deemed to have been first made pursuant to Section IV.

(2) The inclusion of more than one **Insured** in the making of a single **Claim**, the bringing of more than one **Claim** regarding the same **Wrongful Act** or **Related Wrongful Acts** or the making of a **Claim** by more than one person or organization shall not increase the Limit of Liability.

The Limit of Liability for this coverage form applies separately to each consecutive annual period and to any remaining period of less than 12 months starting with the beginning of the **Policy Period** shown in the Declarations, unless the **Policy Period** is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limit of Liability.

## VIII. DUTIES IN THE EVENT OF CLAIM

As a condition precedent to any coverage provided by this insurance and any obligations of **ours** under this coverage form, the **Insured** must comply with each of the following duties in the Event of a **Claim**.

A. Notice of **Claim**

(1) The **Insured** shall provide **us** with written notice of any **Claim** as soon as practicable, but in no event later than 60 days after the end of the **Policy Period** or the **Extended Reporting Period**, if purchased.

(2) The **Insured** must include with any notice of **Claim** a description of the **Claim**, the nature of the alleged **Wrongful Act**, a summary of the facts upon which the **Claim** is based, the nature of the alleged damage, the names of the claimants, the names of the **Insureds** against whom the **Claim** has been made, the manner in which the **Insured** first became

aware of the **Claim** and any documents received directly by the **Insured** or by the **Insured's** representatives in connection with the making and handling of the **Claim**, such as any letters, demands, or summonses.

B. Assistance and Cooperation of the Insured

(1) The **Insured** shall fully assist and cooperate with **us** in the investigation, settlement and defense of all **Claims** and upon **our** request shall authorize the release of records and other information, secure and give evidence, attend hearings and trials and obtain the location of and cooperation of witnesses.

(2) The **Insured** shall not, except at the **Insured's** own cost, voluntarily make any payment, assume any obligation, incur any expenses, or admit any liability in connection with any **Claim**, incur any **Claim Expenses**, or settle any **Claim** without **our** written consent. The **Insured** further agrees not to take any action which may increase **our** exposure under this coverage form.

C. Subrogation

(1) In the event of any payment under this coverage form, **we** shall be subrogated to all the **Insured's** rights of recovery therefor against any person or organization and the **Insured** shall execute and deliver all instruments and papers required and do whatever else is necessary to secure and preserve such rights and to enable **us** to effectively bring suit in our name. The **Insured** shall do nothing to prejudice such rights and shall provide all assistance and cooperation which **we** may reasonably require.

(2) **We** shall not exercise any such right against any persons, firms or corporations included in the definition of **Insured**. Notwithstanding the foregoing, **we** reserve the right to exercise any rights of subrogation against an **Insured** with respect to any **Claim** brought about or contributed to by the dishonest, fraudulent, criminal or malicious act or omission of such **Insured**.

D. False or Fraudulent Claims

If any **Insured** commits any false or fraudulent act in connection with the submission of a **Claim** under this coverage form, this insurance shall be rendered null and void as to that **Insured** from the date such fraudulent **Claim** is received by **us**.

EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM

## IX. CONDITIONS

A. Application

In granting coverage under this coverage form, **we** have relied on the representations in the **Application**. All such representations are the basis of coverage under this insurance.

By acceptance of this Policy, the **Insured** agrees that with respect to the statements in the **Application**:

(1) that the statements in the **Application** are the true and correct representations of the **Insured**, each shall be deemed material to the acceptance of the risk or the hazard assumed by **us** under this insurance, and this coverage form is issued in reliance upon the truth and accuracy of such representations;

(2) that in the event the **Application** contains misrepresentations or fails to state facts which materially affect either the acceptance of the risk or the hazard assumed by **us** under this coverage form, this insurance in its entirety shall be void and of no effect whatsoever, and

(3) that this coverage form shall be deemed to be a single unitary contract and not a severable contract of insurance or a series of individual insurance contracts with each **Insured**.

B. Other Insurance

This insurance shall apply in excess of the amount of the Deductible and any other valid and collectible insurance available to the **Insured**, whether such other insurance is stated to be primary, pro rata, contributory, excess, contingent or otherwise, unless such other insurance specifically applies as excess insurance over the Limit of Liability provided herein.

C. Changes in Exposure

(1) If after the Inception Date of this Policy:

(a) **you** merge into or consolidate with another organization such that the other organization is the surviving organization;

(b) another organization or person or group of organizations and/or persons acting in concert acquires all or substantially all of **your** assets;

(c) another organization or person or group of organizations and/or persons acting in concert acquires securities or voting rights which result in ownership or voting control by such other organization or person or group of organizations or persons of more than 50% of the outstanding securities representing the present right to vote for the election of **your** directors; or

(d) **you** experience a cumulative change of 50% or more of the persons occupying positions on **your** Board of Directors,

then coverage under this coverage form shall continue to apply to the **Insured**, but only with respect to any **Claims** first made during the **Policy Period** or the **Extended Reporting Period**, if purchased, for **Wrongful Acts** committed or allegedly committed prior to the effective date of such merger, consolidation, acquisition or change in positions and only if the following conditions are met:

(i) the **Insured** provides written notice of such event or transaction to **us** within 30 days of the effective date of such event or transaction;

(ii) the **Insured** provides **us** with such information in connection therewith as **we** may deem necessary; and

(iii) the **Insured** accepts any special terms, conditions, or exclusions or pays additional premium charge as may be required.

(2) If after the Inception Date of this Policy, the **Insured** merges or consolidates with another entity such that the **Insured** is the surviving entity, acquires another entity or substantially all of the assets of another entity or creates or acquires a **Subsidiary** as defined in Section II. I., no coverage shall be afforded under this coverage form for any **Claim** involving the assets acquired, the entity which is merged or consolidated with or acquired, the **Subsidiary**, or any of the assets, liabilities, directors, officers or employees of such entity or such **Subsidiary** unless:

(a) the **Insured** provides written notice of such merger, consolidation, creation or acquisition to **us** within 30 days after the effective date of such merger, consolidation, creation or acquisition;

(b) the **Insured** provides **us** with such information in connection therewith as **we** may deem necessary;

(c) the **Insured** accepts any special terms, conditions, or exclusions or pays additional premium charge as may be required; and

Form SS 09 01 09 00

(d) **we**, at **our** sole discretion, agree to provide such coverage.

(3) In the event of sale or dissolution of any **Subsidiary** of **yours** after the Inception Date of this Policy, the Coverage Part shall continue to apply to such **Subsidiary** and to the partners, executive officers, directors, stockholders and employees of such **Subsidiary**, but only with respect to any **Claim** first made during the **Policy Period** or the **Extended Reporting Period**, if purchased, for **Wrongful Acts** committed or allegedly committed prior to the effective date of sale or dissolution.

D. Action Against **Us**

No action shall lie against **us** unless, as a condition precedent thereto, the **Insured** has fully complied with all the terms of this insurance and both the **Insured's** liability and the amount of the **Insured's** obligation to pay have been fully and finally determined , either by judgment against the **Insured** or by written agreement between the **Insured**, the claimant and **us**. Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this coverage form to the extent of the insurance afforded by this coverage form. Nothing contained in this coverage form shall give any person or organization any right to join **us** as a party to any **Claim**. The **Insured** or any of its legal representatives shall not implead **us** in any **Claim**.

E. Bankruptcy or Insolvency

Bankruptcy or insolvency of the **Insured** or the **Insured's** estate shall not relieve **us** of any of our obligations under this Coverage Part.

F. Authorization

By acceptance of this Policy, the **Insureds** agree that **you** shall act on behalf of all **Insureds** with respect to the purchase and negotiation of this Policy, the giving and receiving of all notices as provided herein, the cancellation of this Policy, the payment of premiums and Deductibles, the receiving of any return premiums that may become due and the purchase of the **Extended Reporting Period**.

G. When We Do Not Renew

If **we** decide not to renew this coverage, **we** will mail or deliver to the first **Named Insured** shown in

the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

X - NUCLEAR ENERGY LIABILITY EXCLUSION (BROAD FORM)

A. This policy does not apply:

(1) To any **damages**:

(a) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(b) Resulting from **the hazardous properties of nuclear material** and with respect to which (i) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (ii) the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

(2) To any **damages** resulting from the **hazardous properties** of **nuclear material**, if:

(a) The **nuclear material** (i) is at any **nuclear facility** owned by, or operated by or on behalf of, an insured or (ii) has been discharged or dispersed therefrom;

(b) The **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

(c) The **damages** arise out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operations or use of any **nuclear facility**.

2. As used in this exclusion:

**Hazardous properties** include radioactive, toxic or explosive properties;

EMPLOYMENT PRACTICES LIABILIT COVERAGE FORM

**Nuclear material** means **source material, special nuclear material** or **by-product material;**

**Source material, special nuclear material,** and **by-product material** have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**Spent fuel** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor;**

**Waste** means any waste material (1) containing **by-product material** other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its **source material** content, and (2) resulting from the operation by any person or organization of any **nuclear facility** included under the first two paragraphs of the definition of **nuclear facility. Nuclear facility** means:

(a) Any **nuclear reactor;**

(b) Any equipment or device designed or used for (i) separating the isotopes of uranium or plutonium, (ii) processing or utilizing **spent fuel,** or (iii) handling, processing or packaging **waste;**

(c) Any equipment or device used for the processing, fabricating or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of **waste;**

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

**Nuclear reactor** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

**Damages** include all forms of radioactive contamination of property.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT PRACTICES - EXCLUSION - PRIOR ACTS

This endorsement modifies insurance provided under the following:

**EMPLOYMENT PRACTICES COVERAGE FORM**

Section **I INSURING AGREEMENT** is changed to add the following paragraph:

**I.   INSURING AGREEMENT**

   **F.**   This insurance applies only if the **claim** is for a **wrongful act** that did not occur before the Retroactive Date
   set forth in the Declarations, or after the end of the policy period.

   A **wrongful act** occurs at the moment such **wrongful act** first takes place.

© 1999, The Hartford



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES - PROPERTY

This endorsement applies only to covered loss or damage occurring in the state of **TEXAS**.

This endorsement modifies insurance provided under the following:

**COMMON POLICY CONDITIONS**
**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**
**CONDOMINIUM ASSOCIATION COVERAGE**

**I. THE FOLLOWING CHANGES APPLY TO THE COMMON POLICY CONDITIONS.**

Paragraph **A. CANCELLATION** is replaced by the following:

**A. CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. If this policy covers a condominium association, and the condominium property contains at least one residence or the condominium declarations conform with the Texas Uniform Condominium Act, then we may cancel this policy by mailing or delivering written notice of cancellation at least 30 days before the effective date of cancellation to:

   a. The first Named insured; and

   b. Each unit-owner to which we issued a certificate or memorandum of insurance, to each last mailing address known to us.

3. If this policy covers a risk other than the risk described in Paragraph **2.** above, then we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 14 days before the effective date of cancellation if we cancel for nonpayment of premium: or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. In compliance with Texas law, we will not cancel this policy solely because the policyholder is an elected official.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. We will, at the request of the Named Insured, provide a written statement of the reason or reasons for such cancellation.

7. We will send the first Named Insured any premium refund due. The refund will be pro rata. The cancellation will be effective even if we have not made or offered a refund.

8. If notice is mailed, proof of mailing will be sufficient proof of notice.

9. Cancellation – One – And Two-Family Dwellings And Governmental Property

   a. If this policy has been in effect for 90 days or less and is not a renewal of a policy we issued, we may cancel coverage on one and two-family dwellings and on governmental units for any reason.

   b. If this policy has been in effect for more than 90 days or is a renewal of a policy we issued, we may cancel coverage on one and two-family dwellings and on governmental units only for the following reasons:

**Form SS 10 11 03 00**

Page 1 of 5

© 2000, The Hartford

(1) If the first Named Insured does not pay the premium or any portion of the premium when due;

(2) If the Texas Department of Insurance determines that continuation of this policy would result in violation of the Texas Insurance Code or any other law governing the business of insurance in Texas;

(3) If the Named Insured submits a fraudulent claim; or

(4) If there is an increase in the hazard covered by this policy that is within the control of the Named Insured and would produce an increase in the premium rate of this policy.

**B.** The following **NONRENEWAL** condition is added and applies unless Paragraph **C.** applies:

**NONRENEWAL**

1. If we elect not to renew this policy, we will, at the request of the Named Insured, provide a written statement of the reason or reasons for such nonrenewal.

2. In compliance with Texas law, we will not refuse to renew this policy solely because the policyholder is an elected official.

3. If this policy covers a condominium association, and the condominium property contains at least one residence or the condominium declarations conform with the Texas Uniform Condominium Act, then:

   **a.** We will mail or deliver written notice of nonrenewal, at least 30 days before the expiration or anniversary date of the policy, to the first Named Insured and to each unit-owner to whom we issued a certificate or memorandum of insurance.

   **b.** We will mail or deliver such notice to each last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**C.** The following condition is added:

**NONRENEWAL - ONE AND TWO-FAMILY DWELLINGS AND GOVERNMENTAL PROPERTY**

1. If we elect not to renew coverage on one- and two-family dwellings or on governmental units, we will mail or deliver written notice of the nonrenewal to the first Named Insured and any mortgage holder shown in the

Declarations, at least 30 days before the expiration date. Proof of mailing will be sufficient proof of notice.

We will, at the request of the Named Insured, provide a written statement of the reason or reasons for such nonrenewal.

If we fail to give the first Named Insured proper notice of our refusal to renewal, the first Named Insured may require us to renew the policy.

2. We may elect not to renew such coverage for any reason, subject to the exceptions and limitations in Paragraphs **3.** and **4.** below.

3. We will not refuse to renew coverage:

   **a.** Solely because the policyholder is an elected official, or

   **b.** Because of claims for losses resulting from natural causes.

4. **Claims That Do Not Result From Natural Causes**

   **a.** If we have previously notified you as provided in **b.** below, we may refuse to renew coverage if the Named Insured has filed under this policy, in any three-year period, three or more claims that do not result from natural causes.

   **b.** If the Named Insured has filed two such claims in a period of less than three years, we may notify the first Named Insured in writing that, if the Named Insured files a third such claim during the three-year period, we may refuse to renew coverage.

   **c.** A claim does not include a claim that is filed but is not paid or payable under the policy.

**D.** Paragraph **J. PREMIUMS** is replaced by the following:

**J. PREMIUMS**

1. The first Named Insured shown in the Declarations:

   **a.** Is responsible for the payment of all premiums; and

   **b.** Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect. **3.** Undeclared exposures,

a change in your business operation, the acquisition of additional locations or a change in the use of present locations may occur during the policy period. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

## II. THE FOLLOWING CHANGES APPLY TO THE STANDARD PROPERTY COVERAGE FORM AND THE SPECIAL PROPERTY COVERAGE FORM.

### A. Debris Removal

The Debris Removal Additional Coverage is replaced by the following:

We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period.

### B. Collapse

The Collapse Additional Coverage in the Special Property Coverage Form is replaced by the following:

**Collapse**

We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building.

We will not pay for loss or damage described below unless the loss or damage is a direct result of the collapse of a building:

1. Loss or damage to the following types of property, if otherwise covered in this policy: outdoor radio or television antennas, including their lead-in wiring, masts or towers; awnings; gutters and downspouts; yard fixtures; outdoor swimming pools; fences; piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls; walks, roadways and other paved surfaces; and

2. Loss or damage by settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs or ceilings.

This Additional Coverage will not increase the Limits of Insurance provided in this policy.

### C. Fire Department Service Charge

The Fire Department Service Charge Additional Coverage is deleted.

### D. Pollutant Clean Up and Removal

The "Pollutant Clean Up and Removal" Additional Coverage is deleted.

### E. The "Pollutants" definition is deleted.

### F. The Pollution Exclusion is deleted from the Special Property Coverage Form.

### G. Legal Action Against Us

The Legal Action Against Us PROPERTY LOSS CONDITION is replaced by the following.

No one may bring legal action against us under this policy unless:

1. There has been full compliance with all of the terms of this policy; and

2. The action is brought within 2 years and one day after the date on which the direct physical loss or damage occurred.

### H. Appraisal

The Appraisal PROPERTY LOSS CONDITION is replaced by the following:

If we and you disagree on the amount of loss (or net income or operating expense, as regards Business Income Coverage), either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of such demand. The two appraisers will select an umpire. If they cannot agree within 15 days upon such umpire, either may request that selection be made by a judge of a court having jurisdiction. Each appraiser will state the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding as to the amount of loss. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal:

1. You will still retain your right to bring a legal action against us, subject to the provisions of the Legal Action Against Us Condition; and

2. We will still retain our right to deny the claim.

### I. Duties In The Event Of Loss Or Damage

Paragraph **E.3.h.** of the Duties In The Event Of Loss Or Damage PROPERTY LOSS CONDITION is replaced by the following:

Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 91 days after our request. We will supply you with the necessary forms.

**J. Loss Payment**

Under the Loss Payment PROPERTY LOSS CONDITION, the provisions pertaining to notice of our intentions and the time period for payment of claims are deleted and replaced by the following:

1. **Claims Handling**

   a. Within 15 days after we receive written notice of claim, we will:

      (1) Acknowledge receipt of the claim. If we do not acknowledge receipt of the claim in writing, we will keep a record of the date, method and content of the acknowledgment;

      (2) Begin any investigation of the claim; and

      (3) Request a signed, sworn proof of loss, specify the information you must provide and supply you with the necessary forms. We may request more information at a later date, if during the investigation of the claim such additional information is necessary.

   b. We will notify you in writing as to whether:

      (1) The claim or part of the claim will be paid;

      (2) The claim or part of the claim has been denied, and inform you of the reasons for denial;

      (3) More information is necessary; or

      (4) We need additional time to reach a decision. If we need additional time, we will inform you of the reasons for such need.

   We will provide notification, as described in **b.(1)** through **b.(4)** above, within:

      (a) 15 business days after we receive the signed, sworn proof of loss and all information we requested; or

      (b) 30 days after we receive the signed, sworn proof of loss and all information we requested, if we have reason to believe the loss resulted from arson.

   If we have notified you that we need additional time to reach a decision, we must then either approve or deny the claim within 45 days of such notice.

2. **Claims Payment**

   We will pay for covered loss or damage within 5 business days after:

   a. We have notified you that payment of the claim or part of the claim will be made and have reached agreement with you on the amount of loss; or

   b. An appraisal award has been made.

   However, if payment of the claim or part of the claim is conditioned on your compliance with any of the terms of this policy, we will make payment within 5 business days after the date you have complied with such terms.

3. **Catastrophe Claims**

   The following paragraphs are added:

   If a claim results from a weather related catastrophe or a major natural disaster, the claim handling and claim paymnet deadlines described in **J.1.** and **J.2.** above are extended for an additional 15 days.

   Catastrophe or Major Natural Disaster means a weather related event which:

   a. Is declared a disaster under Texas Disaster Act of 1975; or

   b. Is determined to be a catastrophe by the State Board of Insurance.

4. The term "days", as used in the Loss Payment Condition and the Claims Payment condition, means a day other than Saturday, Sunday or a holiday recognized by the state of Texas.

**K. The following is added to the Loss Payment PROPERTY LOSS CONDITION**

**Article 6.13. Policy a Liquidated Demand.**

A fire insurance policy, in case of total loss by fire of property insured, shall be held and considered to be a liquidated demand against the Company for the full amount of such policy. The provisions of this Article shall not apply to personal property.

**L. Mortgage Holders**

Paragraphs **d.** and **f.** of the Mortgage Holders PROPERTY GENERAL CONDITION are replaced by the following:

   d. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgage holder will still have the right to receive loss payment if the mortgageholder:

      (1) Pays any premium due under this policy at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 91 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) **14** days before the effective date of cancellation if we cancel for your non-payment of premium; or

(2) **30** days before the effective date of cancellation if we cancel for any other reason.

## III. THE FOLLOWING CHANGES APPLY WHEN THE CONDOMINUM ASSOCIATION COVERAGE ENDORSEMENT IS ATTACHED TO THIS POLICY

**A.** The following General Condition is added to the PROPERTY GENERAL CONDITIONS in the Standard Property Coverage Form or the Special Property Coverage Form:

**ACT OR OMISSION**

No act or omission by any unit-owner will void this policy or be a condition to recovery under this policy. But this Condition does not apply to unit-owners acting within the scope of their authority on behalf of the Association.

**B.** The **Waiver of Rights of Recovery** condition in the Condominium Association Coverage endorsement is replaced by the following:

We waive our rights to recover payment against:

1. Any unit-owner described in the Declarations including the developer, and members of his or her household;

2. The Association; and

3. Members of the board of directors for acts or omissions within the scope of their duties for you.

But we reserve our rights to recover from the developer damages for which he or she may be held liable in his or her capacity as a developer.

**C.** The following is added to the **Mortgage Holders** PROPERTY GENERAL CONDITION in the Standard Property Coverage Form or the Special Property Coverage Form:

If the condominium is terminated, we will pay for covered loss of, or damage to, buildings or structures to each mortgage holder shown on the Declarations in their order of precedence, as interests may appear.

In all other respects, we will pay for loss to buildings or structures to you or the insurance trustee designated for that purpose, in accordance with the Loss Payment Condition contained in the Condominium Association Coverage form.

## IV. THE FOLLOWING CHANGES APPLY TO THE SPECIFIED FORMS IF REFERENCED WITHIN THIS POLICY.

**A.** Any reference to Computers and Media form SS 04 41 is amended to read Computers and Media – Texas form SS 06 64.

**B.** Any reference to Hired Auto And Non-Owned Auto form SS 04 38 is amended to read Hired Auto And Non-Owned Auto- Texas form SS 06 66.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES – BUSINESS LIABILITY

This endorsement modifies insurance provided under the following:

**BUSINESS LIABILITY COVERAGE FORM**

1. The following is added to Section **E.  LIABILITY AND MEDICAL EXPENSES GENERAL CONDITIONS:**

   **Notice of Settlement of Liability Claim**

   **a.** We will notify the insured in writing of any initial offer to compromise or settle a claim against the insured under the liability section of this policy.  We will give the insured notice within 10 days after the date the offer is made.

   **b.** We will notify the insured in writing of any settlement of a claim against the insured under the liability section of this policy.  We will give the insured notice within 30 days after the date of the settlement.

2. The following is deleted and does not apply:

   Section **A. COVERAGES, 3.  PROFESSIONAL SERVICES COVERAGES.**

3. The following replaces **EXCLUSIONS p.(3):**

   **(3)** Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured.

**Form SS 10 12 03 00**

**Page 1 of 1**

© 2000, The Hartford



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# OFF-PREMISES UTILITY SERVICES – DIRECT DAMAGE

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

Except as otherwise stated in this endorsement, the terms and conditions of the policy apply to the insurance stated below.

**A.  DIRECT DAMAGE EXTENSION FOR OFF-PREMISES UTILITY SERVICES**

This Coverage Extension applies only to the described premises shown in the Declarations with a Utility Services Limit of Insurance.  The Utility Services Limit of Insurance is part of, not in addition to, the Limit of Insurance stated in the Declarations as applicable to the Covered Property.

We will pay for loss of or damage to Covered Property described in the Declarations caused by the interruption of utility service to the described premises.  The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property, not on the described premises:

1.  "Water Supply Services";

2.  "Communication Supply Services"; or

3.  "Power Supply Services".

**B.  ADDITIONAL DEFINITIONS**

1.  **"Water Supply Services"**, meaning the following types of property supplying water to the describes premises:

    **a.**  Pumping stations; and

    **b.**  Water mains.

2.  **"Communication Supply Services"**, meaning property supplying communication services, including telephone, radio, microwave or television services, including overhead transmission lines to the described premises, such as:

    **a.**  Communication transmission lines, including optic fiber transmission lines;

    **b.**  Coaxial cables; and

    **c.**  Microwave radio relays except satellites.

3.  **"Power Supply Services"**, meaning the following types of property supplying electricity, steam or gas, including overhead transmission lines to the described premises:

    **a.**  Utility generating plants;

    **b.**  Switching stations;

    **c.**  Substations;

    **d.**  Transformers; and

    **e.**  Transmission Lines.

© 2000, The Hartford

