50259 PEACOCK V. HARTFORD
MATERIALS RECEIVED

## INDEX I

| | | |
|---|---|---|
| 1. | ORIGINAL THIRD-PARTY PETITION | 02/19/2004 |
| 2. | DEFAULT JUDGMENT | 04/27/2004 |
| 3. | FIRST AMENDED ORIGINAL THIRD-PARTY PETITION | 05/04/2004 |
| 4. | REQUEST TO THE COURT FOR ISSUANCE OF CITATION TO MCQUERY HENRY BOWLES TROY, LLP AND HARTFORD CASUALTY INSURANCE COMPANY | 05/04/2004 |
| 5. | AGREED MOTION FOR NEW TRIAL | 05/21/2004 |
| 6. | SIGNATURE PAGE (PEACOCK'S) TO AGREED MOTION FOR NEW TRIAL | 05/24/2004 |
| 7. | MOTION FOR SEVERANCE | 05/25/2004 |
| 8. | AGREED ORGER GRANTING MOTION FOR NEW TRIAL PREVIOUS DEFAULT JUDGMENT ENTERED ON 04/27/2004 IS HEREBY SET ASIDE | 05/27/2004 |
| 9. | ORDER SETTING HEARING ON THIRD-PARTY DEFENDANT MCQUERY ET AL'S MOTION TO ABATE | 05/27/2004 |
| 10. | THIRD PARTY DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY'S ORIGINAL ANSWER AND COUNTERCLAIM FOR DECLATORY RELIEF | 06/03/2004 |
| 11. | LETTER TO COUNSEL REQUESTINF CONSENT TO MOTION TO ABATE, ABD THEREFORE NO NEED FOR HEARING ON SAME | 06/09/2004 |
| 12. | ORDER FOR SEVERANCE OF ACTIONS | 06/10/2004 |
| *13. | THIRD-PARTY PLAINTIFF'S PEACOCK CONSTRUCTION COMPANY INC.'S RESPONSES TO THIRD-PARTY DEFENDANT, MSQUERY ET AL'S REQUEST FOR DISCLOSURES | 06/09/2004 |
| *14. | THIRD-PARTY PLAINTIFF'S PEACOCK CONSTRUCTION COMPANY, INC.'S SUPPLEMENTAL RESPONSES TO THIRD-PARTY DEFENDANT, MCQUERY, ET AL'S REQUEST FOR DISCLOSURES | 06/15/2004 |
| *15. | THIRD-PARTY PLAINTIFF'S PEACOCK CONSTRUCTION COMPANY, INC.'S ANSWERS TO THIRD-PARTY DEFENDANT MCQUERY ET AL'S WRITTEN INTERROGATORIES | 06/15/2004 |
| *16. | THIRD-PARTY PLAINTIFF'S PEACOCK CONSTRUCTION COMPANY INC.'S RESPONSES TO THIRD-PARTY DEFENDANT MCQUERY ET AL'S REQUEST FOR PRODUCTION | 06/15/2004 |
| 17. | CORRESCT EXHIBIT 1 INADVERTANTLY LEFT OUT OF FIRST AMENDED ORIGINAL THIRD-PARTY PETITION | 06/18/2004 |
| 18. | LETTER TO 404TH COURT COORDINATOR ADVISING THAT PLAINTIFFS AND INTERVENORS SETTLE THEIR CLAIMS AGAINST DEFENDANTS; THEREFORE, NO NEED FOR JURY PANEL ON 6/28/2004 TRIAL SETTING | 06/25/2004 |
| 19. | PLAINTIFFS' AND INTERVENORS MARIA GUADALUPE SALAZAR'S MOTION TO DISMISS WITH PREJUDICE | 06/28/2004 |



EXHIBIT 3 B

50259 PEACOCK V. HARTFORD
MATERIALS RECEIVED

| | | |
|---|---|---|
| 20. | ORDER GRANTING PLAINTIFFS' AND INTERVENOR MARIA GUADALUPE SALAZAR'S MOTION TO DISMISS WITH PREJUDICE | 06/28/2004 |
| 21. | INTERVENOR JOSE M. GRACIA'S MOTION TO DISMISS WITH PREJUDICE | 06/29/2004 |
| 22. | AGREED ORDER ON THIRD-PARTY DEFENDANT MCQUERY ET AL'S MOTION TO ABATE | 06/30/2004 |
| *23. | THIRD-PARTY PLAINTIFF'S PEACOCK CONSTRUCTION COMPANY INC.'S SUPPLEMENTAL REPOSNSES TO MCQUERY ET AL'S REQUEST FOR PRODUCTION | 06/29/2004 |
| 24. | DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY AND HARTFORD LLOYD'S INSURANCE COMPANY'S FIRST AMENDED ORIGINAL ANSWER AND COUNTERCLAIM FOR DECLARATORY RELIEF | 06/30/2004 |
| 25. | DEFENDANTS HARTFORD CASUALTY INSURANCE COMPANY'S AND HARTFORD LLOYD'S INSURNACE COMPANY'S NOTICE OF REMOVAL | 07/01/2004 |
| 26. | ORIGINAL VERIFICATION PAGE TO DEFENDANTS HARTFORD CASUALTY INSURANCE COMPANY AND HARTFORD LLOYD'S INSURANCE COMPANY'S FIRST AMENDED ORIGINAL ANSWER AND COUNTERCLAIM FOR DECLARATORY RELIEF | 07/01/2004 |
| 27. | DEFENDANTS HARTFORD CASUALTY INSURANCE COMPANY'S AND HARTFORD LLOYD'S INSURANCE COMPANY'S COUNSEL OF RECORD BEING FILED WITH THE UNITED STATES DISTRICT COURT | 07/01/2004 |
| 28. | CIVIL COVER SHEET FROM REMOVAL FROM STATE COURT | 07/01/2004 |
| 29. | DEFENDANTS HARTFORDS CASUALTY INSURANCE COMPANY'S AND HARTFORD LLOYD'S INSURANCE COMPANY'S INDEX OF DOCUMENTS BEING FILED WITH THE UNITED STATES DISTRICT COURT | 07/01/2004 |
| 30. | DEFENDANTS HARTFORD CASUALTY INSURANCE COMPANY'S AND HARTFORD LLOYD'S INSURANCE COMPANY'S NOTICE TO STATE COURT OF REMOVAL FROM FEDERAL COURT | 07/01/2004 |
| 31. | ORDER SETTING CONFERENCE | 07/02/2004 |
| 32. | DEFENDANTS HARTFORD CASUALTY INSURANCE COMPANY'S AND HARTFORD LLOYD'S INSURANCE COMPANY'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES | 07/16/2004 |
| 33. | ORDER ON INTERVENOR JOSE M. GRACIA'S MOTION TO STRIKE INTERVENTION OF EVERARDO ABREGO | 07/26/2004 |
| 34. | ORDER ON INTERVENOR JOSE M. GRACIA'S MOTION TO DISMISS WITH PREJUDICE | 07/26/2004 |
| 35. | ORDER ON INTERVENOR JOSE M. GRACIA'S MOTION FOR APPORTIONMENT OF ATTORNEY'S FEES AND COSTS | 07/26/2004 |
| 36. | PEACOCKS PROPOSED JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(F) FEDERAL RULES OF CIVIL PROCEDURE | 08/16/2004 |
| 37. | NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL | 08/16/2004 |

50259 PEACOCK V. HARTFORD
MATERIALS RECEIVED

| | | |
|---|---|---|
| *38. | DEFENDANTS HARTFORD CASUALTY INSURANCE COMPANY'S AND HARTFORD LLOYD'S INSURANCE COMPANY'S INITIAL DISCLOSURES | 08/30/2004 |
| 39. | CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE | 08/31/2004 |
| 40. | RULE 16 FRCP SCHEDULING ORDER | 08/31/2004 |
| 41. | AMENDED RULE 16 FRCP SCHEDULINH ORDER | 09/08/2004 |
| 42. | DEFENDANTS HARTFORD CASUALTY INSURANCE COMPANY'S AND HARTFORD LLOYD'S INSURANCE COMPANY'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT HARTFORD LLOYD'S INSURANCE COMPANY | 09/30/2004 |
| 43. | MOTION FOR LEAVE OF COURT TO FILE INTERVENTION, CROSS-CLAIM AND THIRD-PARTY ACTION | 09/30/2004 |
| 44. | NOTICE OF CHANGE OF ADDRESS | 10/07/2004 |
| 45. | ORDER SETTING HEARING DATE FOR 10/28/2004 @10:30AM ON "MOTION FOR LEAVE OF COURT TO FILE INTERVENTION, CROSS-CLAIM AND THIRD-PARTY ACTION" | 10/12/2004 |
| 46. | MOTION TO REMAND WITH: CERTIFICATE OF CONFERENCE, REQUEST FOR ORAL ARGUMENT, NOTICE OF SUBMISSION DATE, AND PROPOSED ORDERS (2) OF REMAND | 10/22/2004 |
| 47. | iDOCKET INDICATING STATUS OF: HEARING ON PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE INTERVENTION, CROSS-CLAIM AND THIRD-PARTY ACTION AGAINST HARTFORD LLOYD'S INSURANCE COMPANY- COURT LEAVES MOTION PENDING AS CASE IS IN FEDERAL COURT | 10/28/2004 |
| 48. | PLAINTIFF'S AMENDED MOTION TO REMAND (WITH AUTHORITIES) WITH: CERTIFICATE OF CONFERENCE, REQUEST FOR ORAL ARGUMENT, NOTICE OF SUBMISSION DATE, AND PROPOSED ORDER OF REMAND | 11/01/2004 |
| 49. | DEFENDANTS HARTFORD CASUALTY INSURANCE COMPANY'S AND HARTFORD LLOYD'S INSURANCE COMPANY'S RESPONSE TO PLAINTIFF, PEACOCK CONSTRUCTION COMPANY, INC.'S AMENDED MOTION TO REMAND | 11/08/2004 |
| 50. | PLAINTIFF'S INITIAL DISCLOSURES TO DEFENDANTS HARTFORD CASUALTY INSURANCE COMPANY AND HARTFORD LLOYD'S INSURANCE COMPANY | 11/23/2004 |

50259 PEACOCK V. HARTFORD
MATERIALS RECEIVED

## INDEX II

| | | |
|---|---|---|
| 1. | ORDER SETTING HEARING HEARING ON PLAINTIFF'S (AMENDED) MOTION TO REMAND | 11/29/2004 |
| 2. | DEFENDANTS HARTFORD CASUALTY INSURANCE COMPANY'S AND HARTFORD LLOYD'S INSURANCE COMPANY'S SUPPLEMENTAL RESPONSE TO PLAINTIFF, PEACOCK CONSTRUCTION COMPANY, INC.'S AMENDED MOTION TO REMAND | 12/01/2004 |
| *3. | DEFENDANTS HARTFORD CASUALTY INSURANCE COMPANY'S AND HARTFORD LLOYD'S INSURANCE COMPANY'S ANSWERS, RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION | 12/06/2004 |
| *4. | THIRD-PARTY DEFENDANT MCQUEARY ET AL'S AMSWERS AND OBJECTIONS TO THIRD-PARTY PLAINTIFF PEACOCK CONSTRUCTION COMPANY INC.'S FIRST SET OF WRITTEN INTERROGATORIES | 12/10/2004 |
| *5. | THIRD-PARTY DEFENDANT MCQUEARY ET AL'S RESPONSES TO REQUESTS FOR DISCLOSURE | 12/10/2004 |
| 6. | COURTROOM MINUTES: HEARING ON MOTION TO REMAND; MOTION TAKEN UNDER ADVISEMENT | 12/16/2004 |
| *7. | PLAINTIFF'S RESPONSES TO DEFENDANT HARTFORD LLOYD'S INSURANCE COMPANY'S REQUESTS FOR ADMISSION | 12/20/2004 |
| *8. | PLAINTIFF'S RESPONSES TO DEFENDANT HARTFORD LLOYD'S INSURANCE COMPANY'S INTERROGATORIES | 12/20/2004 |
| *9. | PLAINTIFF'S RESPONSES TO DEFENDANT HARTFORD LLOYD'S INSURANCE COMPANY'S REQUEST FOR PRODUCTION | 12/21/2004 |
| *10. | PLAINTIFF'S SUPPLEMENTAL DISCLOSURES TO DEFENDANTS HARTFORD CASUALTY INSURANCE COMPANY AND HARTFORD LLOYD'S INSURANCE COMPANY | 01/06/2005 |
| *11. | DEFENDANTS HARTFORD CASUALTY INSURANCE COMPANY'S AND HARTFORD LLOYD'S INSURANCE COMPANY'S EXPERT DISCLOSURES | 01/13/2005 |
| 12. | LETTER | 01/18/2005 |
| 13. | PLAINTIFF'S UNOPPOSED MOTION TO AMEND PLEADINGS AND FILE ANSWER (WITH ATTACHED ORDER) | 01/18/2005 |
| 14. | PLAINTIFF'S THIRD AMENDED COMPLAINT | 01/18/2005 |
| 15. | PLAINTIFF'S ANSWER TO COUNTER-CLAIM | 01/18/2005 |
| 16. | PLAINTIFF'S OPPOSED MOTION TO JOIN ADDITIONAL PARTIES (WITH ATTACHED ORDER) | 01/18/2005 |
| 17. | DEFENDANT HARTFORD LLOYD'S INSURANCE COMPANY'S RESPONSE AND OBJECTION TO PLAINTIFF PEACOCK CONSTRUCTION COMPANY, INC.'S OPPOSED MOTION TO JOIN ADDITIONAL PARTIES | 01/19/2005 |
| 18. | ORDER DENYING PLAINTIFFS MOTION TO REMAND | 01/21/2005 |
| 19. | MOTION TO REMAND | 01/27/2005 |

50259 PEACOCK V. HARTFORD
MATERIALS RECEIVED

| | | |
|---|---|---|
| 20. | PLAINTIFF'S OPPOSED MOTION TO JOIN INDISPENSIBLE PARTIES (WITH AUTHORITIES) | 01/27/2005 |
| 21. | DEFENDANT HARTFORD LLOYD'S INSURANCE COMPANY'S RESPOSNSE TO PLAINTIFF PEACOCK CONSTRUCTION COMPANY INC.'S OPPOSED MOTION TO JOIN INDISPENSIBLE PARTIES | 02/03/2005 |
| 22. | PLAINTIFF'S OPPOSED MOTION TO COMPEL DISCOVERY | 02/07/2005 |
| 23. | STIPULATION OF DISMISSAL | UNDATED |

-----------------------------------------------------------------

### ADDITIONS...

| | | |
|---|---|---|
| 24. | APRIL 3, 2003 LETTER | |
| 25. | AFFIDAVIT OF JAMES FISCHER | 06/29/2004 |
| 26. | ASSIGNMENT (SALAZAR) | 06/2004 |
| 27. | ASSIGNMENT (PEACOCK) | 06/17/2004 |
| 28. | ADDENDUM TO ASSIGNMENT (UNITED NATIONAL INSURANCE) | 09/23/2004 |
| 29. | ADDENDUM TO ASSIGNMENT (PEACOCK) | 09/2004 |
| 30. | ADDENDUM TO ASSIGNMENT (CLARENDON INSURANCE CO.) | 09/2004 |
| 31. | INVOICE FROM CERTIFIED REPORTING AND VIDEO SERVICE | 02/11/2004 |
| 32. | INVOICE FROM LAW OFFICE OF TREY MARTINEZ | 05/20/2004 |
| 33. | LETTER FROM THE LAW OFFICE OF TREY MARTINEZ | 05/20/2004 |
| 34. | LETTER FROM HARTFORD (CLAIM SERVICE CONSULTANT) | 07/09/2004 |
| 35. | LETTER FROM ED BARKER TO TREY MARTINEZ'S ASSISTANT | 06/16/2004 |
| 36. | HARTFORD CLAIM SERVICE NOTES | UNDATED |
| 37. | ORIGINAL PETITION IN INTERVENTION, CROSS-CLAIM AND THIRD PARTY ACTION | 09/30/2004 |

**50259 PEACOCK V. HARTFORD**
MATERIALS RECEIVED

## INDEX II

1. ADJUSTMENT FILE
2. VARIOUS CASES
3. POLICY
4. CLERK'S ENTRIES
5. PLEADINGS INDEX
6. DISCOVERY INDEX