IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY INC. | § § § § § § § § § § | |
| | § | CIVIL ACTION NO. B-04-111 |
| VS. | | |
| HARTFORD LLOYD'S INSURANCE COMPANY | | "JURY TRIAL" |

**ORDER GRANTING DEFENDANT HARTFORD LLOYDS INSURANCE COMPANY'S 12(B)(6) MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT**

Came on to be considered Defendant's 12(B)(6) Motion to Dismiss or Alternatively For Summary Judgment and having considered the evidence and argument, it is the opinion of this Court that said motion is well taken and should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Defendant's 12(B)(6) Motion to Dismiss or Alternatively For Summary Judgment is hereby GRANTED.

Signed on this the _____ day of _____, 2005

_____
U.S. District Court Judge.