United States District Court
Southern District of Texas
FILED

MAR 2 8 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC. | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-111 |
| | § | |
| HARTFORD LLOYD'S INSURANCE COMPANY | § | |

**PLAINTIFF'S *UNOPPOSED* MOTION FOR LEAVE TO FILE
CROSS-MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **PEACOCK CONSTRUCTION COMPANY, INC.**, plaintiff (hereinafter "Peacock"), and, subject to its pending Motion to Join Additional Parties and Motion to Join Indispensable Parties, makes this Motion for Leave to File a Cross-Motion for Summary Judgment, and would show unto the court as follows:

**I.**

This court set a dispositive motion deadline for February 14, 2005. However, by agreement of the parties and order of the court, the discovery deadline was extended through March 16, 2005. The depositions of defendant's employees and corporate representative, Nancy Kaechler, Greg Dixon and Bert Bartram, were taken on March 7, 2005, and the deposition of defendant's expert witness, Michael Sean Quinn, was taken on March 11, 2005. (The transcript of Mr. Quinn's deposition was not received by undersigned counsel until March 22, 2005.)

## II.

On March 22, 2005, counsel for defendant Hartford Lloyd's Insurance Company contacted undersigned counsel and requested permission for leave to file a dispositive motion for summary judgment. Undersigned counsel advised that plaintiff would not oppose such a motion, provided the defendant would not oppose the filing of a like motion for summary judgment by Peacock. An agreement was further reached to discuss the matter with the court on Tuesday, March 29, 2005, at 2:00 p.m. at the hearing presently scheduled on all pending motions.

## III.

On March 24, 2005, undersigned counsel for plaintiff received not only a copy of defendant's motion for leave to file a dispositive motion, but also a pleading entitled "Defendant Hartford Lloyd's Insurance Company's 12(B)(6) Motion to Dismiss or Alternatively for Summary Judgment", to be filed if leave of court is granted. Plaintiff therefore would seek leave of court to file a like dispositive pleading, and a response to defendant's motion.

**WHEREFORE, PREMISES CONSIDERED,** plaintiff Peacock Construction Company, Inc. moves for leave of court to file its Cross-Motion for Summary Judgment among the papers in the above-styled and numbered cause, and for an opportunity to respond to defendant's motion to dismiss and for summary judgment. Peacock prays for such other and further relief, at law or in equity, to which it may show itself justly entitled.

---

*Peacock Construction v. Hartford, et al.*; Mot. for Leave to File MSJ -- p. 2 of 4 pgs.

## AVERMENT OF CONFERENCE WITH OPPOSING COUNSEL

On Tuesday, March 22, 2005 undersigned counsel for plaintiff spoke with Mr. F. Edward Barker, counsel for defendant Hartford Lloyd's Insurance Company, regarding the merits of the above and foregoing motion. Mr. Barker advised that he would not object to the court granting leave for the plaintiff to file a motion for summary judgment, provided that plaintiff would not oppose the court granting leave for the defendant to file a like dispositive motion. Agreement was therefore reached in that regard.

Victor M. Carrera

## CERTIFICATE OF SERVICE

On March 24, 2005, copies of "PLAINTIFF'S *UNOPPOSED* MOTION FOR LEAVE TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT" were sent via telefax to opposing counsel, as follows:

Mr. F. Edward Barker
BARKER, LEON, FANCHER
 & MATTHYS, L.L.P.
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, TX 78478

Mr. Trey Martinez
MARTINEZ, MARTINEZ & BARRERA, L.L.P.
1201 E. Van Buren
Brownsville, TX 78520

Victor M. Carrera

---

*Peacock Construction v. Hartford, et al.*; Mot. for Leave to File MSJ -- p. 4 of 4 pgs.