IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC., § | |
| *plaintiff* § | |
| § | |
| v. § | CIVIL ACTION NO. B-04-111 |
| § | (636(c)) |
| HARTFORD LLOYD'S INSURANCE COMPANY, § | |
| *defendant* § | |

## ORDER

On this date came on for consideration Plaintiff's *Unopposed* Motion for Leave to File Cross-Motion for Summary Judgment. Said Motion being unopposed, the same is hereby in all things GRANTED. Peacock Construction Company, Inc. is therefore given leave of court to file a Cross-Motion for Summary Judgment, and a response to Defendant's 12(B)(6) Motion to Dismiss or Alternatively for Summary Judgment, on or before 18 April, 2005.

SIGNED this 28th day of March, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

*Peacock v. Hartford*; Order to Compel Discovery – p. 1 of 1 pgs.