UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC. | * * * | |
| VS | * * | CIVIL ACTION NO. B-04-111 (636(c)) |
| HARTFORD CASUALTY INSURANCE COMPANY, ET AL | * * | |

## ORDER RESETTING HEARING

By agreement of the parties, the motions hearing set for March 29, 2005, is hereby **CANCELLED** until further notice.

DONE at Brownsville, Texas, this 29th day of March 2005.

Felix Recio
United States Magistrate Judge