United States District Court
Southern District of Texas
FILED

APR 0 4 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY INC. | § § § | |
| | § | CIVIL ACTION NO. B-04-111 |
| VS. | § § | |
| HARTFORD CASUALTY INSURANCE COMPANY AND HARTFORD LLOYD'S INSURANCE COMPANY | § § § § | "BENCH TRIAL" |

### DEFENDANT HARTFORD LLOYD'S INSURANCE COMPANY'S MOTION FOR IN CAMERA INSPECTION AND PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

On the 7th day of March, 2005, Plaintiff, Peacock Construction Company, Inc. ("Plaintiff Peacock Construction"), conducted the Oral Deposition of Bertrand Webster Bartram, the Corporate Representative of Defendant Hartford Lloyd's Insurance Company ("Defendant Hartford"). At said Deposition, which was noticed Subpoena Duces Tecum, Defendant Hartford pursuant to same, produced responsive material and numerous documents including Defendant Hartford's Claim File relating to the underlying Incident made the basis of this lawsuit ("Claim File"). Pursuant to Federal Rules of Civil Procedure 26(c)(1),(4), and (8) Defendant Hartford seeks to restrict the use of discovered information.

Plaintiff Peacock Construction has requested this motion be made, and as such, Defendant Hartford in support thereof would shown unto the Court as follows:

1.  By virtue of FRCP 26(c), this Court has the power to protect parties from certain discovery requests. The producing party, in this instance Defendant Hartford, must show there is "good cause" for a protective order. Defendant Hartford moves this Court for such

protection because it will suffer a clearly defined and serious injury if the requested information is disclosed. Defendant Hartford's Corporate Representative, at his Deposition referenced above, pursuant to Plaintiff Peacock Construction's Subpoena Duces Tecum, produced Defendant Hartford's Claim File, with the exception of only one document (Bates stamped 00641), removed from said Claims File by Defendant Hartford's Counsel, **F. Edward Barker, who on the record** at said Deposition agreed with Plaintiff Peacock Construction's Counsel, Victor M. Carrera, as follows:

> "I removed it [00641] primarily because it's my determination that this involves attorney/client privileged information which took place after I became involved as attorney for Hartford in this particular case. This is the only relevant document in the entire file out of some 6[00] or 700 other pages I have removed. If Mr. Carrera insists, I will put it before the judge in an in camera inspection but I did want him to be aware that this was removed.... The date is May 10th 2004 and it starts with, ' Spoke with Ed Barker,' .... [T]here's no particular title to it. Just called notes...."

> **To which Mr. Carrera responded:**

>> "For the record.... I would ask that ... you bring that document to show the Magistrate and he can rule on the privilege."

2.    Defendant Hartford's claim of privilege, relating to the one page (00641) that was pulled from its Claim File, is being asserted based upon attorney-client communication; see FRE 501 and TRE 503 establishing and setting forth the Lawyer-Client privilege. The contents of this claim of privilege, if ordered by this Court to be disclosed to Plaintiff Peacock Construction, will cause for Defendant Hartford to suffer a clearly defined and

serious injury because the disclosure will violate privacy interests, of Defendant Hartford, that being attorney-client communications.

3. On the other hand, opposing Party, Plaintiff Peacock Construction, will not be prejudiced by this Court granting Defendant Hartford's claim to privilege.

4. F.R.C.P. 26(c) sets forth the factors that the Court can include in making a determination as to protective orders, which justice requires to protect a party from several conditions, including the applicable condition in this instance, oppression; the factors to be considered by the Court specifically include:

| | | |
|---|---|---|
| First, FRCP 26(c)(1) | | that the disclosure or discovery not be had; |
| Second, FRCP 26(c)(4) | | that certain matters not be inquired into, or that the scope of the disclosure or discovery be limited to certain matters; |
| Third, FRCP 26(c)(8) | | that the parties simultaneously file specified documents or information enclosed in sealed envelopes to be opened as directed by the Court. |

5. As to the consideration set forth in FRCP 26(c)(8), Defendant Hartford is providing to the Court, said document (00641) for which privilege is being claimed, and for which the Court is being ask to rule upon, under seal pursuant to the Court's Electronic Filing requirements, ECF Administrative Procedures (6).

6. Defendant Hartford Lloyd's would therefore pray the Court grant Defendant Hartford Lloyd's Insurance Company's Motion for In Camera Inspection and Protective Order, and not allow the discovery and disclosure of said document (00641) for which Defendant Hartford is claiming privilege, and that such privilege shall survive this litigation and continue to have full force and effect even after final resolution of this case, and for such other and further relief to which this Defendant is entitled.

Respectfully submitted,

F. Edward Barker
State Bar No. 01741000
Federal I.D. No. 970
Attorney-in-Charge for Defendant
Hartford Lloyd's Insurance Company
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
(361) 881-9217; FAX: (361) 882-6590

OF COUNSEL:
BARKER, LEON, FANCHER &
MATTHYS, L.L.P.

Mr. Trey Martinez
Martinez, Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
(956) 546-7159; FAX: (956) 544-0602

Co-Counsel for Defendant
Hartford Lloyd's Insurance Company

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and Defendant have conferred in good faith regarding the motion and await the Court's ruling as to its disposition.

F. Edward Barker
State Bar No. 01741000
Federal I.D. No. 970
Attorney-in-Charge for Defendant
Hartford Lloyd's Insurance Company
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
(361) 881-9217; FAX: (361) 882-6590

OF COUNSEL:
BARKER, LEON, FANCHER &
MATTHYS, L.L.P.

Mr. Trey Martinez
Martinez, Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
(956) 546-7159; FAX: (956) 544-0602

Co-Counsel for Defendant
Hartford Lloyd's Insurance Company

## CERTIFICATE OF SERVICE

I, F. Edward Barker, certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, in the manner set forth below, on this the ___ day of _____, 2005.

**Via E-Certified Mail**
Mr. Ruben R. Pena
LAW OFFICES OF RUBEN R. PENA
222 West Harrison
P.O. Box 530160
Harlingen, Texas 78550

*Plaintiff's Counsel*

**Via E-Certified Mail**
Mr. Victor M. Carrera
Mr. Roger H. Reed
Mr. Alberto L. Guerrero
REED, CARRERA, McLAIN & GUERRERO, LLP
1 Paseo del Prado, Bldg. 101
Edinburg, TX 78539

*Plaintiff's Additional Counsel*

**Via U.S. Mail**
Mr. Trey Martinez
Martinez, Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

*Co-Counsel for Defendant
Hartford Lloyd's Insurance Company*

F. Edward Barker