IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY INC. | § § § | |
| | § | CIVIL ACTION NO. B-04-111 |
| VS. | § § § | |
| HARTFORD LLOYD'S INSURANCE COMPANY | § § | "BENCH TRIAL" |

**ORDER GRANTING DEFENDANT HARTFORD LLOYD'S INSURANCE COMPANY'S MOTION FOR IN CAMERA INSPECTION AND PROTECTIVE ORDER**

Came on to be considered Defendant Hartford Lloyd's Insurance Company's Motion for In Camera Inspection and Protective Order and having considered the evidence and argument, it is the opinion of this Court that said motion is well taken and should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Defendant Hartford Lloyd's Insurance Company's Motion for In Camera Inspection and Protective Order is hereby GRANTED; and that the discovery and disclosure SHALL NOT BE ALLOWED of said document (00641) for which Defendant Hartford is claiming privilege, and that such privilege shall survive this litigation and continue to have full force and effect even after final resolution of this case.

Signed on this the _____ day of _____, 2005

_____
JUDGE PRESIDING