CASE NO. C.A. B04-111

INSTRUMENT NO. _____

# SEALED RECORD

DESCRIPTION OF CONTENTS: 4/4/05: Evidentiary document (Bates stamped 00641), attached to Defendant HARTFORD LLOYD'S INSURANCE COMPANY's Motion for In Camera Inspection & Protective Order, SEALED.

SEALED BY ORDER OF THE COURT AND MAY NOT BE OPENED UNLESS BY ORDER OF THE COURT.