IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC. | § § § | |
| vs. | § § | CIVIL ACTION NO. B-04-111 |
| HARTFORD LLOYD'S INSURANCE COMPANY | § § § | |

## ORDER

On this date came on for consideration Plaintiff's Cross-Motion for Partial Summary Judgment on the Issue of Coverage, and Defendant's 12(B)(6) Motion to Dismiss or Alternatively for Summary Judgment. Upon consideration of such pleadings, the authorities submitted, and the arguments of the parties, the Court is the opinion that Plaintiff's Motion is well taken, and the same is hereby in all things **GRANTED**. The Court is further of the opinion that Defendant's Motion is not meritorious, and the same is hereby in all things **DENIED**.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED**, as follows:

a. that Peacock, its subrogees, and their assignees, have and recover from Hartford Lloyd's Insurance Company the full amount of coverage authorized under the policy per occurrence, One Million Dollars ($1,000,000.00);

b. that Peacock, its subrogees, and their assignees, have and recover from Hartford Lloyd's Insurance Company statutory damages to which they are entitled under the Texas Insurance Code due to Hartford Lloyd's wrongful denial of coverage, in the amount of _____;

---

c.  that Peacock, and its subrogees, have and recover their expenses and attorney's fees incurred in the underlying litigation, as contractual damages under the policy, the amount of which to be determined at a subsequent evidentiary hearing;

d.  that Peacock, its subrogees, and their assignees, have and recover their attorney's fees and expenses herein in pursuit of Peacock's claims and causes of action against Hartford Lloyd's in the present lawsuit, the amount of which to be determined at a subsequent evidentiary hearing;

e.  that the Court, at a subsequent hearing, determine if Peacock, its subrogees, and their assignees are entitled to recover extra contractual damages against Hartford Lloyd's under the common law of Texas; and

f.  that Hartford Lloyd's take nothing by virtue of its Counterclaim for Declaratory Judgment filed against Peacock.

An evidentiary hearing is hereby set for the ___ day of _____, 2005, at _____ o'clock __.m. for hearing and disposition of such matters as are are not addressed in this Order.

SIGNED this ___ day of _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

*Peacock Construction v. Hartford*; Order Granting Partial Summary Judgment -- p. 2 of 2 pgs.