IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC., | § § § | |
| v. | § § | CIVIL ACTION NO. B-04-111 |
| HARTFORD LLOYD'S INSURANCE COMPANY | § § § | |

# EXHIBITS TO

"PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF COVERAGE, AND RESPONSE IN OPPOSITION TO DEFENDANT'S 12(B)(6) MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT (*WITH AUTHORITIES*)"