# EXHIBIT "C"

## TO THE AFFIDAVIT
## OF
## WILLIAM T. PEACOCK, JR.

*Revised
July 20, 200!*

1997 EDITION

# AIA DOCUMENT | A101-1997

## *Standard Form of Agreement Between Owner and Contractor*
## *where the basis of payment is a STIPULATED SUM*

**A G R E E M E N T** made as of the
in the year    **2001**
*(In words, indicate day, month and year)*

**23ᵗʰ**    day of    **August**

This document has impor-
tant legal consequences.
Consultation with an
attorney is encouraged
with respect to its
completion or modification

**BETWEEN** the Owner:    Las Dunas, Inc.
*(Name, address and other information)*    Gulf Boulevard
South Padre Island, Texas

AIA Document A201-1997,
General Conditions of the
Contract for Construction, is
adopted in this document by
reference. Do not use with
other general conditions
unless this document is
modified.

and the Contractor:    Peacock Construction Co., Inc.
*(Name, address and other information)*    801 East Grimes
Harlingen, Texas  78550

This document has been
approved and endorsed by
The Associated General
Contractors of America.

The Project is:    Las Dunas Condominiums
*(Name and location)*    4212 Gulf Boulevard
South Padre Island, Texas 78597

EXHIBIT
C

The Architect is:    Labunski Associates Architects
*(Name, address and other information)*    3301 S. Expressway 83, Suite A3
Harlingen, Texas  78550



*Revised*
*July 20, 2001*

1997 EDITION

## AIA DOCUMENT | A101-1997

# *Standard Form of Agreement Between Owner and Contractor where the basis of payment is a STIPULATED SUM.*

**AGREEMENT** made as of the                    day of
in the year
*(In words, indicate day, month and year)*

**BETWEEN** the Owner:          Las Dunas, Inc.
*(Name, address and other information)*  Gulf Boulevard
                                South Padre Island, Texas

and the Contractor:            Peacock Construction Co., Inc.
*(Name, address and other information)*  801 East Grimes
                                Harlingen, Texas   78550

The Project is:                Las Dunas Condominiums
*(Name and location)*          4212 Gulf Boulevard
                                South Padre Island, Texas 78597

The Architect is:              Labunski Associates Architects
*(Name, address and other information)*  3301 S. Expressway 83, Suite A3
                                Harlingen, Texas   78550

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

AIA Document A201-1997, General Conditions of the Contract for Construction, is adopted in this document by reference. Do not use with other general conditions unless this document is modified.

This document has been approved and endorsed by The Associated General Contractors of America.



©1997

## ARTICLE 1  THE CONTRACT DOCUMENTS

The Contract Documents consist of this Agreement, Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addenda issued prior to execution of this Agreement, other documents listed in this Agreement and Modifications issued after execution of this Agreement; these form the Contract, and are as fully a part of the Contract as if attached to this Agreement or repeated herein. The Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. An enumeration of the Contract Documents, other than Modifications, appears in Article 8.

## ARTICLE 2  THE WORK OF THIS CONTRACT

The Contractor shall fully execute the Work described in the Contract Documents, except to the extent specifically indicated in the Contract Documents to be the responsibility of others.

## ARTICLE 3  DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

**3.1**    The date of commencement of the Work shall be the date of this Agreement unless a different date is stated below or provision is made for the date to be fixed in a notice to proceed issued by the Owner.
*(Insert the date of commencement if it differs from the date of this Agreement or, if applicable, state that the date will be fixed in a notice to proceed.)*

If, prior to the commencement of the Work, the Owner requires time to file mortgages, mechanic's liens and other security interests, the Owner's time requirement shall be as follows:

```
Date of Commencement will be fixed in a "Notice
to Proceed" letter.
```

**3.2**    The Contract Time shall be measured from the date of commencement.

**3.3**    The Contractor shall achieve Substantial Completion of the entire Work not later than 465 days from the date of commencement, or as follows:
*(Insert number of calendar days. Alternatively, a calendar date may be used when coordinated with the date of commencement. Unless stated elsewhere in the Contract Documents, insert any requirements for earlier Substantial Completion of certain portions of the Work.)*

*Final completion shall be within 30 days of receipt of the punch list from Owner and Architect.*

, subject to adjustments of this Contract Time as provided in the Contract Documents.
*(Insert provisions, if any, for liquidated damages relating to failure to complete on time or for bonus payments for early completion of the Work.)*



© 1997   A I A ®
AIA DOCUMENT A101-1997
OWNER-CONTRACTOR
AGREEMENT

## ARTICLE 4 CONTRACT SUM

**4.1**   The Owner shall pay the Contractor the Contract Sum in current funds for the Contractor's performance of the Contract. The Contract Sum shall be **Six Million Seven Hundred Seven Thousand Eight Hundred & 00/xx**   Dollars ($ 6,707,800.00 ), subject to additions and deductions as provided in the Contract Documents.

**4.2**   The Contract Sum is based upon the following alternates, if any, which are described in the Contract Documents and are hereby accepted by the Owner:

*(State the numbers or other identification of accepted alternates. If decisions on other alternates are to be made by the Owner subsequent to the execution of this Agreement, attach a schedule of such other alternates showing the amount for each and the date when that amount expires.)*

**See Amended Outline Specifications.**

**4.3**   Unit prices, if any, are as follows:

```
Alternates - Add if Accepted.                    #6 Betterment Fund
   #1   Storefront                                   Add  $24,000.00
         Add $440,500.00
   #2   Windows
         Add $205,000.00
   #3   Aluminum Handrails
         Add $ 88,400.00
   #4   Door Units
         Add $ 75,000.00
   #5   Deduct for Surewall    ($40,900.00)
```

## ARTICLE 5 PAYMENTS

### 5.1   PROGRESS PAYMENTS

**5.1.1**   Based upon Applications for Payment submitted to the Architect by the Contractor and Certificates for Payment issued by the Architect, the Owner shall make progress payments on account of the Contract Sum to the Contractor as provided below and elsewhere in the Contract Documents.

**5.1.2**   The period covered by each Application for Payment shall be one calendar month ending on the last day of the month, or as follows:

**5.1.3**   Provided that an Application for Payment is received by the Architect not later than the **30th** day of a month, the Owner shall make payment to the Contractor not later than the **10th** day of the **following** month. If an Application for Payment is received by the Architect after the application date fixed above, payment shall be made by the Owner not later than **ten (10)** days after the Architect receives the Application for Payment.

**5.1.4**   Each Application for Payment shall be based on the most recent schedule of values submitted by the Contractor in accordance with the Contract Documents. The schedule of values shall allocate the entire Contract Sum among the various portions of the Work. The schedule of values shall be prepared in such form and supported by such data to substantiate its accuracy as the Architect may require. This schedule, unless objected to by the Architect, shall be used for reviewing the Contractor's A



© 1997   AIA ®
AIA DOCUMENT A101-1997
OWNER-CONTRACTOR

**5.1.5** Applications for Payment shall indicate the percentage of completion of each portion of the Work as of the end of the period covered by the Application for Payment.

**5.1.6** Subject to other provisions of the Contract Documents, the amount of each progress payment shall be computed as follows:

    .1 Take that portion of the Contract Sum properly allocable to completed Work as determined by multiplying the percentage completion of each portion of the Work by the share of the Contract Sum allocated to that portion of the Work in the schedule of values, less retainage of **Five** percent ( **5** %). Pending final determination of cost to the Owner of changes in the Work, amounts not in dispute shall be included as provided in Subparagraph 7.3.8 of AIA Document A201-1997;

    .2 Add that portion of the Contract Sum properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the completed construction (or, if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing), less retainage of **Five** percent ( **5** %);

    .3 Subtract the aggregate of previous payments made by the Owner; and

    .4 Subtract amounts, if any, for which the Architect has withheld or nullified a Certificate for Payment as provided in Paragraph 9.5 of AIA Document A201-1997.

**5.1.7** The progress payment amount determined in accordance with Subparagraph 5.1.6 shall be further modified under the following circumstances:

    .1 Add, upon Substantial Completion of the Work, a sum sufficient to increase the total payments to the full amount of the Contract Sum, less such amounts as the Architect shall determine for incomplete Work, retainage applicable to such work and unsettled claims; and *(Subparagraph 9.8.5 of AIA Document A201-1997 requires release of applicable retainage upon Substantial Completion of Work with consent of surety, if any.)*

    .2 Add, if final completion of the Work is thereafter materially delayed through no fault of the Contractor, any additional amounts payable in accordance with Subparagraph 9.10.3 of AIA Document A201-1997.

**5.1.8** Reduction or limitation of retainage, if any, shall be as follows:
*(If it is intended, prior to Substantial Completion of the entire Work, to reduce or limit the retainage resulting from the percentages inserted in Clauses 5.1.6.1 and 5.1.6.2 above, and this is not explained elsewhere in the Contract Documents, insert here provisions for such reduction or limitation.)*

**5.1.9** Except with the Owner's prior approval, the Contractor shall not make advance payments to suppliers for materials or equipment which have not been delivered and stored at the site.

**5.2 FINAL PAYMENT**
**5.2.1** Final payment, constituting the entire unpaid balance of the Contract Sum, shall be made by the Owner to the Contractor when:

© 1997 · AIA ®

5.2.2 .The Owner's final payment to the Contractor shall be made no later than 30 days after the issuance of the Architect's final Certificate for Payment, or as follows:

## ARTICLE 6 TERMINATION OR SUSPENSION

6.1    The Contract may be terminated by the Owner or the Contractor as provided in Article 14 of AIA Document A201-1997.

6.2    The Work may be suspended by the Owner as provided in Article 14 of AIA Document A201-1997.

## ARTICLE 7 MISCELLANEOUS PROVISIONS

7.1    Where reference is made in this Agreement to a provision of AIA Document A201-1997 or another Contract Document, the reference refers to that provision as amended or supplemented by other provisions of the Contract Documents.

7.2    Payments due and unpaid under the Contract shall bear interest from the date payment is due at the rate stated below, or in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located.
*(Insert rate of interest agreed upon, if any.)*

*(Usury laws and requirements under the Federal Truth in Lending Act, similar state and local consumer credit laws and other regulations at the Owner's and Contractor's principal places of business, the location of the Project and elsewhere may affect the validity of this provision. Legal advice should be obtained with respect to deletions or modifications, and also regarding requirements such as written disclosures or waivers.)*

7.3    The Owner's representative is:
*(Name, address and other information)*

```
Martha Elena Paez - Principal
Jesus Valencia - Contact person for project correspondence
```

7.4    The Contractor's representative is:
*(Name, address and other information)*

```
William T. Peacock - Principal
Tre' Peacock - Project Manager
```

7.5    Neither the Owner's nor the Contractor's representative shall be changed without ten days' written notice to the other party.

7.6    Other provisions:





**ARTICLE 8 ENUMERATION OF CONTRACT DOCUMENTS**

**8.1** The Contract Documents, except for Modifications issued after execution of this Agreement, are enumerated as follows:

**8.1.1** The Agreement is this executed 1997 edition of the Standard Form of Agreement Between Owner and Contractor, AIA Document A101-1997.

**8.1.2** The General Conditions are the 1997 edition of the General Conditions of the Contract for Construction, AIA Document A201-1997.

**8.1.3** The Supplementary and other Conditions of the Contract are those contained in the Project Manual dated                                       , and are as follows:

Document                          Title                                    Pages

Outline Specifications – Revised Date July 10, 2001

**8.1.4** The Specifications are those contained in the Project Manual dated as in Subparagraph 8.1.3, and are as follows:
*(Either list the Specifications here or refer to an exhibit attached to this Agreement.)*

Section                          Title                                    Pages

Project Manuals unless revised by Peacock Construction Co. Outline Specifications.

**8.1.5** The Drawings are as follows, and are dated                          unless a different date is shown below:
*(Either list the Drawings here or refer to an exhibit attached to this Agreement.)*

Number                          Title                                    Date

Index of Drawings
See "ATTACHMENT B"



© 1997   AIA ®
AIA DOCUMENT A101-1997

**8.1.6** The Addenda, if any, are as follows:

| Number | Date | Pages |
|--------|------|-------|
| One | June 25, 2001 | |
| Two | June 25, 2001 | |
| Three | June 26, 2001 | |

Portions of Addenda relating to bidding requirements are not part of the Contract Documents unless the bidding requirements are also enumerated in this Article 8.

**8.1.7** Other documents, if any, forming part of the Contract Documents are as follows:
*(List here any additional documents that are intended to form part of the Contract Documents. AIA Document A201-1997 provides that bidding requirements such as advertisement or invitation to bid, Instructions to Bidders, sample forms and the Contractor's bid are not part of the Contract Documents unless enumerated in this Agreement. They should be listed here only if intended to be part of the Contract Documents.)*

1) Revised Schedule of Values July 20, 2001
2) Revised Outline Specifications  July 10, 2001
3) Revised Schedule
4) Contract Conditions
5) Supplemental General Conditions

This contract is contingent upon the approval of International Bank.

This Agreement is entered into as of the day and year first written above and is executed in at least three original copies, of which one is to be delivered to the Contractor, one to the Architect for use in the administration of the Contract, and the remainder to the Owner.

Las Dunes, Inc.                     Peacock Construction Co., Inc.
by:
OWNER (Signature)                   CONTRACTOR (Signature)

                                    William T. Peacock
(Printed name and title)            (Printed name and title)



CAUTION: You should sign an original AIA document or a licensed reproduction. Originals contain the AIA logo printed in red; licensed reproductions are those produced in accordance with the Instructions to this document.

© 1997   A I A®
AIA DOCUMENT A101-1997
OWNER-CONTRACTOR
AGREEMENT

The American Institute

**"ATTACHMENT B"**

# PERMIT/CONSTRUCTION SET NO.



## INDEX OF DRAWINGS

### GENERAL

| | |
|---|---|
| G-0.1 | COVER SHEET |
| G-1.1 | SURVEY |
| G-2.0 | SITE DEVELOPMENT - MITIGATION & GRADING PLAN |
| G-2.1 | DRAINAGE PLAN |

### SITE

| | |
|---|---|
| A-0.1 | SITE DEVELOPMENT - SITE PLAN, DETAILS & ROUGH GRADING |
| A-1.2.1 | SITE PLAN |
| A-1.2.2 | SITE DETAILS |
| A-1.2.3 | TRASH ENCLOSURE PLAN AND DETAILS |

### COVERED PARKING & PORTE COCHERE

| | |
|---|---|
| A-1.3.1 | COVERED PARKING & PORTE COCHERE PLAN |
| A-1.3.2 | COVERED PARKING & PORTE COCHERE ELEVATIONS |
| A-1.3.3 | COVERED PARKING & PORTE COCHERE DETAILS |
| S-1.3.1 | COVERED PARKING FOUNDATION PLAN & DETAILS |
| S-1.3.2 | COVERED PARKING FLOOR PLAN & DETAILS |
| S-1.3.3 | COVERED PARKING ROOF PLAN & DETAILS |

### SUPPORT BUILDING

| | |
|---|---|
| A-1.4.1 | SUPPORT BUILDING PLAN |
| A-1.4.2 | SUPPORT BUILDING DETAILS |
| S-1.3 | SUPPORT BLDG - FOUNDATION PLAN & DETAILS |
| S-1.3 | SUPPORT BLDG - CONTEC MASONRY PLAN & DETAILS |
| S-1.3 | SUPPORT BLDG - CONTEC MASONRY DETAILS |
| S-1.4 | SUPPORT BLDG - FRAMING PLAN & DETAILS |
| MP-1.4.1 | HVAC AND PLUMBING PLANS SUPPORT BUILDING |
| E-1.4.1 | ELECTRICAL PLANS SUPPORT BUILDING |

### CABANA & POOL/SPA

| | |
|---|---|
| A-1.3.1 | CABANA PLAN & DETAILS |
| S-1.1 | CABANA PILE LAYOUT PLAN, FOUNDATION PLAN & DETAILS |
| S-1.2 | CABANA MASONRY/ROOF FRAMING PLAN & DETAILS |
| MP-1.3.1 | CABANA MECHANICAL, ELECTRICAL, LIGHTING, PLUMBING |
| A-1.3.1 | POOL, SPA & EQUIPMENT PLAN |

### TOWER BUILDING

**ARCHITECTURAL**

| | |
|---|---|
| A-2.1 | LEVEL 1 FLOOR PLAN |
| A-2.2 | LEVEL 2 FLOOR PLAN |
| A-2.3 | TYPICAL LEVELS 3-11 FLOOR PLAN |
| A-2.4 | LOWER ROOF PLAN |
| A-2.5 | UPPER ROOF PLAN |
| A-3.1 | WEST EXTERIOR ELEVATIONS |
| A-3.2 | SOUTH & EAST EXTERIOR ELEVATIONS |
| A-4.1 | BUILDING SECTIONS |
| A-4.2 | BUILDING SECTIONS |
| A-4.3 | BUILDING SECTIONS |
| A-5.1 | WALL SECTIONS & DETAILS |
| A-5.2 | WALL SECTIONS & DETAILS |
| A-6.1 | INTERIOR ELEVATIONS AND STAIRWAY SECTIONS |
| A-6.2 | ROOM FINISH, WINDOW & DOOR SCHEDULES |
| A-6.3 | HEAD/JAMB/SILL DETAILS |
| A-7.1 | REFLECTED CEILING PLAN LEVEL 1 |
| A-7.2 | REFLECTED CEILING PLAN LEVELS 2-11 |

**LANDSCAPE**

| | |
|---|---|
| L-1.1 | LANDSCAPE PLAN |

**STRUCTURAL**

| | |
|---|---|
| S-2.1 | PILE LAYOUT PLAN |
| S-2.2 | FOUNDATION PLAN AND DETAILS |
| S-2.3 | FOUNDATION DETAILS |
| S-2.4 | FIRST FLOOR MASONRY PLAN |
| S-2.5 | TYPICAL UPPER MASONRY LAYOUT PLAN (2-11) |
| S-2.5 | ROOF PLAN, STAIRWAY AND ELEV. ROOM PLAN |
| S-2.6 | MASONRY DETAILS |
| S-2.7 | TYPICAL FLOOR FRAMING PLAN |
| S-2.8 | HOLLOW CORE CONCRETE PLANK DETAILS |

**MECHANICAL/ELECTRICAL/PLUMBING**

| | |
|---|---|
| PC-1.1 | UTILITY SITE PLAN |
| M-1.1 | HVAC PLAN - LEVEL 1 |
| M-1.2 | HVAC PLAN - TYPICAL LEVEL 2 thru 10 |
| M-1.3 | HVAC PLAN - LEVEL 11 |
| M-1.4 | HVAC PLAN - LEVEL 11 LOWER ROOF |
| M-2.1 | HVAC PLANS, SCHEDULES & DETAILS |
| E-1.1 | POWER PLAN - LEVEL 1 |
| E-1.2 | POWER PLAN - TYPICAL LEVEL 2 thru 10 |
| E-1.3 | POWER PLAN - LEVEL 11 |
| E-1.4 | POWER PLAN - LEVEL 11 LOWER ROOF |
| E-2.1 | ELECTRICAL SCHEDULES |
| E-3.1 | FIRE ALARM, TELEPHONE, & CATV RISER DIAGRAMS |
| E-3.2 | ELECTRICAL RISER DIAGRAM |
| P-1.1 | PLUMBING PLAN - LEVEL 1 |
| P-1.2 | PLUMBING PLAN - TYPICAL LEVEL 2 thru 10 |
| P-1.3 | PLUMBING PLAN - LEVEL 11 |
| P-2.1 | PLUMBING DETAILS & SCHEDULES |
| A-A.1 | PLUMBING RISERS |

ISSUE/REVISION LOG

# LAS DUNAS CONDOMINIUMS - S.P.I.

(Revised) July 24, 2001

| | | | |
|---|---|---|---|
| General Conditions | | $ | 35,000.00 |
| Building Permit | | $ | 35,000.00 |
| Bond | | $ | 62,300.00 |
| Insurance | | $ | 56,300.00 |
| Tap Fees | | $ | 16,000.00 |
| Testing (Allowance) | | $ | 8,000.00 |
| Equipment & Machinery | | $ | 35,000.00 |
| Crane | | $ | 85,000.00 |
| Sitework | | $ | 7,500.00 |
| Paving | | $ | 12,800.00 |
| Concrete Pavers | | $ | 63,000.00 | Deleted 5% |
| Miscellaneous Concrete | | $ | 8,000.00 |
| Fence Walls | | $ | 38,000.00 | Deleted columns in front of fence |
| Landscape/ Irrigation (Allowance) | | $ | 27,000.00 | Reduced |
| Pilings | - Drill | $ | 129,000.00 |
| | - Concrete | $ | 55,000.00 |
| | - Rebar | $ | 14,300.00 |
| | - Labor | $ | 20,000.00 |
| Termite Control | | $ | 1,500.00 |
| Foundation | - Concrete | $ | 26,000.00 |
| | - Rebar | $ | 15,000.00 |
| | - Mason Rebar | $ | 22,700.00 |
| | - Labor | $ | 20,000.00 |
| | - Miscellaneous | $ | 6,000.00 |
| PIP Concrete | | $ | 130,000.00 |
| Concrete Topping | | $ | 80,000.00 |
| Metal Pan Stairs/Concrete | | $ | 51,000.00 |
| Concrete Planks | | $ | 380,000.00 | Reduced |
| Plank Erection | | $ | 170,000.00 |
| Masonry | | $ | 562,400.00 |
| Miscellaneous Steel | | $ | 10,000.00 |
| Handrails - Aluminum (Add Allow Option) | | $ | 88,400.00 |
| Aluminum Gates | | $ | 3,400.00 |
| Gate Operators | | $ | 12,600.00 |
| Carpentry Material | | $ | 17,000.00 |
| Carpentry & Miscellaneous Labor | | $ | 130,000.00 |
| Cabinets | | $ | 206,500.00 |
| Formica Tops | | $ | 11,500.00 |
| Marble Tops | | $ | 22,000.00 |
| Metal Shelving (Allowance) | | $ | 8,000.00 |
| Trim | | $ | 10,000.00 |
| Built Up Roof | | $ | 71,000.00 |
| Caulk and WP | | $ | 30,000.00 |

| | | | |
|---|---|---|---|
| Hollow Metal | $ | 8,800.00 | |
| Door Units (Add Allow. Option) | $ | 75,000.00 | |
| Mirror Doors | $ | 16,000.00 | Reduced |
| Finish Hardware (Allowance) *down part* | $ | 23,000.00 | Reduced |
| Miscellaneous Hardware | $ | 15,000.00 | |
| Storefront (Add Allow. Option) | $ | 440,500.00 | Deleted |
| Mirrors | $ | 15,000.00 | Deleted side mirrors |
| Windows ( Add Allow Option) | $ | 205,000.00 | Deleted |
| Window Labor | $ | 11,000.00 | |
| Shower Doors | $ | 22,000.00 | |
| EIFS/ Stucco ( Deductive Option) | $ | 483,200.00 | $ (40,900.00) |
| Metal Framing System | $ | 207,100.00 | |
| Drywall and Insulation | $ | 154,000.00 | |
| Ceramic Tile   - Material (Allowance) | $ | 61,700.00 | .Revised |
|                - Labor | $ | 69,000.00 | Revised |
| Carpet       - Material (Allowance) | $ | 65,000.00 | Reduced |
|                - Labor | $ | 17,500.00 | |
| Paint | $ | 144,000.00 | |
| Exterior Coating | $ | 40,000.00 | |
| Fire Extinguishers | $ | 2,000.00 | |
| Signage  (Allowance) | $ | 8,000.00 | |
| Toilet Accessories  (Allowance) | $ | 14,000.00 | |
| Appliances  (Allowance) | $ | 60,000.00 | |
| Pool/ Spa (Allowance) | $ | 43,000.00 | For Spa |
| Elevators | $ | 245,000.00 | |
| Plumbing System | $ | 488,000.00 | |
| Plumbing Fixtures (Allowance) | $ | 75,000.00 | |
| Fire Control | $ | 143,000.00 | |
| HVAC | $ | 228,000.00 | |
| Electrical | $ | 515,200.00 | |
| Electrical Fixtures (Allowance) | $ | 55,000.00 | |
| Final Clean Up | $ | 12,000.00 | |
| Dumpster | $ | 36,000.00 | |
| Trash Chute | $ | 7,500.00 | |
| Support Building | $ | 77,000.00 | |
| Cabana | $ | 26,000.00 | |
| Carports/ Walkway | $ | 180,000.00 | |
| Restroom Building | $ | 12,000.00 | |
| Betterment Fund | $ | 24,000.00 | |
| Contractor Fee | $ | 425,000.00 | |
| | | | |
| Subtotal | $ | 7,540,700.00 | $ (40,900.00) |
| Preliminary Sitework | $ | 134,000.00 | |
| Total | $ | 7,674,700.00 | |

August 23, 2001

# LAS DUNAS CONDOMINIUMS – SOUTH PADRE ISLAND
## *REVISED* BUDGET ESTIMATE DETAIL

**GENERAL CONDITIONS:**
   AGC fee for receiving subcontractor and supplier bids.
   Project Signs
   Construction Office
   Sanitary Toilets
   Temporary electric and water
   Drinking Water & Cups
   Telephone / Fax
   Security Fencing
   Fire Ext. & First Aid kits
   OSHA Safety equipment
   Delivery Costs
   Misc. Items
   Close Out Documents

**BUILDING PERMIT:**
   South Padre Island building permit fee is $7.00 per $1000.00 of value.
   Based on $5,000,000.00 cost.

**BONDS:**
   Performance bond is to insure the project is completed.
   Payment bond is to insure that all suppliers are paid in full, eliminating any liens.
   The City of South Padre Island requires local Contractor bond.

**INSURANCE:**
   Total cost of insurance is $56,300.00, which consists of the following
   Builder's Risk        $20,200.00
   Windstorm Ins.        $20,800.00
   Excess Wind           $ 9,000.00
   Flood                 $ 6,300.00

**TAP FEES:**
   Water connection fee and deposit on meter.
   Sewer connection fee.
   Fire line connection fee and deposit on meter.

**TESTING:    (ALLOWANCE)**
> An approved testing lab to test concrete strength, masonry mortars strength and densities of the sub grade and sub base at the paving and building areas. Allowance $8,000.00

**EQUIPMENT AND MACHINERY:**
> Costs include backhoe, forklift, rental of water pump, concrete saws, concrete hole cutters and miscellaneous items. Note scaffolding furnished by subcontractors.

**CRANE RENTAL:**
> Costs associated with the set-up / takedown / monthly rental fees for the track crane.  The track crane with a hundred-foot boom and a sixty-foot stick appears to be sufficient for this project.

**SITEWORK:**
> Includes caliche base for the crane to operate.  Piling dredge to be removed from site.  Misc. progress grading.  Finish grade with topsoil around building and parking.

**PAVING:**
> Caliche base for concrete pavers.

**CONCRETE PAVERS:**
> Concrete brick pavers installed, including 5% reduction in amount shown on plans.

**MISC. CONCRETE:**
> Concrete curbs @ pavers, concrete approach, pool & spa equipment pads, transformer pad, trash pad and carstops.

**FENCE WALLS:**
> Includes the concrete beams as noted over concrete pilings @ 20'-0" o.c..  Includes cmu walls and stucco finish.   Includes fencing at trash enclosure and columns at pool area.  All fences to be 6'0" in height.   Delete cmu columns at back and side walls.

**LANDSCAPE:ALLOWANCE)**
> Includes landscape materials & labor per plan.  Also includes irrigation system.

**PILINGS:**
> Drill and case pilings with steel tube.  Poured concrete with rebar reinforcing.  These are to be friction pilings based on the structural plans.  Precast pilings cost are included at fence walls and carports.  Line items.

**TERMITE CONTROL:**
> Treat soil with Durasban C to eliminate termites.  All soil within five feet of foundation to be treated as well as sides of beams.

2

**FOUNDATION:**
Includes all cost associated with the concrete foundation. Includes reinforce concrete beams as designed by the structural engineer. Reinforced concrete slab poured over beams with a 6 mil plastic vapor barrier. Hard trowel finish is required on slab and is to be cured by water ponding or chemical. Reinforcing rebar for masonry to be embedded into foundation.

**PIP CONCRETE:**
Includes reinforced concrete columns and beams per plan. Also includes poured in place elevator floors. Includes labor and equipment.

**CONCRETE TOPPING:**
Includes a 2" fiberglass reinforced concrete topping at all balconies and living areas noted. Also includes gyp-crete topping at all living areas.

**CONCRETE STAIRS:**
Includes structural steel pan stairs with fiberglass reinforced concrete at steps.

**CONCRETE PLANKS:**
Prestressed concrete floor planks to be installed at each floor and the roof. Size, thickness and layout of the planks are per plan. Planks to be grouted at seams and ceiling v-joints to be ground to a smooth finish.

**MASONRY:**
Lightweight concrete masonry units to be installed with Type S mortar. The units are to be factory treated with "Drylock" and mortar is to have "Drylock" additive. Bond beam cells and vertical cells as noted shall be filled will 3000# concrete. Rebar to be installed in this contract but the material is listed in foundation rebar.

**MISCELLANEOUS STEEL:**
Includes steel wall angles, lintels, columns, beams, etc. to compliment masonry structure. Also includes elevator ladders.

**HANDRAILS:**
Includes clear anodized aluminum railings with handrails at all balconies.
Includes clear handrails at metal pan stairways.

**ALUMINUM OPERABLE GATES:**
Includes aluminum gates and operators.

**CARPENTRY MATERIAL:**
Carpentry material includes all shoring, blocking and miscellaneous framing.

**CARPENTRY & MISC. LABOR:**

Carpentry labor includes rough carpentry, blocking, trim carpentry, wire shelving, exterior & interior door installation, hardware installation, fire extinguisher installation, toilet accessory installation, appliance installation and misc. builders products. Misc. labor to include concrete plank bond beam, equipment operators, progress clean up and misc. Delete interior shutters.

**CABINETS:**

Includes all kitchen cabinetry and bath vanities equal to "Wood Mode – Brookhaven" cabinetry installed. Revised plans.

**CABINET TOPS:**

All kitchen cabinets to receive plastic laminate post form tops.

**MARBLE TOPS:**

All vanities to receive cultured marble counter tops with integral lavatory bowls.

**TRIM & SHELVING:**

Includes 2 ¼" paint grade wood base, window sill trim and door casing. Window sills to be 1x 6 paint grade wood. Pantry and misc. shelves to be fixed coated wire. Closet shelves to be coated wire with integral clothes hangers. Includes $8,000.00 allowance for wire shelving material.

**ROOFING:**

Roofing system to include modified bitumen roof membrane (12-year warranty) at high roof. Flashing to be anodized aluminum. Delete all metal roofs.

**CAULK & WATERPROOFING:**

All masonry expansion joints to receive backer rod and NP-1 caulk. Waterproof membrane at balconies.

**HOLLOW METAL:**

Includes fire rated doors and frames at stairways.

**DOORS & FRAMES: (ALLOWNACE)**

All exterior doors to be "Weather All" treated wood frames with 3-panel fiberglass doors. These door units shall have integral thresholds and weather strips. All interior doors to be standard paint grade wood frames with molded masonite raised 3-panel doors and wood casing. Delete door #9

**MIRROR DOORS:**

Painted steel mirror by pass doors per plan.
Includes bifold mirror doors @ Dressing #1 and 3 panel door at laundry per revised drawings.

4

**FINISH HARDWARE:     (ALLOWANCE)**

Exterior doors to receive stainless steel butts, locksets equal to Schlage F-series with 2 3/8" backsets, peep holes and door stops.
Interior doors to receive aluminum butts, locksets equal to Schlage F-series with 2 3/8' backsets and doorstops.
Stairway doors to receive stainless butts, locksets equal to Schlage A series with 2 ¾" backsets.

**MISCELLANEOUS HARDWARE:**

Includes nails, drywall screws, bolts, tapcons, power actuated loads & pins, hurricane clips, misc. tools, brooms, mops, adhesives, sandpaper, grinding pads, saw blades, hammer drill tips and miscellaneous items.

**STOREFRONT: (ALLOWANCE)**

Includes clear anodized aluminum storefront with clear tempered glass. The estimate is for full height storefront, aluminum storefront doors (2) and hardware.

**MIRRORS:**

Plate mirrors per plan.

**WINDOWS: (ALLOWANCE)**

Windows to be impact resistant vinyl as manufactured by "Modern" windows.
Plan schedule notes single hung and fixed. Including sliding glass doors.

**SHOWER DOORS:**

Includes swinging and sliding glass shower and tub enclosures.

**EIFS / STUCCO:**

Exterior insulation and finish system equal to "Dryvit".

**METAL FRAMING SYSTEM:**

Metal studs to be 3 5/8"galvanized 25 gauge at all interior walls. Any 6" studs required shall be 20 gauge. All stripping of exterior walls shall be 20 gauge galvanized furring channel. All concrete ceilings to be stripped with same. Studs and furring channel to be placed at 24"o.c..

**DRYWALL & INSULATION:**

Fiberglass batt sound attenuation insulation is required at all restroom walls, kitchen walls, laundry room walls and A/C closet walls.
All metal stud walls, ceilings and furr downs to receive 5/8" fire code sheet rock.

**CERAMIC WALL TILE:**

Includes all ceramic tile and accessories for the showers. Allow $1.50/sq.ft. material and $2.50/sq.ft. labor, adhesive and grout.

**CERAMIC TILE FLOORS:**

Includes tile floors at kitchens, restrooms, utility rooms, hall and balconies.
Allow $1.50/sq.ft. material and $1.50/sq.ft. labor, adhesive and grout.

5

**CARPET:     (ALLOWANCE)**
> Allow $65,000.00 which includes pad, sales tax and freight. ($13.00/sq.yd.)
> Installation cost is $3.50 per sq yd.

**PAINT:**
> Drywall walls ceilings and furr downs to be tape, floated and textured.
> Concrete ceilings to be treated and sprayed with light acoustic material.
> Two coats of flat enamel paint at all walls and ceilings.
> Bathrooms and utility rooms to have semi gloss enamel.
> Wood work to receive primer and two coats of semi gloss enamel.

**EXT. COATING:**
> Elastomeric coating at all stucco areas. Coat underside of planks with spray
> texture finish.

**FIRE EXTINGUISHERS:**
> Allow two per floor.

**SIGNAGE:     (ALLOWANCE)**
> Allowance for exterior signage, labor and material.

**TOILET ACCESSORIES:  (ALLOWANCE)**
> Includes an allowance for toilet paper holder, towel bar and robe hook for each
> bathroom.

**APPLIANCES: (ALLOWANCE)**
> Allowance for S.C. range, vent hood, disposal, dishwasher, refrigerator, washer
> and dryer.

**POOL / SPA : (ALLOWANCE)**
> Allowance includes pool, heated spa and related equipment.

**ELEVATORS:**
> Includes two "Otis" standard hoist elevators.
> The cost of a portable generator to power the elevators while in construction..

**PLUMBING SYSTEM:**
> Includes all plumbing materials and labor.
> Includes fixture allowance of $75,000.00.

**FIRE CONTROL SYSEM:**
> Includes a NFPA-13R wet fire control system.

**H.V.A.C.:**
> Allowance for split system A/C units with 12 SEER at each condominium. Also
> includes bath vents at each restroom and ventilation at the stairwells.
> Includes window units A/C's @ Equipment room. No stamped grills.

6

**ELECTRICAL:**
Electrical system including light fixtures, switch gear, service and temporary lighting.
Telephone cabling, Generator, Fire Alarm and CCTV systems included.
Standard grade decora type devices with plastic plates are included in lieu of specified grade.
Light fixture Allowance $55,000.00

**CLEAN UP:**
Final cleaning of all the units.

**DUMPSTER:**
Dumpster rental required by the city of South Padre Island. Includes pull fees and dump fees.
Container is for all construction debris.

**TRASH CHUTE:**
Rental of a vertical trash chute.

**SUPPORT BUILDING:**
Two story building complete. (Includes pilings) Allow $7,500.00 for hebel material. Delete metal roof and add concrete roof tile.

**CABANA:**
One story structure complete. (Includes pilings) Allow $ 1,200.00 for hebel material. Delete all carpentry.
Includes separate Restroom Building.

**CARPORTS/WALKWAY:**
One story structures including pilings and foundation. Allow $ 25,000.00 for hebel material.

**CONTRACTOR FEE:**
Includes overhead and personnel from the main office. (Project Manager, Purchasing Agent, Secretary, comptroller and CEO) Also to include job site supervision. This amount also includes the profit to be realized from the project.

7

*Ok'd by*
*Martha Elena*

July 10, 2001



### LAS DUNAS CONDOMINIUMS
### CONTRACT CONDITIONS

Preliminary
1) Review of revised plans
2) Check with sub-contractors/ suppliers for updated costs.

Procedures
1) Traditional approval process – general contractor to architect and engineer.
2) Monthly project meetings – owner/ project manager/ design.
3) Owner's representative shall have right to observe and inspect the project at any time.
4) Owner or owner's representative shall direct all correspondence to the project manager. No correspondence with sub-contractor shall be allowed.

Time
1) Construction time (Certificate of Occupancy, Substantial Completion) 15 months.
2) Errors and omissions in design shall constitute time extension.
3) All change orders shall constitute time extensions.
4) Selections or approvals not supplied in a timely manner shall constitute time extensions.
5) Owner supplied materials require product submittals. If not furnished in a timely manner, this shall constitute a time extension.
6) No overtime will be required of general contractor.

Miscellaneous
1) All sub-contractors/ suppliers to be approved by Peacock Construction Co., Inc.
2) Change orders to be limited to finish items only. No structural or MEP changes to be allowed until after the Certificate of Occupancy is attained.
3) Punch list items must be complete before tenant occupancy. (Furniture/Decorations, O.K.)
4) No invoices to be submitted with the draw request, except for stored materials.
5) Owner Furnished items must be drawn in full on draw request before any payments are made.
6) Owner supplied items must have shop drawings and/ or product information. This information must be provided before rough-in commences. Late approvals will result in an extra cost.