## SECTION SGC - SUPPLEMENTARY GENERAL CONDITIONS

**AIA Document AIA A201, "General Conditions of the Contract", Fourteenth Edition, 1987 is hereby included as a part of this contract by reference.** The following supplements modify, change, delete from, or add to the General Conditions of the Contract for Construction, AIA Document A201, Fourteenth Edition, 1987. Where any article, paragraph, subparagraph, or clause of the General Conditions is modified or deleted by these Supplementary General Conditions, the unaltered provisions of that article, paragraph, subparagraph, or clause shall remain in effect. The Contractor is cautioned to familiarize himself with the modifications noted in these Supplementary General Conditions.

## ARTICLE 1 - GENERAL PROVISIONS

**1.2 EXECUTION, CORRELATION AND INTENT** (add the following paragraphs and subparagraphs):

**1.2.6** Each Contractor shall check the drawings and specifications thoroughly and shall notify the Architect of any discrepancies or omissions of sheets or pages. Upon notification, the Architect will provide the Contractor with any missing portions of the drawings or specifications. No discrepancies or omissions of sheets or pages of the contract documents will relieve any Contractor of his duty to provide all work required by the complete contract documents.

Any addenda issued during the time of bidding shall be covered in the proposal, and in closing the contract they will become a part thereof.

**1.2.7** Unless otherwise provided or indicated in the contract documents, the drawings and specifications shall be:

1. Scope: These specifications with the accompanying drawings are intended to describe and illustrate all material, labor, and equipment necessary to construct the project.

2. Organization: The drawings and specifications have been organized for the convenience of the Contractor by the use of cross references; when references are listed on either the drawings or in these specifications, they should not be construed necessarily as complete. Also for convenience these specifications are arranged in several sections indicated, but such separations shall not be considered as the limits of the work required of any separate trade.

3. Wording of specifications: In order to emphasize the technical provisions and also to obtain brevity, the words "the Contractor shall", and such similar phrases as "furnish all labor and materials", have been omitted in some instances from these specifications. Where the word "provide" appears, interpret it to mean "furnish all labor, materials, and equipment necessary to install". These specifications are written as instructions to the Contractor. Where "you" is implied, as for example, "set in place this item", the implied "you" means "the Contractor shall" or "the subcontractor shall", as the case may be.

4. Correlation of drawings and specifications: In general the drawings will indicate dimensions, positions, and kind of construction. Any work indicated on the drawings and not mentioned in the specifications, or vice versa, shall be furnished as though fully set forth in both. Work not particularly detailed, marked, or specified shall be the same as similar parts that are detailed, marked, or specified.

5. Should an error appear in the drawings or specifications, or in the work done by others affecting this work, the General Contractor shall notify the Architect at once and the Architect will issue instructions as to procedure. If the General Contractor proceeds with the work so affected without instructions from the Architect, he shall make good any resulting damage or defect. This includes typographic errors in the specifications, and notational errors on the drawings, where doubtful of interpretations.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

**3.4 LABOR AND MATERIALS** (add the following paragraphs and subparagraphs):

**3.4.3** Products are generally specified by ASTM or other reference standard and/or by manufacturer's name and model number or trade name. When specified only by reference standard the Contractor may select any product meeting this standard by any manufacturer. When several products or manufacturers are specified as being equally acceptable, the Contractor has the option of using any product and manufacturer combination listed. When only one product manufacturer is specified, this is the basis of the contract without substitution or exception unless otherwise noted. See additional requirements for substitution in Article V of Instructions to Bidders.

**3.4.4** Substitutions will not be considered if:

    **1.**    they are indicated or implied on shop drawing submissions without formal request, or

    **2.**    for their implementation they require a substantial revision of the contract documents in order to accommodate their use, or

    **3.**    they will result in an increase in the contract time or amount.

**3.4.5** Not later than seven (7) days from the contract date, the Contractor shall provide a list showing the name of the manufacturers proposed to be used for each of the products identified in the general requirements of the specifications and where applicable, the name of the installing subcontractor. This list shall be posted at the jobsite at all times and shall be permanently framed and affixed to a wall in the new building upon completion of the project where directed by the Owner.

**3.5 WARRANTY** (add the following paragraph)

**3.5.2**    The contractor shall furnish to the Owner with final application for payment, a one year written guarantee, warranting all work in accordance with the provisions of the General Conditions. In the eleventh month, Owner and General Contractor's representatives shall perform a warranty walk through of project.

**3.6 TAXES**

**3.6.1** (add the following sentences): The Owner is not exempt from payment of Texas state sales tax on materials required for the work.

**3.8 ALLOWANCES** (add the following paragraphs):

**3.8.3** Allowances shall be based on the net Contractor's or subcontractor's (whichever is less) cost for FOB jobsite exclusive of unloading and handling on the site, labor, installation costs, overhead, profit, taxes, and any other expense unless specifically noted as an allowance for materials installed. The Contractor shall submit his invoices to the Architect for final credit to be issued by change order.

**3.8.4** In addition to specified allowances for materials, there shall be included in the base bid contract sum a betterment fund allowance.

The betterment fund allowance is a contingency fund to be used by the Owner and/or Architect to add to, delete from, or otherwise modify the contract documents and/or the scope of the work without affecting the contract sum. Only direct Contractor and subcontractor costs related to work required by a betterment fund change order will be allowed. No additional General Contractor's overhead, profit, general conditions, bonds, insurances, or indirect costs shall be allowed. These costs shall be contained in the General Contractor's base bid amount. Refer to Section 01020 - Allowances for additional information.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

**7.4 MINOR CHANGES IN THE WORK** (delete in it's entirety and change to read as follows):

**7.4 FIELD ORDERS**

**7.4.1** The Architect will have authority to order changes in the work not inconsistent with the intent of the contract documents. Such changes shall be effected by written field order and shall be binding on the Owner and Contractor. The Contractor shall carry out such written orders promptly.

**ARTICLE 8 - TIME**

**8.1 DEFINITIONS**

**8.1.2** (add the following sentence): Construction shall commence no later than ten (10) days following receipt of notice to proceed providing the Architect has received all documents required by the written notice to proceed.

Add the following heading and paragraphs:

**8.4 TIME AND LIQUIDATED DAMAGES**

**8.4.1** If the Contractor shall neglect, fail, or refuse to substantially complete the work within the stipulated time, or any proper extension thereof granted by the Owner, then the Contractor does hereby agree as a part consideration for the awarding of this contract, to pay the Owner the sum of Five Thousand and No/100 Dollars ($5,000.00) as liquidated damages for each and every calendar day that the Contractor shall be in default after the time stipulated in the contract for substantially completing the work in accordance with the following project schedule:

**PROJECT SCHEDULE**

**SUBSTANTIAL COMPLETION OF PROJECT: July 1, 2002**
(including Certificate of Occupancy and ability of Owner to convey ownership of individual condominium apartments to buyers, provided that a construction contract is awarded no later than July 1, 2001)

**LIQUIDATED DAMAGES** of $5,000.00 per calendar day will be assessed after July 1, 2002 unless the contract Substantial Completion date is extended by Change Order.

**8.4.2    A CASH BONUS** of $100,000 for early finish will be paid to the Contractor by the Owner, if Substantial Completion is achieved on or before June 1, 2002.

**ARTICLE 9 - PAYMENTS AND COMPLETION** (add the following paragraph):

**9.2.2** The schedule of values (construction cost breakdown) shall be prepared in such a manner that each major item of the work and each subcontracted item of work is shown as a single line item on the application and certificate for payment continuation sheet.

The minimum number of items shall be the sections appearing in the specifications.

**9.3 APPLICATIONS FOR PAYMENT** (add the following paragraphs):

**9.3.4** Payments on the contract will be made in the normal manner on or about the tenth (10th) day of each month, except as may be otherwise directed by the Owner, provided complete and properly prepared application for payments received by the Architect prior to the first day of the month. If a complete and properly prepared application for payment is not received by the Architect by the first day of the month, the Owner shall make payment within fifteen (15) days after the Architect receives a complete and properly prepared application for payment.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

1. The Contractor and subcontractor shall cooperate and take all necessary precautions to guard against and eliminate possible fire hazards.

2. The Contractor's superintendent shall make periodic inspections to ensure that requirements are being adhered to.

3. Provide and maintain in working order multiple fire extinguishers of appropriate type on each floor level during its stage of construction.

4. No burning shall take place on the site.

5. Only a reasonable supply of flammable building material shall be located in the building or on the roof.

6. All tarpaulins shall be flame-proof type.

7. All oil-soaked rags, papers, etc. shall be removed daily or more often as required.

8. No gasoline, benzine, or similar combustible materials shall be poured into sewers or drains but shall be disposed of by approved means.

9. Fuels for use at the site shall be stored in minimum amounts in approved containers and approved locations.

10. All flammables shall be kept remote from welding work, pitch kettles, plumbers torches, etc.

11. Contractor shall assign one (1) man to inspect all work areas at the completion of each work day to ensure that no potential fire hazards exist, and shall eliminate any hazards that exist.

## ARTICLE 11 - INSURANCES AND BONDS

**11.1.1** (substitute the following paragraph but keep subparagraphs .1 through .7): The Contractor shall purchase and maintain in a company or companies licensed to do business in the jurisdiction in which the project is located, such insurance as will protect him, the Owner, and the Architect from claims set forth below which may arise out of or result from the Contractor's operations under the contract whether such operations be by himself or by any subcontractor, or by anyone directly or indirectly employed by any of them, or by anyone for whose acts any of them may be liable.

**11.1.2** (add the following paragraphs): Contractors must maintain the following insurance coverage and limits of liability as a minimum [all insurances shall be "occurrence-type" policies]:

Refer to Specifications Section 01503 for coverage and policy limits required.

**Casualty Insurance Specifications:** The Contractor is required to carry comprehensive general liability, comprehensive automobile liability, and worker's compensation including employer's liability which, combined with an umbrella liability policy should provide a total limit of liability of no less than shown on AIA Form G705 (sample bound herewith). A certificate of insurance indicating these limits should be provided to the Owner prior to the commencement of any work by the Contractor. The comprehensive general liability policy should contain the following coverage:

1) Premises - operations.
2) Independent contractors.
3) Products and completed operations.
4) Broad form property damage.
5) Contractual liability.
6) Collapse and underground hazard coverage.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

**11.3.2** (delete in its entirety)

**11.3.6** (delete in its entirety and substitute the following):  The Contractor shall file the original and one (1) certified copy of all policies with the Owner and Architect before exposure to loss may occur.  If the Owner is damaged by the failure of the Contractor to maintain such insurance or to so notify the Owner, then the Contractor shall bear all reasonable cost properly attributable thereto.

**11.4** **PERFORMANCE BOND AND PAYMENT BOND** (add the following paragraph and subparagraphs):

**11.4.3 Contract Security**

1. The Surety furnishing the bonds required under Article 11, Paragraph 11.4.1 of the General Conditions shall be subject to the approval of the Owner.  The Contractor shall be required to secure his bonds from Surety companies which meet the approval of the Owner.  Said companies shall be listed on current federal and state lists of approved companies and shall meet all requirements for bonds as noted in the Instructions to Bidders.

2. The Surety, in guaranteeing faithful performance of the contract and the payment of labor and material expenses in connection herewith, shall agree to pay, in the event of forfeiture by the Contractor, all additional expenses of the Owner and the Consultant which arise as the result of additional administrative and supervisory work, if any, to complete the work of the contract, including travel, daily and man hour expenses.

3. Bonds shall be in amounts equal to one hundred percent (100%) of the contract sum for both the performance and payment of labor and materials, and shall be executed on forms which meet statutory requirements of the state of Texas.

## ARTICLE 13 - MISCELLANEOUS PROVISIONS

**13.5** **TESTS AND INSPECTIONS** (add the following paragraphs):

**13.5.7**  The Architect and his representative shall at all times have access to the work wherever it is in preparation or progress, and the Contractor shall provide proper and safe facilities for such access and inspection.  The Contractor shall make all inspections and tests in connection with this entire contract as required by the Architect.

**13.5.8**  The Contractor shall, unless otherwise indicated or advised, bear all of the costs associated with the Architect's project observation hourly time rate ($100.00 per hour), applicable travel, meal, and lodging expenses, and all other incidental costs in the event that the Contractor schedules construction activities which require the Architect's participation during time periods other than normal working hours (8:00 a.m. to 5:00 p.m.) and including Saturday, Sunday, or recognized holidays.

**13.5.9**  The Contractor shall give the Architect a minimum of forty-eight (48) hours notice prior to any required inspection, testing, or approval of any portion of the work.

**END OF SECTION SGC  -  SUPPLEMENTARY GENERAL CONDITIONS**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 01011 - GENERAL STIPULATIONS

This section governs the entire Work

**1.01  LENGTH OF CONTRACT TIME**

a.  # PROJECT SCHEDULE

**SUBSTANTIAL COMPLETION OF PROJECT:   JULY 1, 2002**
(including Certificate of Occupancy and ability of Owner to convey ownership of individual condominium apartments to buyers, provided that a construction contract is awarded no later than July 1, 2001)

**1.02  PROGRESS PAYMENTS**

a.  Monthly payments will be made on the value of the completed work and the value of materials suitably stored at the site, less the specified retainage. Provided a complete and properly prepared application for payment is received by the Architect prior to the first day of a month, payments will be made by the Owner by the tenth day of the same month. If a complete and properly prepared application for payment is not received by the Architect prior to the first day of a month, payments will be made by the Owner within 15 days from the date the Architect receives a complete and properly prepared application for payment.

**1.03  RETAINAGE AND FINAL PAYMENT**

a.  A retainage of 10% of the amount due the Contractor will be held by the Owner until 30 days after Substantial Completion of the Work. Retainage will be adjusted for uncompleted minor Work. When the 30 day period has expired and the Architect has issued a final Certificate For Payment, the final payment will be made by the Owner within 15 days.

**1.04  START OF OPERATIONS**

a.  No work shall be commenced at the jobsite until insurance and bonds have been accepted by the Owner and the Architect has issued a Written Notice to Proceed and the Contractor is in possession of a valid building permit.

**1.05  PROGRESS SCHEDULE AND SCHEDULE OF VALUES**

a.  Within 15 days after execution of Contract, submit, in acceptable form, anticipated progress schedule showing subdivision of Contract into various items of permanent construction, stating quantities and prices, as basis for computing value to Owner of permanent usable parts of facility to be paid for on monthly estimates. No payment will be made to Contractor until such schedule has been submitted and approved.

**1.06  USE OF THE SITE**

a.  The Contractor will have use of the entire site for this project. All construction activity, including storage, shall be confined to this area.

**1.07  RESTRICTION OF SIGNS**

a.  No advertising signs may be installed anywhere on the site or on the Work. The Contractor's name and other information will be placed on the job sign, as specified in Section 01500 of these Specifications.

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 01020 - ALLOWANCES

**PART 1 - GENERAL**

**1.01  DESCRIPTION**

a.    The following list of prescribed dollar-amount stipulated allowances which are associated with required elements or features of the project shall be included as items of the bidders bid proposal.

b.    Note that the Contractor shall at no time assign overhead and profit amounts to any draw made upon any of these stipulated amounts.

**1.02  RELATED WORK SPECIFIED ELSEWHERE**

a.    General and Supplementary General Conditions.

b.    Bid Proposal Form.

**1.03  QUOTATIONS**

In order to facilitate checking of quotations for extras or credits, all proposals except those so minor that their propriety can be seen by inspection, shall be accompanied by a complete itemization of costs including labor, materials, and subcontracts. Labor and materials shall be itemized in the manner prescribed above. Where major cost items are subcontracts, they shall be itemized also. In no case will a change be approved without such itemization.

**1.04  STIPULATED ALLOWANCES** (Include total indicated sums in base bid proposal amount)

**a.    Betterment Fund Allowance**

Include the sum set forth below as a betterment fund allowance which will, if needed and approved by the Architect and the Owner, be expended on betterment's to the project as directed in writing by approved betterment fund change order.

The betterment fund allowance is a contingency fund to be used by the Owner and/or Architect to add to, delete from, or otherwise modify the contract documents and/or the scope of the work without affecting the contract sum. Only direct Contractor and subcontractor costs related to work required by a betterment fund change order shall be allowed. No additional General Contractor's overhead, profit, general conditions, bonds, insurances, or indirect costs shall be allowed. These costs shall be contained in the General Contractor's base bid amount.

•    Two Hundred Thousand and no/100 Dollars ($200,000.00).

**b.    Carpeting Allowance**

Include the sum set forth below as an allowance for carpeting.

•    Twenty and no/100 Dollars ($20.00) per square yard material only. Installation to be in base bid.

**c.    Ceramic Tile Allowance**

Include the sum set forth below as an allowance for ceramic wall and floor tile material.

•    Three and 50/100 Dollars ($3.50) per square foot material only. Installation to be in base bid.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 01030 - SPECIAL PROCEDURES

**PART 1 - GENERAL**

**1.01  DESCRIPTION**

Provide the following special procedures as described.

**PART 2 - EXECUTION**

**2.01  ACCELERATION OF THE WORK**

a.   If in the judgement of the Architect or Owner it becomes necessary at any time during the stipulated construction period to accelerate the work or a portion thereof, the Contractor, when ordered or directed by the Architect or Owner, shall deploy the workmen in such portions of the project where directed to enable others to properly engage and carry on their work.

b.   If circumstances require that the entire work or a portion thereof be completed at a date earlier than the contract completion date as adjusted by change orders, the Contractor, when ordered or directed by the Architect or Owner, shall increase his forces, his equipment, his hours of work, and/or the number of shifts, and shall expedite the delivery of materials to meet the altered completion date or dates ordered or directed. Any increase in cost to the Contractor in compliance with such order or directives will be adjusted in accordance with the provisions of Article 7 of the General Conditions, Changes in the Work.

c.   If in the judgement of the Owner the work is behind schedule and the rate of replacement work is inadequate to regain scheduled progress so as to ensure timely completion of the entire work or a separable portion thereof, the Contractor, when so informed by the Owner, shall immediately take action to increase the rate of work placement. This increase shall be accomplished by any one or a combination of the following, or other suitable measures:

   1.   An increase in working forces.

   2.   An increase in equipment or tools.

   3.   An increase in hours of work or number of shifts.

   4.   Expedite delivery of materials.

   The Contractor shall, within ten (10) calendar days after being so informed, notify the Owner of the specific measures taken and/or planned to increase the rate of progress together with an estimate as to when scheduled progress will be regained. Should the plan of action be deemed inadequate by the Owner, the Contractor will take additional steps or make adjustments as necessary to his plan of action until it meets with the Owner's approval. The acceleration of work will continue until scheduled progress is regained. Scheduled progress will be established from the latest revised approved progress schedule for the job. Timely completion will be understood as the contract completion date as revised by all time extensions granted at the time acceleration is undertaken.

d.   The Contractor shall not be entitled to additional compensation for the additional effort he applies to the work under the terms of this subparagraph. Any directive or order to accelerate the work will be in writing. Any direction or order terminating accelerated work will be in writing.

e.   Note that those costs described in Article 13.5.8 of the Supplementary General Conditions may also be levied against the Contractor should such behind schedule acceleration described in c. above be required.

01030-1

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

**2.09   NO ALCOHOLIC BEVERAGES POLICY**

No alcoholic beverages of any kind will be allowed on the project property at any time.

**2.10   NO CONTACT WITH OWNER'S PERSONNEL**

All persons connected with the construction are required to refrain from contact with the Owner's personnel except in case of emergency or eminent physical danger.

**2.11   PROVIDE PROTECTIVE PARTITIONS AND DUST BARRIERS**

Provide temporary taped gypsum board protective partitions and dust barriers between existing and/or completed construction and work in progress.


**END OF SECTION 01030 - SPECIAL PROCEDURES**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 01100 - ALTERNATE BIDS

## PART 1 - GENERAL

### 1.01   DESCRIPTION

a.    The general provisions of the contract, including General and Supplementary General Conditions and other general requirements sections apply to the alternative work specified in this section.

b.    The description herein for each alternative is recognized to be incomplete and abbreviated but implies that each change must be complete for the scope of work affected. Refer to applicable specification sections (Divisions 2 through 16) and to applicable drawings for the specific requirements of the work regardless of whether references are so noted in alternative narrative description of each alternative.

c.    The alternative(s) shall, if accepted by the Owner, form a part of the project plans and specifications modifying and superseding where it is inconsistent with them. All other conditions and requirements in the contract documents shall remain unchanged.

d.    All Contractors, subcontractors, material men, and other parties shall be responsible for reading the entire alternate bid requirements. The failure to herein list an item or items in all affected sections of the contract documents and alternate bid requirements (including the bid proposal form) does not relieve any party affected from performing as per instructions, providing that the information is set forth one time any place in the contract documents or alternate bid descriptions.

### 1.02   RELATED WORK SPECIFIED ELSEWHERE

a.    Instructions to Bidders:  Section IB.

b.    Bid Proposal Form:  Section P.

c.    Supplementary General Conditions:  Section SGC.

d.    Plumbing & Mechanical:       Division 15

e.    Electrical:      Division 16

### 1.03   ALTERNATE BIDS

a.    **ALTERNATE BID #1 - UNIT PRICE: PROVIDE WHIRLPOOL TUB/SHOWER AT MASTER BATH**

Provide a unit price to provide all the labor, materials, and equipment as to furnish and properly install a custom whirlpool tub/shower unit and revised plan as described on the Drawings (including different partition layout, door & hardware, etc.) in lieu of the base bid ceramic tile shower.

### 1.04   COORDINATION

a.    Coordinate related work and as applicable, modify surrounding work as required to properly integrate the work of each alternative. It is recognized that descriptions of alternatives are primarily scope definitions and do not necessarily detail full range of materials and processes needed or required to complete the work as indicated.

b.    Immediately following the award of the contract, prepare and distribute to each entity to be involved in performance of the work a notification of the status of each alternative scheduled herein and including those subsequently added by notification during bidding.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 01200 - PROJECT MEETINGS

### PART 1 - GENERAL

#### 1.01 PREBID CONFERENCE

A prebid conference for all bidders is scheduled for 4:00 p.m. on June 19, 2001 at the jobsite.

#### 1.02 PRECONSTRUCTION CONFERENCE

The Architect shall notify the Owner and the General Contractor of the time and place of a preconstruction conference to be held within seven (7) days after the signing of the contract. The Contractor shall submit three (3) copies of the following not later than the time of the preconstruction conference:

a.    List of subcontractors and material suppliers.

b.    Construction cost breakdown (schedule of values).

c.    Construction schedule (bar graph).

d.    Insurance certificates.

e.    Schedule of product delivery.

f.    Schedule of anticipated draw request amounts monthly through project (for Owner's budget use).

#### 1.03 MONTHLY CONSTRUCTION STATUS MEETING

The General Contractor shall establish and conduct a regular schedule for monthly meetings to be held each month throughout the construction period, and shall require attendance at the meetings by representatives of the major subcontractors. The Owner and the Architect shall be notified by the General Contractor of such meetings and may be authoritatively represented. The purpose of these regular meetings is to address the current status and progress of the work so that the project can be completed within the contract time. Remedial measures, if necessary for further progress, should be decided and agreed upon and the results evaluated at the next subsequent meeting. These meetings shall be open to subcontractors, material suppliers, and any others who can contribute beneficially toward maintaining required job progress, and such personnel shall be encouraged to attend. Minutes of these meetings shall be kept by the General Contractor and shall be distributed to the Architect and all subcontractors and attendees within three (3) days following the meeting.


**END OF SECTION 01200 - PROJECT MEETINGS**

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

h.    The Contractor shall maintain at the site one (1) copy of all drawings, specifications, addenda, approved shop drawings, change orders, and other modifications including duplicate approved physical samples, in good order and marked to record all approved changes made during construction. These shall be available to the Owner and the Architect and shall be delivered to the Architect for the Owner upon completion of the work.

i.    Shop Drawings

    1.    Shop drawings are drawings, diagrams, illustrations, schedules, performance charts, brochures, and other data which are prepared by the Contractor or any subcontractor, manufacturer, supplier, or distributor, and which illustrate some portion of the work.

    2.    The Contractor shall review, stamp with his approval and submit with reasonable promptness and in orderly sequence so as to cause no delay in the work or in the work of any other subcontractor, all shop drawings required by the contract documents or subsequently by the Architect as covered by modifications. Shop drawings shall be properly identified as specified or as the Architect may require. At the time of submission the Contractor shall inform the Architect in writing of any deviation in the shop drawings from the requirements of the contract documents.

    3.    By approving and submitting shop drawings, the Contractor thereby represents that he has determined and verified all field measurements, field construction criteria, materials, catalog numbers, and similar data, or will do so, and that he has checked and coordinated each shop drawing with the requirements of the work and of the contract documents.

    4.    The Architect will review shop drawings with reasonable promptness so as to cause no delay, but only for conformance with the design concept of the project and with the information given in the contract documents. The Architect's review of a separate item shall not indicate approval of an assembly in which the item functions.

    5.    The Contractor shall make any corrections required by the Architect and shall submit the required number of corrected copies of shop drawings when requested. The Contractor shall direct specific attention in writing or on resubmitted shop drawings to revisions other than the corrections requested by the Architect on previous submissions.

    6.    The Architect's review of shop drawings shall not relieve the Contractor of responsibility for any deviation from the requirements of the contract documents unless the Contractor has informed the Architect in writing of such deviation at the time of submission and the Architect has given written approval to the specific deviation, nor shall the Architect's review or approval relieve the Contractor from responsibility for errors or omissions in the shop drawings.

    7.    No work requiring a shop drawing submission shall be commenced until the submission has been approved by the Contractor and reviewed by the Architect. All such work shall be in accordance with approved shop drawings.

j.    Construction Schedule

Provide a construction schedule in accordance with Section 01310. Update and resubmit monthly with each payment request.

**1.02    SUBMITTAL FORMS**

a.    Transmittal of submittals shall be made by the Contractor to the Architect.    Direct submittals by subcontractors or others will not be accepted unless specifically requested or as otherwise approved by the Architect.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

**1.03   SUBMITTALS REQUIRED FOR THIS PROJECT**

The following submittals are required for this project. Additional submittals may be required by the Architect, Owner, other specifications sections, or the complexity of the project.
Written or printed submittals (by specification section):

| Description | Number of Copies |
|---|---|

1.   Instructions to Bidders and Bid Proposal Form

    a)   Bid Proposal Form — 2
    b)   Corporate Resolution allowing signature — 2

2.   General Conditions and Supplementary General Conditions

    a)   Performance and payment bonds with powers-of-attorney — 3
    b)   Proof of recording bonds and construction agreement in county clerk's office. — 3
    c)   Insurance certificates — 3
    d)   List of subcontractors and suppliers including addresses, telephone numbers, and names of project representatives — 3
    e)   Construction cost breakdown (schedule of values) (AIA Form G702, current edition) — 3
    f)   Construction progress schedule (bar graph) — 3
    g)   Copies of all required permits — 3
    h)   Name of on site project superintendent including local telephone number and address — 3
    i)   Name, address, telephone number, and fax number of proposed material testing service company; name of responsible person — 3
    j)   Anticipated monthly draw request schedule — 3
    k)   Jobsite telephone number; mobile numbers, if any — 3
    l)   Monthly request for payment (3 complete sets with original signatures each month):

        1)   AIA Form G702, current edition — 3
        2)   AIA Form G703, current edition — 3
        3)   Updated construction progress schedule — 3
        4)   Construction progress photographs — 3

        5)   Documents regarding stored materials:

            (a)   Location of stored materials — 3
            (b)   Bills of lading — 3
            (c)   Transfer of ownership to project Owner — 3
            (d)   Insurance certificates covering stored materials — 3
            (e)   Schedule of status of stored materials from previous applications — 3

        6)   Lien releases for subcontractors and suppliers in the amounts paid by previous payment request — 3

**END OF SECTION 01300 - SUBMITTALS**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 01400 - CONTRACTOR DUTIES FOR QUALITY CONTROL

This section governs the entire Work.

**1.01  SHOP DRAWINGS**

a.    DEFINITION: The term "Shop Drawings" includes fabrication drawings, manufacturing drawings, erection drawings, cutting and setting drawings, brochures and Product Data describing materials and equipment, and operational data. Include ceiling layouts (if varied from the Contract Drawings).

b.    SUBMITTALS REQUIRED: For all products specially fabricated for the Work, or listed as required submittals in the Specifications

c.    FORMAT:

      1.    SHEET SIZE: 8-1/2 x 11 minimum; 30 x 40 maximum
      2.    IDENTIFICATION: Include at least the following
            a)    Project Name and Number
            b)    Supplier's Name, Address, Phone Number
            c)    Date

d.    CONTENT: (Show such things as the following)

      1.    The size and gauge of members
      2.    The method of anchoring and securing parts together
      3.    The quantity and location of each item
      4.    Product performance data
      5.    Materials and finishes
      6.    How item fits to abutting work
      7.    Shop and field joint locations
      8.    Overall size and weights
      9.    Clearances and tolerances

e.    SUBMITTAL PROCEDURE:

      1.    CONTRACTOR'S APPROVAL: Check the drawings and add any corrections or field measurements needed. Stamp and sign the Contractor's approval with date of approval before submitting to the Architect
      2.    DEVIATIONS: Provide a transmittal letter pointing out any deviations from the requirements of the Contract Documents.
      3.    SHOP DRAWING FORM: Blueline prints and/or reproducible sepia and prints, as directed.
      4.    LETTER SIZE PRODUCT DATA: Number of copies as directed

**1.02  CERTIFICATION**

The Contractor, when requested, shall furnish a sworn affidavit from the manufacturer certifying that materials and manufactured products delivered to the job meet requirements specified. However, such affidavit shall not relieve the Contractor for responsibility of complying with any added requirements of Contract Documents.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 01410 - TESTING LAB SERVICES

This Section governs the entire Work.

### 1.01   GENERAL

a.    LABORATORY SELECTION: An independent testing laboratory will be approved by the Owner to inspect and test the materials and methods of construction for compliance with the Contract Documents.

a.    APPLICABILITY: The Owner does not guarantee that the approved testing lab will detect all Contract non-compliance; the Contractor may employ an additional testing lab at the Contractor's cost.

b.    RETESTING: When the results of the tests show that the Work does not meet the full requirements of the Contract Documents, the Contractor shall pay for retesting corrected materials or workmanship until satisfactory test results are obtained without increasing the Contract Sum. Invoice retests, properly identified, separately from regular tests. All costs incurred by Work not being ready for tests, as scheduled by Contractor, shall be paid by Contractor.

c.    VERIFICATION: The Owner may, at any time, request that additional tests be made by the Contractor's testing lab or by an additional independent testing lab.  When the results of the verification tests show that the Work meets the full requirements of the Contract Documents, the Owner shall pay for retesting corrected materials or workmanship.

When the results of the verification tests show that the Work does not meet the full requirements of the Contract Documents, the Contractor shall pay for retesting corrected materials or workmanship until satisfactory test results are obtained without increasing the Contract Sum. Invoice retests, properly identified, separately from regular tests. All costs incurred by Work not being ready for tests, as scheduled by Contractor, shall be paid by Contractor.

### 1.02   PAYMENT FOR SERVICES

The Contractor shall pay for all testing laboratory services, except geotechnical services supplied by the Owner prior to bidding, and verification tests which show the Work to be in compliance.

### 1.03   LAB QUALIFICATIONS

a.    TESTING LABORATORY: Shall be independent and meet the basic requirements of ASTM E 329 "Standard of Recommended Practice for Inspection and Testing Agencies for Concrete and Steel as used in Construction", and shall submit to the Engineer a copy of the report of inspection of their facilities made by the Materials Reference Laboratory of the National Bureau of Standards during the most recent tour of such inspections, and also shall submit a memorandum stating steps taken to remedy any deficiencies reported by this inspection.

b.    TESTING MACHINES: Shall be calibrated at intervals not exceeding 12 months by devices of accuracy traceable to the National Bureau of Standards.

c.    EXCEPTION: The testing laboratory is only required to have testing facilities for work included in this project.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

**1.09   PRISM TESTS OF MASONRY GROUT, GYPSUM UNDERLAYMENT**

a.     METHOD: ASTM E 447

b.     SAMPLE: Set of 3 specimens

c.     PRELIMINARY TESTS: At least one set

d.     JOB TEST NUMBER: One set of 3 per floor or 3 per 5,000 sf of wall area, whichever is greater.

e.     GOVERNING DOCUMENTS: Structural Drawings

**END OF SECTION 01410 TESTING LAB SERVICES**

**COPYRIGHT © 2001**
**LABUNSKI ASSOCIATES ARCHITECTS**

f.    Parking offsite where necessary

g.    Daily collection of trash and debris

h.    Removal of liquid waste

i.    Performance and payment bonds only if specified (at extra cost)

j.    Pumping outside building or required by his Work

k.    Excessive electrical requirements

l.    Protection of his Work

m.    Initial cleaning of his Work

**1.04    SERVICES PROVIDED BY PLUMBING CONTRACTOR**

a.    Arranging water tap, meter application and installation

b.    Hose bibb on each floor

c.    Pressure tanks and pumps where needed

**1.05    SERVICES PROVIDED BY ELECTRICAL CONTRACTOR**

a.    Lighting of at least 150W per 100 sf where finish work is being performed

b.    Temporary lighting and power

c.    Wiring and controls to construction water pumps

**1.06    TEMPORARY UTILITIES**

a.    Water and Electricity

The Contractor shall arrange and pay for water and electrical service for construction purposes until Substantial Completion is achieved.

b.    Telephone

Provide a telephone for the use of all employees or others involved in construction of the building. Pay for the installation, maintenance, removal, and all charges for the use of this telephone except that charge of all long distance messages shall be paid for by the person making the calls. The telephone shall remain until the full completion of the work and be removed only when directed by the Architect. Mobile telephones, or transportable cellular telephones may fulfill this requirement if carried on the person of the superintendent at all times. Pager and beeper numbers must be local numbers.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

**1.10   FIRE PROTECTION**

a.  Provide type and quantity of fire extinguisher's placed strategically in the area of work during the full period of this contract as approved by local authority exercising jurisdiction.

b.  Inspect all work areas at completion of each work day to ensure that no potential fire hazards exist and eliminate at once any that exist.

c.  Employees shall not start fires on the site nor shall any flammable or combustible materials be poured into sewers or drains but shall be disposed of by approved means.

d.  All tarpaulins shall be flame-proof type.

e.  The Contractor and subcontractor shall cooperate and take all necessary precautions to guard against and eliminate possible fire hazards.

f.  The Contractor's superintendent shall make periodic inspections to ensure that requirements are being adhered to.

g.  Only a reasonable supply of flammable building material shall be located in the building or on the roof.

h.  All oil-soaked rags, papers, etc. shall be removed daily or more often as required.

i.  Fuels for use at the site shall be stored in minimum amounts in approved containers and approved locations.

j.  All flammables shall be kept remote from welding work, pitch kettles, plumbers torches, etc.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 01503 - INSURANCE AND BONDS

This Section governs the entire Work.

### 1.01   GENERAL

a.   Purchase and maintain in force the following kinds of insurance and bonds for operations under this Contract. Furnish evidence to the Owner using original, signed Certificate of Insurance. Provide the number of copies or certificates directed.

b.   Do not commence the Work until all requirements of this Section have been provided and approved by the Owner.

c.   Insurance shall contain a provision that at least thirty days prior written notice will be given to the Owner in the event of cancellatic or non-renewal.

d.   Insurance shall be underwritten by a company rated not less than "A VIII" in Best's Guide and licensed to do business in the state the Project is located and meeting the approval of Licensor.

e.   Where the state mandates requirements or form, follow state mandates.

### 1.02   CERTIFICATE REQUIREMENTS

a.   Name the Insured, each Insurer, Project

b.   Policy Numbers

c.   Dates of policy commencements and expirations

d.   Signature of authorized representative

e.   Limits of each coverage

f.   An original policy of Builder's Risk insurance to the Owner

g.   Waiver of subrogation

h.   Additional insured

### 1.03   CONTRACTOR'S LIABILITY INSURANCE (Minimum limits)

a.   GENERAL LIABILITY:
   1.   TYPE: Commercial General Liability, Owner's & Contractor's Protection, Occurrence Basis
   2.   LIMITS: $1,000,000 each
      GENERAL AGGREGATE
      b. PRODUCTS (COMPLETED OPER. AGGR)
      c. PERSONAL & ADV. INJURY
      d. EACH OCCURRENCE
      e. MEDICAL EXPENSE LIMIT (ON ANY PERSON)

   3.   FIRE DAMAGE: (Anyone fire) $250,000

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 01600 - MATERIAL AND EQUIPMENT

**PART 1 - GENERAL**

**1.01    PROTECTION OF MATERIAL AND EQUIPMENT**

a.  Make available, arrange, and coordinate the use of all storage areas at the project site.  Store materials only in areas approved by the Architect and Owner in immediate proximity to actual construction.

b.  Be responsible for the proper care and protection of materials and equipment at the site, except that each subcontractor shall assume total responsibility for his own tools and equipment.

c.  Protection against temperature, moisture, or wind damage shall include erection of temporary shelter for any materials and equipment stored in the open on site, cribbing up of any apparatus above the floor of construction, and covering materials and equipment in the uncompleted building with protective covering. At the end of the day's work, all new work likely to be damaged shall be covered and protected.

d.  Provide security as necessary to safeguard materials, tools, appliances, and work during hours that operations under contract are not being actively prosecuted and throughout the working times of all trades.

e.  If temporary heat is required for the protection of the work before the permanent heating apparatus is available for use, provide heating apparatus, provide adequate and proper fuel, and maintain heat as required for protecting or drying out the work.

**1.02    WEATHER PROTECTION**

The Contractor shall at all times provide protection against weather (rain, wind, storm, or heat) so as to maintain all work, materials, apparatus, and fixtures free from injury or damage.  At the end of the day's work, all new work likely to be damaged shall be covered.  Any work damaged by failure to provide protection shall be removed and replaced with new work at Contractor's expense.

**1.03    PRODUCT DELIVERY, STORAGE, AND HANDLING**

a.  Handle, store, and protect material and products including fabricated components by methods and mans which will prevent damage, deterioration, and losses (and resulting delays) thereby ensuring highest quality results as the performance of the work progresses.  Control delivery schedules so as to minimize unnecessary long-term storage at the project site prior to installation and early deliveries.  Maintain the tempo of the project.

b.  All Materials, Fabricated Items, and Accessories

   1.  Deliver in original packages or bundles (with seals unbroken) bearing manufacturer's identification.

   2.  Place in spaces located and provided by the Contractor that permit easy access to and handling of the materials for their installation.

   3.  Stack, store, and protect according to manufacturer's printed instructions.

   4.  Items damaged by handling, weather, dirt, or from any other cause will not be acceptable and shall be removed from the site.

**END OF SECTION 01600 - MATERIAL AND EQUIPMENT**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

Verify proper operation.
Test all equipment and appliances.

4. Door, hardware, and weatherstripping/operation test reports.

5. Pool and spa equipment test reports.

e. Manufacturer's printed instruction manuals describing operation, servicing, maintenance, and repair of each item of equipment and apparatus including a complete description of each item with all ratings, capacities, and characteristics along with fully detailed parts lists including all numbered parts of each item.

f. Written documentation indicating that the Owner has received all of the prescribed sessions of in-service training associated with systems, materials, equipment, maintenance, and procedures including but not limited to the following:

1. Landscaping.

2. Plumbing systems.

3. Heating, ventilating, and air-conditioning systems.

4. Electrical Systems

Power
Lighting
Fire alarm
Television
Communication
Security and alarm systems

g. Keys and key identification and written certification that all locks have been changed immediately prior to transmitting keys. All keys shall be transmitted to the Owner at substantial completion. Owner shall issue key(s) to Contractor to complete punch list.

h. Warranties, Bonds, Guarantees, and Certifications

1. General Contractor's 1-year warranty.

2. Termite protection 5-year guarantee.

3. Landscape contractor's guarantee.

4. Roofing contractor's guarantee(s).

5. Door manufacturer's guarantee(s).

6. Hardware manufacturer's guarantees.

7. Plumbing Contractor's guarantee.

General guarantee.
Fixtures and trim guarantees.
Special equipment guarantee(s).

8. HVAC Contractor's Guarantees

01700-2

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

# SECTION 01701 - CLEANING

This Section governs the entire Work

## 1.01  CLEANING RESPONSIBILITY

Unless the General Contractor gives notice otherwise, in advance:

a.  Each Subcontractor is responsible for removing his own trash from the work area as the work progresses during each work day, at the end of each work day, and for the initial cleaning of his own Work when completed.

b.  The General Contractor will perform final cleaning, without cost to the subcontractors, provided the subcontractors have, in the judgement of the General Contractor, cleaned their respective work and work areas so as to allow for "final" cleaning to be done.

c.  The General Contractor shall backcharge, for cleaning and supervision costs, any subcontractor who fails to comply with the above requirements.

## 1.02  PERIODIC CLEANING

a.  GARBAGE COLLECTIONS: Provide a collection can at each location on the site used as an eating area. Pick up all garbage daily. Keep the project free of garbage, trash, vermin and rodent infestation.

a.  TRASH REMOVAL: Clear the building and site of trash at least once a week. When rapid accumulation occurs, make more frequent removals. Remove highly combustible trash such as paper and cardboard daily.

b.  DISPOSITION OF DEBRIS: Remove debris from the site and make legal disposition. Locations for disposal shall be of the Contractor's choice within the above restriction. No debris or material may be buried or burned at the site. Take necessary precautions to prevent accidental burning of materials by avoiding large accumulations of combustible materials.

## 1.03  FINAL CLEANING

a.  The Work shall be turned over to the Owner in immaculate condition. Cleaning includes removal of smudges, marks, stains, fingerprints, soil, dirt, paint spots, dust, lint, discolorations and other foreign materials

b.  Remove all temporary facilities

c.  Include interior and exterior cleaning of building and site

d.  Provide at time of punch list

## 1.04  TURN-OVER CLEANING

At the time the Project is turned over to the Owner, the General Contractor shall perform, or cause to have performed, additional cleaning for everything damaged or dirtied from the time of final cleaning.

**END OF SECTION 01701 - CLEANING**

01701 - 1

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## PART 2 - PRODUCTS

### 2.01  MATERIALS

a.  Materials and equipment which may be utilized by the Contractor in the work described for site preparation shall only be as required to perform those procedures in an approved, lawful, and safe manner.

b.  The use of explosives shall not be permitted.

## PART 3 - EXECUTION

### 3.01  PERFORMANCE

a.  General

    1.  Accurately establish base lines, bench marks, and grade elevations.

    2.  Verify all grades, lines, levels, and dimensions and report any errors or inconsistencies to the Architect and await his instructions before commencing work.

    3.  The Contractor shall submit copies of proposed methods and operations of site preparations and demolition procedures to the Architect for review prior to the start of work. Include in the schedule the coordination for shutoff, capping, and continuation of utility services as required or directed.

b.  Requirements

    1.  Remove and legally dispose of removed and demolished items, unacceptable excavated material including trash and debris, off the property unless otherwise indicated.

    2.  Burning of removed materials from demolition or site clearing operations will not be permitted on the site.

    3.  Remove all debris subject to termite attack.

    4.  Storage or sale of removed items by the Contractor on the site will not be permitted.

    5.  The Owner assumes no responsibility for the actual condition of structures or other items to be demolished.

    6.  Pollution Controls

    Use water sprinkling, temporary enclosures, and other suitable methods to limit the amount of dust and dirt rising and scattering in the air to the lowest practical level. Comply with governing regulations pertaining to environmental protection.

    7.  Carefully inspect the site within the project area and remove all obstructing trees, roots, shrubs, grass vegetation, improvements, miscellaneous obstructions, or other substances which if left to remain would interfere with the new construction.

    8.  Determine the location of all existing underground utility installations, implement the termination of active service as may be applicable, and remove the installation including all branches, back to its connection at the service meter or to the project property line, whichever the Architect may direct. The Contractor shall, however, maintain those utility services which may be indicated to remain, keep in service, and shall protect from damage during the progress of the work.

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

SECTION 02200 - EARTHWORK

## PART 1 - GENERAL

### 1.01    DESCRIPTION

Provide all operations, procedures, investigations, services, equipment, and labor as required or necessary to properly arrange and structure the new and existing earthen features of the project site such that all of the indicated project construction requirements may be properly implemented.

### 1.02    RELATED WORK SPECIFIED ELSEWHERE

a.  General and Supplementary General Conditions.

b.  Contractor Duties for Quality Control:  Section 01400

c.  Testing Lab Services:  Section 01410

d.  Site Preparations:  Section 02100.

e.  Mechanical, Plumbing, and Electrical:  Divisions 15 and 16.

### 1.03    REFERENCE STANDARDS AND CODES

The work associated with this section shall be performed such that compliance is achieved with all applicable published requirements of agencies or governing authorities having jurisdiction and including applicable performance and material testing.

### 1.04    QUALITY CONTROL

a.  The Contractor shall engage soil testing and inspection services for quality control testing during earthwork operations.  Cost of testing is to be paid for by the General Contractor.  Testing laboratory shall be approved by the Architect.  Only testing laboratories with a full time Texas registered professional soils engineer on staff shall be acceptable.  All reports shall be supervised, signed, and sealed by said engineer.

b.  Submit three (3) copies of the following reports directly to the Architect from the testing service with one (1) copy to the Contractor:

    1.  Test reports on fill material.

    2.  Verification of subgrade.

    3.  Field density test reports.

    4.  One (1) optimum moisture maximum density curve for each type of soil encountered.

## PART 2 - PRODUCTS

### 2.01    MATERIALS

a.  Backfill

    Approved soil, sandy clay, or loam, free from rocks 2" or greater in dimension, vegetable matter, clay, or gravel.

02200-1

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

f.  Excavate for structure to elevations and dimensions shown, extending excavation a sufficient distance to permit erection of forms, shoring, placing and removal of other work, and for inspection. Trim bottom to required lines and grades to provide solid base to receive concrete.

g.  Excavations are to be kept dry by diverting or pumping seepage or surface water from the excavations. Provide pumps or any other equipment necessary to meet this requirement.

h.  Excavate and remove and dispose of material encountered to obtain required subgrade elevations, including pavement, obstructions visible on ground surface, underground structures, and utilities indicated to be removed. Excavated earth to be reused as backfill shall be stockpiled neatly on site in such a location as not to interfere with normal operations of other trades. Excavated earth not to be reused shall be removed from the site at the Contractor's expense.

i.  If unsatisfactory soil materials are encountered at design elevations, continue excavation as directed by the Architect. If conditions are not a result of Contractor's negligence, additional excavation will be measured as directed by the Architect and paid for in accordance with contract conditions relative to changes in the work.

j.  Cut ground under pavements to comply with cross sections, elevations, and grades indicated.

k.  Provide bracing and shoring as required in excavations to maintain sides and to protect adjacent structures from settlement, complying with local codes and regulations. Maintain until excavations are backfilled.

l.  Unauthorized excavations (removal of materials beyond indicated subgrade elevations) may be filled with lean concrete or corrected by extending the indicated bottom elevation of the footing to the lower elevation as acceptable to the Architect.

**3.02   BACKFILL**

a.  Backfill excavations as promptly as work permits. Place backfill and fill materials in layers not more than 6" in loose depth to required elevation, compacting each layer to required maximum density. Do not place materials on surfaces that are muddy or are otherwise unacceptable.

b.  Compact each layer of backfill, fill soil material, and the top 12" of subgrade for structures, slabs, and pavements to 90% for maximum density for cohesive soils and 95% for cohesionless soils. At lawns or unpaved areas, 85% maximum density compaction in accordance with American Association of State Highway Officials (AASHO) Standard Method of Testing for Compacting and Density of Soil, T-99. Compaction shall be accomplished by the use of power rollers, sheep foot rollers, machine tampers, or other mechanical equipment approved by the Architect.

c.  Sprinkle water on surface of subgrade or layers of soil material where soil is too dry to permit compaction to required density. Remove and replace, or scarify and air dry soil material that is too wet to permit compaction to required density.

d.  Place specified sub-base material in layers of indicated thickness over subgrade surface to support walks and pavement. Place single layer for course 6" thick or less and equal layers for courses more than 6" thick.

e.  Place select non-expansive fill under floor slabs on grade. Spread in successive horizontal layers 6" loose depth. Compact to minimum 95% optimum density (AASHO, T-99, Method D) at moisture content slightly greater than optimum.

f.  Place subgrade outside building lines in 6" layers, moistening and rolling each layer to optimum density. Subgrade earth fill shall be free of garbage, trash, and any large amount of organic matter subject to rot or decay.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 02210 - GRADING, ROUGH AND FINISH

The Contract Conditions and Division 1 govern this Section

**PART 1- GENERAL**

**1.01 RELATED WORK (Specified in other sections)**

a.      Prepared soil in planters and planting beds

b.      Subgrade preparation for paving

**PART 1 - PRODUCTS**

**2.01 EXISTING TOP SOIL**

a.      DEFINITION: Loose soil available by scraping and piling from natural planting areas existing at the site.

b.      ABSENCE OF TOPSOIL: When insufficient amount exists, bring from off-site

**PART 3- EXECUTION**

**3.01 EXISTING TOP SOIL**

Provide a minimum 3 in. compacted thickness in areas shown for grass. Verify whether lawn planting will raise grade; if so, lower grade properly. Bank sand may be added or substituted provided it is free of weed roots, seeds and chemical content that would interfere with plant growth.

**3.02 TIME OF PLACEMENT**

After fill has been compacted and vehicle traffic is complete

**3.03 WORKMANSHIP**

b.      COMPACTION: Sprinkle to compact if no rainfall- occurs; re-grade after compaction

c.      GRADING: To smooth, uniform condition free of debris and stones larger than 1 inch; all grass areas shall drain

d.      PLANTER PREPARATION: Keep free of debris; remove earth to depth of 9" or as shown or directed

**3.04  GRADING LIMITS**

a.      All earth areas where grades are changed

b.      Not limited to area within property line if grading is shown beyond

c.      If no grades are shown, provide a 10 ft. wide sloped fill around the perimeter of the buildings and other site improvements; min. 2% slope

**END OF SECTION 02210 - GRADING, ROUGH AND FINISH**

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

**3.03   SAFETY PRECAUTIONS**

Perform deep trenching and other excavating in compliance with OSHA Standards and any other state and local requirements applicable to the site.

**3.04   TRENCHING AND BACKFILLING FOR DRAIN PIPES**

a.      DIRECTION: Commence from low point so excavation and pipe can be kept drained at all times

b.      WIDTH: Sufficient to make joints and compact back-fill under pipe

c.      PIPE SUPPORT: Final excavation to be done by hand so pipe rests continuously on solid earth, except where backfilled with cement stabilized sand or granular fill

d.      BACKFILLING: After placing pipe, immediately place some backfill to hold the pipe; compact sufficient backfill under the pipe to hold it securely against any possible movement; do not cover until inspected by Architect

**3.05   SEALING TRENCHES AT BUILDING WALLS**

a.      LOCATIONS: Wherever a buried pipe or conduit enters or leaves a building

b.      PURPOSE: To form a barrier in the trench to keep water from penetrating under the building floor slab causing fill to swell.

c.      METHOD: Fill trench over the penetrating item with a 4 foot long plug up to at least 6" above bottom of grade beam

d.      FILL MATERIAL: Cement stabilized sand or clay of proper moisture for compaction; compact to 95% of max.

**END OF SECTION 02221 - TRENCHING, BACKFILLING AND COMPACTING**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

**PART 3 - EXECUTION**

**3.01   PERFORMANCE**

a.      Surface shall be prepared in compliance with manufacturer's recommendations. Comply with manufacturer's instructions and specifications.

b.      Do not apply soil treatment solution until excavating, filling, and grading operations are completed except as otherwise required by construction operations or as directed by the Architect.

c.      Subsequent to all required final grading operations, completely retreat all of the exposed soil area within a 2'-0" perimeter strip about the exterior of the building.

d.      To ensure penetration, do not apply soil treatment to excessively wet soils or during inclement weather.

e.      Application Rates

        Within building area:          1-1/2 gallons per 10 square feet.

        Outside building perimeter strip 2' wide:     1 gallon per 5 square feet.

    Reapply soil treatment solution to areas disturbed by subsequent excavation or other construction activities following application.


**END OF SECTION 02280 - SOIL TREATMENT FOR TERMITE CONTROL**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

c.  Bidding Requirements

Basis of Bids: Base bids on the indicated number and size of drilled piers. State in proposal cost per linear foot for greater or lesser depths for drilling piers for each diameter of pier indicated. Cost to be the same whether greater or lesser. Also state in proposal cost per linear foot for providing steel casings for each size of pier indicated.

d.  Basis for Payment

Payment for drilled piers will be based on actual net volume of drilled piers in place and approved. The actual length, shaft diameter may vary to coincide with elevations where satisfactory bearing strata are encountered and with actual bearing value of bearing strata determined by the geotechnical engineer at the jobsite during construction. Adjustments will be based on net variation of total quantities during actual drilling.

No additional compensation will be made for excavation, concrete fill, reinforcement, casings, or other costs due to unauthorized over excavating of shafts. No payment will be made for rejected work.

Unit prices include labor, materials, tools, equipment, and incidentals required for excavation, trimming, shoring, casings, dewatering, reinforcement, concrete fill, and other items for a complete drilled-pier installation.

e.  Concrete Testing

Testing of concrete shall be performed by the approved inspection and testing laboratory in accordance with Section 01410.

## PART 2 - PRODUCTS

### 2.01  REINFORCING STEEL

Provide Grade 60 reinforcing steel as specified in Section 03200 and as detailed in sizes as indicated on drawings.

### 2.02  SHAFT LINERS

(Only if determined by the Geotechnical Engineer that the site conditions require)
One length straight steel pipe; ASTM A252, grade 2: of diameters and weight per linear foot acceptable to the Engineer.

### 2.03  CONCRETE

Materials shall be as specified in Section 03310.

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 02441 - LAWN AND PLANTING IRRIGATION SYSTEM

## PART 1 - GENERAL

### 1.01  DESCRIPTION

a.  The work covered by this section of the specifications consists of all labor, material, and equipment necessary for the design, furnishing, and installing of a complete, operable, and automatic electrically-controlled underground lawn planting and irrigation sprinkler system in strict accordance with this specification, references, applicable drawings, and General and Supplementary General Conditions.

b.  It is the intent of the drawings and specifications that the automatic irrigation sprinkler system work, as set out herein, and shall constitute a totally complete system serving all lawn and planting areas as indicated on the drawings. In the event of any omission, or if cause for doubt should arise in connection with the description, the inclusion or exclusion of any required item or items, bidders shall request clarification from the Architect prior to five (5) days preceding bid date and obtain same to establish total understanding of all requirements. The submission of a bid shall be construed as evidence that the Contractor understands clearly and fully all requirements of the work.

c.  All work shall include but not be limited to the following:

   1.  All piping work, water source tie-in valves and associated accessories, devices and controls installed as shown on the plans and required to provide distribution of sprinkler water to all sprinkler heads indicated and/or specified.

   2.  All sprinkler heads installed as specified and as shown on the plans as required to provide adequate and controlled water to all areas as indicated.

   3.  An automatic electronic controller with 14-day programming which is designed to operate the electric solenoid valves of the designated areas of the irrigation system.

   4.  The required automatic, underground irrigation system shall be designed by an irrigation designer currently licensed by the state of Texas and in accordance with recognized hydraulic engineering principals.

d.  Where the word "Contractor" or "contractor" appears in these specifications, it shall be construed to mean the General Contractor, the sprinkler or the plumbing subcontractor responsible for the specific work referenced.

e.  The Contractor shall furnish all water necessary for testing, flushing, and jetting at his own cost and expense.

f.  The Contractor shall guarantee 100% coverage of all lawn and planting areas as shown on the approved irrigation system plans.

g.  The approved irrigation system shall have been designed by the Contractor for 45 psi operation and no more than 40 gallons per minute. The Contractor shall verify supply water pressure before installation. If pressure is less than 40 psi, he shall notify the Architect so adjustments can be evaluated for change.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

b.    Polyvinyl Chloride Pipe

    1.    Polyvinyl chloride pipe (hereinafter referred to a PVC pipe) shall be as manufactured by Telsco Industries or approved equal. PVC pipe shall have been manufactured in accordance with the commercial standards following:

        Commercial Standard CS 256-63 shall apply and be the governing authority as applicable to SDR 21 (Class 200 mainline and lateral piping). PVC compounds are restricted to PVC-1120 and PVC-1220.

    2.    PVC pipe shall be subject to the following on-site inspections:

        a)    Visual inspection: Pipe shall be homogeneous throughout and free from visible cracks, holes, and foreign materials. Pipe shall be free from blisters, wrinkles, and dents.

        b)    Outside diameter measurements: Measurements shall be made to check conformance with the applicable commercial standard as to average outside diameter and out-of-roundness.

        c)    Wall thickness: Measurements shall be made to check conformance with applicable commercial standard as to minimum wall thickness requirements.

        d)    Anhydrous acetone immersion: Samples shall be selected from each size and classification of pipe and be immersed in anhydrous acetone. The test should be conducted at 75° F and there shall be no evidence of delamination or disintegration after a 2-hour immersion. Evidence of softening or swelling shall not constitute failure.

    3.    Marking and identification: All PVC pipe shall be continuously and permanently marked with the following information:

        a)    Manufacturer's name.
        b)    Pipe size.
        c)    Type of pipe and material.
        d)    SDR number or schedule.
        e)    Commercial Standard number.
        f)    NSF (National Sanitation Foundation) seal

c.    PVC Pipe Fittings

    1.    PVC pipe fittings shall be as manufactured by the Sloan Manufacturing Company or approved equal.

    2.    All PVC fittings shall be of the same material as the PVC pipe specified and shall be compatible with the PVC pipe furnished.

d.    Copper Tube

    1.    All copper tube shall be type "M" hard, straight lengths, of domestic manufacture only except in cases where soft tube may be required for special applications, in which case these special applications will be covered by specifications elsewhere.

    2.    No copper tube of foreign extrusion or any so-called irrigation tubing (thin wall) shall be used.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS