## PART 3 - EXECUTION

### 3.01    INSTALLATION

a.    General

1.    For the performance of the work, the Contractor will be permitted to occupy such portions of the site as shown on the plans or as permitted by the Architect.  A reasonable amount of tools, materials, or equipment for the construction purposes may be stored in such place, but not more than is necessary to avoid delays in construction.  Excavated and waste materials shall be piled or stocked in such a way as to not interfere with spaces that may be designated to be left free and unobstructed and not to inconvenience the operations of other contractors or the Owner.

2.    Before installation is started, the Contractor shall place a stake where each and every sprinkler is to be located in accordance with the plans, and the staking shall be approved in writing by the Architect before installation is started.  Should a discrepancy in the plans become apparent at this time as regards size and shape of areas to be watered, such discrepancy shall be pointed out to the Architect. Work must not proceed until the Architect approves any engineering changes made necessary by such discrepancy.

3.    All work shall conform to the lines, grades, cross sections, and dimensions shown on the plans.  Any deviation from the plans which may be required by the exigencies of construction will be determined by the Architect, authorized by him in writing.

4.    It shall be understood that the approved piping layout is diagrammatic and that the piping shall be routed around trees and shrubs in such a manner as to avoid damage to plantings.  Where tree roots are encountered, no root over 3/4″ diameter shall be cut.

5.    Shrubs shall not be moved except in cases where it is impossible to make the installation otherwise; then the shrub, as approved, may be moved provided ample precautions are taken to prevent damage.

6.    Trees shall not be moved or damaged.  In the case of newly planted trees, no digging shall be done within the ball area of the tree.

7.    Surplus and waste material removed from the site of the work shall be disposed of at locations satisfactory to the Architect.

8.    An approved backflow prevention device  shall be installed in compliance with local or state code. Install device according to manufacturer's recommendations.

9.    Provide all vacuum breakers as required by local or state codes and located as approved by the Architect.

b.    Excavation and Backfill

1.    All excavation in this contract shall be unclassified and is to include earth, loose rock, rock, or any combination thereof in wet or dry state.

2.    All trenches shall be backfilled with the material removed except where special backfill specifications of certain pipe may specify otherwise.  In this case, the special backfill specifications shall take precedence over this general specification.

3.    All trench backfill shall be flooded in order to prevent after settling.  Flooding shall be from the bottom to the top of the trench.  All mud shall then be worked to a liquid consistency to prevent after settling.

02441-5

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 02480 - LANDSCAPING

### PART 1 - GENERAL

#### 1.01   DESCRIPTION

The Contractor shall provide all of the labor, materials, services, equipment, etc. as required to landscape the project in compliance with the drawings and instructions as issued by the Architect and as herein indicated.  In general the work shall include but not be limited to the following major items of work:

a.   Excavation of planting pits and providing, placing, and preparing topsoil and/or planting mixture as required for planting operations.

b.   Furnishing of all plant material and labor for planting and all necessary planting operations.

c.   Trimming, pruning, topping, removal, and/or relocation of existing plant materials.

d.   Obtaining all permits and required certificates of inspection of plant materials.

e.   Submitting of required samples as specified herein.

f.   Employment of, responsibility for, and supervision of the Lawn and Planting Irrigation System contractor as specified in section 02441.

.g.   Protection guarantee and maintenance of all work.

#### 1.02   RELATED WORK SPECIFIED ELSEWHERE

a.   General and Supplementary General Conditions.

b.   Lawn and Planting Irrigation System:  Section 02441.

#### 1.03   REFERENCE STANDARDS AND CODES

Unless otherwise indicated or approved, ANSI Z60.1, *Standard for Nursery Stock* shall be regarded as the acceptable industry standard for this section of work.

#### 1.04   QUALITY CONTROL

a.   Qualifications of Landscape Contractor

The following are the minimum qualifications of the landscape contractor:

1.   Texas wholesale nursery license.

2.   Minimum three (3) years in commercial and institutional landscape business.

3.   Main office located within seventy-five (75) miles of the project site.

02480-1

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

2. Minor Changes

It is understood that should minor changes and deviations from the plans or staking be required by the Architect, this shall be done by the Contractor at no additional cost providing such instructions are given to the Contractor before such affected work other than staking is started.

g. Cleanup

The Contractor shall at all times during the progress of the work keep the site free from accumulation of waste matter or rubbish and shall confine his apparatus, materials, and operations of his workmen to limits prescribed by the contract limit lines except as the latter may be extended with the approval of the Architect.

h. Inspection, Acceptance, and Maintenance

1. As previously noted, inspections shall be made by the Architect during the course of the work. Any differences noted during these visits shall be corrected at once.

2. Preliminary Inspection

Upon completion of planting, the Contractor shall request in writing a preliminary inspection. within ten (10) days of that request, the Architect shall complete the requested inspection. If the project is substantially complete at the preliminary inspection, the Architect shall issue a Certificate of Substantial Completion together with a list of items that must be completed or corrected. All corrections shall be made as soon as possible. The date of the Certificate of Substantial Completion shall constitute the date of the beginning of the 30-day maintenance period and commencement of the 1-year warranty period.

3. For a period of thirty (30) days after the date of the Certificate of Substantial Completion the Contractor shall maintain all plant material in proper condition. This shall include but not necessarily be limited to watering, weeding, and replacement of dead or damaged materials.

4. Within ten (10) days of the completion of the maintenance period, the Architect shall conduct a final inspection at a mutually agreed upon time. If necessary, a final list shall be issued for any deficiencies which still exist. Final payment may be requested upon completion of the remaining work.

i. Warranty

1. Guarantee all plant material to be true to botanical name, specified size, and in a vigorous condition and warranty all plant material for a period of one (1) year from the date of substantial completion against death and unhealthy condition except as may result from neglect, damage, and/or unusual phenomena beyond installer's control.

2. At optimum planting time the Contractor shall replace any plant materials that are dead or that are, in the opinion of the Owner/Architect, in an unhealthy or unsightly condition or those which have received inadequate or improper maintenance. All plant materials rejected by the Owner/Architect shall be removed from the site immediately and legally disposed of by the Contractor at no additional cost to the Owner.

3. Upon completion of the work covered by the Contractor, the Contractor shall leave the completed project ready for use without the need for further cleaning of any kind and with all work in new condition, weed-free, and in perfect order. In addition, upon completion of all work, the Contractor shall remove from the vicinity of the work and from the property of the Owner, all rubbish, unused materials, and other materials used under his direction during construction. The Contractor shall restore all areas affected by the work to their original or specified condition including any sprinkler irrigation lines damaged during

02480-3

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

5. Plants shall be nursery-grown unless specifically authorized to be collected.

6. Undersized plants shall be rejected by the Architect.

7. Provide clean, strongly-rooted Rio Grande Valley-grown 2-year old floratam sod grass in all areas to be sodded.

8. Furnish balled and burlapped (B & B) trees and shrubs except container-grown plants may be furnished if indicated size is below limit established in ANSI Z60.1.

9. Furnish ground cover plants in removable containers or integral peat pots.

10. As provided in Section 02200 - Earthwork, all lawn and planting areas shall have received 4″ minimum thickness of approved topsoil provided by the earthwork contractor and approved by the landscape contractor.

11. Provide fertilizer, humus, and other soil amendments of a type which is known to improve Ph condition of soil for particular plant material to be planted. Mix peat humus (FS Q-P-166) with topsoil in the ratio of 1:3 for use in planting.

12. Where may be indicated, provide redwood, cypress, or cedar edging units of size shown with matching 2″ x 2″ wood stakes, 24″ long, spaced 3′-0″ o.c. and nailed to edge units with hot-dip galvanized or aluminum nails.

13. Fertilizer

    a) Fertilize topsoil for planting trees, shrubs, and ground cover with a 5% nitrogen, 10% phosphorus, and 5% potash commercial fertilizer, applied and mixed at the rate of not less than 0.25 lbs. per cubic foot of soil and humus.

    b) Fertilize all palms during planting with Sierrablen Timed-Release Fertilizer 18-7-10 or approved equal in accordance with rates given by the manufacturer.

    c) Fertilize topsoil for planting grass with a high nitrogen content commercial fertilizer, containing 2% phosphorus, 2% potash and nitrogen in sufficient quantity to supply not less than 1 lb. of actual nitrogen per 1,000 square feet lawn area.

## 2.02    HANDLING AND PROTECTION OF PLANTS

a.    Root Protection

Plants shall be handled at all times in accordance with the best horticultural practices so that the roots or balls are adequately protected from the sun or drying winds. No plant shall be bound with rope or wire in a manner that would damage the bark, break the branches, or destroy its natural shape.

Palms shall be dug with firm (A.A.N. Standard) natural ball of earth of sufficient diameter and depth to encompass the fibrous and feeding root systems necessary for full recovery of the plant. All ball sizes shall be of a minimum size so as to meet the requirements of the latest edition of A.A.N. Standards.

b.    Protection During Delivery

All plant material shall be delivered in closed vehicles or in open vehicles with the entire load properly covered while in transit for protection from drying winds.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

e.   Fertilizing

Sierrablen (18-7-10) slow-release fertilizer or approved equal shall be applied to all planting beds and planting pits according to manufacturer's instructions relating to bed area, size of container, or caliper of tree.

f.   Mulching

All tree and shrub planting pits shall be mulched as follows:

1.   All tree and shrub planting pits shall be mulched to a depth of 2″.

2.   Thoroughly soak all mulched areas.  After watering, all mulched areas shall be raked and left in a complete and finished manner.

3.   Provide mulch sample for approval by the Architect.

g.   Trees

1.   Excavate pit to 1-1/2 times diameter of tree ball and not less than 6″ deeper.  Compact layer of topsoil in pit to locate collar of plant properly in a slightly dished finish grade.  Backfill around ball with topsoil, compacted to eliminate voids and air pockets, watering thoroughly as layers are placed.  Build 3″ high berm of topsoil beyond edge of excavation.  Apply 3″ of mulch of peat, straw, or other recognized organic planting mulch.

2.   Prune tree to remove damaged branches, improve natural shape, and thin out structure remove not more than 15% of branches.

3.   Guy and stake deciduous trees 3 directions with galvanized wire through flexible hose tree protectors with wooden stake anchors.

h.   Shrubs

1.   Place 4″ layer of clean gravel in all areas where shrubs are to be planted.  Compact layer of topsoil in bottom before placing plants.  Backfill topsoil around plants to eliminate voids and air pockets to bring plants up to proper planting heights.  Form grade slightly dished and berm edges of excavation.  Apply 2″ of mulch or peat or other organic planting mulch.

2.   Prune shrubs to remove damaged branches, improve natural shape, and thin out structure and remove not more than 15% of branches.

i.   Ground Cover

1.   In areas where topsoil has been stripped, spread topsoil to required depth of 12″ except as otherwise indicated.

2.   Space plants 12′ apart both ways except as otherwise indicated.  Dig holes large enough to allow for spreading of roots, compact backfill to eliminate voids, and leave grade slightly dished at each plant.  Water thoroughly.  Apply 2″ of mulch of peat, straw, or other recognized organic planting mulch over entire planting bed, lifting plant foliage above mulch.

3.   During periods of hot sun and wind at time of planting, provide protective cover for several days.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 02510 - CONCRETE CURBS, WALKS AND PAVING

Contract Conditions and Division 1 govern this Section

### PART 1- GENERAL

#### 1.01    WORK GOVERNED BY OTHER SECTIONS OR DIVISIONS

Refer to other Sections for additional requirements that apply to portions of this Work. The actual performance of this Work remains within this Section, but subject to requirements of Division 3 - Concrete.

#### 1.02    SAMPLES

Prepare samples of various finishes for approval before executing any of the actual Work. This requirement may be waived by the Architect when samples can be tried on the actual Work in areas of secondary importance.

#### 1.03    ACCESSIBILITY REQUIREMENTS

Products, design, operation, location and installation to comply with governmental standards in effect at the location of the Project.).

### PART 2- PRODUCTS

#### 2.01    CONCRETE STRENGTHS

3,500 psi, 28 day test, for vehicle paving; 2,500 psi for walks

#### 2.02    VEHICLE PAVING AND CURB EXPANSION JOINTS (See Drawings for dowels)

a.      JOINT FILLER: (Contractor's option)

   1.    TYPE: Asphalt impregnated, non-extruding cane fiber or other fibers

   2.    SPECIFICATIONS: ASTM D 994

   3.    THICKNESS: 3/4 inch unless shown otherwise

   4.    TOP CAP: 3/4" removable strip for paving sealing compound

b.      **JOINT FILLER: (Contractor's option)**

   1.    TYPE: Prefab filler with load-transfer dowels and fittings

   2.    BRANDS: Shepler "Load Transfer Units"; "Junior" thru 5" thick; Heavy Duty" over 5" thick or Star-Lug Model D-27

   3.    FILLER: Construction grade all heart redwood; preservative treated; AWPI LP-22

   4.    THICKNESS: 3/4 inch unless shown otherwise

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

      3.    Tremco "THC-900"

      4.    Williams l'Dynaseal"

f.    BOND-BREAKER TAPE: Required under sealant on joint filler

## PART 3- EXECUTION

### 3.01  LACK OF SLOPE

Confirm before proceeding when the Drawings show any of the following without slope:

      1.    Walks

      2.    Vehicle Paving

### 3.02  EDGE TOOLING

a.    LOCATIONS: Edges, expansion joints and other places where needed to form a neat appearance

b.    SIZE: 3/8 inch radius unless shown otherwise

c.    WORKMANSHIP: Remove marks of tooling from abutting surface

### 3.03  VEHICLE PAVING

a.    FINISH: Contractor's option

      1.    Float; broom to medium texture

      2.    Belt finish

      3.    Burlap drag

b.    RAMP FINISH (Slopes over 1" per ft.) Score with stiff bristle broom to form non-slip finish

c.    DRIVEWAY ENTRANCES: Comply with government standards where connecting to a public street or highway

### 3.04  CURBS

a.    TYPE: Cast-in-place or extruded

b.    FINISH: Smooth with slight texture similar to float finish

c.    EXPANSION JOINTS: Space to match attached walks

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 02518 - CONCRETE BLOCK PAVING

### PART 1 - GENERAL

#### 1.01    DESCRIPTION

a.    Provide all indicated solid concrete block paving, concrete curbs, and sidewalks complete and in place.

b.    Furnish all equipment, tools, labor, and materials; make required cuts; prepare subgrade; place and compact sand base; place concrete block paver units for parking areas, walks, and driveway. Lay out areas and roadways to lines, dimensions, and grades shown on the drawings and be responsible to ensure their correctness.

#### 1.02    RELATED WORK SPECIFIED ELSEWHERE

a.    Site Preparations:  Section 02100

b.    Earthwork:  Section 02200

c.    Paving and Surfacing:    Section 02500

d.    Concrete Curbs, Walks, and Paving:    Section 02510

e.    Concrete Formwork:  Section 03100

f.    Concrete Reinforcement:  Section 03200

g.    Concrete Materials:  Section 03310

#### 1.03    REFERENCE STANDARDS AND CODES

Unless otherwise indicated, the reference standards and codes as specified and applicable for formwork, reinforcing, and concrete shall also apply to like items in this section.

#### 1.04    QUALITY CONTROL

Contractor's Responsibility

a.    Preliminary

Contractor shall pay for and submit for review and approval, test reports of physical properties and moisture density curve (AASHO T99, Method D) of paving base course.

b.    Field

Laboratory shall perform field density tests on each layer of compacted material.  Should tests indicate compacted material densities below those specified, rework to proper density.  Perform at Contractor's expense additional tests to confirm the satisfactory recompaction.

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

2)   Minor cracks incidental to the usual methods of manufacture or minor chipping resulting from customary methods of handling in shipment and delivery shall not be deemed grounds for rejection.

c)   Sampling and Testing

1)   The purchaser or his authorized representative shall be accorded proper facilities to inspect and sample the units at the place of manufacture from the lots ready for delivery.

2)   Sample and test units in accordance with ASTM methods C-140, Sampling and Testing Concrete Masonry Units. For compressive strength and absorption tests, a sample shall consist of five (5) specimens.

d)   Rejection

In case the shipment fails to conform to the specified requirements, the manufacturer may sort it and new specimens shall be selected by the purchaser from the retained lot and tested at the expense of the manufacturer. In the case the second set of specimens fails to conform to the test requirements, the entire lot shall be rejected.

b.   Concrete

Minimum 3,000 psi at 28 days.

c.   Base

Sand approved for use in concrete from ready mix concrete plant or other Architect-approved source.


## PART 3 - EXECUTION

## 3.01   INSTALLATION

a.   Preparation of Subgrade for Sand Base

1.   Subgrade areas shall be scarified to a minimum depth of 6" and all debris and vegetation removed. The entire area shall then be compacted to a density of at least 95% of maximum density at optimum moisture ad determined by AASHO method. Subgrade shall conform to the line, grades, and typical sections indicated on the drawings and shall allow for full thickness of base and for surface drainage.

2.   All holes, ruts, and depressions shall be filled with approved suitable material. All irregularities in excess of ½" as shown by a 16' straightedge or template shall be immediately corrected. The prepared subgrade shall be thoroughly wetted if necessary to ensure that the subgrade is in a firm and moist condition. Sufficient subgrade shall be prepared in advance to ensure satisfactory prosecution of the work.

b.   Concrete Curb/Edge

1.   Provide concrete retaining curb following base compaction prior to installation of paver blocks. Curb shall be minimum 6" x 12" for vehicular traffic areas, 4" x 10" for pedestrian walks, with minimum one (1) #5 continuous rod per curb or as detailed.

2.   Provide wood or metal forms conforming to the shape of the curb and gutter. Do not use earth as edge forms.

02518-3

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

4.  Pavers shall be laid tight.

5.  Edges and angles shall be cut cleanly.

6.  1″ of loose sand shall be spread over pavers and vibrated until all sand has worked into paver joints, "locking" pavers in place.

7.  Manufacturer shall review installation in process and approve final installation.

## 3.02  SPECIAL NOTES

a.  Application of concrete block pavers and curbs shall not be completed until the building structure, roofing, and exterior masonry work is complete.

b.  Repair paving where damaged as a result of general construction operations. Extend limits with new paving where shown on the drawings. Material and workmanship shall match that for new paving as hereinbefore specified.

## END OF SECTION 02518  -  CONCRETE BLOCK PAVING

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

c.    REINFORCING: Two #3 deformed rods

d.    CONCRETE: Minimum of 4,000 psi

## 2.04  CONCRETE WHEEL STOPS

a.    Provide precast concrete wheel stops minimum 6' long.

b.    Install wheel stops with minimum 12" long #5 dowels through pavement into base or subgrade.

**END OF SECTION 02580 - ROAD AND PARKING APPURTENANCES**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## 1.05   STRUCTURAL RESPONSIBILITY

The Contractor shall be solely responsible for the structural adequacy of the forms, ties, shoring and bracing

## 1.06   APPEARANCE REQUIREMENTS

a.   GENERAL: Any requirements given herein are minimum for appearance purposes only, not to be considered as structural design

b.   ACCURACY OF COMPLETED CONCRETE:

   1.   Exposed concrete shall be visually plumb, level, straight and smooth when viewed at a distance of 30 ft. except for irregularities that will be removed in the finishing process

   2.   Sufficiently accurate to accommodate the details of abutting work

   3.   Measurably accurate so the maximum deviation is not over 1/4 inch in 8 ft. for exposed surfaces and 1/2 inch in 8 ft. for concealed or covered surfaces; floors shall be within 1/2 inch + or -of design 1elevation for their entire areas

## 1.07   DESIGN OF FORMS

a.   GENERAL: Make sufficiently tight to prevent leakage of concrete fines. Properly brace and tie forms together so as to maintain vertical and horizontal position and shapes.

a.   TOP EDGES OF POURS: Except in unfinished locations, use the form tops to establish accurate top edges for beams, slabs and construction joints.

b.   CHAMFERS (or radius): 3/4" size required on interior and exterior where exposed to view; except omit in locations not normally accessible To the public.

## 1.08   EARTH FORMS

Foundations and grade beams may be poured using earth forms if soil conditions permit. In the absence of precise information, assume that foundation and grade beams sides require forms. If earth formed, increase thickness by 2" from widths shown. Exposed-to-view grade beams must have formed surfaces to 5-1/2" below grade min.

## PART 2 - PRODUCTS

## 2.01   FORM COATING AND RELEASE AGENT

The manufacturer shall certify and warrant, in writing, that his product shall perform as a concrete release agent, when applied according to instructions, in the following manner:

   1.   Will not stain concrete. Approved non-staining coating to seal forms from moisture absorption and prevent concrete bonding to formwork. Coatings for steel forms shall also be rust-preventive.

   2.   Will not impair the natural bonding character of any plaster, paint, or cementitious coating intended for use on concrete

   3.   Products of Burke, Southform or Nox-Cretes "Sil coseal " may be used

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## 2.08  WATERSTOPS

Synko-Flex or equal.

## 2.09  DOVETAIL ANCHOR SLOTS

Asphalt 26 gauge thick galvanized steel, foam filled, release tape sealed slots, bent tab anchors, securable to concrete formwork, manufactured by Burke.

## 2.10  FORM LINERS

As shown on drawings, described in specifications, or as necessary to satisfy the intent of the contract documents.

## 2.11  FIBERBOARD BOXES (carton forms)

a.    APPROVED SUPPLIERS/PRODUCTS: Voidco, Jay Voids or others having equal products

b.    MATERIAL: Asphalt and wax impregnated corrugated fiberboard laminated with waterproof adhesive

c.    SIZE: 4 inches deep; width 2" to 3" less than beams

d.    STRENGTH: Capable of supporting 350 lbs. per sq. ft. or as needed to support loads

e.    DESIGN: Fabricated and assembled to supplier's recommendations

f.    PREPARATION: Level bottoms of beam excavation so boxes rest solidly

g.    PLACEMENT: Tape joints and ends to keep concrete out; stake to retain in position

h.    LOCATIONS: Where shown on Structural Drawings

## PART 3 - EXECUTION

## 3.01  PREPARATION

a.    Formwork Design

   1.    Design formwork so that it will safely support all vertical and lateral loads that might occur or be applied until final in-place construction has adequate strength and integrity to support such load.  Design formwork so that concrete members and structures are of correct size, shape, alignment, elevation, and position.

   2.    Provide shores and struts with positive means of adjustment capable of taking up formwork displacement during concrete placing operations.

   3.    Support form facing materials by structural members spaced sufficiently close to prevent deflections. Fit forms placed in successive units for continuous surfaces to accurate alignment, free from irregularities, and within allowable tolerances.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

c.    Allowable Tolerances

Construct formwork to provide completed cast-in-place concrete surfaces complying with the tolerances specified in ACI 347 and as follows:

1.    Variation from plumb in lines and surfaces of columns, piers, walls, and arises, 1/4″ per 10′ but not more than 1″.  For exposed corner columns, control joint grooves, and other conspicuous lines, 1/4″ in any bay or 20′ maximum and 1/2″ in 40′ or more.

2.    Variation from level or grade in slab soffits, ceilings, beam soffits, and in arises, 1/4″ in 10′, 3/8″ in any bay or 20′ maximum; Horizontal grooves and other conspicuous lines, 1/4″ in any bay or 20′ maximum and 1/2″ in 40′ or more.

3.    Variation from position of the linear building lines and related columns, walls, and partitions, 1/2″ in any bay or 20′ maximum, and 1″ in 40′ or more.

4.    Variation in sizes and locations of sleeves, floor openings, and wall openings, 1/4″.

5.    Variation in cross-sectional dimensions of columns and beams and thickness of slabs and walls, -1/4″ and +1/2″.

6.    Variation in footings plan dimensions, -1/2″ and +2″; misplacement or eccentricity, 2% of the footing width in direction of misplacement but not more than 2″; thickness reduction, -5%.

7.    Variation in steps in a flight of stairs, 1/8″ for rise and 1/4″ for treads; in consecutive steps, 1/15″ for rise and 1/8″ for treads.

Before concrete placement, check the lines and levels of erected formwork.  Make corrections and adjustments to ensure proper size and location of concrete members and stability of forming systems.

## 3.02   SLAB MEMBRANE INSTALLATION

Provide membrane under earth supported floor slabs and unexposed sides of integral grade beams. Loose lap 6 in.; use cement or tape to hold laps; patch tears with overlays; screed stake holes permissible.

## 3.03   FORM COATING AND RELEASE AGENT

a.    Apply to contact surfaces per manufacturer's instructions.  Apply prior to placing reinforcing steel, anchoring devices, and embedded items.

b.    Do not apply form release agent where concrete surfaces will receive special finishes or applied coverings which are affected by agent.  Soak inside surfaces of untreated forms with clean water.  Keep surfaces wet prior to placing concrete.

c.    Apply before reinforcing is placed

d.    Oil, grease or wax compounds not permitted where concrete is to remain exposed or be coated

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 03200 - CONCRETE REINFORCEMENT

Contract Conditions and Division 1 govern this Section

## PART 1- GENERAL

### 1.01    DESCRIPTION

a.    Provide all required reinforcing steel and welded steel wire fabric for the project complete with the wire and in place.

b.    Support chairs and bar supports for reinforcing.

### 1.02    RELATED WORK SPECIFIED ELSEWHERE

a.    Paving and Surfacing:  Section 02500.

b.    Concrete:  Section 03300.

c.    Drilled Concrete Piers: Section 02362

### 1.03    REFERENCE STANDARDS and MINIMUM SPECIFICATIONS

Unless otherwise shown or specified, fabrication, detailing, and installation of reinforcing steel shall conform to American Concrete Institute Standards ACI 318 (latest edition) *Building code Requirements for Reinforced Concrete* and ACI 315 (latest edition) *Manual of Standard Practice for Detailing Reinforced Concrete Structures.*

a.    ACI Manual of Standard Practice for Detailing Reinforced Concrete Structures, ACI 315, latest edition

b.    Specifications for Structural Concrete for Buildings, ACI 301

c.    Building Code Requirements for Reinforced Concrete, ACI 318

### 1.04    QUALITY CONTROL

a.    Shop Drawings

Submit placing plans, details, and materials lists of all reinforcing steel for approval prior to commencing all reinforcing concrete work.  Indicate bar sizes, spacings, lengths, laps, locations, and quantities of reinforcing steel and wire fabric, bending and cutting schedules, and supporting and spacing devices.

b.    Submit certified copies of mill test report of supplied concrete reinforcing indicating physical and chemical analysis including tensile and bend tests.

c.    All concrete reinforcing bars shall bear the quality marks of the Concrete Reinforcing Steel Institute and the identifying mill marks of the manufacturer supplying the bars.

d.    Submit for review and coordination. Include diagrams, schedules and details showing fabricated shapes and placing plans and details for above grade major formwork:

1.    Layout of bar spacing

03200 - 1

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

**2.02    REINFORCEMENT SUPPORTS (Use the following type legs for the surfaces listed)**

a.    GENERAL:    Fabricated from cold-drawn industrial quality basic wire.  Provide plastic coated legs for supports used in exposed soffits.  Size and shaped for strength and support of reinforcing during construction conditions.

b.    CONCEALED: Plain steel wire or any other given below

c.    EXPOSED, INTERIOR: Galvanized, plastic-coated, solid plastic or stainless steel

d.    EXPOSED EXTERIOR: Stainless steel or solid plastic

**2.03    REINFORCEMENT SUPPORTS ON EARTH**

a.    TYPE: High bar chairs with 3" x 6" -20 ga. metal base plate; plastic optional

b.    SPACING: 4 feet each way maximum

c.    MASONRY BLOCKS: Not acceptable

**2.04    FABRICATION**

a.    METHOD: Bend and cut bars cold. Do not heat or bend by makeshift methods.  Reject bars having kinks or bends not detailed on approved shop drawings.

b.    Fabricate concrete reinforcing in accordance with ACI 315.

c.    Locate reinforcing splices not indicated on drawings at points of minimum stress.

d.    TOLERANCES:

    1.    Sheared length plus or minus one inch

    2.    Depth of truss bars +/- 1/2 inch

    3.    Stirrups, ties and spirals +/- 1/2 inch

    4.    Other bends +/- one inch

**PART 3- EXECUTION**

**3.01    PREPARATION**

a.    Materials shall be properly stored at the jobsite off the ground and protected from rain and moisture.

b.    Clean reinforcement of excessive rust, scale, or other coatings which will reduce or prevent bond with concrete.  Maintain clean until concrete is placed.  Clean existing protruding reinforcement before placing new concrete. Reinforcement materials which are appreciably reduced in section are not acceptable.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 03310 - CONCRETE MATERIALS

Contract Conditions and Division 1 govern this Section.

## PART 1 - GENERAL

### 1.01   DESCRIPTION

a.    Provide all concrete for the job, complete, finished, and in place.

b.    Provide vapor barrier under slabs on grade.

c.    Provide concrete equipment pads.

### 1.02   RELATED WORK SPECIFIED ELSEWHERE

a.    Drilled Concrete Piers: Section 02362

b.    Concrete Formwork:  Section 03100.

c.    Concrete Topping:  Section 03320.

d.    Precast Structural Concrete:  Section 03400.

e.    Base plates embedded in concrete; Structural Steel:  Section 05120.

f.    Headed stud-type concrete anchors (HCA); Metal Fabrications:  Section 05500.

g.    Miscellaneous bearing plates embedded in concrete; Metal Fabrications:  Section 05500.

i.    Mechanical items to be cast in concrete; General Mechanical Provisions:  Section 15010.

j.    Electrical items to be cast in concrete; General Electrical Provisions:  Section 16010.

### 1.03   REFERENCE STANDARDS and MINIMUM SPECIFICATIONS (Latest editions)

Unless otherwise shown or specified, all concrete work shall comply with American Concrete Institute Standard ACI 318 (latest edition) *Building Code Requirements for Reinforced Concrete* and ACI 304 (latest edition) *Recommended Practice for Measurings, Mixing, Transporting, and Placing Concrete.*

a.    Specifications for Structural Concrete in Buildings, ACI301

b.    Building Code Requirements for Reinforced Concrete, ACI 318

c.    Recommended Practice for Hot and Cold Weather Concreting, ACI 305, 306.

### 1.04   QUALITY CONTROL

Contractor's Responsibilities

a.    Concrete Mix Design and Preliminary Testing [duties of testing laboratory]

03310 - 1

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

    d)   Submit complete written daily descriptive reports of concrete delivery and subsequent placement operations to the Architect.

## 1.05  DRAWING PRECEDENCE

Requirements on Structural Drawings govern this Section.

## 1.06  RESPONSIBILITY FOR PERFORMANCE

a.   Rests solely with the Contractor

b.   In the event the requirements of the Contract Documents interfere with providing the specified performance, give notification before proceeding.

c.   Suggestions or advice given by the supervising authority or testing laboratory are not to be considered as directions or permission to violate the specified performance.

## 1.07  TECHNICAL ASSISTANCE

When requested by the Contractor, the admix supplier shall provide (free of charge) a qualified technician to assist in proportioning concrete for optimum use and help in adjustment of concrete mix to meet job conditions.

## PART 2- PRODUCTS

## 2.01  ADMIXES

Compatible when mixed together.

a.   APPROVED SUPPLIERS, BRANDS: (Others require written approval)

   1.   Master Builders 04 W. R. Grace

   2.   Anti-Hydro Waterproofing Co. 05 Protex Industries

   3.   U. S. Grout Corp. 06 Sonneborn Building Products

   4.   Gifford-Hill

b.   REQUIRED ADMIXES:

   1.   AIR ENTRAINING: ASTM C 260

   2.   WATER REDUCING: (Accelerating or retarding) ASTM C 494

c.   SUPERPLASTICIZER (Contractor's option)

   1.   BRIEF DESCRIPTION: Admixture to temporarily increase slump and workability and reduce segregation and bleed water

   2.   MINIMUM SPECS: ASTM C 494, Type F

03310 - 3

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

    c)   Specified Strength [Unless Otherwise Noted on Drawings]

       1)   Structural foundations, slabs, and walls: 3000 psi @ 28 days.
       2)   Drives, approaches, and entrances: 3500 psi @ 28 days.
       3)   Walks and decorative slabs: 2500 psi @ 28 days.
       4)   Above-ground (elevated) structural members: 4000 psi @ 28 days.

3.   Concrete Proportions

Proportion mixes by either laboratory trial batch or field experience methods using materials to be employed on the project for each class of concrete required complying with ACI 211.1 for normal weight concrete and report to the Architect the following:

    a)   Complete identification of aggregate source of supply.

    b)   Tests of aggregates for compliance with specified requirements.

    c)   Scale weight of each aggregate.

    d)   Absorbed water in each aggregate.

    e)   Brand, type, and composition of cement.

    f)   Brand, type, and amount of each approved admixture.

    g)   Amounts of water used in trial mixes.

    h)   Proportions of each material per cubic yard.

    i)   Gross weight and yield per cubic yard of trial mixtures.

    j)   Measured slump.

    k)   Measured air content.

Compressive strength developed at 7 days and 28 days from not less than three (3) test cylinders cast for each 7- and 28-day test and for each design mix.

a.   Concrete shall be proportioned in accordance with ACI 211.1 to produce concrete with slump, air content, maximum size coarse aggregate and materials designed to minimize bleeding and segregation.

b.   Slump at time of placing shall not exceed S in. (12.70 cm) for stone concrete, except 9" permissible with superplasticizer.

c.   Air entraining agent shall be used in all concrete to produce a total air content of less less than 0.50% for stone concrete.

## 2.04   MAXIMUM SIZE OF COARSE AGGREGATE

Not more than 1/5 of smallest dimension between sides of forms; not more than 1/3 of depth of slabs nor more than 3/4 of the minimum clear spacing between reinforcing bars.

    1.   MINIMUM: Any locations or uses not specified on the Drawings to be 3,000 psi

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

e.   INSTALLATION OF EMBEDDED ITEMS AND INSERTS:

Provide ample time for the various trades to install all items necessary to execute their work properly. Provide suitable templates diagram or instructions for the installation of items not required to be actually placed in the forms. Set and build into the work anchorage devices and other embedded items required for other work that is attached to or supported by cast-in-place concrete.

f.   PLACING SEQUENCE:

Determine and follow a logical sequence of placing to ensure proper preparation, construction methods, structural strength, and jobsite safety during concrete operations. Place concrete columns and walls at least eight (8) hours prior to placing the structure supported thereon.

g.   CONSTRUCTION JOINTS:

1.   Provide construction, isolation, and control joints as indicated or required. Locate construction joints so as to not impair the strength and appearance of the structure. Place isolation and control joints in slabs on ground to stabilize differential settlement and random cracking.

2.   Examine the structural drawings for requirements of particular joints. Locate joints not shown on the drawings as to least impair the strength of the structure. Submit for approval by the Architect a construction joint plan prior to placing concrete. Additional reinforcement at construction joints may be required by the Architect.

3.   In general, locate joints near a distance of 1/3 the span distance from either support of slabs, joists, beams, and girders unless a beam intersects a girder at this point. In this case, offset the joint a distance equal to twice the beam width and install horizontal keyways near the top and bottom of the joint.

4.   Locate horizontal joints in columns and walls at the underside of floors, slabs, joists, and beams, and at the top of footings and floor slabs. Place beams and joists at the same time as the slabs. Do not permit horizontal joints in beams, girders, joists, slabs, or similar members.

5.   Locate joints perpendicular to main reinforcement. Continue reinforcing steel across construction joints.

h.   DOWELS TO EXISTING WORK:

In locations where new concrete is dowelled to existing work, drill holes same size as dowel and insert steel dowels angled downward into existing concrete.

## 3.02   MIXING CONCRETE

1.   Thoroughly incorporate properly weighed materials in the quantities allowed by the rated capacity of the mixer by operating at the speed and for the length of time required to produce concrete of uniform consistency, paste distribution, and aggregate grading from the beginning to the end of the discharge. Maintain the mixer free of hardened concrete, leaks, and excessive wear.

2.   Mix and deliver in conformance to ASTM C-94. Employ a supplier of ready-mixed concrete having a plant of sufficient capacity and adequate transit-mixing equipment to assure delivery at the rate required to permit continuous, uninterrupted placing throughout each scheduled pour. Reject and dispose of all concrete not placed with 1-1/2 hours after mixing water has been added to the dry ingredients.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

    c.    Into water

## 3.06   PLACING

a       Install vapor barrier (minimum 6 mil polyethylene sheet) under interior slabs on grade. Lap joints minimum 6″. Do not disturb or damage vapor barrier while placing concrete reinforcing. If damage does occur, repair areas before placing concrete. Use vapor barrier material lapped over damaged areas minimum of 6″ in all directions and seal.

b.      Convey concrete from the mixer to the place of final deposit without delay and by methods which will prevent segregation. Provide chutes which are metal or metal-lined. Use with moderate slopes and baffles to prevent segregation.

c.      Deposit concrete as near as practical to its final position and in a manner to maintain a nearly horizontal plastic surface.

d.      Provide substantial elevated runways or hoists over which to convey concrete to points of deposit without disturbing forms or reinforcing. Do not support conveying equipment directly on reinforcement.

e.      Handle to minimize separation of coarse aggregate. Do not drop concrete free for more than four feet (4′). Provide tremies of rubber or metal furnished in sections so the outlet may be adjusted to proper heights during placing operations. These requirements need not apply to drilled piers if concrete is directed straight down the shafts.

f.      Thoroughly consolidate all concrete by vibrating or other approved means during placing. Thoroughly work concrete around reinforcement and embedded items and into form corners. Prevent segregation due to over vibration or other causes.

g.      If for any reason it becomes necessary to stop the concrete placing operation at places other than those indicated on the approved joint plans or contract drawings, consult the Architect with regard to the location and manner of providing the joint.

h.      Set and build into the work anchorage devices and other embedded items required for other work that is attached to or supported by cast-in-place concrete. Use setting diagrams, templates, and instructions provided by others for locating and setting.

i.      Comply with ACI 304, *Placing Concrete in a Continuous Operation Within Planned Joints or Sections*. Do not begin placement until work of other trades affecting concrete is completed.

j.      Consolidate placed concrete using mechanical vibrating equipment with hand rodding and tamping so that concrete is worked around reinforcement and other embedded items and into all part of form.
        Do not use vibrators to transport concrete. Assign at least one workman experienced in handling the vibrator whose sole duty during the placing of dconcrete shall be to vibrate the concrete. Keep a spare vibrator on the jobsite during all concrete placing operations.

k.      Use no equipment which requires more water, cement or fine aggregate than mix design permits or i f a reduction in strength will result.

l.      Place concrete continuously, or in quantities so that none is placed against concrete which has hardened, except at construction joints.

m.      Thoroughly compact concrete during and immediately after placing with mechanical vibrating equipment or suitable tools.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 03320 - CONCRETE TOPPING

### PART 1 - GENERAL

#### 1.01   DESCRIPTION

Provide all smooth finished hardrock-type concrete floor topping for the project complete and in place where indicated on the plans. Refer to the plans for required minimum thicknesses.

#### 1.02   RELATED WORK SPECIFIED ELSEWHERE

a.      Concrete Formwork:  Section 03100.

b.      Concrete Reinforcement:  Section 03200.

c.      Concrete:  Section 03300.

#### 1.03   REFERENCE STANDARDS

Unless otherwise indicated the reference standards and codes shall be the same as indicated for Concrete - Section 03300.

#### 1.04   QUALITY CONTROL

Contractor's Responsibilities

a.      Concrete Mix Design and Preliminary Testing [duties of testing laboratory]

     1.      Contractor shall select and pay an approved independent testing laboratory acceptable to the Architect to design all concrete mixes for the project and perform preliminary testing to verify compliance with specification requirements.  Only testing laboratories with a full time Texas registered professional engineer on staff shall be acceptable.  All reports shall be supervised, signed, and sealed by said engineer.

     2.      Prepare proposed mixes using actual ingredients to be used for project concrete.

     3.      Prepare a separate design for each mix. Make six (6) standard 6″ x 12″ test cylinders according to ASTM C-31 for each design. Test two (2) cylinders at 7 days and three (3) at 28 days and retain one (1) for later testing if required according to ASTM C-39.

     4.      Submit complete reports of the designs and testing to the Architect for approval prior to placing concrete.

     5.      Provide manufacturer's asbestos-free certificates for all materials.

03320-1

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## PART 2 - PRODUCTS

### 2.01  MATERIALS

a.  Portland Cement

ASTM C-150, Type I.  Use only one manufacturer's brand on the entire project unless otherwise approved. Provide certified mill test report.

b.  Aggregates

ASTM C-33, clean and free of all deleterious matter and 3/8″ maximum aggregate size.

c.  Mixing Water

Clean, fresh, and free from injurious amounts of oils, acids, alkalis, salts, organic materials, or other materials that may be deleterious to concrete or steel.

d.  Admixtures

Only as approved by the Architect.

e.  Reinforcing

Welded wire fabric ASTM A-185, with 6 x 6, 6 gauge galvanized finish (install in as long lengths as practicable), or fibermesh reinforcement, or as noted on the drawings.

f.  Curing Compound

Liquid, for sprayer application.  Type as approved and equal to the material manufactured by Sonneborn, Gifford Hill, or Guardian.

g.  Bonding Agent

As approved by the Architect.

h.  Color Additives

Only premixed integral color additives shall be utilized.  Colors to be selected by Architect.

### 2.02  TOPPING DESIGN MIX

a.  Concrete Mixes

1.  Prepare design mixes for each type and strength of concrete.  Acceptable slump shall be between 4″ and 6″.  Minimum allowable compressive strength at 28 days shall be as indicated.  Use an independent testing facility acceptable to the Architect for preparing and reporting proposed mix designs.  The testing facility shall not be the same as used for field quality control testing.

03320-3

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

b.   Mixing Concrete

    1.   Thoroughly incorporate properly weighed materials in the quantities allowed by the rated capacity of the mixer by operating at the speed and for the length of time required to produce concrete of uniform consistency, paste distribution, and aggregate grading from the beginning to the end of the discharge. Maintain the mixer free of hardened concrete, leaks, and excessive wear.

    2.   Mix and deliver in conformance to ASTM C-94. Employ a supplier of ready-mixed concrete having a plant of sufficient capacity and adequate transit-mixing equipment to assure delivery at the rate required to permit continuous, uninterrupted placing throughout each scheduled pour. Reject and dispose of all concrete not placed with 1-1/2 hours after mixing water has been added to the dry ingredients.

    3.   Mix color additives in topping at ready mix plant.

c.   The design of the concrete floor topping mix shall, unless as may be otherwise approved, indicated, or specified, be structured such that a 28-day minimum compressive strength of 3,000 psi is achieved. Use an independent testing facility acceptable to the Architect for the preparation and subsequent report submittal of the proposed mix design for the review of the Architect.

## PART 3 - EXECUTION

### 3.01   PREPARATION

a.   As applicable, provide the same preparation operations and procedures as indicated in Concrete - Section 03300 and as herein specified.

b.   Provide and properly set all screeds.

c.   Confirm all finish elevations, extend, leave-outs, depressions, embedded items, etc. for compliance with project requirements and approved shop drawings.

d.   The methods of mixing the topping materials and subsequent transportation handling, and placement shall be as approved by the Architect.

e.   Maintain the indicated proper position of reinforcing with necessary devices as approved.

f.   Properly mask and protect adjacent surfaces such that concrete topping material is prevented from contacting surfaces other than those specified.

### 3.02   INSTALLATION

a.   As applicable, provide the same placing, installation, and finishing requirements as indicated for Concrete - Section 03300 and as herein specified.

b.   Provide and install as required, approved methods and materials designed especially to facilitate the proper bonding of the concrete topping to substrate. Failure of concrete topping to bond to substrate (as evidenced by a hollow sound when tapped), or disintegration, or other failure of topping to perform, or failure to comply with the requirements of Section 03300 shall be considered failure of materials and workmanship. Repair or replace topping in areas of such failures as directed.

03320-5

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 03345 - CONCRETE FINISHES

Contract Conditions and Division 1 govern this Section

**PART 1- GENERAL**

**1.01    REQUIRED SUBMITTALS (For review, approval)**

Sample Finishes

**1.02    COMPATIBILITY WITH OTHER WORK**

Surfaces which will subsequently have materials applied to them shall be finished with accuracy, smoothness, texture, and cleanliness suitable for those materials without major corrective Work.

**1.03    LACK OF SLOPE**

Confirm before proceeding when the Drawings show any of the following without slope:

1.    Floors with floor drains pool area floors and decks

2.    Exterior walking surfaces

3.    Roofs

**PART 2- PRODUCTS (Not Used)**

**PART 3- EXECUTION**

**3.01    MINIMUM FORM FINISH (Concealed or unfinished locations)**

a.    Fill honeycomb with cement grout

b.    Knock off protruding fins

c.    Fill tie holes with non-shrink grout

**3.02    FORM FINISH (Exterior & interior in finished spaces)**

a.    PREPARATION: Same as minimum form finish above

b.    CORRECTIVE WORK:

1.    Remove evidence of forms by chipping away

2.    True up corners and surfaces to form high class finishes with cement mortar containing integral bonding agent

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 03369 - CONCRETE FILL, TOPPING AND GROUT

Contract Conditions and Division 1 govern this Section

## PART 1- GENERAL

### 1.01  PRODUCT DATA SUBMITTALS (For review)

Required only if substitutions are proposed for the specified products or suppliers.

## PART 2- PRODUCTS

### 2.01  STRUCTURAL CONCRETE BONDING AGENT

a.  BRIEF DESCRIPTION: Two component, epoxy type resins that achieve bond and strength at least equal to substrate concrete

b.  APPROVED SUPPLIERS:

1.  L & M Constr. "Permunite"

2.  Sika "Sikadur HiMod"

3.  Sonneborn "Sonobond"

c.  LOCATIONS: Where corrective Work is required on structural concrete or thin cement fill is applied

### 2.02  CEMENT FILL

a.  MIX: About 1:2 mix of cement and coarse sand; small amount of lime may be added for workability

b.  BONDING AGENT: Required for thicknesses under 1-1/2"

c.  LOCATIONS: Where shown

### 2.03  CONCRETE FILL

a.  CONCRETE MIX: Hard rock concrete; 3/4 in. max. aggregate; 3,000 psi at 28 days

b.  OPTIONAL MIX: (By volume) 1:1:1-3/4 to 2 (Cement, sand, pea gravel)

c.  LOCATIONS: Where shown; thicknesses of 1-1/2" and greater

### 2.04  STRUCTURAL GROUT

a.  TYPE: Prepackaged, non-shrink, non-metallic; non-gaseous and bleed free

b.  APPROVED SUPPLIERS/BRANDS: (Subject to spec. compliance)

1.  Sonneborn's "Sonogrout" d. Five Star Products

2.  Master Builder's "Masterflow 713"

3.  L & M Constr. "Crystex"

03369 - 1

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 03370 - CONCRETE CURING AND TREATMENT

Contract Conditions and Division 1 govern this Section

## PART 1- GENERAL

### 1.01  COMPATIBILITY OF PRODUCTS

The Contractor shall be responsible for the compatibility of curing, separating, hardening, and sealing compounds and their compatibility with subsequently applied materials.

### 1.02  WARRANTY

a.    Warrant the Work for one year against becoming unserviceable or objectionable in appearance as a result of being defective or non-conforming.

b.    Defects shall include, but not be limited to, the following:

   1.    Dusting

   2.    Stain penetration of exposed floors from ordinary non-solvent, non-dye materials

   3.    Noticeable yellowing or darkening.

   4.    Releasing of subsequently applied materials

### 1.03  MATERIALS APPLIED OVER THIS WORK

Verify the nature of any materials required to be applied over this Work. When there is a known or potential problem of incompatibility or bond, do not proceed without additional instructions.

## PART 2- PRODUCTS

### 2.01  PROHIBITED RESULTS

a.    Oily, waxy or loose residue that could interfere with future coatings, flooring adhesives or sealant bond

b.    Discoloration of surfaces designated to remain uncovered

### 2.02  VOC PRODUCT COMPLIANCE

Required where government regulated or in poorly ventilated spaces

### 2.03  CURING SHEETS

a.    WATERPROOF PAPER: ASTM C 171, Type lor 2 Kraft paper

b.    WHITE POLYETHYLENE SHEETING: AASHO M 171; plastic "Visqueen"; concealed locations only

   1.    TYPICAL USES: ASTM C 309, Type 1, clear with fugitive tint

   2.    OPTIONAL FOR EXTERIOR FLATWORK: ASTM C 309, Type 2, white colored

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

    2.   Miscellaneous surfaces unless designated that curing is not required

    3.   Steps

    4.   Curbs and gutters

b.   NOT REQUIRED FOR:

    1.   Slab edges; grade beam faces

    2.   Concrete poured in earth

    3.   Locations protected from the sun and wind

    4.   Columns and beams (provided forms are left in place at least 5 days)

## 4.02   FLOOR HARDENER LOCATIONS

Interior floor slabs that will be left exposed

## 4.03   SHEET CURING

a.   Optional in place of liquid curing

b.   Required where subsequently applied materials might cause problems if liquid curing compounds are used (such as ceramic tile)

c.   When used on exterior, sheets must be retained against blowing by weights scattered over entire surface and continuously at edges

**END OF SECTION 03370 - CONCRETE CURING AND TREATMENT**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## 1.06    QUALITY CONTROL

a.    Codes and Standards

Comply with provisions of the following codes, specifications, and standards except as otherwise indicated:

1.    ACI 301 *Specifications for Structural Concrete for Buildings.*

2.    ACI 318 *Building Code Requirements for Reinforced Concrete.*

3.    Concrete Reinforcing Steel Institute *Manual of Standard Practice.*

4.    Prestressed Concrete Institute MNL-116 *Manual for Quality Control for Plants and Production of Precast Concrete Products.*

5.    Prestressed Concrete Institute MNL-117 *Manual for Quality Control for Plants and Production of Architectural Concrete Products.*

6.    AWS D1.1 Structural Welding Code and AWS D12.1 Reinforcing Steel Welding Code.

7.    ASTM specifications as referred to in Part 2 - Products of this specification.

8.    Southern Standard Building Code.

9.    Uniform Building Code

10.   Applicable local building codes and ordinances.

11.   Provide manufacturer's asbestos-free certificates for all materials.

b.    Fabricator Qualifications

Firms which have successful experience in fabrication of precast concrete units similar to units required for this project shall be acceptable providing they can show satisfactory proof of having engineered, fabricated, and erected not less than three (3) satisfactory installations of comparable scope and quality to this work. Fabricator must have sufficient production capacity to produce required units without causing delay in work.

c.    Erector Qualifications

Regularly engaged for at least three (3) years in the erection of precast structural concrete similar to the requirements of this project.

d.    Welders Qualifications

In accordance with AWS D1.1.  Qualified within the past year.

e.    Testing

In general compliance with applicable provisions of Prestressed Concrete Institute MNL-116 and MNL-117.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

1.   Erection Drawings

    a)   Plans and/or elevations locating and defining all material furnished by manufacturer.

    b)   Sections and details showing connections, cast-in items, and their relation to the structure.

    c)   Description of all loose, cast-in, and field hardware.

    d)   Field-installed anchor location drawings.

    e)   Erection sequences and handling requirements.

    f)   All dead, live, and other applicable loads used in the design.

2.   Production Drawings

    a)   Elevation view of each member.

    b)   Sections and details to indicate quantities and position of reinforcing steel, anchors, inserts, etc.

    c)   Lifting and erection inserts.

    d)   Dimensions and finishes.

    e)   Prestress for strand and concrete strengths.

    f)   Estimated cambers and deflections.

    g)   Method of transportation.

c.   Product Design Criteria

    1.   Loadings for Design

        a)   Initial handling and erection stresses.

        b)   All dead and live loads as specified on the contract drawings or on the building code.

        c)   All other loads specified for members where they are applied.

    2.   Design calculations of products not completed on the contract drawings shall be performed by a registered engineer in the state of Texas experienced in precast prestressed concrete design of comparable buildings and products and submitted for approval to the Architect.

d.   Permissible Design Deviations

    1.   Design deviations will be permitted only after the Architect's written approval of the manufacturer's proposed design supported by complete design calculations and drawings.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

3.  Portland Cement

ASTM C-150, Type I.  Use only one manufacturer's brand on the entire project.  Brand and type of cement selected to be a cement approved by the Texas Highway Department for the manufacturing of precast prestressed concrete elements.

4.  Aggregates:  ASTM C-33 or ASTM C-30.

5.  Water

Potable or free from foreign materials in amounts harmful to concrete and embedded steel.

6.  Admixtures

a)  Air-Entraining Admixtures:  ASTM C-260.

b)  Water-Reducing, Retarding, Accelerating Admixtures:  ASTM C-494.

c)  Use of calcium chloride, chloride ions, or other salts shall not be permitted.

b.  Reinforcing Steel

1.  Bars

a)  Deformed Billet Steel:  ASTM A-615.

b)  Deformed Rail Steel:  ASTM A-616.

c)  Deformed Axle Steel:  ASTM A-617.

d)  Deformed Low Alloy Steel:  ASTM A-706.

2.  Wire:  Cold Drawn Steel:  ASTM A-82.

3.  Wire Fabric

a)  Welded Steel:  ASTM A-185.

b)  Welded Deformed Steel:  ASTM A-497.

c.  Strand

1.  Uncoated, 7-wire stress relieved strand; ASTM A416, Grade 270 unless an alternate design for grade 250 is approved.

d.  Anchors and Inserts

1.  Materials

a)  Structural Steel:  ASTM A-36.

b)  Malleable Iron, Stainless Steel:  ASTM A-666.

**03400-6**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

**2.05  FABRICATION**

a.    General

Fabricate precast concrete units complying with manufacturing and testing procedures, quality control recommendations, and dimensional tolerances of PCI MNL-116, PCI MNL-117, and as specified for types of units required.

b.    Built-in Anchorages

Accurately position built-in anchorage devices and secure to formwork. Locate anchorages where they do not affect position of main reinforcement or placing of concrete.

c.    Cast-in Holes

For openings larger than 10″ in diameter or 10″ square in accordance with final shop drawings. Other smaller holes shall be field-cut by trades requiring them as acceptable to the Architect.

d.    Identification

Provide permanent markings to identify pickup points and orientation in structure complying with markings indicated on final shop drawings. Imprint date of casting on each precast unit on a surface which will not show in finished structure.

e.    Field of Formed Surfaces

Provide finishes for formed surfaces of precast concrete as indicated for each type of unit and as follows:

Standard Finish

Normal plant run finish produced in forms that impart a smooth finish to concrete. Small surface holes caused by air bubbles, normal form joint marks, and minor chips and spalls shall be tolerated but no major or unsightly imperfections, honeycomb, or structural defects shall be permitted.

f.    Finish of Unformed Surfaces

Apply trowel finish to unformed surfaces unless otherwise indicated. Consolidate concrete, bring to proper level with a straightedge, float, and trowel to a smooth uniform finish.

**2.06  FINISH**

Where units will remain exposed, finish shall be smooth, uniform, free of damaged corners, rough patches and honeycomb; small air bubbles permissible if they are not visible thru texture finish coat.

**2.07  FIRE RATED UNITS**

If shown on the Drawings, provide UL rated construction with each unit bearing UL label and marking. Designate whether restrained or unrestrained. For this project, all units shall be 2 hour rated.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

Casting Tolerances

Maintain casting, bowing, warping, and dimension tolerances with the following maximum:

1.  Overall dimension for height and width of units shall be +0 of unit dimension to-3/32″ for 10′-0″ and over.

2.  Thickness of units shall be ±1/8″ maximum.

3.  Bowing or warping shall not exceed 1/360 of the span.

4.  Insert locations shall be within ±1/4″ in each direction.

5.  Opening dimensions to figured dimensions shall be within a tolerance of +1/8″ to -0.

## 3.02   PRODUCT DELIVERY, HANDLING, AND STORAGE

a.  Delivery and Handling

1.  Precast concrete members shall be lifted and supported during manufacturing, stockpiling, transporting, and erection operations only at the lifting or supporting points or both as shown on the contract and shop drawings and with approved lifting devices. All lifting devices shall have a minimum safety factor of 4.

2.  Transportation, site handling, and erection shall be performed with acceptable equipment and methods and by qualified personnel.

b.  Storage

1.  Store all units off ground.

2.  Place stored units so that identification marks are discernible.

3.  Separate stacked members by battens across full width of each bearing point.

4.  Stack so that lifting devices are accessible and undamaged.

5.  Do not use upper member of stacked tier as storage area for shorter member or heavy equipment.

## 3.03   INSPECTION

Erector shall examine supporting structure and conditions under which precast concrete work is to be erected and notify Contractor in writing of conditions detrimental to proper and timely completion of work. Do not proceed with installation until unsatisfactory conditions have been corrected in a manner acceptable to the erector.

## 3.04   INSTALLATION TIMING

Units shall not be installed until they have attained their designed ultimate compressive strength.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

g.  Bearing

Surface of structural support shall be level and smooth and a nominal 3″ minimum surface for each end. At all hollow core planks provide continuous 3″ wide, 1/8″ thick plastic bearing strip support element as indicated on the drawings. Place strip such that rough side is down and smooth side is up and into contact with the plank.

h.  Site Access

The General Contractor shall be responsible for providing suitable access to the building and firm level bearing for the hauling and erection equipment to operate under their own power.

i.  Preparation

The General Contractor shall be responsible for:

1.  Providing true, level bearing surfaces on all field-placed bearing walls and other field-placed supporting members.

2.  Placement and accurate alignment of anchor bolts, plates, or dowels in column footings, grade beams, and other field-placed supporting members.

3.  All shoring required for composite beams and slabs. Shoring shall have a minimum load factor of 1.5 x dead load plus construction loads.

j.  Installation

Installation of precast prestressed concrete shall be performed by the manufacturer or a competent erector. Members shall be lifted by means of suitable lifting devices at points provided by the manufacturer. Temporary shoring and bracing, if necessary, shall comply with manufacturer's recommendations.

k.  Alignment

Members shall be properly aligned and leveled as required by the approved shop drawings. Variations between adjacent members shall be reasonably leveled out by jacking, loading, or any other feasible method as recommended by the manufacturer and acceptable to the Architect.

## 3.06  FIELD WELDING

Field welding is to be done by qualified certified welders using equipment and materials compatible to the base material.

## 3.07  ATTACHMENTS

Subject to approval of the Architect, precast prestressed products may be drilled or "shot" provided no contact is made with the prestressing steel. Should spalling occur, it shall be repaired by the trade doing the drilling or the shooting.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

d.    OVERSPRAY PRIMER: Required where glue down floor goods will be used

## PART 3- EXECUTION

### 3.01  APPLICATION

a.    TIMING: May be applied before drywall is in place

b.    THICKNESS: As shown on Drawings; if not shown, provide 3/4"

c.    SURFACE SMOOTHNESS: Same as specified in another section for concrete floors

d.    PROTECTION: Cover with planks or plywood where subject to high or concentrated loads

e.    DRYING: No surfacing materials may be applied until fill is dry

f.    TESTING FOR DRYNESS: Tape 24" by 24" section of plastic to the surface of the floor. After 48-72 hours, if no condensation occurs, underlayment shall be considered dry. Test 5-7 days after pour

### 3.02  QUALITY CONTROL (By Testing Lab)

a.    CUBE TESTS: (ASTM C 472) Required

b.    FIELD INSPECTION: Required

## END OF SECTION 03541 - GYPSUM UNDERLAYMENT

03541 - 2

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

3.   Water shall be clean, drinkable, and free of deleterious amounts of acids, alkalies, or organic material, ASTM C-270.

4.   Provide "DryBlock" or equal waterproofing agent to mortar at all CMU units to which "DryBlock" or equal waterproofing agent has been added.

f.   Provide manufacturer's asbestos-free certificates for all materials.

**2.02   QUALITY CONTROL**

a.   Lay minimum 4' x 8' sample panel [one (1) for each brick and block type and color] of composite wall [including backup construction, insulation, waterproofing, reinforcing, weeps, flashings, etc.] showing various project bond patterns, etc.

b.   Sample panels shall remain in place until completion of all masonry work.

**PART 3 - EXECUTION**

**3.01   MIXING**

a.   Minimum compressive strength shall equal or exceed CMU. values.  Mortar shall equal or exceed the strength of Type S 1,800 psi mortar noted on structural drawings ore required by the Architect or by code.

b.   Mix by mechanical means only.  Use mortar within one (1) hour after mixing; discard mortar not used within that time,  Retempering will not be permitted.  Clean mortar boxes at the end of each day's work.

c.   Color shall be as selected by the Architect.  Custom colors may be required at exposed brick and block areas.

d.   Tuck-Pointing Mortar

Duplicate Type S mortar proportions, prehydrate.

e.   Cold Weather Protection for Freshly Laid Masonry

For 24 hours protect from rain and maintain masonry temperature above 32°F.  Remove all masonry deemed frozen.

f.   .Cut joints flush and tool slightly concave unless otherwise indicated or directed by Architect.

**3.02   TESTING**

Laboratory and/or field compressive tests shall be conducted for mortar in accordance with ASTM designation C-39 to determine compliance with specified strengths.  One (1) test per 1,000 square feet of wall; minimum one (1) test per day.

**END OF SECTION 04100 - MORTAR**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

**PART 3 - EXECUTION**

**3.01   INSTALLATION**

a.    Space wire reinforcing 16" vertically, except spaced 8" in parapet walls and except spaced at 8" in walls where length is less than 4 times the wall thickness, and in the first course and immediately above and below openings, for a distance of 2' beyond opening in all both directions.  Do not bridge control and expansion joints in the wall system.

b.    All cells with vertical reinforcement shall be filled with concrete with compressive strength equivalent to the concrete masonry unit compressive strength.  Lap vertical reinforcement 40 diameters at all splices.  Provide vertical bar reinforcement at all corners, openings, and not more then 48" o.c. in concrete block walls or as detailed on the plans.

c.    Provide vertical reinforcing steel dowels extending 40 diameters into wall and foundation.  Dowels shall be same size, spacing, and location as wall reinforcing.

d.    Vertical reinforcing steel shall have a minimum clearance of 1/4" from the masonry and not less than one (1) bar diameter between bars.

e.    Wire reinforcement shall be completely embedded in mortar.

f.    Wire reinforcement shall be lapped at least 6" at splices and shall contain at least one (1) cross wire of each piece of reinforcement in the lapped distance.


**END OF SECTION 04150 - MASONRY ACCESSORIES**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

h.    Protection

1.    Protect newly laid masonry from exposure to precipitation, excessive drying, soiling, backfill, and other harmful elements.

2.    If units are disturbed after laying, clean and re-lay in fresh mortar.

**END OF SECTION 04200 - UNIT MASONRY**

04200-4

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

**2.02    QUALITY CONTROL**

a.    Lay minimum 4' x 8' sample panel [one (1) for each brick and block type and color] of composite wall [including backup construction, insulation, waterproofing, reinforcing, weeps, flashings, etc.] showing various project bond patterns, etc.

b.    Sample panels shall remain in place until completion of all masonry work.


**PART 3  -  EXECUTION**

**3.01    INSTALLATION**

a.    General

    1.    Erect necessary scaffolding, adequate and safe, conforming with all local laws, codes, and ordinances.  Maintain in safe condition throughout construction and remove after completion of work.

    2.    Set loose lintels, shelf angles, bolts, anchors, frames, flashings, and other items that require building into masonry whether furnished under this or other sections of the specifications.

b.    Construction Tolerances

    1.    Variation from Plumb

    For vertical lines and surfaces of columns, walls, and arrisses, to not exceed 1/4" in 10' or 3/8" in a story height not to exceed 20', nor 1/2" in 40' or more.  For external corners, expansion joints, control joints, and other conspicuous lines, do not exceed 1/4" in any story over or 20' maximum, nor 1/2" in 40' or more.

    2.    Variation from Level

    For lines of exposed lintels, sills, parapets, horizontal grooves, and other conspicuous lines, do not exceed 1/4" in any bay or 20' maximum, nor 3/4" in 40' or more.

    3.    Variation of Linear Building Line

    For position shown in plan and related portion of columns, walls, and partitions, do not exceed 1/2" in any way or 20' maximum, nor 3/4" in 40' or more.

    4.    Variation in Cross Sectional Dimensions

    For columns and thickness of walls from dimensions shown, do not exceed -1/4" nor +1/2".

c.    Openings and Accommodations

    1.    Provide masonry openings as required for pipes, ducts, and work of other trades, accurately located by contractor requiring work.  Leave openings to receive later installation where required.  After work of other trades is in place, neatly fill openings with same type masonry as adjoining.

    2.    Build in materials furnished by other trades occurring in masonry, accurately place, securely held in position and located as directed.  Build other work into the masonry work as required or indicated fitting masonry units around other work and grouting for secure anchorage.

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

Erection Tolerances

Individual pieces shall be erected so that the deviation from plumb, level, and alignment shall not exceed 1 to 500.

1.  Set baseplates level and in exact position. Make adequate provision for all erection leads and for sufficient temporary bracing to maintain the structure safe, plumb, and in true alignment until completed with erection and installation of necessary permanent bracing. Do not field cut or alter structural members without approval of Architect. After erection, prime all welds, bolts, abrasions, and surfaces not shop primed, except surfaces in contact with concrete. Use a primer coat to match shop coat.

2.  Except as indicated, shown on the plans, or described otherwise, set baseplates on cleaned bearing surfaces using wedges or other adjustments as required. Solidly pack open spaces with bedding mortar consisting of 1 part Portland cement to 3 parts sand and only enough water for packing and hydration, or use commercial non-shrink grout material at erector's option. Column baseplates shall be aligned by adjustment of double nuts or as shown on plans.

3.  Field connection materials as necessary or required for temporary and permanent conditions of the structural work shall be furnished in compliance with the definition of field connection material as given in AISC. Baseplates shall be furnished and shall be shipped ahead of the steel work a sufficient length of time so that they can be set in place in foundations.

4.  Provide temporary bracing for accurate plumbing and to resist all wind and construction loads using cable and/or angle "X" bracing in sufficient quantity to completely steady and stabilize the structure throughout the entire construction period.

b.  Furnish anchor bolts required for installation in other work. Furnish templates for bolt installation.

c.  Bearing surfaces and surfaces which will be in permanent contact shall be cleaned before the members are assembled.

d.  Provisions for Other Work

Fabricate structural steel members to provide holes for securing other work and for passage of other work through steel framing as indicated.

e.  No splices shall be permitted unless detailed by the Architect.

**END OF SECTION 05120 - STRUCTURAL STEEL**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS