c. Steel Pipe

ASTM A-53, Grade B, Type E or S.

d. Bolts, Nuts, and Threaded Fasteners

1. High-Strength Bolts and Nuts

ASTM A-325 or ASTM A-490.

2. Unfinished Bolts and Nuts

ASTM A-307, Grade A.

3. Provide 3/4" diameter anchor bolts unless noted otherwise.

e. Filler Metal for Shielded Metal-Arc Welding

Mild steel electrodes, AWS A5.1 or A5.5, E70XX.

f. Shop Paint

Red oil base primer (Federal Specification TT-P-86 Type II), or SSPC - Paint 14, or red oxide - zinc chromate primer (E61NT19).

g. Cold-Formed Steel Tubing

ASTM A-500, Grade B.

h. Welding Materials

Type required for materials being welded and conforming to applicable AWS Specifications E70XX.

**2.02 FABRICATION**

a. Fabricate structural steel in accordance with AISC specifications and approved shop drawings subject to the modifications and additional requirements specified in this section. Mark and match-mark units for field assembly. Contractor shall verify all dimensions prior to fabrication.

b. Design all connections in accordance with AISC specifications.

1. Shop connections shall be welded. Comply with AWS code for procedures, appearance, and quality of welds.

2. Field connections shall be bolted except where welded connections are indicated. Use high-strength bolts for field connections except as otherwise indicated.

3. All details are typical. Similar details apply to similar conditions unless indicated. Verify dimensions and coordinate with all trades.

4. Promptly notify Architect whenever design of members and connections for any portion of the structure are not clearly indicated.

c. Column cap plates shall be continuously shop-welded to the columns. Minimum cap plate thickness shall be 3/8" unless indicated.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS