## 2.04  ACCESSORIES

Include anchors, races, clips except when they are shown on the Structural Drawings to be included with the structural steel

## 2.05  MINIMUM STUD DESIGN (If none is shown on Structural Drawings)

a.    DEFLECTION: 1/360 of span

b.    GAGE: 18 minimum

c.    SPACING: 16 inches maximum; closer where required for loading or if shown

## PART 3- EXECUTION

## 3.01  INSTALLATION

a.    TRACK ANCHORS: (If not shown) At exterior wall floor tracks, use ½" anchor bolts 4'-0" o.c.; others 32" max. with welds or shot-in pins

b.    TRACK SPLICES: By channel insert or welding

c.    ERECTION: Plumb, level and in a true plane

d.    FASTENINGS: Make assembly rigid and secure; welds free of voids and burnouts

e.    CORNER STUDS: Provide 3 studs to provide for attachment of inside and outside facings

f.    STUD SPLICES: Not permitted

g.    TOUCH-UP: If work is to remain exposed, clean welds and touch-up with zinc-rich primer

## 3.02  BRIDGING (Walls)

a.    GENERAL: In addition to wall materials or sheathing being properly attached to provide adequate lateral support for studs about their minor axis, the number of rows of bridging should not be less than specified below. 1-1/2" cold rolled 16 ga. minimum.

a.    SPACING: (Wind loads only)
    1.    UP TO 10 FT.: One row at mid-height
    2.    OVER10FT.: 5'-0"max.

## 4.01  LOCATIONS

All interior and exterior walls where steel studs are shown

## END OF SECTION 05400 - COLD FORMED METAL FRAMING

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

**3.02   PREPARATION**

Furnish setting drawings, diagrams, templates, instructions, and directions for installation of anchorages such as concrete inserts, anchor bolts, and miscellaneous items having integral anchors which are to be embedded in concrete or masonry construction.  Coordinate delivery of such items to project site.

**3.03   INSTALLATION**

a.      Fastening to In Place Construction

        Provide anchorage devices and fasteners where necessary for securing miscellaneous metal items to in place construction including threaded fasteners for concrete and masonry inserts, toggle bolts, through bolts, lag bolts, wood screws, and other connectors as required.

b.      Cutting, Fitting, and Placement

        1.      Set work accurately in location, alignment and elevation, plum, level, true and free of rack, measured from established lines and levels.

        2.      Provide temporary bracing or anchors in formwork for items which are to be built into concrete, masonry, or similar construction.

        3.      Fit exposed connections accurately together to form tight hairline joints.

        4.      Weld connections which are not to be left as exposed joints but cannot be shop-welded because of shipping size limitations.  Grind joints smooth and touch up shop paint coat.  Do not weld, cut, or abrade the surfaces of exterior units which have been hot-dip galvanized after fabrication and are intended for bolted or screwed field connections.


**END OF SECTION 05500 -  METAL FABRICATIONS**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

2.  Galvanized Repair Paint

    High zinc dust content paint for regalvanizing welds in galvanized steel, MIL-P-21035 (ships) or ZRC cold-galvanizing treatment.

3.  Zinc Coating

    Provide a zinc coating for those items shown or specified to be galvanized.

    a)  ASTM A-153 for galvanizing iron and steel hardware.

    b)  ASTM A-123 for galvanizing rolled, pressed, and forged steel shapes, plates, bars, and strips 1/8″ thick and heavier.

    c)  ASTM A-386 for galvanizing assembled steel products.

## 2.02   FABRICATION AND ASSEMBLY

a.  General

    1.  Metal Surfaces

        For fabrication of miscellaneous metal work which will be exposed to view, use only materials which are smooth and free of surface blemishes including pitting, seam marks, roller marks, rolled trade names, and roughness.

    2.  Furnish all inserts and anchoring devices to be built into other work for installation of miscellaneous metal items.  Coordinate delivery to jobsite to avoid delay.

    3.  Workmanship

        Use materials of size and thickness, if not shown, to produce strength and durability in finished product. Work to dimensions accepted on shop drawings using proven details of fabrication and support.

    4.  Form exposed work true to line and level, form accurate angles and surfaces and straight, sharp edges. Ease exposed edges to a radius of approximately 1/32″ unless otherwise shown.  Form bent metal corners to smallest radius possible without causing grain separation or otherwise impairing work.

    5.  Weld corners and seams continuously; AWS recommendations. Grind exposed welds smooth and flush to match adjoining surfaces.

    6.  Form exposed connections with hairline joints, flush and smooth using concealed fasteners wherever possible.  Exposed fasteners, if not shown, shall be Phillips flat-head (counter sunk) screws or bolts.

    7.  Provide for anchorage coordinated with supporting structure.  Fabricate and space anchoring devices as required to provide adequate support for intended use.

    8.  Cut, reinforce, drill, and tap miscellaneous metal work as required to receive finish hardware and similar items.

    9.  Use hot-rolled steel bars for work fabricated from bar stock unless shown or specified to be fabricated from cold-finished or cold-rolled stock.

05500-4

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

d.    Concrete Inserts

Threaded or wedge type, galvanized ferrous castings, either malleable iron ASTM A-47 or cast steel ASTM A-27. Provide bolts, washers, and shims as required, hot-dip galvanized, ASTM A-153.

e.    Masonry Anchorage Devices

Expansion shields, FS FF-S-325.

f.    Sheet Metal

Bonderized-galvanized, zinc coating, minimum 1.25 ounces per square foot (total both sides), hot-dip process, phosphate conversion surface treatment, shop-applied prime coat of zinc dust, rust-inhibitive priming paint both sides.

g.    Non-shrink Non-ferrous Grout

CE CRD C588.

h.    Fasteners

Provide zinc-coated fasteners for exterior use where built into exterior walls. Select fasteners for the type, grade, and class required and approved by the Architect.

1.    Bolts and Nuts

Regular hexagon head type, ASTM A-307, Grade A.

2.    Lag Bolts

Square-head type, FS FF-B-561.

3.    Machine Screws

Cadmium-plated steel, FS FF-S-92.

4.    Wood Screws

Flat-head carbon steel, FS FF-S-111.

5.    Plain Washers

Round, carbon steel, FS FF-W-92.

6.    Lock Washers

Helical spring-type carbon steel, FS FF-W-84.

7.    Concrete Anchors

Stainless steel wedge anchors, FS FF-S-325, II, Type 4, by ITT Phillips Drill Company.

8.    Tectum Screws

Prepainted screws furnished by tectum supplier.

05500-2

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

b.   All miters, splices, and saw cuts shall be accurately joined to assure hairline joint gaps.  Post hole blockouts shall be furnished by manufacturer.  Grout posts with non-shrink grout.

**3.02   CLEANUP AND PROTECTION**

a.   Cleaning of installed gates and railings shall be done in accordance with manufacturer's printed instructions.

b.   Provide protective measures to the handrail installations such that they are not subjected to damage or wear during the duration of the remaining construction period.

c.   Replace all damaged elements with new work.

**END OF SECTION 05700 - ALUMINUM HANDRAILING AND GATES**

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

b.    Others who meet specs

## 2.02    MISCELLANEOUS REQUIREMENTS

a.    MINIMUM DESIGN: 100 psf; rail loads of So lbs. per lineal ft. and 200 lbs. concentrated

b.    RAILINGS: To meet codes; with proper extensions

c.    CONCRETE FILL: (If used) 3,000 psi at 30 days

d.    NON-SLIP SURFACES: Not less than 70 per ASTM E 303-74 (1978)

a.    FIRE RATINGS: All materials non-combustible

## 2.03    STAIR COMPONENTS (Min.)

a.    STRINGERS: 7 ga. flat plate; ASTM A-36

b.    TREADS & RISERS: Formed 14 ga.; ASTM A-S69; with poured-in-place concrete

c.    LANDINGS: Form steel same as treads, with non-skid finish or poured-in-place concrete

d.    NON-SKID FINISH: Safety .grit, permanently bonded in epoxy; nosings 3" wide

e.    POSTS: 11 ga. 1-1/2 sq. tubing ASTM A-SOO-B; rails and wall rails same, except round

a.    PICKETS: 3/4" square tubes; less than 4" opening

## 2.04    TYPICAL PRIMER FINISH

a.    Modified phenolic alkyd FS TT-P-664C

b.    Dry film thickness of 1.5 mils

## PART 3- EXECUTION

### 3.01    INSTALLATION

a.    Install stairs and railings in accordance with manufacturer's instructions and approved shop drawings and to comply with specified performance requirements when installed

b.    Fit exposed connections accurately together to form tight hairline joints.

c.    Provide anchorage devices and fasteners for securing stairs and railings to in-place construction

d.    Weld connections which cannot be shop welded because of shipping size limitations. Grind exposed joints smooth and touch-up shop paint coat.

a.    Clean field welds, bolted connections and abraded areas and prime with same material used for shop priming

**END OF SECTION 05712 - MANUFACTURED STEEL STAIRS**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

g.    Wood Furring

   1 x 3, 16" o.c. leveled to tolerance of 1/8" in 10'-0" except as otherwise shown. 2 x 4 wood blocking will be required at upper wall cabinet locations unless mounted directly to brick, block, or concrete walls.

**END OF SECTION 06100 - ROUGH CARPENTRY**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## PART 2 - PRODUCTS

### 2.01   MATERIALS

a.    The classification, basic grades, and basic sizes of lumber materials, boards, and strips shall be as defined by the rules of the recognized association of lumber manufacturers producing the materials specified but the maximum defects and blemishes permissible in any specified grade shall not exceed the limitation of American Lumber Standards. All lumber and timber shall be sound and well-manufactured. Materials generally shall be free from warp that cannot be corrected in the process of bridging or nailing. Work exposed to view shall be dressed. All material shall be so delivered, piled, and handled as to protect them from damage. Each piece of lumber or bundle in bundle stock shall bear the official grade and trademark of the association under whose rule it is graded or the lumber shall be accompanied by a certificate of inspection issued by that association. All framing and finish lumber shall be kiln-dried.

b.    Lumber Standard

American Softwood Lumber Standard PS 20 (U.S. Department of Commerce), S4S, 19% moisture at time of dressing except as otherwise indicated.

c.    Structural Framing (2 x 4 to 4 x 14)

No. 2 grade, Douglas fir or Southern pine. Stress grade 1,400 psi minimum, factory-marked.

d.    Exposed Board Lumber for Paint Finish

#1 Douglas fir or Southern pine.

e.    Exposed Board Lumber for Transparent Finish

Red Oak.

f.    Concealed Board Lumber

Southern pine No. 2 (SPIB).

g.    Plywood

Concealed plywood, exterior type, C-D grade. Provide plywood bearing DFPA grade and trademarks.

h.    Anchors and Fasteners

Proper type, size, material, and finish for each application. Comply with the following:

1.    Nails and Staples

FS FF-N-105.

2.    Tacks

FS FF-N-103.

3.    Wood Screws

FS FF-S-111.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 06175 - METAL PLATE-CONNECTED WOOD TRUSSES

## PART 1 - GENERAL

### 1.01 DESCRIPTION

Provide all of the required pre-engineered metal plate-connected wood trusses as may be indicated on the drawings, specified herein, or required for proper construction of the project. Pre-engineered metal plate-connected wood trusses may include any or all of the following:

a.    Triangular-pitched roof trusses.
b.    Girder trusses.
c.    Truss accessories.

### 1.02 RELATED WORK SPECIFIED ELSEWHERE

a.    Rough Carpentry:     Section 06100
b.    Finish Carpentry:     Section 06200

### 1.03 QUALITY ASSURANCE

a.    Performance Requirements:
     1.    Installer Qualifications:
        An experienced installer with a minimum of five years experience, who has completed wood truss installation similar in material, design, and extent to that indicated for this Project and with a record of successful in-service performance.

        Structural Performance:
        Engineer, fabricate, and erect metal-plate-connected wood trusses to withstand design loads within limits and under conditions required. Design trusses to withstand design loads without deflections greater than the following:

           Roof Trusses:  Vertical deflection of 1/240 of span due to total load.

           Roof Trusses:  Horizontal deflection at reactions of 1-1/4 inches due to total load.

           Floor Trusses:  Vertical deflection of 1/480 of span due to live load.

        Engineering Responsibility:

        Fabricator shall engage a qualified professional engineer to prepare and provide calculations, Shop Drawings, and other structural data for metal-plate-connected wood trusses.

        Single-Source Responsibility for Connector Plates:  Provide metal connector plates from one source and by a single manufacturer.

     2.    Fabricator's Qualifications:

        Fabricator shall be a firm that complies with the following requirements for quality control and is experienced in fabricating metal-plate-connected wood trusses similar to those indicated for this Project and with a record of successful in-service performance:

06175-1

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

WWPA - Western Wood Products Association.

Grade Stamps: Provide lumber with each piece factory marked with grade stamp of inspection agency evidencing compliance with grading rule requirements and identifying grading agency, grade, species, moisture content at time of surfacing, and mill.

Provide dressed lumber, S4S, manufactured to actual sizes required by DOC PS 20 for moisture content specified, to comply with requirements indicated below:

Provide dry lumber with 19 percent maximum moisture content at time of dressing.

Grade and Species: Provide dimension lumber of any species for truss chord and web members, graded visually or mechanically, and capable of supporting required loads without exceeding allowable design values according to AFPA's "National Design Specification for Wood Construction" and its "Supplement."

## 2.02    WOOD-PRESERVATIVE-TREATED MATERIALS

a.    Performance Criteria

General: Where lumber is indicated as preservative treated or is specified to be treated, comply with applicable requirements of AWPA C2 (lumber). Mark each treated item with the Quality Mark Requirements of an inspection agency approved by ALSC's Board of Review.

Pressure treat aboveground items with waterborne preservatives to a minimum retention of 0.25 lb/cu. ft. After treatment, kiln-dry lumber to a maximum moisture content of 19 percent.

Complete fabrication of treated items before treatment, where possible. If cut after treatment, apply field treatment complying with AWPA M4 to cut surfaces. Inspect each piece of lumber after drying and discard damaged or defective pieces.

## 2.03    FIRE-RETARDANT-TREATED MATERIALS

a.    Performance Criteria

General: Where fire-retardant-treated wood is indicated, comply with applicable requirements of AWPA C20 (lumber). Identify fire-retardant-treated wood with appropriate classification marking of UL, U.S. Testing, Timber Products Inspection, or another testing and inspecting agency acceptable to authorities having jurisdiction.

Research or Evaluation Reports: Provide fire-retardant-treated wood acceptable to authorities having jurisdiction and for which a current model code research or evaluation report exists that evidences compliance of fire-retardant-treated wood for application indicated.

Interior Type A: For interior locations, use chemical formulation that produces treated lumber with the following properties under conditions present after installation:

Bending strength, stiffness, and fastener-holding capacities are not reduced below values published by manufacturer of chemical formulation under elevated temperature and humidity conditions simulating installed conditions when tested by a qualified independent testing agency.

No form of degradation occurs due to acid hydrolysis or other causes related to treatment.

Contact with treated wood does not promote corrosion of metal fasteners.

Exterior Type: Use for exterior locations and where indicated.

Inspect each piece of treated lumber after drying and discard damaged or defective pieces.

06175-3

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

Galvanized Steel Sheet:  Hot-dip, zinc-coated steel sheet complying with ASTM A 653, G60 coating designation; structural, commercial, or lock-forming quality, as standard with manufacturer for type of anchor indicated.

Stainless-Steel Sheet:  ASTM A 666, Type 304 or 316, chromium nickel steel sheet; 33,000-psi minimum yield strength.

## 2.07    MISCELLANEOUS MATERIALS

a.    Performance Criteria

Galvanizing Repair Paint:  SSPC-Paint 20 or DOD-P-21035, with dry film containing a minimum of 94 percent zinc dust by weight.

Protective Coatings:  Provide one of the following coating systems:

SSPC-Paint 22, epoxy-polyamide primer.

SSPC-Paint 16, coal-tar epoxy-polyamide black or dark red paint.

SSPC-Paint 27 and SSPC-Paint 12, basic zinc chromate-vinyl butyral wash primer and cold-applied asphalt mastic.

## PART 3 - EXECUTION

## 3.01    FABRICATION

a.    Performance Criteria

Cut truss members to accurate lengths, angles, and sizes to produce close-fitting joints.

Fabricate metal connector plates to size, configuration, thickness, and anchorage details required to withstand design loadings for types of joint designs indicated.

Assemble truss members in design configuration indicated using jigs or other means to ensure uniformity and accuracy of assembly with joints closely fitted to comply with tolerances of ANSI/TPI 1.

Position members to produce design camber indicated.

Fabricate wood trusses within manufacturing tolerances of ANSI/TPI 1.

Connect truss members by metal connector plates located and securely embedded simultaneously into both sides of wood members by air or hydraulic press.

## END OF SECTION 06175 - METAL PLATE-CONNECTED WOOD TRUSSES

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

4.  Provide custom grade select Red Oak plywood and solid stock for transparent finish for exposed surfaces.

5.  Provide #1 Ponderosa pine for paint finished surfaces except provide economy grade Douglas fir or S.Y.P. for paint finished shelving.

b.  Anchorage and fastening materials shall be non-ferrous and of proper type, size, material, and finish for each application.  Comply with the following:

1.  Nails and staples:          FS FF-N-105.

2.  Tacks:                      FS FF-N-103.

3.  Wood screws:               FS FF-S-111.

4.  Bolts and studs:           FS FF-B-575.

5.  Nuts:                      FS FF-N-836.

6.  Washers:                   FS FF-W-92.

7.  Lag screws or lag bolts:   FS FF-B-561.

8.  Masonry anchoring devices:  For expansion shields, nails and drive screws comply with FS FF-S-325.

9.  Toggle bolts:              FS FF-B-588.

10. Bar or strap anchors:      ASTM A-575 carbon steel bars.


## PART 3 - EXECUTION

## 3.01  INSTALLATION

a.  Wood Grounds and Furring

Provide wood grounds and blocking of size and shape required for securing wood trim and where required to secure other work or equipment in place.  Set grounds true to line, level or plumb, and well-secured in place.  Wood blocking or nailers on masonry shall be secured to galvanized metal wall plugs set in masonry joints as wall is laid.

b.  Miscellaneous Equipment

Work under this section of the specifications shall also include the installation of all items of equipment furnished under the general contract that are not specifically noted to be installed by others.  All such items shall be installed in conformance with written instructions from the item's manufacturer.

c.  Install all items of millwork and provide all incidentals necessary to complete carpentry work.  See that millwork items and other fixed wood items are primed and back-painted immediately upon delivery to building.

d.  Finished woodwork shall be dressed and sanded, free from machine and tool marks, abrasions, raised grain, or other defects on surfaces exposed to view in the finished work.

06200-2

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 06240 - PLASTIC LAMINATE AND SOLID SYNTHETIC SURFACING

### PART 1 - GENERAL

#### 1.01    DESCRIPTION

1.    Provide plastic laminate and solid synthetic surfacing finished surfaces for all indicated applications or assemblies including backing sheets where indicated on drawings or specified herein.

#### 1.02    RELATED WORK SPECIFIED ELSEWHERE

a.    Finish Carpentry:  Section 06200.

b.    Architectural Woodwork and Wood Casework:  Section 06400.

c.    Aluminum Storefront and Entrances: Section 08400.

#### 1.03    SUBMITTALS

a.    Submit two (2) complete sets of samples for each manufacturer's product utilized.

b.    Colors, patterns, and finishes of plastic laminates and solid synthetic surfacing materials shall be as selected by the Architect from manufacturers' complete selections prior to fabrication.

### PART 2 - PRODUCTS

#### 2.01    MATERIALS

a.    Plastic Laminate

NEMA LD-3, 0.050″ general purpose high pressure type equal to Formica, Wilsonart, or Nevamar as approved by Architect. For counter tops, 0.042″ post forming type where post forming is required, 0.038″ vertical surface type for cabinet work, and 0.020″ backup sheets for all concealed back faces.  Provide color, pattern, texture, and sheen as indicated or if not indicated, as selected by the Architect from the manufacturer's full line of products.  All items designated in the foregoing shall be products of a single laminate manufacturer.

b.    Solid Synthetic Surfacing

1.    "Man Made Marble"

Where "Man Made Marble" is indicated on the drawings or specified herein, such materials shall be synthetic resin cast slab materials in shapes in accordance with the intent of the drawings to fit the installation. Colors shall be selected by Architect from the manufacturer's full <u>premium</u> line of solid and marbleized color samples.

c.    Adhesives

Adhesives shall be as recommended by approved laminate and/or solid synthetic surfacing manufacturer.

### PART 3 - EXECUTION

#### 3.01    SHOP OR JOB INSTALLATION

06240-1

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 06400 - ARCHITECTURAL WOODWORK AND WOOD CASEWORK

### PART 1 - GENERAL

#### 1.01  DESCRIPTION

a.  Provide all architectural woodwork and casework complete including counter tops, splashes, shelving, storage and closet specialties, and details as indicated.

b.  Included are all associated fabricated metal and manmade marble items and required hardware necessary for complete functioning cabinet/casework system.

c.  There shall be no distinction in quality of specification for millwork, incidental cabinetry, and casework.  All work involved shall be provided by the same source.

#### 1.02  RELATED WORK SPECIFIED ELSEWHERE

a.  Rough Carpentry:  Section 06100.

b.  Finish Carpentry:  Section 06200.

c.  Plastic Laminate and Solid Synthetic Surfacing:  Section 06240.

d.  Painting:  Section 09900.

e.  Premanufactured Residential Casework:      Section 12390.

#### 1.03  QUALITY CONTROL

a.  The intent of this specification is to describe woodwork and casework assembly systems that can be provided by either a fixture casework fabricator or a well-qualified mill with finishing capabilities as approved by the Architect.

b.  All Woodwork

    Comply with requirements of current of Architectural Woodwork Institute's *Architectural Quality Standards and Guide Specifications* for AWI custom standard.

#### 1.04  SUBMITTALS

Submit complete shop drawings for approval prior to fabrication of all woodwork, casework assemblies, and countertop applications.

#### 1.05  JOB CONDITIONS

Material handling and storage shall be such as to prevent the inclusion of dampness or foreign matter.  Protect materials against damage by abrasion, breakage, or staining.  Material showing evidence of damage shall be rejected.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

1.  Drawer Slides

    Knape & Vogt or Grant.

    a)  Vanities and Kitchen Cabinets

        Knape & Vogt 1300 self-closing, 75-pound load.

    b)  All Other Millwork and Cabinets

        1)  Drawers 4" and Less in Depth

            Knape & Vogt 1428 full extension, 50-pound load.

        2)  Drawers Over 6" in Depth

            Knape & Vogt 1483 full extension, 150-pound load.

    c)  No substitutes.

2.  Hang Rods and Shelves

    Closet Maid Corporation shelf and rod at all closets for coats.  Vinyl coated.

3.  Metal Shelf

    Closet Maid Corporation storage/linen shelf at all storage closets.  Vinyl coated.

4.  Plywood Shelving

    Where shown on drawings and in all cabinets all plywood shall be hardwood edged.

5.  Pivoted Hinges

    National Manufacturing V465 and V466, Stanley 331 and 332, or Hager 1043 and 1044.

6.  Cabinet Door/Drawer Pulls - Surface

    Engineered Projects MC-42, Stanley 448 3-1/2, or Ives 37-C 3-1/2.

7.  Magnetic Cabinet Door Catches

    Knape & Vogt 916, Stanley 46 ALD, Hager 1437 and 1438, or Engineered Products 590 and 591.

8.  Adjustable Metal Shelf Supports

    Heavy-duty of the indicated, Garcy Corporation, Knape & Vogt, National Manufacturing, or Grant.

9.  Cabinet Locks

    CCL 0737 US2D or National C8123 where shown on the drawings.

10. Drawer Locks

    CCL 0738 or National C8138 where shown on the drawings.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

b.    Fabrication of Tops, Splashes, and Edges

    1.    Fabricate counter tops using economy grade plywood.

    2.    Bond finish grade plastic laminate and/or solid synthetic surfacing (as indicated on drawings or specified) to deck surface, edges, and face of splashes by means of hot-press equipment. If particle board is used, seal underside of counter tops with a plastic laminate backing sheet. Where indicated, form back splash and deck from single sheet of plastic laminate coved to 3/4" radius.

    2.    Counter top joints shall be uniform and hairline. Fill joints with filler recommended by manufacturer.

c.    Wood Shelving Units

    1.    All shelving shall be in accordance with this specification Section 2.01 Materials.

    2.    All shelving backs shall be A/B Red Oak plywood.

    3.    All shelving shall be fabricated and installed in such a manner as to take advantage of all available wall space with no dead or void corners.

## PART 3 - EXECUTION

## 3.01   INSTALLATION

a.    All cabinets and casework shall be set in place, level, plumb, accurately scribed, and secured to walls and/or floor. Installation shall be complete including all trim. Casework shall be left clean and free from defects.

b.    Countertop joints shall be uniform and hairline. Fill joints with filler recommended by manufacturer in color to match countertop.


## END OF SECTION 06400 - ARCHITECTURAL WOODWORK AND WOOD CASEWORK

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

4.   Membrane

3 ply (1 fabric, 2 felts, 100 pounds bitumen in 4 moppings per 100 square feet).

5.   Fabric

Woven glass fiber, bituminous impregnated 1.5 pounds per 100 square feet equivalent to ASTM D-1668.

6.   Protection Course

Premolded, asphaltic-laminated, 1/8" thick, semi-rigid composition board.

b.   Cold Bituminous Dampproofing

1.   Primer

Cutback asphalt, ASTM D-41.

2.   Cold Asphalt Emulsion

Standard asphalt and water emulsion, semi-mastic as required and approved for proper coating of substrate, conforming to ASTM D-1227 or ASTM D-1187 depending on the application.

3.   Membrane

Glass fiber, impregnated 1.5 pounds per 100 square feet and recommended by manufacturer of dampproofing bitumen or compatible.

4.   Plastic Mastic

As recommended by the manufacturer of dampproofing materials.

c.   Underslab Vapor Barrier Membrane

Membrane, 6.0 mil thick polyethylene clear film equal to *Visqueen* as manufactured by Union Carbide.

d.   Gasket Membrane (concealed flashing at all windows and storefront locations and where noted) - Base Flashing

Membrane, continuous polyvinyl chloride, flexible sheet waterproofing material, 56 mil thick minimum, width as required for proper application equal to *Nervastral* PVC or Fiberweb 300 as manufactured by Dur-O-Wal.

e.   Below Grade Dampprooofing

Sonneborne Hydrocide Liquid Membrane LHM 55 mils applied with recommended primer, etc in strict accordance with manufacturer's instructions.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

    2.   Cold mastic shall be a single, troweled-in-place coating of thickness required to fill porosity and voids of substrate and to yield a minimum coating of 30 mils dry film thickness (on heavily textured/porous substrates or surfaces with cracks or recessed joints).

c.    Underslab Vapor Barrier Membrane

Except where otherwise indicated or directed, apply membrane over entire area of properly prepared earth below all concrete floor slabs placed on fill. Do not puncture vapor barrier membrane.

d.    Gasket Membrane and Base Flashing

    1.   Apply membrane at base, head, and jamb of metal window unit frames and other locations where gasket, base flashing, or membrane is indicated or where Architect may direct during construction.

    2.   Install gasket to form watertight seal at perimeter of metal window or member being gasketed. Gasket at head shall lap jamb gaskets to form watershed. Fasten gaskets in place with nails or other mechanical means (other than adhesive) to ensure the gasket remains in place.

e.    Below Grade Dampproofing

Install in strict accordance with manufacturer's instructions.


**END OF SECTION 07100 - WATERPROOFING AND DAMPPROOFING**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

b.   APPROVED SUPPLIERS/BRANDS: (Others require written approval)

    1.   W. R. Grace "Bituthene"

    2.   Polygard "Polygard"

    3.   J & P Petroleum "Tex-Mastic Aquasel"

    4.   Tremco "Tremproof 1400"

    5.   Owens-Corning "Tuf-Lok"

    6.   W. R. Meadows "Mel-Rol"

c.   APPLICATION: Bond fully to the substrate using the supplier's primer and bond coat if recommended

## 1.06   INSTALLATION, GENERAL

a.   COMPLETENESS: Provide a continuous waterproofing envelope where specified, or shown; seal edges

b.   PENETRATIONS, CRACKS, JOINTS, CORNERS: Provide special extra layers or plies and mastic recommended by the supplier

c.   MEMBRANE JOINTS: Formed by 1 aps of 6"

## 1.07   LOCATIONS

a.   Elevator Pit walls and floor

**END OF SECTION 07110 - MEMBRANE WATERPROOFING**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

b.    Provide Thermal Insulation as Follows:

    1.    Cavity Wall Insulation

        Mastic apply 1″ blue Dow styrofoam or pink Foamular 250 rigid insulation or equal to outside face of C.M.U. between C.M.U. and brick. Leave air space as shown on drawings. Seal all joints and damaged surfaces and cover all faces of cavity wall insulation with bituminous dampproofing. Sprayed foam or polystyrene "bead board" insulation shall not be acceptable.

    2.    Fiberglass Blanket Insulation

        K-value of approximately 0.27. Non-reflective vapor barrier (1.0 perm) on one face with integral nailing flanges. Provide 6″ over (on top of) all ceilings and full batt in all exterior walls at stud locations.

        Tape joints, ruptures, and terminal edges of vapor barrier faces with adhesive vapor barrier tape to form a completely sealed vapor barrier where used in walls.

    3.    Roof and Deck Insulation

        a).    Rigid insulation at "flat" roofs

            Provide UL rated, rigid closed cell polyisocyanurate thermal insulation board equal to AC Foam II roof insulation as manufactured by Atlas Energy Products with water-resistant, non-combustible, inorganic, dimensionally stable characteristics with R-value of 14.3, 2.0″ nominal thickness, and complying with FS HH-I-1972/GEN and HH-I-1972/2 Class 1. Provide in manufacturer's standard lengths and widths except as may otherwise be required. Provide minimum 1/2″ perlite board and other protection as required prior to roofing. Provide minimum 2 ½″ thickness. Taper to drains where indicated on drawings.

        b).    Provide sound batt insulation as follows:

            1.    Provide sound batt insulation at all interior stud walls, vertical shafts, partitions, and where called for on drawings or specified. Provide full thickness batts. Provide noise barrier batt as manufactured by Owens-Corning Fiberglas Corporation meeting ASTM E-84 and ASTM E-136. Wrap all drainage and vent stacks and fill all pipe chases full of sound batts. Seal and pack joints between tops of walls and roof deck with insulation.

        c).    Provide, where approved by the Architect, fire-resistive, UL rated, bonding adhesive, fiberglass roof tape, and primer as recommended by the manufacturer for roof and deck installation of insulation.

        d).    Provide adhesive and vapor barrier tape as recommended by the manufacturer and approved by the Architect with which to vapor seal all joints, ruptures, and terminal edges of building insulation batts where installed in partition walls.

## PART 3 - EXECUTION

## 3.01    INSTALLATION

a.    All printed installation instructions and recommendations of insulation manufacturers shall be strictly followed unless otherwise specified under sections listed herein as Related Work Specified Elsewhere for each type of thermal insulation.

b.    Provide appropriate anchorage or support for each type of insulation as approved.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 07240 - EXTERIOR INSULATED FINISH SYSTEM (EIFS)

### PART 1 - GENERAL

#### 1.01    DESCRIPTION

a.    Furnishing of and paying for all materials, labor, licenses, taxes, fees, and equipment to execute work as indicated and required, complete.

b.    Comprehensive reading and adherence to all manufacturer's literature which are hereby made an integral part and extension of this section as if contained herein.

c.    Finished application of a **DRAINED EIFS SYSTEM** with a manufacturer's approved **WATER MANAGE-MENT SYSTEM** to comply with Texas Windstorm Insurance requirements for coastal counties including special insulation and coating system at all exposed interior and exterior wall surfaces at exact locations as indicated and scheduled on drawings, complete as detailed and in strict accordance with all requirements of this specification and manufacturer's recommendations.

#### 1.02    RELATED WORK SPECIFIED ELSEWHERE

a.    Precast Structural Concrete:  Section 03400.

b.    Masonry:  Division 4.

c.    Rough Carpentry:  Section 06100.

d.    Insulation:  Section 07200.

e.    Flashing and Sheet Metal:  Section 07600.

f.    Joint Sealants:  Section 07900.

g.    Gypsum Wallboard and Framing:  Section 09250.

#### 1.03    REFERENCE STANDARDS AND CODES

a.    Federal Specification

| | |
|---|---|
| HH-I-524C | Insulation Board, Thermal (polystyrene). |
| TTC-555B | Coatings Textured (for interior and exterior surfaces). |

b.    Federal Standard

| | |
|---|---|
| 141a/6201 | Moisture Resistance. |
| 141a/6191 | Abrasion Resistance (falling sand). |
| 141a/6091 | Salt Spray (fog) Test. |

c.    American Society of Testing and Materials (ASTM)

| | |
|---|---|
| B-117 | Salt Spray Fog Testing. |
| C-79 | Specification for Gypsum Sheathing Board. |
| C-150 | Standard Specification for Portland Cement. |
| C-177 | Standard Method of Test for Thermal Conductivity of Materials by Means of the Guarded Hot Plate. |
| C-297 | Tension Test of Flat Sandwich Constructions in the Flatwise Plane. |

07240-1

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

## PART 2 - PRODUCTS

### 2.01    MATERIALS

a.    Adhesive/Mortar Ad Mix

Shall be an acrylic copolymer and also freeze-thaw stable before combining. Shall be designed to be compatible with the specific rigid insulation used and with the substrate to which it is adhered. Submit manufacturer's certifications of compatibility of materials.

b.    Portland Cement

Shall conform to ASTM C-150, Type 1, fresh and free from lumps.

c.    Water

Shall be clear, clean, and potable without any foreign matter in solution which might affect the color or setting qualities of the cement, adhesive, or finish coat.

d.    Insulation Board

Expanded polystyrene (EPS) board must be labeled and physical specifications must be certified by the manufacturer of the board to comply with the following:

1.    Meets Federal Specification HH-1-524C, Type I.

2.    Maximum Length per Sheet

48" ± 1/8".

3.    Maximum Width per Sheet

24" ± 1/8".

4.    Thickness

2" ± 1/16".

5.    Squareness

1/16" maximum deviation per foot of length. 1/16" maximum deviation per foot of width.

6.    Edges to be square. Maximum deviation 1/32" per foot.

7.    Density

1.0 pcf, -.10 to +.20.

8.    Cure of Board in Billet

4 to 6 weeks air cure in a heated, ventilated area, or 5 days vented cure at 140°F, or 3 days vented cure at 158°F.

9.    Flame spread values by ASTM E-84.

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

c.    Freeze-Thaw Resistance (+68°F to +14°F)

| Method | Results |
|---|---|
| Soaked at 68°F for 4 days then cycle +14°F for 2 hours and +68°F for 2 hours. | 50 cycles with no checking, cracking, or splitting. |

d.    Water Vapor Transmission (WVT)

1.    Per ASTM E-96, Method BW

Sample Description

Base coat, fiber mesh, and finish coat applied per installation instructions on polyethylene foam. Samples were cured then stripped away from film prior to testing.

Results:  40 gr/hr - ft2 or 100 perms min.

2.    Per ASTM C-355, Desiccant Method (replaced by ASTM E-96, Method BW)

Sample Description

1" foam (per 2.01d of this section), surface and all sides covered per instructions with plastic veneer base and fabric embedment mortar (per 2.01f of this section), reinforcing fabric (per 2.01g of this section), and plastic veneer finish (per 2.01h of this section).

Results:  .35 gr/hr - ft2 or 1.0 perm min.

e.    Abrasion Resistance

Federal Standard 141a Method 6919 500 liters impingement.

Results:  .25 mg. weight loss maximum.

f.    Weathering Properties

1.    Accelerated Weathering

ASTM G-26-77, 2,000 hours, no deleterious effects.

2.    Salt Spray Resistance

ASTM B-117-64, 1,000 hours, no deleterious effects.

3.    Moisture Resistance

Federal Standard 141a/6201, 1,000 hours, no deleterious effect.

4.    Mildew Resistance

MIL standard 810-B method 508, no growth of mildew.

5.    Wind-Driven Rain

Federal Specification TT-C-555B, no sign of moisture on back of panel and weight gain less than 0.2 pound.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

3. <u>Pleko</u> as manufactured by Pleko, Inc.

4. *Sto*

5. <u>Synergy</u> as manufactured by Synergy, Inc., Cranston, Rhode Island.

6. *Energex*

d. Systems <u>Not Approved</u> for Use on this Project

    1. <u>ThoroWall</u> as manufactured by Thoro System Products, Miami, Florida.

e. Provide manufacturer's asbestos-free certificates for all materials.


## PART 3 - EXECUTION

### 3.01 QUALIFICATIONS OF SUBCONTRACTOR

a. It is the intent of this specification that performance of all work as described herein be the complete and unified responsibility of one subcontractor only.

b. The installing subcontractor is responsible for all work being done only by qualified trained mechanics skilled in specialty of system having experience in other installed work comparable in scope, magnitude, similarity of design, and produced quality equal to required design intent of the project.

c. The installing subcontractor shall provide evidence of compliance to system producers' registration and education program requirements.


### 3.02 SUPERVISION

Subcontractor shall maintain his designated supervisor at project site throughout tenure of the work required by this section.


### 3.03 INSPECTION

a. Initial Inspection of Surfaces

    1. Prior to commencement of any work of this section, this subcontractor shall, in company with General Contractor, inspect all existing surfaces over which coating system is to be applied. If it is determined that the condition of surfaces is not acceptable to receive coating application, then the General Contractor shall effect such corrective work to satisfaction of subcontractor prior to commencement of work of this section; however, commencement of work by this subcontractor shall be construed as evidence that such inspection has been performed and existing surfaces accepted as being satisfactory and all further remedial work to such surfaces as may be required shall be performed by this subcontractor except in the event that a structural failure will have occurred following commencement of work, which will require reparation of surfaces.

    2. Substrates shall be clean, sound, smooth, and true to plane within 1/4" tolerance.

    3. Exterior insulation system shall not be used on surfaces that will hold water. At ledges, caps, sills, etc., a pitch of at least 3" per foot of length (15°) shall be provided for drainage.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS