The solution shall be permitted to activate undisturbed for not less than 5 minutes or for duration of boiling effect. Next, thoroughly remove etching solution by washing down surfaces with clean water. Rinse with hose at a rate of at least 2 gallons per 10 square feet to thoroughly remove all contaminants as may be ingrained or latent in surface.

d.  Inspect all preformed substrate materials for integrity. No delamination of facings or deterioration should be evident.

e.  Plywood shall not be used as a substrate for this system nor any other type of substrate not covered in this specification.

**3.07  WORKMANSHIP**

a.  Surfaces over which system is to be applied shall be substantially dry and thoroughly clean. Temperature shall be +50°F or above. If temperature is +50°F, temperature must be stable or rising. Work shall be done only as recommended by manufacturer and performed according to written application instructions provided by manufacturer of materials.

Installation complete as applied shall match criterion panel from 2.03b.

b.  Expanded polystyrene insulation board shall be installed with all edges tightly abutted and all exposed edges shall be double wrapped with reinforcing fabric and no portion exposed at the completion of construction. This includes attention to architectural detailing at the base and ceiling, around doors and windows, and around openings penetrating the wall cavity for utilities or other purposes. Expanded polystyrene shall not be used with chimneys, heater vents, steam pipes, or other surfaces which could reach high temperatures or which could provide long term exposures to temperatures in excess of 175°F.

c.  Protect Edges

   1.  Double wrapping of reinforcing fabric is required where system terminates on a wall or either an inside or outside corner is shown.

   2.  Where system abuts other materials or where caulking or sealing joints are required, all edges shall be single wrapped with reinforcing fabric.

d.  Mixed bonding mortar and fabric shall be applied per the manufacturer of the system, specific instructions, and consistent in thickness with the system manufacturer, independent laboratory test reports, and agency material releases.

e.  Wherever the system abuts dissimilar materials, caulking or sealant should be used and a proper joint provision made. See Section 1.02 Related Work Specified Elsewhere.

f.  Where high impact resistance is required, the heavy duty reinforcing fabric shall be used per system manufacturer's installation instructions.

g.  The plastic veneer finish shall be installed according to system manufacturer's installation instructions taking care to achieve the same texture and finish as per criterion panel in 2.03b.

Application of plastic veneer finish shall be consistent in thickness with independent lab test reports and agency material releases.

h.  Take all precaution and perform necessary preventive work so as not to disturb, rupture, or occlude flashings, vents, weeps, vapor retarders, and expansion joints where dissimilar materials abut as installed by others to provide pressure relief for backup areas. Sealing in of such areas shall be satisfactorily corrected by this subcontractor at his expense.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

      b) Imbedding Fabric

          1) Standard weight (4 ounce greige) fabric. Apply to completely embed the fabric at the rate of 220 square feet per mixed unit of adhesive mortar for this coat.

          For double coating, apply second layer as above.

          2) For heavy duty fabric application, apply mixed adhesive mortar at the rate of 100 square feet per unit to set this layer of fabric only.

   4. Finish Coat Application

   Trowel applied finish coat material covers approximately 120 square feet per unit at 1/16" thickness.

b. Summary of Material Yields

   1. Adhesive Mortar

   Hanging board on sheathing and covering one layer of standard weight (4 ounce) fabric requires 1 unit and 44# of Portland cement for each 110 square feet of foam covered. Hanging board on unit masonry and covering one layer of standard weight (4 ounce) fabric requires 1 unit and 44# Portland cement for each 80 square feet of foam covered. Hanging board on sheathing and covered with one layer of heavy duty fabric and one layer of standard weight (4 ounce) fabric requires 1 unit and 44# Portland cement for each 55 square feet of foam.

   2. Hanging board on unit masonry and applying the heavy duty cloth and standard weight cloth requires 1 unit plus 44# Portland cement for each 42 square feet of foam covered.

   3. Finish coat material will yield 1/16" thickness as applied at a rate of 120 square feet per unit.

   **Important:** Test results and code approvals are based on these printed coverage rates. While it is possible to achieve greater coverage rates by increasing pressure on trowel, stated test results may become invalid and may cause rejection of the installation.

**END OF SECTION 07240 - EXTERIOR INSULATED FINISH SYSTEM (EIFS)**

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

d. Free of asbestos

e. Floor installation over 4" wide capable of supporting 100 psf live load

f. Smoke seal systems shall not require activation by heat in order to function as a smoke stop

**2.02    SOUND AND TEMPERATURE SEALS**

Of non-combustible materials; fire rating not required

**2.03    APPROVED SUPPLIERS**

a. Johns Manville

b. 3M

**2.04    FIRE SAFING (If any is required)**

a. TYPE: Mineral wool batts; 4 pcf

b. BRANDS: USG "Thermafiber", Partek Insulations "Paroc"

c. THICKNESS: 4" min. at floors; supported on clips

**PART 3- EXECUTION**

**3.01    SUPPLIER'S INSTRUCTIONS**

a. Follow the Supplier's complete printed instructions for the application of installation

b. Comply with requirements of Contract Documents when they exceed supplier's recommendations

c. Provide Architect with a copy of instructions, if requested

d. If there is evidence good results cannot be achieved, request a review of the problems before proceeding

**END OF SECTION 07270 - FIRE SAFING, MISCELLANEOUS SEALS**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

1.05  DESIGN CRITERIA

a.  Manufacturer shall utilize those standards, specifications, and/or interpretations and recommendations of professionally recognized agencies and groups such as AISC, AWS, ASTM, AISI, MBMA, federal, etc. as the basis in establishing its own design, fabrication and quality criteria, standards, practices, methods, and tolerances.

For convenience, one or more provisions of a particular group's or agency's specification and/or recommendation may be referenced in manufacturer's documents where appropriate; however, in all events, unless stipulated otherwise in the contract documents, manufacturer's design, fabrication and quality criteria, standards, practices, methods, and tolerances shall govern the work and other interpretations to the contrary notwithstanding.

b.  The primary and secondary framing systems and covering systems shall be designed for loads as follows:

1.  Roof load shall be 30 psf.

2.  Wind load shall be 70 psf.

3.  Standard Building Code design loads for 110 mph hurricane loads.

4.  UL 90 roof rating.

c.  All components and systems shall be designed and all drawings and submittals sealed by a Texas registered professional engineer.

d.  Design calculations, drawings, and documents shall be furnished to the Architect.


PART 2 - PRODUCTS

2.01  GENERAL

All metal roofing and panel components and systems shall be equal to those manufactured by MBCI of Converse, Texas (210)661-2409.

2.02  MATERIALS

a.  Structural Steel

1.  Structural steel material intended for use in roll-formed or press-broken secondary structural members generally shall be of material based on the requirements of ASTM A-570 and have a minimum yield strength of 55,000 psi.

2.  Galvanized steel coil used in roll-formed or press-broken roof and wall coverings, trim, and flashings generally shall be of material based on the requirements of ASTM A-446 and have a minimum yield strength of 50,000 psi.

3.  Galvalume steel coil used in roll-formed or press-broken roof covering generally shall be material based on the requirements of ASTM A-792 and have a minimum yield strength of 50,000 psi.

4.  Other material and/or material yield strengths shall be based on building design requirements.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

    c) Tape mastic shall be a preformed butyl rubber-based compound. This compound is non-hardening, non-corrosive to metal, and has excellent adhesion properties. Tape mastic shall be white or light grey in color as selected by the Architect.

    d) Tube sealant shall be synthetic elastomer-based material. Sealant color shall be grey or bronze as selected by the Architect.

3. Plastic Parts

    a) Plastic parts shall be produced from either fiberglass chopped strand roving reinforced resins, fiberglass woven roving reinforced resins, or thermo-formed ABS (acrylonitrile-butidene-styrene) materials.

    b) Thermo-formed ABS materials shall be a minimum 1/8" thick shall be used for parts such as corner caps, peak caps, transitions for SSR, and certain facade parts. Color as selected by the Architect.

4. Color

    a) Color of all accessories shall be premium Kynar 500 painted color as selected by Architect.

## PART 3 - EXECUTION

### 3.01 ERECTION

The metal standing seam roofing panel components and system shall be erected in accordance with appropriate erection drawings, erection guides, and/or other erection documents furnished by the manufacturer. It shall be the responsibility of the erector to comply with all appropriate legal and safety requirements. It shall also be the responsibility of the erector to determine and provide any and all temporary bracing, shoring, blocking, bridging, and/or securing of components, etc. as required during the erection process.

**END OF SECTION 07410 - METAL STANDING SEAM ROOFING**

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

e. Provide setting drawings, templates, and instructions for anchor and bolt installation by others.

f. Submit certified laboratory test reports for required material and performance tests.

g. Provide manufacturer's asbestos-free certificates for all materials.

**1.05 GUARANTEE REQUIREMENTS**

Submit manufacturer's standard product warranty.

**PART 2 - PRODUCTS**

**2.01 GENERAL**

a. Provide siding which has been performance tested for resistance to air infiltration and water penetration and for structural performance and deflections with support spacings not less than the maximum spacings for the project.

b. Provide all miscellaneous framing and supports which are required for support as required to complete the work.

c. The required siding materials shall be equal in all respects to the Hardipanel siding and associated components as manufactured by James Hardie Building Products of Mission Viejo, California 92691, Telephone 1-800-9-HARDIE.

d. The required soffit materials shall be equal in all respects to the Hardisoffit soffit board and associated components as manufactured by James Hardie Building Products of Mission Viejo, California 92691, Telephone 1-800-9-HARDIE.

**2.02 MATERIALS**

a. Hardipanel and Hardisoffit shall have the following properties:

1. Basic Composition / Size

    Portland cement, ground sand, cellulose fiber, select additives and water. Hardipanel and Hardisoffit shall contain no asbestos, fiberglass, of formaldehyde.

    a) Hardipanel

    Thicknesses: 5/16"
    Weight: 2.3 lbs./sq. Ft.
    Sheet Sizes: 4' x 8', 4' x 9', 4' x 10'

    b) Hardisoffit

    Thicknesses: 1/4"
    Weight: 1.9 lbs./sq. Ft.
    Sheet Sizes: 8' x 16", 8' x 24", 8' x 36", 8' x 48"

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

i. Material handling and storage shall be such as to prevent the inclusion of dampness or foreign matter. Protect materials against damage by abrasion, breakage, or staining. Material showing evidence of damage shall be rejected. Comply with manufacturer's instructions and recommendations for handling and installation of flashing and sheet metal work.

### 3.02 PREPARATION

a. Materials shall be properly stored at the jobsite off the ground and protected from rain and moisture.

b. Coordinate the work with other work for the correct sequencing of items which make up the system. It is required that the metal work be permanently watertight and not deteriorate in excess of manufacturer's published limitations.

c. Fabricate miscellaneous units to sizes, shapes, and profiles shown, or if not shown, of required dimensions to receive adjacent other work to be joined. Except as otherwise shown, fabricate from structural steel shapes and plates and steel bars of welded construction using mitered joints for field connection. Cut, grill, and tap units to receive hardware and similar items.

d. Prefabricate and pre-assemble the panels, trim, and accessories to the greatest extent possible at the factory so that field erection and assembly work will be minimized.

### 3.03 INSTALLATION

a. Install and anchor siding and soffit components and accessories securely in place and in accordance with manufacturer's recommendations and approved shop drawings in a manner which will permit work to achieve a watertight and weatherproof installation. Comply with panel manufacturer's instructions for assembly, installation, and erection of panels.

b. Fabricate, support, and anchor work in a manner which will withstand thermal expansion stresses without damage, deterioration, or leakage. Anchor component parts of the siding and soffit securely in place providing for necessary thermal and structural movement.

c. Conceal fasteners and expansion provisions wherever possible. Anchor items in place as recommended by the manufacturer by nailing, bolting, screwing, or welding to the substrate for secure support and attachment. Use approved fasteners. Limit exposure of fasteners to extent indicated in manufacturer's data and instructions.

d. Metal Separation

Apply a coat of bituminous paint, concealed on one or both surfaces wherever dissimilar metals would otherwise be in contact. Use gasketed fasteners where needed to eliminate the possibility of corrosive or electrolytic action between metals.

e. Tolerances

Erect the work plumb, level, and true to line with tolerances not exceeding 1/4" runs of 20'-0".

f. Install sealants for the siding and soffit work as indicated and as required for performance. Comply with sealant manufacturer's instructions for installation and curing.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 07510 - MEMBRANE ROOFING [Modified Bitumen]

### PART 1 - GENERAL

**1.01 DESCRIPTION**

a. Provide all of the labor, material, and equipment and all other associated incidentals required to furnish and install the granule finish surface, firerated, 2-ply built-up modified bitumen membrane UL Class 90 wind-rated and Class A fire-rated roofing as indicated on the project drawings and herein specified, complete and in place including all necessary or indicated nailers, cants, flashings, anchors, roofing accessories, etc., such that the completed installation shall properly perform its intended function.

b. It is also required that the roofing work be watertight for normal weather exposures and shall not deteriorate in excess of normal weathering.

c. A manufacturer's and installer's roofing guarantee shall be required.

**1.02 RELATED WORK SPECIFIED ELSEWHERE**

a. Temporary Roofing

   Refer to the General Conditions for any conditions requiring a consideration of temporary roofing.

b. Rough Carpentry: Section 06100.

c. Insulation: Section 07200.

d. Metal Standing Seem Roofing: Section 07410.

e. Flashing and Sheet Metal: Section 07600.

**1.03 REFERENCE STANDARDS AND CODES**

a. All of the materials and installed features of the roofing work shall be such that compliance is achieved with all applicable codes, ordinances, and laws having jurisdiction including those which address construction safety procedures.

b. Underwriter's Laboratories (UL).

c. Factory Mutual.

**1.04 QUALITY CONTROL**

a. Roofing Contractor Qualifications

   1. The modified bitumen roofing work shall only be awarded to a roofing contractor who is franchised or otherwise accepted or certified in writing by the roofing materials manufacturer for installation of a fully guaranteed roof in accordance with the project requirements.

   2. The roofing and associated work shall be awarded to a single, established roofing contractor with a minimum of five (5) years local experience and specializing in the types of roofing installations required.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

d.  Testing

   1.  The Owner (or the Owner through his inspection service) will determine during the course of the roofing work whether to proceed with a sample cutting and testing program based upon his judgement as to whether material quantities and workmanship used in the work actually comply with the requirements.

   2.  Contractor shall cut and remove samples in compliance with ASTM D-2829. Deliver removed samples to Owner's test laboratory.

   3.  For each 100 squares of fully completed roofing (or fraction thereof) remove two (2) 12" x 12" template-cut samples for testing. Remove samples at locations which are representative of the normal installation condition for main roof areas. Avoid flashings and strippings and avoid areas where repair of cutout would be difficult.

   4.  Repair cutouts immediately after removal of samples. Strip aggregate surface (if any) back and place the same number of plies and mopping required by the specification, applied over the cut with the first sheet of overlapping the cutout area by at least 6" on all sides, with each succeeding sheet overlapping the previous by at least 3" on all sides. Replace surfacing or coating to match surrounding roofing. Provide temporary roofing as required.

   5.  Deficiencies

       Where test laboratory reports indicate a shortage in the required weights or count of plies, discontinuity of moppings, or other deficiencies in the work, review test reports and prepare a recommendation for additional or remedial work to compensate for deficiencies.

   6.  Take additional samples as directed if deficiencies are found. Submit additional samples to testing laboratory as before for tests, examination, and report. Repair cutouts immediately.

   7.  When directed by the Architect or by the Owner's inspection service, proceed with additional or remedial work as required to compensate for deficiencies. Comply with the manufacturer's requirements for additional work or remedial work to compensate for deficiencies (if any) so that the required guarantee by the manufacturer can be issued to the Owner without restriction.

e.  Roofing Conference

   1.  Preroofing Conference

       A conference meeting shall be held well in advance of the time scheduled for roofing work, and requirements for the work and conditions which could possibly interfere with successful performance of the work shall be reviewed.

   2.  Manufacturer of BUR shall be limited to one who is willing to participate in the required preroofing conference.

   3.  Require every party who is concerned with the work, or required to coordinate with it or protect it thereafter, to attend the preroofing conference.

   4.  Where roofing is required to be bonded or guaranteed by the manufacturer, require manufacturer's technical representative to participate in the preroofing conference.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

**3.02 INSTALLATION**

a.  Clean the substrate of projections and substances detrimental to the work.

b.  Prime the substrate as recommended by the roofing materials manufacturer. Comply with the manufacturer's recommendations.

c.  Install cant strips, flashings, metal umbrellas, and similar accessories as shown and as recommended by the approved roofing materials manufacturer.

d.  Do not apply hot bitumen under a condition which causes foaming (due to substrate moisture). Test substrate at beginning of each day and at each new roof area by applying steep asphalt at 400°F. Substrate is too wet if asphalt foams or can be easily stripped after cooling.

e.  Bitumen Drips

   Prepare substrate to prevent hot bitumen from entering the building or drains, and from saturating insulation, and from damaging vapor barriers, and from dripping down flashings and other building materials.

f.  Asphalt

   The asphalt shall be certified by the manufacturer to meet ASTM D-312-84, Type III for slopes up to 1/4" and Type IV for slopes up to 3".

g.  Vapor-Chan Tam-Glas Premium

   Starting at the low point of the roof, install successive plies of side lapped 2" and end lapped 4". Apply at a right angle to the slope of the roof. Nail the sheets along the lap at intervals of nor more than 9" and stagger-nail down the center of sheet on 18" centers.

   Base sheet shall be mechanically fastened as recommended by roofing manufacturer to meet UL 90 rating.

h.  Cap Sheet

   Starting at the low point of the roof, install one (1) layer of Premium firerated granule surfaced cap sheet, side lapped 4" and end lapped 6". The cap sheet should be solidly adhered to the base ply (pressed into the hot asphalt) with approximately 30 pounds (±15%) of specification asphalt per 100 square feet. The asphalt should be above 400°F at the point of application and mop not more than 4' in front of the roll.

i.  Flashing

   The flashing material must be granule surfaced Premium FR material by the same manufacturer as the roofing system.

j.  Roof Walks

   Provide Tamko Awaplan Premium FR [in a contrasting color] fully adhered to the white Awaplan Premium FR roofing in locations shown on the drawings or where directed by the Architect or determined necessary for maintenance of roof-mounted equipment. Minimum walkway width shall be 36".

k.  Joints

   Sprinkle granules in all joints to provide a permanently uniform surface color.

07510-5

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 07600 - FLASHING AND SHEET METAL

**PART 1 - GENERAL**

**1.01  DESCRIPTION**

Provide all labor, material, equipment, operations, and procedures as required, indicated, and herein specified to furnish and properly install all of the metal flashing and sheet metal work complete and in place including all accessories and incidental work.

**1.02  RELATED WORK SPECIFIED ELSEWHERE**

a.  Membrane Roofing (Modified Bitumen):  Section 07510

b.  Joint Sealants:  Section 07900.

c.  Metal Standing Seam Roofing:  Section 07410

d.  Aluminum Storefront and Entrances: Section 08400

**1.03  REFERENCE STANDARDS AND CODES**

Fabricated sheet metal shall, unless otherwise indicated or specified, comply with the applicable requirements, recommendations, and details of *Architectural Sheet Metal Manual* by SMACNA.

**1.04  QUALITY CONTROL**

a.  Submittals

   1.  Provide complete shop drawings of all phases of sheet metal work including joints, fasteners, shapes, and related items for Architect's review.

   2.  Provide complete descriptive literature of all prefabricated items including roof hatch and curb, copings, etc. for Architect's review. Submit specifications, installation instructions, and general recommendations by the manufacturer of flashing and sheet metal materials. Include published data or certified test data for each material showing compliance with the requirements. Indicate by transmittal form that one (1) copy of each installation instruction has been distributed to the installer.

   3.  Submit three (3) 12" square samples of each specified metal which is to be exposed with a shop finish as flashing, trim, or drainage component.  Samples will be reviewed by the Architect for color and texture only.  Compliance with other requirements is the exclusive responsibility of the Contractor.

   4.  Provide, as the Architect may elect to require, full size samples of the fabricated items or components for review.

   5.  Provide manufacturer's asbestos-free certificates for all materials.

b.  Warranty

   One (1) year from date of substantial completion of the project, all flashings and associated fabrications shall remain in a watertight, uncompromised condition or Contractor shall repair without cost to the Owner all defects as well as any damage to other work caused by defects or their repair.

07600-1

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

c. Performance

Coordinate the work with other work for the correct sequencing of items which make up the entire membrane or system of weatherproofing or waterproofing and rain drainage. It is required that the flashing and sheet metal work be permanently watertight and not deteriorate in excess of manufacturer's published limitations.

d. Comply with manufacturer's instructions and recommendations for handling and installation of flashing and sheet metal work as well as recommendations for welding, tinning, soldering, and cleaning flux from metal.

**3.02 FABRICATION AND INSTALLATION**

a. Fabricated Metal Flashing, Rain Drainage, and Trim

Shop-fabricate metal flashing, trim, expansion joints, gutters, downspouts, conductor heads, scuppers, splash pans, and similar items to comply with profiles and sizes shown and to comply with standard industry details as shown by SMACNA in the *Architectural Sheet Metal Manual*. Except as otherwise indicated, provide soldered flat lock seams and fold back metal to form a hem on the concealed side of exposed edges. Comply with metal producer's recommendations for tinning, soldering, and cleaning flux from metal. Except as otherwise indicated, fabricate work from aluminum (provide PVC at roof drains). Fabricate work with lines and corners of exposed units true and accurate. Form exposed faces flat and free of buckles, excessive waves, and avoidable tool marks considering the temper and reflectivity of the metal. Provide neat, uniform seams with minimum exposure of solder, welds, and sealant.

b. For non-moving seams, provide soldered flat lock seams except as otherwise indicated. Comply with metal producer's recommendations for tinning, soldering, and cleaning the joints.

c. Provide for thermal expansion of all exposed sheet metal work exceeding 15'-0" running length except as otherwise indicated.

   1. Valley Gutters, Gutters, and Downspouts

      40'-0" maximum spacing and located at high points in drainage systems wherever possible.

   2. Flashing and Trim

      10'-0" maximum spacing and located 2'-0" from corners and intersections.

d. Conceal fasteners and expansion provisions wherever possible. Fold back edges on concealed side of exposed edges to form a hem. Anchor items in place as recommended by item manufacturer by nailing, bolting, screwing, or welding to the substrate for secure support and attachment. Do not use pop rivets.

e. Insert flashings into reglets as shown. Anchor by mechanical means including driven wedges or lead or other compatible material spaced 2'-0". Seal the joint with sealant as indicated.

f. Separate copper work from dissimilar metals by a 15 mil dry film thickness bituminous coating or by a heavy tinning of solder at spot contacts.

g. Fabricate, support, and anchor rain drainage in a manner which will withstand thermal expansion stresses and full loading by water or ice without damage, deterioration, or leakage. Provide minimum 4" wide flanges where accessory units are shown for embedment of flanges in roofing or composition flashing or stripping.

h. Installation of Elastic and Laminated Flashing

   1. Bond flashing sheets to vertical substrates and to other surfaces as indicated or recommended by sheet manufacturer and seam the end joints.

07600-3

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

# SECTION 07900 - JOINT SEALANTS

## PART 1 - GENERAL

### 1.01   DESCRIPTION

Provide proper sealant and joint filler work required whether noted or not on the drawings except where may be provided for by other sections of the project specifications.

### 1.02   SUBMITTALS

a.   Submit installation instructions for each type of sealant required.

b.   Submit 12" long samples of each color required for each type of sealant exposed to view for Architect's approval. Exposed sealants shall match color of adjacent materials or where side of joint is different in color, sealant color to be selected by the Architect.

c.   Provide manufacturer's asbestos-free certificates for all materials.

### 1.03   GUARANTEE REQUIREMENTS

One (1) year from date of substantial completion of the project, all sealants to remain in a watertight, elastic, adhesive, and perfect condition. Contractor shall repair without cost to the Owner, all defects as well as any damage to other work caused by defects or their repair.

## PART 2 - PRODUCTS

### 2.01   MATERIALS

For each application, provide the grade of sealant recommended by the sealant manufacturer for the particular conditions of installation (such as location, joint shape, ambient temperature, etc.) to achieve best performance.

a.   All Exterior Locations not Otherwise Specified

   Sonneborn NP1 sealant, PRC Thiokol L.P. sealant, Tremco Mono-Lasto-Meric acrylic Terpolymer sealant or equal.  Color as selected by Architect.

b.   All Concealed Interior Joints and all Metal Thresholds

   Gun grade caulk conforming to Federal Specification TT-C-598, Grade L; *Vulcatex*, A. C. Horn Company, *Kaulkit*, Gun Grade L, Sonneborn Sons, Inc., or equal.

c.   All Concrete Walls and Paving Joints

   Tremco butyl sealant or three-part polyepoxide urethane sealant meeting Federal Specification TT-S-00227E, Class A, Type II and/or ASTM C920-79.

d.   Fire-Resistant Joint Sealants

   Tremco "Tromstop", 3M Fire Barrier Caulk cp-25, Dow Corning Fire Stop Sealant or equal.

e.   Backing for Sealants

   Joint fillers, backer rods, bond breaker tape, joint primer/sealer as recommended by sealant manufacturer for particular application or as directed by Architect.

07900-1

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

# SECTION 08100 - HOLLOW METAL WORK

**PART 1 - GENERAL**

**1.01 DESCRIPTION**

Provide all of the labor, materials, and equipment as required to furnish and properly install all of the hollow metal doors and frames as scheduled, herein specified and indicated, complete and in place including all necessary or required anchors, fasteners, bracing, accessories, etc.

**1.02 RELATED WORK SPECIFIED ELSEWHERE**

a. Concrete: Section 03300.

b. Finish Carpentry: Section 06200.

c. Wood Doors: Section 08210.

d. Finish Hardware: Section 08710.

**1.03 REFERENCE STANDARDS AND CODES**

a. Comply with the requirements of Steel Door Institute <u>Recommended Specifications for Standard Steel Doors and Frames</u> (SDI-100) and as herein specified.

b. Fire-rated assemblies shall display and comply with all applicable and appropriate UL, NFPA, or FM labels for fire rating indicated.

c. Fabricated hollow metal door and frame units and assemblies shall, unless otherwise indicated, comply with all applicable requirements of current local and federal laws, codes, and ordinances.

**1.04 QUALITY CONTROL**

a. Provide complete, scale shop drawings, schedules, and manufacturer's descriptive and technical literature which properly describe the fabrication, erection, and installation of the required project hollow metal doors and frames for the Architect's review.

b. Provide representative physical samples of all hollow metal types for Architect's review including welding technical hand-reinforcing.

c. Coordinate all related construction activities associated with the work under this section and field-verify all conditions which are required for proper installation and operation of the hollow metal doors, frames, and hardware.

d. Provide 2-year warranty agreeing to replace, refinish, and reinstall defective doors and frames as requested by the Architect.

08100-1

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

6. At hinge and lock locations, spot weld to inner surface to jambs 1/8" x 1-3/4" x 12" or equivalent reinforcement plates, over which spot weld 24 gauge plaster guard.

7. Each frame shall have heavy, welded sill clamps each side for anchorage to floor.

8. Each frame shall have a minimum of three (3) jamb anchors each side or jamb anchors maximum 32" o.c.

9. All frames shall have full length stops.

10. Door frames in support of 4'-0" wide or wider doors or steel doors shall be 14 gauge steel thickness.

11. Mortise frames to receive hinges per hardware schedule requirements.

12. All frames at labeled doors shall be constructed to conform to Underwriter's Laboratories' specifications for corresponding label and shall bear the label. Labels shall be submitted to the Architect with all other closeout submittals.

b. Doors

Comply with SDI-100 of the types and styles indicated for material quality, metal gauges, and approved shop drawing construction details.

1. Hollow metal flush panel, Type II, heavy-duty doors shall be seamless constructed of two (2) sheets of 18 gauge stretcher-leveled steel, zinc-coated and bonderized, bonded to a 20-pound density core of solid hydrous, calcium silicate or mechanically stiffened with 24 gauge stiffeners welded to the inner side of panels.

2. Door stiles shall be 16 gauge steel, mortised, heavily reinforced inside to receive hardware.

3. Ends of doors shall be closed and reinforced with channels securely spot-welded to both panels and welded to panels and stile at corners.

4. Insulate hollow doors with sound-deadening material resistant to fire, vermin, moisture, mildew, and rot.

5. Doors requiring Underwriters' fire labels shall meet Underwriters' construction standards for rating required and shall bear the UL label required.

6. Refer to Finish Hardware - Section 08710 for applicable hardware requirements.

7. Fabricate hollow metal door units to be rigid, neat in appearance, and free from defects, warps, or buckles. Accurately form metal to required sizes and profiles.

Clearly identify work that cannot be permanently factory-assembled before shipment to assure proper assembly at the project site. Fabricate exposed faces of doors and panels including stiles and rails of non-flush units from only cold-rolled steel.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

e. Install fire-rated doors in corresponding fire-rated frames in accordance with the requirements of NFPA No. 80.

f. Fabricate door and frame units to be rigid, neat in appearance, and free from defects, warps, or buckles. Weld all exposed joints continuously, grind, dress, and make smooth, flush and invisible.

g. Prepare hollow metal units to receive mortised and concealed finish hardware including cutouts, reinforced drilling and tapping complying with ANSI A-115 Specifications for Door and Frame Preparation for Hardware. Locate finish hardware as indicated, or if not indicated, per NBHA Recommended Locations for Builder's Hardware. Reinforce units to receive surface-applied finish hardware to be field-applied.

h. Do not shop paint exposed or galvanized surfaces. Shop painted surfaces will be rejected. Repair all damaged galvanized surfaces.

i. Refer to Finish Hardware - Section 08710 for hardware applications.

j. Rehang or replace doors and frames as directed by the Architect.

k. Replace all damaged doors and frames as directed by the Architect.

l. Contractor shall provide proper procedures required for protection of installed doors and frames from damage or deterioration until acceptance of the work.

### 3.03 FINAL ADJUSTMENTS

Check and readjust operating finish hardware items in hollow metal work just prior to final inspection. Leave work in complete and proper operating condition. Remove and replace defective work including doors or frames which are warped, bowed, or otherwise damaged.

**END OF SECTION 08100 - HOLLOW METAL WORK**

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

b. Where indicated, provide approved louvers, glass and glazing, and similar items into wood door construction. Provide wood louvers and matching door finish of the sizes and types, if indicated.

c. Mirrored Doors

Sliding (by-passing) doors shall be equal in all respects to the standard type of Series 500 door as manufactured by the Monarch Door Company.

d. Warranty

Provide 2-year warranty, agreeing to replace, refinish, and reinstall defective doors including doors which have warped, or show photographing of construction behind face, or non-compliance to tolerance limitations as defined by NWMA, and doors which do not operate properly.

## 2.02 MATERIALS

a. All interior doors shall be stiffened core molded 3 panel masonite panel doors.

b. All exterior doors shall be solid core textured 3 panel fiberglass doors.

c. All mirrored sliding doors shall conform to the following specifications:

1. Both panels bottom-rolled on 1-1/2" nylon ball bearing wheels with no weight transferred to opening header.

2. Full 1" adjustment in height to help accommodate out-of-square and tight-fit openings.

3. Handles grip glass separate from side frames to eliminate frame loosening.

4. Aluminum frames (Alloy 6063 T3), anodized in bronze with mitered corners, and with nylon cord reinforced glazing bead to protect against shrinkage.

5. Wood nailing strip under snug-fitting bottom rack.

6. 3 mm plate glass mirror, full height, electro-copper plated, painted, and baked. Safety back meeting U.S. Government Safety Standard 16 CFR 1201 and ANSI Z-97 1975 and consisting of polyester reinforced webbing laminated to a polypropylene covered Kraft paper.

## PART 3 - EXECUTION

## 3.01 INSTALLATION

a. Install all door types in accordance with Section 06200 - Finish Carpentry and manufacturer's printed instructions except as may be otherwise directed. In no case shall installations be such as to cause the manufacturer's/Contractor's denial of the required warranties.

b. Provide all doors with appropriate or required threshold clearances as well as proper door edge bevels.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

# SECTION 08370 - EXTERIOR SLIDING GLASS DOORS

## PART 1 - GENERAL

### 1.01 DESCRIPTION

a. Provide all of the labor, material, and equipment as required to furnish and properly install the premanufactured, pre-glazed, Texas Department of Insurance approved exterior aluminum frame sliding glass door assemblies indicated on the drawings including all required and associated head, jamb, and sill trim and weatherstripping and sealant components.

b. The structural support of the framing system, interior closures, trim, metal sub-sills, etc. shall be as detailed or required for a complete installation or as directed.

### 1.02 RELATED WORK SPECIFIED ELSEWHERE

a. Rough Carpentry: Section 06100.

b. Finish Carpentry: Section 06200.

c. Waterproofing and Dampproofing: Section 07100.

d. Joint Sealants: Section 07900.

e. Aluminum Storefront and Entrances: Section 08400.

### 1.03 REFERENCE STANDARDS AND CODES

a. The fabricated sliding glass door units and assemblies shall, unless otherwise indicated, comply with all applicable requirements of current local and federal laws, codes, and ordinances.

b. Comply with the requirements of all applicable industry standards.

c. The air infiltration shall be tested in accordance with ASTM E-283. Air infiltration shall not exceed .50 cfm per square foot of frame area.

d. The water infiltration shall be tested in accordance with ASTM E-331. No water penetration at 6.7% of the positive structural test pressure but not less than 2.86 psf.

e. The uniform structural load shall be tested in accordance with ASTM 3-330. When tested at the pressures defined below for a period of 10 seconds there shall be no glass breakage, permanent damage to fasteners, hardware parts, actuating mechanisms, or other damage which could cause the doors to be inoperable. There shall be no permanent deformation of any frame or panel member in excess of 0.4% of its span.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

7. All exposed framing surfaces shall be free of scratches and other serious blemishes as determined by the Architect.

8. Aluminum moldings shall be given a caustic etch followed by an anodic oxide treatment to obtain an architectural Class I anodic coating with integral color conforming to Aluminum Association Standard AA-M12 C22 A42. Color shall be #40 dark bronze anodized to match project aluminum storefront systems.

9. Frame members shall have an overall depth of 4-1/2" and shall be connected with a minimum of two (2) spline screws per joint. Fixed and sliding panels shall have a nominal depth of 1-1/2" each and shall have overlapped joints to prevent racking and provide a positive weather seal. Sliding panels shall be equipped with two (2) center pivoted spring-loaded tandem wheel assemblies each capable of supporting a moving weight of 275 pounds and shall be equipped with two (2) self-contained stainless steel bearings.

10. Sliding panels shall not be removable when in a locked position.

11. Glazing shall meet or exceed Texas Department of Insurance requirements as well as all codes, ordinances, and structural test requirements. Provide clear glass.

## PART 3 - EXECUTION

### 3.01 INSTALLATION

a. All jambs, heads, and sill tracks shall be set in correct locations as shown in the details and shall be level, square, plumb, and in alignment with other work in accordance with the manufacturer's installation instruction and approved shop drawings. All joints between framing and the building structure shall be sealed in order to secure a watertight installation.

b. It is required that all of the sliding door panel caster wheel assembly rollers be removed and replaced with new matching rollers at an Architect-designated time just prior to substantial completion. Return all of the removed rollers to the Owner.

### 3.02 CLEANUP AND PROTECTION

After installation the General Contractor shall adequately protect exposed portions of aluminum and glass surfaces from damage by adjacent construction operations or grinding and polishing compounds, plaster, lime, acid, cement, or other contaminants. The General Contractor shall be responsible for final cleaning and replacement of all damaged door unit components.

**END OF SECTION 08370 - EXTERIOR SLIDING GLASS DOORS**

c.  Test reports certified by an independent test laboratory shall be submitted to the Architect upon request.

d.  Provide complete shop drawings on all facets of the required storefront system for the Architect's review including all appropriate methods of fabrication, erection, bracing, dimensions, etc.

e.  Aluminum storefront system shall be erected by an experienced erector who shall be as approved by the manufacturer and the Architect.

f.  Provide manufacturer's asbestos-free certificates for all materials.

## PART 2 - PRODUCTS

### 2.01 GENERAL

a.  The required aluminum framed storefront system shall be equal in all respects to the following:

Reinforced stud series system as manufactured by Kawneer Company, Inc., or equal. Reinforced mullion system shall be able to withstand hurricane force winds and comply with all requirements for Texas Department of Insurance windstorm insurance requirements for construction seaward of the Intercoastal Canal.

b.  The required aluminum framed swinging glass door storefront system shall be equal in all respects to the single-acting swing door with matching aluminum 4-1/2" wide frame as manufactured by Kawneer Company or standard storefront system as manufactured by Kawneer or equal. Color of storefront systems, doors, frames, and all associated components shall be #40 dark bronze (.7 mils) as selected by the Architect.

   Aluminum members shall be given a caustic etch followed by an anodic oxide treatment to obtain an anodic coating conforming to Aluminum Association Standards.

   The approximate dimensions of the required door stile and rail face are as follows:

   | Door Style | Vertical Stile | Top Rail | Bottom Rail |
   |---|---|---|---|
   | Narrow 190 | 1-15/16" | 2-1/4" | 3-15/16" |

   Corner construction shall consist of mechanical clip fastening. Sigma deep penetration and fillet welds. Glazing stops shall be snap-in type with EPDM glazing gaskets.

c.  The storefront framing system shall provide for flush glazing on all sides with no projecting stops. Vertical and horizontal framing members shall have a nominal face dimension of 1-3/4" or 2". Overall depth shall be 4-1/2" with a 5/8" glass pocket width. Storefront framing members shall be compatible with glass framing in appearance. All single-acting exterior storefront frames shall include the positive barrier weathering.

d.  Provide such manufacturer-approved steel reinforcing within aluminum framing members as may be required to structurally enhance the system such that compliance with applicable codes, laws, and ordinances is achieved. All necessary steel support, bracing, and anchorage of this system shall be an integral part of the system and supplied by the system manufacturer.

e.  All exposed aluminum surfaces shall be free of scratches and other serious blemishes.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS