Single-acting. Kawneer top and bottom and intermediate offset pivots.

4. Lock Active Leaf

Adams-Rite MS-1850A deadlock with one (1) 1-5/32" diameter 5-pin Schlage keyed cylinder with interior thumbturn.

5. Threshold (at exterior locations)

1/2" x 4" aluminum offset pivot.

6. Sweep Strips and Weatherstrips

Manufacturer's standard.

## PART 3 - EXECUTION

### 3.01 GENERAL

a. The storefront subcontractor shall examine the condition of the substrate and the conditions under which the work is to be performed and notify the Contractor in writing of any unsatisfactory conditions. Do not proceed with the work until all unsatisfactory conditions have been corrected.

b. Comply with the instructions and recommendations of the storefront materials manufacturer except to the extent that more stringent requirements are indicated.

c. Coordinate storefront installation operations with other adjoining work to ensure proper sequencing of the entire work.

d. All handling, storing, and erection of the storefront system and associated components shall be in accordance with the manufacturer's written recommendations.

e. Storefront System Test Performance

1. When tested in accordance with ASTM E-283, air infiltration shall not exceed .06 cfm per square foot (.0003 m3/s-m2) of fixed area for the storefront system.

2. When the storefront is tested in accordance with ASTM E-331, no water penetration at a test pressure of 6.24 psf (300 pa.).

3. Structural performance of the storefront shall be based on:

   a) Maximum deflection of 1/175 of the span.

   b) Allowable stress with a safety factor of 1.65.

f. Entrance Door Test Performance

1. Air infiltration shall be tested in accordance with ASTM E-283 at a pressure differential of 1.567 psf (75 pa.). A single 3'-0" entrance door and frame shall not exceed .50 cfm per linear foot of perimeter crack. A pair of 6'-0" x 6'-8" entrance doors and frame shall not exceed 1.0 cfm per linear foot of perimeter crack.

2. Structural resistance to corner racking shall be tested by the dual moment load test as follows:

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

f.     All glass breakage caused during installation, construction operations, or by the installation of faulty work shall be replaced without extra cost to the Owner for a full year of warranty.

**END OF SECTION 08400 - ALUMINUM STOREFRONT AND ENTRANCES**

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

d.  Provide manufacturer's asbestos-free certificates for all materials.

## PART 2 - PRODUCTS

### 2.01 GENERAL

a.  The required window system units shall be equal in all respects to those heavy duty vinyl double-hung windows similar to those as manufactured by Boreal and represented Black Millwork of San Antonio, Texas.

b.  Fabricate units to fully comply with TDI requirements for windtorm resistant high-rise construction applicatrions seaward of the Intercoastal Canal.

Both sashes shall move up and down. The lower sach shall also tilt inward to facilitate cleaning of the exterior of the window unit.

Mullions or continuous head and sill options shall be available for multiple units. Full receptor system and wall system applications shall be available to fill specific project requirements.

c.  Provide improved construction tolerances and weatherstripping to limit air infiltration to 0.10 cubic feet per minute per foot of crack at edge of operable sash, tested by ASTM E-283 for 20% of pressure resulting from design 120 MPH, 70 PSF wind loading.

The perimeter of the vent(s) shall be completely weatherstripped with woven pile and vinyl and secured in integral key ways in accordance with design requirements.

Each unit shall be equipped with positive cam locks and keepers.

Balances shall be adjustable and replaceable.

All sashes shall be equipped with concealed balances that permit easy sash removal to facilitate cleaning.

Provide manufacturer's standard aluminum rolled form framed insect screen for each operable sash (vent) with replaceable fiberglass mesh. The screen shall be designed for installation from the interior.

d.  Vinyl Finish

Manufacturer's integral bronze vinyl finish.

e.  Glazing

Windows shall be inside glazed type, factory-glazed using TDI approved imp[act resistant glass of required thickness for 120 MPH and 70 PSF wind load. Window and glazing shall meet TDUI windstorm requirements for wind pressure and impact resistance. Provide TDI certification with submittals.

f.  All exposed framing surfaces shall be free of scratches and other serious blemishes.

g.  All anchors shall be as recommended by the manufacturer and all applicable codes and as detailed and specified.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 08710 - FINISH HARDWARE

### PART 1 - GENERAL

**1.01 DESCRIPTION**

a. Provide all finish hardware complete and in place except as otherwise indicated.

b. This specification describes the quality, character, and function that is required of items of hardware; however, it is not intended to mention each particular item. Any items required to complete this project, which are not specified for a complete installation, shall be provided by the Contractor at no increase in contract amount.

**1.02 RELATED WORK SPECIFIED ELSEWHERE**

a. Finish Carpentry: Section 06200.

b. Hollow Metal Work: Section 08100.

c. Wood and Mirrored Doors: Section 08211.

d. Aluminum Storefront and Entrances: Section 08400.

**1.03 QUALITY CONTROL**

Qualifications

a. The finish hardware supplier shall be a person or firm technically proficient and experienced in this trade and shall be responsible for properly detailing and fitting material to the conditions required by the drawings.

b. It is the responsibility of the supplier to thoroughly detail the entire project to assure that the items specified will function properly in the indicated locations. Should the items specified not work properly, it shall be the responsibility of this supplier to furnish the correct item of equal quality, as being furnished throughout the project, at no additional cost to the Owner and as approved by the Architect.

**1.04 SUBMITTALS**

a. Submittals for approval of products must be made in writing. Include six (6) copies of illustrated brochures and specifications of each item submitted. In all cases, the decision of the Architect will be final.

b. Submit six (6) copies of the finish hardware schedule to the Architect for approval containing the following information:

   1. Each door shall be correlated with the drawings by the Architect's door number.

   2. List each door independently by door number and location, indicate size of door, hand of door (active leaf or pairs), door and frame material, and provide space for the later addition of keying symbol.

   3. Heading numbers shall note hardware set used for doors listed in the heading.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

c.  All hardware must be thoroughly cleaned when it is turned over to the Owner.

d.  All goods furnished under this section of the specifications shall be guaranteed free of defects of material and workmanship and shall perform the service for which furnished for a period of one (1) year after the completion of the job. Any items of hardware failing to fulfill the guarantee shall be replaced or adjusted to the complete satisfaction of the Owner at no further expense to said Owner.

1.08  BUILDING CODES, UNDERWRITER'S EQUIPMENT

a.  All work of this section shall be furnished and/or installed in strict compliance with applicable requirements of the:

   1.  Southern Building Code.

   2.  Underwriter's Laboratory.

   3.  Other codes and ordinances having jurisdiction over work provided under this section of the specifications.

b.  Where requirements of the section (as hereinafter specified) reference specifications, manufacturer's recommendations, and applicable laws and ordinances which are in conflict, the more stringent requirements shall govern.

c.  Finish hardware shall be installed in accordance with the manufacturer's printed instructions, the drawings, and this specification. All work shall be performed by workmen skilled in the trade, using proper tools and equipment, to provide the best quality and complete installation. Any hardware item damaged, blemished, or improperly installed shall be removed and replaced as required to achieve the best quality installation. Any adjacent materials damaged or blemished as a result of the hardware installation shall be replaced by the Contractor.

1.09  QUANTITIES AND ITEMS

a.  The exact quantities of all hardware items shall be determined by the bidder.

b.  The list following is to indicate the type and function of material applicable to the typical openings. Should an unlisted opening require different type or function of hardware than that specified for similar openings, notify the Architect and provide hardware for such unlisted openings as part of the contract at no additional cost.

PART 2 - PRODUCTS

2.01  KEYING

a.  Locks shall be keyed per instructions by the Architect and Owner.

b.  Strict security shall be maintained on keys, particularly master and grandmaster keys. The Contractor shall work out a method of delivery of keys to the Owner in a manner designed not to compromise security. Furnish two (2) grandmaster keys, two (2) keys per each lockable door, and forty-four (44) keys for the elevator access.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

e. Latchsets and Locksets

   1. Latchsets and locksets shall be by Schlage Lock Company, Artisan style, "F" Series. Finish shall be 619 Satin Nickel. No substitutions.

   2. Furnish locks and latches with 2-3/4" backsets. All strikes shall be dust-proof type boxed strikes.

f. Silencers and stops shall be by Triangle Brass Company.

g. Flushbolts, dust-proof strikes, push/pull latches and holders to be by Glynn Johnson.

h. Controlled access devices

   1. Provide UNICAN L1000 fully mechanical pushbutton combination access controls where pushbutton locks are specified herein, called for on drawings, or are required for security.

   2. Provide satin chrome or satin nickel finish unless otherwise specified.

   3. Provide optional keyed access capabilities where specified herein, called for on drawings, or required for security.

i. Miscellaneous

   1. Astragals for all pairs of doors when required shall be 14 gauge galvanized steel with prime painted finish.
   2. Thresholds, weatherstrips, and door bottoms by May or National Guard.
   3. Kickdown holders by Grand Specialties.

## 2.03 SCHEDULE OF HARDWARE

As indicated on drawings and/or required.


**END OF SECTION 08710 - FINISH HARDWARE**

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

c. Glass Warranty Requirements

1. 2-year manufacturer's warranty against breakage, separation, or visual obstruction resulting from glass manufacturing defects.

2. 1-year Contractor's warranty against breakage resulting from faulty installation of thermal conditions to include labor to remove and replace defective units and cost of replacement.

## PART 2 - PRODUCTS

### 2.01 GENERAL

a. The color of all glazing materials shall be selected by the Architect from the approved manufacturer's full line of standard colors unless a particular color is otherwise indicated.

b. Glass Colors

1. All glass to be clear except where noted otherwise on the drawings.

c. Provide tempered glass or safety glass of selected color at locations where required by code or ordinance, etc. or as recommended by manufacturer.

d. Provide horizontal tempering on all tempered glass, safety glass, and coated glass panels or sections.

e. Provide obscure or frosted glass where indicated.

f. Provide exterior glass to be in full compliance with Texas Department of Insurance requirements for construction seaward of the Intercoastal Canal. Provide TDI laminated glass of thicknesses as required to withstand wind pressures as appropriate to the height of the structure (120 feet maximum) and code wind pressures.

g. Provide mirrors where indicated on drawings.

### 2.02 MATERIALS

a. Clear Plate Float Glass

Type I, Class 1, Quality q3, 1/4" thick.

b. Tinted Plate Float Glass

Type I, Class 3, solar bronze color, 1/4" thick (or thicker as required by code or ordinance).

c. Tempered Glass

Type I or II, Class 1, horizontally tempered to 4 times normal strength, solar bronze color, at all exterior storefronts, 1/4" thick except as may be otherwise required to comply with applicable laws and codes. Furnish glass without tong marks.

d. Mirror Glass

Type I, Class 1, Quality q2 (mirror glazing), 1/4" thick, silver coating plus copper coating (CS27). Provide approved clear color edge sealant about edges of all mirrors. Sealant equal to that manufactured by PPG.

08800-2

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

k. Set mirror glass with concealed fasteners as recommended by mirror manufacturer. Support mirrors at lower edges as approved.

l. Replace glass which is broken or damaged prior to the time of acceptance.

### 3.02 CLEANING

a. Prior to acceptance of the work, replace all broken, cracked, scratched, and chipped glass.

All glass breakage caused during installation, construction operations, or by the installation of faulty work shall be replaced without extra cost to the Owner for full year of warranty.

b. Wash and polish glass on both faces not more than four (4) days prior to date of substantial completion of each designated portion of the work. Comply with glass manufacturer's recommendation for cleaning materials and procedures.

**END OF SECTION 08800 - GLASS AND GLAZING**

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

    Samples may be taken from work in place at any time. Areas represented by samples which show over sanding or wrong aggregate proportion will be rejected.

d. Provide representative physical samples of all the lath and plaster materials and all associated accessories for the Architect's review including manufacturer's complete descriptive and technical literature with applicable test and performance data.

e. The Contractor shall assume overall responsibility for the work of this section to assure that all assemblies, components, and parts shown or required comply with the contract documents.

f. The Contractor shall assure that all components specified or required to satisfactorily complete the installation are compatible with each other, with adjoining substrates, materials and work by other trades, and with the conditions of installation and expected use.

g. It is the intent of the contract documents that all plaster work be flat, straight, sharp, plumb or level, free of cracks, blisters, waves, or other blemishes. The Contractor shall repair or remove and reapply any plaster work which does not meet these requirements.

h. Submit detailed shop drawings for all lathing including expansion joints, special hangers, special runners, details at light fixtures and ceiling diffusers, etc.

i. Provide manufacturer's asbestos-free certificates for all materials.

## PART 2 - PRODUCTS

### 2.01 MATERIALS

a. All manufactured lath and plaster materials shall be delivered to the project in the original sealed and unopened packages bearing the name of the manufacturer, brand, type, grade, etc. Plaster and all cementitious material shall be kept dry, off the ground, under cover, and away from damp surfaces until ready to use so as to prevent deterioration from weather.

b. Protect furring and lathing materials from corrosion and damage.

### 2.02 MATERIALS

a. Metal Furring Materials

    1. Furring and Runner Channels

        a) Either hot-rolled or cold-rolled steel of the minimum weights per thousand lineal feet (per 305 lineal meters) as shown below.

        b) Provide shop-painted or galvanized finish for interior applications with galvanized fasteners and tie wires.

        c) Provide hot-dipped galvanized finish for all furring materials for exterior applications.

        d) Main steel channels shall be 1-1/2" unless otherwise directed.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

      e)   Lathing Nails

           Hardened, zinc-coated masonry nails, barbed roofing nails, offset head or hook-head lath nails, lengths as required for proper anchorage.

b.   Accessories

Where applicable, colors as selected from respective manufacturer's full standard line.

1. Plastering accessories shall be rigid PVC plastic in accordance with ASTM D-1784, cell classification 13244C.

    a)   Plaster accessories shall be similar and equal to those manufactured by Plaster Components, Inc., 7570 Northwest 79th Street, Miami, Florida 33166, and Fry Reglet Corporation Expand-O-Screed is used as a standard.

    b)   Where applicable, provide type which acts as screed for plastering and which is recommended by manufacturers of lathing and plastering.

2. Provide type of accessories indicated or if not otherwise indicated, provide types recommended by the plaster manufacturer for the applications indicated. Include fasteners, corner beads, casing beads, cornerite, stripite, base screed, and expansion/control joints as required to produce a complete installation of plaster complying with industry standards. Coordinate depth of accessories with depth of plaster required. Plaster accessories shall include but not be limited to the following:

    a)   External Corner Beads

        PVC .050 thick.

    b)   Casing Beads

        PVC .050 thick, where plaster abuts dissimilar material and at openings and exposed terminations.

    c)   Base Screeds

        PVC .050 thick, where needed as a screed for concealment under work or as a\screed needed for casting other work adjacent to plaster.

    d)   Expansion joints.

    e)   Control joints.

    f)   Dip screed.

    g)   Air vent.

c.   Water shall be clean, fresh, and free from quantities of mineral and organic substances that will retard or accelerate the setting of plaster.

d.   Bonding Materials

Dash coat, etching solutions, bond plaster, bonding agent, or bonding additives only as recommended by plaster manufacturers and approved by the Architect.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

c.  Do not apply plaster until all grounds, casing beads, corner beads, and other lath accessories are in place. Plaster to be applied directly over concrete surfaces shall be preceded by one (1) coat of bonding agent applied in accordance with manufacturer's printed instructions.

d.  All plaster shall be mechanically mixed. Material which has partially hardened or set shall not be used or retempered. Frozen, caked, or lumpy material shall not be used. Mixer shall be cleaned of all set or hardened plaster.

e.  Coordinate the installation of metal furring, lathing, and trim so that plaster work will finish plumb and flush.

f.  Coordinate access doors, plaster rings, and other items occurring in lath surfaces and specified in other sections with the work of this section.

g.  Do not use materials which are caked or lumpy or which are dirty or contaminated by foreign materials. Use only clean water free from impurities which might impair the plaster work. Do not use water which has been used to clean tools.

h.  Do not use excessive water in the mixing and application of plaster materials.

i.  Comply with applicable requirements of ANSI and with manufacturer's instructions; whichever are more detailed or more stringent.

j.  Allowable Tolerances

   For flat surfaces, do not exceed 1/4" in 8'-0" for bow, warp, plumb or level including surfaces to receive applied finishes (tile, etc.).

k.  Required Portland cement plaster installations shall be 3-coat application except as may be otherwise indicated.

l.  Surface Conditioning

   Immediately before application of plaster which is to be bonded to concrete or masonry except where bonding agent is to be used, dampen the surfaces sufficiently to obtain optimum plaster suction.

3.02 **PREPARATION**

a.  Surfaces to which plaster is to be applied shall be cleaned of all projections, dust, loose particles, grease, bond breakers, and other foreign matter and shall be sufficiently rough to provide a strong mechanical bond.

   Plaster and stucco shall not be applied directly to:

   1.  Surfaces of masonry or concrete that have been coated with bituminous compounds or other waterproofing agents.

   2.  To surfaces that have been painted or previously plastered.

   Before plaster of stucco work is started, masonry surfaces shall be wetted thoroughly with a fine fog spray of clean water to produce a uniformly moist condition. When necessary, excessive suction of masonry shall be reduced by wetting.

b.  Provide temporary heat as required to maintain a uniform temperature of not less than 55°F in the spaces to be plastered for a period of not less than one (1) week prior to application of plaster while plaster is

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

g.  Suspended Ceiling System

   1.  Support and space runner channels 4'-0" o.c. except as otherwise indicated and within 6" of each edge of ceiling construction, hangers 3'-0". Hang suspended furring for ceilings with pencil rods anchored to supporting structure above. Provide embedded metal anchors of pullout or failure strength equal to yield strength of pencil rod.

   2.  Provide complete suspension system consisting of 1-1/2" (38.1 mm) runner channels and 3/4" (19 mm) furring channels suspended by wire or strap hangers. For exterior soffits use strap hangers only. Erect cross channels perpendicular to main channels and tied to each intersection. Cross channels shall not exceed 16" o.c. spacing and shall occur within 6" of each face of partitions.

   3.  Space hangers so that each hanger supports not more than 12-1/2 square feet (1.2 square meters) of ceiling area.

   4.  Provide extra hangers within 6" (0.15 m) of ends of main runners and as required to support light fixtures, ceiling diffusers, grilles, access panels, and other items resting in or on the ceilings. At control or expansion joints provide extra hangers as required to support discontinuous runners.

   5.  Secure hangers to overhead construction in a rigid manner by means of clips, inserts, bolts, wrapping, or other approved method.

   6.  Secure hanger wire to runners by saddle tying. Secure hanger straps to runners by 3/8" (9.5 mm) bolts. Apply cross furring perpendicular to runners and space not more than 13-1/2" (0.34 m) o.c. for expanded metal lath, 19" (0.48 m) for flat rib lath, 24" (0.6 m) for 3/8" (9.5 mm) rib lath, and 36" (0.9 m) for 3/4" (19 mm) rib lath. Secure furring channels to the runner channels with wire clips or saddle tie.

h.  Accessories

   1.  Corner Beads

   Provide at external corners in single lengths where the length of a corner or jamb does not exceed standard stock lengths. Miter or cope beads at corners and fasten securely with tie wire, hardened galvanized nails, staples, or offset head or hook head lath nails spaced not more than 8" (0.2 m) staggered. Reinforce internal corners with cornerite.

   2.  Casing and Stop Beads

   Provide where shown and where plastering terminates and is not covered by other finishes. Provide closures at reveals. Set beads level, plumb, and true to line. Install in lengths as long as practicable and align joints with concealed splice or tie plates. Secure beads applied to metal lath with tie wire. Where structural backing is concrete or masonry, secure beads with hardened galvanized nails or drive screws driven into fiber plugs set in masonry or by other accepted method. Space fastenings 8" (0.2 m) apart. Provide casing beads where plaster abuts dissimilar materials and at openings and where edge of plaster would otherwise be exposed. Leave 1/4" pocket for sealant in exterior work. Install resilient-edged casing beads for interior work against exterior wall door and window frames and at similar locations as indicated.

   3.  Expansion Joints

   Install at locations shown on approved shop drawings. Terminate metal lath on each side of joint. Set plaster stop back-to-back level and true to line and secure to metal lath with tie wire. Apply strip of sheet metal covering to back of expansion joint and fasten one (1) side only. Leave 3/8" wide

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

    plaster work is complete, remove unused materials, containers, and equipment and clean floors of plaster debris.

d.   Installer shall advise the Contractor of requirements for the protection of plaster from deterioration and damage during eh remainder of the construction period.

e.   Cut, patch, paint, and repair plaster as necessary to accommodate other work to restore cracks, dents, and imperfections. Repair or replace work to eliminate blisters, buckles, excessive crazing, and check cracking, dry-outs, efflorescence, sweat-outs, and similar defects including areas of the work which do not comply with specified tolerances and where bond to the substrate has failed.

f.   Sand smooth-troweled finishes lightly to remove trowel marks and arrises.

g.   Patching batch shall match existing work in texture and finish and shall not be recognizable as a patch.

**END OF SECTION 09200 - LATH AND PLASTER**

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

PART 2 - PRODUCTS

2.01 GENERAL

a. The required gypsum wallboard and associated trim accessories shall be equal in all respects to those products as manufactured by United States Gypsum Company or Gold Bond Building Products, Division of National Gypsum Company.

b. Provide all gypsum drywall materials throughout the project produced by one manufacturer including metal trim accessories and fasteners.

c. Where adhesive applications may be approved, comply with drywall manufacturer's instructions for storing, mixing, and application of recommended adhesives. Do not apply to dirty or contaminated surfaces. Provide minimum temperature recommended by drywall manufacturer for adhesive applications and maintain until cured. Comply with drywall manufacturer's recommendations for safety including ventilation and fire and explosion precautions when using volatile materials.

d. Provide materials, accessories, and application procedures which have been listed by UL or tested according to ASTM E-119 for all fire-resistive wallboard construction and installations.

e. Where Core or Shaft Wall May be Required

   1. All core or shaft wall areas shall be designed for deflection not to exceed L/240 of the wall height.

   2. Cavity shaft wall shall withstand maximum positive and negative pressure of 7.5 pounds per square foot and the limiting heights of walls shall meet manufacturer's latest published design criteria.

f. Framing

   It is the intent and project requirement that the drywall gypsum wallboard for all indicated walls, ceilings, and exterior soffits furred surfaces shall be properly applied to steel framing and or dimensional wood stud standard framing and furring systems and installations as indicated on the drawings and in strict accordance with all applicable referenced standards and codes. The Contractor may, however, provide approved steel framing and furring which shall also comply with the same project requirements and referenced standards and codes in addition to all standards and codes applicable to steel framing (ASTM C-754).

2.02 MATERIALS - GENERAL

a. Gypsum Wallboard

   1. Regular Fire-Rated Wallboard

      Provide the type and thickness of gypsum wallboard shown and specified. All gypsum wallboard shall be a minimum of one (1) hour fire rating. Provide special bevel of long edge taper to reduce ridging and beading of joints; 5/8" Type X gypsum wallboard, tapered edges, fire-rated at one (1) hour; ASTM C-36 and ASTM C-442 (UL labels required). Provide in 8'-0" or greater lengths. No horizontal joints in walls shall be allowed or acceptable.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

Adhesives with or without fillers complying with ASTM C-475. Provide in dry powder form or premixed ready for application of the following type:

a) Single-Compound Treatment

Provide manufacturer's single-component compound suitable for both bedding and finishing of joints.

b) Two-Compound Treatment

Provide compatible joint compounds, one compound being suitable for embedding and the other compound suitable for finishing of joints.

3. Provide either type of joint compound treatment specified above at the Contractor's option.

d. Adhesives

As recommended by the gypsum wallboard manufacturer.

e. Acoustical Sealant

Sealant shall be <u>Tremco Acoustical Sealant</u>, a non-drying, non-skinning, non-staining, permanently resilient synthetic rubber-based acoustical sealant with gumming characteristics at 20°F (-7°C) as manufactured by the Tremco Manufacturing Company of Cleveland, Ohio.

f. Drywall Sealant

Non-drying mastic of type recommended by drywall manufacturer except provide paintable elastic sealant where exposed to view.

g. Drywall Control Joint

One-piece metal or vinyl expanding strip with flanges for face attachment to drywall.

2.03 WOOD FRAMING

a. General

1. General Standard

Comply with Southern Forest Products Association.

2. Component Design

Compute structural properties of studs in accordance with AICS specifications. Submit computations to the Architect for review.

b. Wood Studs

1. Wood studs shall be #2 or better grade southern yellow pine or fir studs. Wood studs shall be straight and free of structural defects.

09250-4

g.  Metal Resilient Furring Channels

    1/2" high x 2-5/8" (12.7 mm x 66.68 mm), 25 gauge (0.53 mm), galvanized per ASTM A-164, Type RS or heavier.

h.  Backer Plates

    20 gauge (0.9 mm) galvanized per ASTM A-164, Type RS or heavier, size as required to support wall-mounted equipment features.

i.  Ceiling Suspension

    Galvanized, soft-temper, no steel wire complying with ASTM A-641, Class 1 coating, prestretched, sized in accordance with ASTM C-754. Unless otherwise shown, spacing shall not exceed 4'-0" along 1-12" carrying channels. Provide 1-1/2" channels spaced 4' on center. Furring channels shall be attached to carrying channels at no greater spacing than 16" on center and shall be at right angles to 1-1/2" carrying channels.

j.  Hanger Anchorages

    Provide concrete inserts, clips, bolts, screws, and other devices applicable to the indicated method of structural anchorage for ceiling hangers. Size devices for 3x calculated load supported except size direct-pull concrete inserts for 5x calculated load.

k.  Furring Anchorages

    16 gauge (1.6 mm) galvanized wire ties, manufacturer's standard wire-type clips, bolts, nails, or screws as recommended by furring manufacturer and complying with ASTM C-754.

l.  Fasteners

    1.  Metal Framing to Structure

        Power-driven fasteners providing 190 pound (86.2 kg) single shear resistance and 200 pound (90.7 kg) bearing strength.

    2.  Metal to Metal Within Drywall System

        3/8" (9.5 mm), Type S or S-12, bugle head.

## PART 3 - EXECUTION

### 3.01 GENERAL

a.  Unless otherwise shown or specified, install gypsum drywall including accessories in accordance with gypsum manufacturer's printed instructions and ANSI A-97.2.

b.  Prior to start of each type of gypsum drywall system and at the Contractor's direction, meet at the site and review installation procedures and coordination with other work.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS