n.   Provide drywall sealant at edges, interruptions, and openings through drywall work, concealed behind edge of board wherever possible including openings at electrical and plumbing work.

o.   Where partitions abut ceiling or deck construction or vertical structural elements, provide slip or cushion-type joint between partition and structure as recommended by stud manufacturer to prevent the transfer of structural loads or movements to partitions.

p.   Seal all perimeters and openings with an approved sealant to provide an airtight installation.

q.   Install sound attenuation blankets where indicated. Completely fill space between studs to full height of partition wall. Fit carefully behind electrical outlets and other work which penetrates partition wall. Attach to back face of drywall in accordance with drywall manufacturer's instructions.

r.   At openings and cutouts, fill open spaces between drywall and fixtures, cabinets, outlet boxes, piping ducts, and other flush or penetrating items with continuous bead of sealant.

## 3.02   INSTALLATION

a.   Framing Systems

   1.   Properly install all wall partitions, ceiling, or furring framing systems where indicated and in accordance with all required and applicable performance standard codes, manufacturer's recommendations, and as herein specified additionally.

   2.   Wall, ceiling, and furring framing member shall not exceed a spacing of 16″ on center unless otherwise indicated or approved.

   3.   Provide additional studs and framing as per ASTM C-754 to support corners, partition intersections, outside corners, termination of partitions, both sides of control joints, at openings and cutouts to support built-in anchorage, and attachment devices for light fixtures and similar work.

   4.   Install horizontal stiffeners in all steel stud partition wall systems spaced 4′-6″ on center maximum (vertical spacing).

   5.   Provide bracing channel at approximate mid-height of each partition. Provide 3″ or larger cold-rolled bracing channel behind all wall-mounted fixtures. Bracing shall secure to studs and run vertically to floor and an additional brace shall run horizontally securing to the vertical braces and forming a mounting frame for the backer plate. Fasten backer plates to studs for the attachment of surface-mounted accessories at required locations or as directed.

b.   Wall Partitions

   1.   Where chase walls are shown, provide bracing between parallel rows of studs. Unless otherwise shown provide gypsum drywall braces not less than 1/2″ thick x 12″ wide or 2-1/2″ (63.5 mm) metal stud and cut to width of chase. Locate at quarter points in wall height between each pair of parallel studs. Fasten as recommended by the manufacturer.

09250-8

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

d.  Taping

   1.  Comply with manufacturer's instructions for mixing, handling, and application of materials. Apply by machine or hand. Apply treatment at joints, flanges of trim accessories (but not semi-finishing types), penetrations of the gypsum board (electrical boxes, piping, and similar work), fastener heads, surface defects, and elsewhere shown. Apply in a manner which will result in these being concealed when applied finishes have been completed.

   2.  Apply joint tape at joints between gypsum boards except where a trim accessory is shown.

   3.  Do not use topping compound for bedding joint tape nor bedding compound for final coat of joint treatment.

   4.  Apply joint compound in 3 coats and sand between last 2 coats.

## 3.03  CLEANUP AND PROTECTION

a.  Remove excess material, scaffolding, tools, and other equipment upon completion of work. Clean floors of drywall debris and leave broom-clean.

b.  Protect and maintain gypsum drywall throughout construction so that it will be without any indication of damage at the time of acceptance by the Owner.

c.  Any damage to gypsum wallboard prior to acceptance of the building including change of shape or plane, softening, mildew, or other deterioration shall be reason for replacement. Temperature requirements may be waived only on specific written recommendation of wallboard materials manufacturer and with approval of the Architect.

**END OF SECTION 09250 - GYPSUM WALLBOARD AND FRAMING**

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

b.  Provide trim and special shapes as required for complete installation of same material, size, color, texture, and finish of field tile unless otherwise indicated.

c.  Organic Tile Adhesive

ANSI A-136.1. Refer to drawings for areas to be thin set. As recommended by tile manufacturer.

d.  Metal edge strips shall be zinc alloy or stainless steel, 1/8" (3.2 mm) wide at top edge with integral provision for anchorage to substrate.

e.  Grout

Provide factory blend of Portland cement and additives as recommended by the tile manufacturer and in finish colors as directed by the Architect.

f.  Provide rubber edging at transitions from floor tile to other flooring materials as selected by Architect.


## PART 3 - EXECUTION

### 3.01  GENERAL

a.  Deliver materials and store on the site in original containers with labels intact until time of use in accordance with manufacturer's directions. All materials shall be stored above grade and protected from weather and any other source of damage.

b.  Maintain a temperature of not less than 50°F during tile installation and for seven (7) days after completion.

c.  Installer must examine the substrate and the conditions under which tile is to be installed and notify the Contractor in writing of any conditions detrimental to the proper and timely completion of the work. Do not proceed with the work until unsatisfactory conditions have been corrected in a manner acceptable to the installer. Commencing of tile work will signify acceptance of responsibility for condition of areas with respect to their being satisfactory to receive tile.

d.  Masonry, concrete, and gypsum board substrates shall be properly ground and filled as required to comply with deviation tolerances as prescribed by the tile manufacturer.

### 3.02  INSTALLATION

a.  Comply with the appropriate and applicable ANSI standard installation specifications A-108.1 through A-108.7 except where more stringent requirements may be indicated. Provide minimum temperature limits and installation practices as recommended by mortar and grout materials manufacturers.

b.  Extend tile work into recesses and under equipment and fixtures to form a complete covering without interruptions except as otherwise shown. Terminate work neatly at obstructions, edges, and corners without disruption of pattern or joint alignments.

c.  Comply with manufacturer's instructions and recommendations for the application and installation of materials.

d.  Neutralize and seal substrates in accordance with mortar or adhesive manufacturer's instructions and recommendations.

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

**3.04   CLEANING**

a.     Upon completion of setting and grouting, clean ceramic tile installations as recommended by manufacturers of proprietary materials and ANSI A-108.

b.     Unglazed tile may be cleaned with acid solutions only when permitted by the tile and grout manufacturer's printed instructions but not sooner than fourteen (14) days after installation.

c.     Protect all metal surfaces, cast iron, and vitreous plumbing fixtures from effects of acid cleaning.  Flush with clean water before and after cleaning.

d.     Leave finished installation clean and free of cracked, chipped, broken, unbonded, or otherwise defective tile.  Remove and replace all defective tile work.

**3.05   PROTECTION**

a.     Protect installed ceramic tile floor work with heavy Kraft paper or other heavy covering during the construction period to prevent damage and wear.

b.     Prohibit all foot and wheel traffic from using tiled floors for at least three (3) days, preferably seven (7) days.

c.     When recommended by tile manufacturer, apply a protective coat of neutral protective sealer to completed tile walls and floors.

d.     Before final inspection remove protective coverings and wash floor clean.

**3.06   MAINTENANCE STOCK**

Upon completion of work, deliver one (1) extra box of tile to Owner of each size, pattern, and color of tile furnished on the project.  Tile shall be in original marked containers.


**END OF SECTION 09310 - CERAMIC TILE**

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

g.    Installation shall be made by skilled mechanics in accordance with recommendations of the manufacturers of the materials used and with the highest degree of workmanship. Installation craftsmen shall be required to show evidence of at least three (3) years experience in carpet installation work of similar quality.

h.    Provide three (3) copies of written manufacturer's warranties as applicable to each carpet type as hereinafter indicated. Warranty shall include the requirements that the carpeting will not develop excessive fading, tear, crack, separate, deteriorate, pull loose from substrate or from original installation, or experience seam failure, ripples, scallops, pilling, or puckering.

i.    The contractor shall provide the following assurances:

   1.    That all components specified or required to satisfactorily complete the installation are compatible with each other and with the conditions of installation and expected use.

   2.    The overall effective integration and correctness of individual parts and the whole of the system.

   3.    Compatibility with adjoining substrates, material, and work by other trades.

   4.    There shall be no material failure due to improper design and fabrication of the work of this section. All materials are to fully perform to their normal life expectancy.

   5.    Provide manufacturer's 15-year edge ravel guarantee.

j.    Provide manufacturer's asbestos-free certificates for all materials.


## PART 2 - PRODUCTS

### 2.01    GENERAL

a.    Carpet shall be selected by the Owner from the Carpet Material Allowance.

b.    Approved material samples shall be used for visual and construction comparisons and only minor variations shall be allowed as specifically approved. Color of the ordered and delivered carpet and associated materials shall match samples in the Architect's office.

c.    Provide new approved materials only which have been accepted in the carpet industry and which comply with the indicated requirements and which shall be installed and used in accordance with the respective manufacturer's specifications.


## PART 3 - EXECUTION

### 3.01    GENERAL

a.    Deliver carpeting, materials, and accessories completely identified and properly stored on the site in original containers with the labels and registered number tags intact in accordance with manufacturer's directions.

b.    Carpeting rolls which are bent or folded may damage the carpet pile and shall be rejected.

c.    Select and arrange rolls or other type shipments of carpet so that the number tags are sequential for each dye lot of material laid adjacent to succeeding rolls. Wherever the carpeting is manufactured on more than one loom, the material from each loom shall be laid in areas isolated from each other so that differences in manufacture are not apparent.

09682-2

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

h.   Finish trim each side of each roll of carpet on the jobsite as required to get a perfect seam but no more than 4". At that point, any differential in carpet thickness shall be the responsibility of the carpet manufacturer to correct to assure a flush and level seam installation.

i.   All carpet widths shall be installed with all rows of pile running in the same direction unless otherwise shown on the approved shop drawings.

j.   If the pile of the carpet has been compressed while laying in storage so that there appears to be a difference in color in adjacent widths of material, the Contractor shall neutralize the pile with a steam machine and obtain a uniform pile direction throughout by brushing the carpet while it is still damp at no additional cost to the Owner.

k.   Install tackless carpet strippers where required at all edges of areas to receive all carpet and secure three (3) row strippers to substrate by nailing as recommended by the manufacturers.

l.   Provide space between adjacent surfaces and stripper seams so that they do not fall under any carpet seams. Join all cushion seams with tape. No side-to-end seaming shall be allowed.

m.   Stretch the carpet in both directions using a knee kicker and power stretcher maintaining the seams straight and eliminating all wrinkles and bubbles. Attach securely at edges and openings. The direction of the carpet pile in each area shall be uniform throughout as shown on the approved shop drawings.

n.   Cutting of seams shall be done in accordance with the manufacturer's recommendation using the proper tools designed for carpet being installed.

o.   Provide where indicated glued-down carpet installation using type of adhesive recommended by the manufacturer. Cut and fit sections prior to application of adhesive. Butt edges tightly and roll seams to ensure complete bond.

p.   Protect exposed edges with bend-down type extruded aluminum carpet edge guard nailed to the substrate.

q.   Bind edges with binding tape and sewing at cutouts for access to other work. Secure with 2-sided tape for ease of removal.

r.   To ensure a quality installation and one which will progress in an orderly manner, the following provisions are required:

   1.   All trades must have completed their work.

   2.   No other trades and/or other personnel other than those working on the installation shall be permitted in the areas of application from the start of the work until three (3) days after the completion of the installation.

   3.   A minimum temperature of 70°F must be maintained for the duration of the installation.

## 3.04   CLEANUP AND PROTECTION

a.   Remove all installation debris from the premises subsequent to completion of work including all protective materials from adjacent construction project surfaces.

b.   Clean and/or repair as directed by the Architect, all adjacent construction project surfaces which are damaged, marred, blemished, or otherwise disturbed as a result of the installation of the work of this section. Such cleanup operations or repairs shall be at the Contractor's expense and shall be such that the damaged or disturbed surface is returned to a condition which matches its undisturbed condition.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 09900 - PAINTING

# PART 1 - GENERAL

## 1.01  DESCRIPTION

a.   Provide all of the labor, material, and equipment as required to furnish and properly apply all of the painting and finishing as indicated on the drawings and as herein specified, complete and in place including all appropriate or indicated preparations and protection.  Paint all new surfaces.

b.   The term "paint" includes all opaque or natural finishes.

c.   Paint all exposed surfaces except as otherwise indicated whether or not colors are designated.  If not designated, colors will be selected by the Architect from standard colors available for the coating required.  Color textures and degree of luster will be as selected by the Architect.  Tint prime and undercoats approximately to the shade of the final coat but with sufficient variation to distinguish them from the preceding coat.

d.   Paint all new gypsum board installations except as may be otherwise indicated.

e.   Paint or otherwise finish all new woodwork as indicated or as directed by the Architect.

f.   Painting shall include field painting of bare and covered pipes and ducts (including color coding) and hangers, exposed steel, interior and exterior steel and iron work including galvanized metal, and primed metal surfaces of equipment installed under mechanical and electrical work except where permanently concealed.

g.   Paint all new electrical panel boards, exposed conduit, piping, ducts, and insulated surfaces.

h.   Paint all items and features of every nature installed and exposed on all roof areas without exception except as may be otherwise directed or approved by the Architect.

i.   Concrete foundations, piping, conduit, etc. which is exposed to view shall be properly prepared and paint-finished as directed by the Architect.

j.   Paint walls as scheduled.

k.   Stain all new exposed and semi-exposed woodwork and millwork, shelving, and doors except exterior faces of exterior wood doors.

l.   Paint all exterior stucco, EIFS, and plaster with 2 coats of elastomeric coating.

## 1.02  WORK NOT INCLUDED

a.   Unless otherwise indicated, shop priming of ferrous metal items and fabricated components are included under their respective trades.  Prefinished items such as acoustic material and the like are not included except as may be required for touch up.  Unless otherwise indicated, painting shall not be required on surfaces of concealed areas except for piping, equipment, and other such items within the concealed spaces.

Finished metals such as anodized aluminum, stainless steel, bronze, and similar metals shall not be painted.  Do not paint any moving parts of operating units or over any equipment identifications, performance rating, name, or nomenclature plates or code-required label.  Uninsulated copper piping shall not be painted.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

g.   Examine the substrates, adjoining construction, and the conditions under which the work is to be installed. Do not proceed with the work until unsatisfactory conditions detrimental to the proper and timely completion of the work have been corrected. Surface shall be sound and free of undulations or other visible defects.

h.   Provide manufacturer's asbestos-free certificates for all materials.

## PART 2 - PRODUCTS

### 2.01   GENERAL

a.   Obtain each type paint from manufacturer manufactured by one process and of uniform texture and color for each type required for each continuous area and visually related areas. Do not change brands of materials during the course of the work without approval.

b.   All paints, varnishes, enamels, lacquers, stains, paste fillers, and similar materials must be delivered in the original manufacturer's containers with the seals unbroken and labels intact.

c.   The painting materials of Sherwin-Williams Company, Devoe Company, PPG, Pratt and Lambert Company, Benjamin Moore Company, Bute, or Cook Paint and Varnish Company are approved.

d.   Use the approved brand generally throughout the project. Brands shall not be mixed. Only nationally-advertised label of each manufacturer shall be approved.

e.   Paint materials shall be heat-resisting type when applied to heating lines and equipment.

f.   The required sprayed-on acoustical ceiling material shall be equal in all respects to "Wel-Cote" acousti-spray as manufactured by the Welco Manufacturing Company of Dallas, Texas.

### 2.02   MATERIALS

a.   Schedule of Exterior Painting (as applicable)

   1.   **Exposed Woodwork**

      1 coat primer undercoat (TT-P-25).
      2 coats acrylic emulsion (TT-P-19).

   2.   **Smooth Woodwork (transparent)**

      1 coat oil stain (TT-S-711).
      1 coat polyurethane gloss (TT-C-540).
      1 coat polyurethane satin (TF-C-540).

   3.   **Rough Woodwork (stained)**

      2 coats oil stain (TT-S-711).

   4.   **Concrete Masonry Units (with stucco skim coat painted)**

      2 coats Elastomeric paint

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

6.    Concrete (painted)

     1 coat latex primer.
     1 coat interior latex emulsion (TT-P-29) semi-gloss.
     1 coat interior latex emulsion (TT-P-29) semi-gloss.

7.    Precast Concrete Planks (painted)

     Acoustic texture
     1 coat latex primer.
     1 coat interior latex emulsion (TT-P-29) flat.

8.    Epoxy Finish

     Provide premixed 2-part epoxy where epoxy paint is indicated on drawings. Epoxy shall be installed over the required block fillers, primers, and color coats specified above. Painted or sealed floors shall receive epoxy floor paint. Color as selected by Architect.

## PART 3 - EXECUTION

### 3.01    GENERAL

a.    Deliver materials to jobsite in new, original, and unopened containers bearing manufacturer's name, trade name, and label analysis. Store materials in accordance with manufacturer's instructions. Keep storage space neat, clean, and accessible at all times. Protect floors from paint spills.

b.    Protect work of other trades. Correct any painting-related damages by cleaning, repairing or replacing, and refinishing as directed by the Architect.

c.    Provide finish coats which are compatible with prime paints used. Provide barrier coats over incompatible primers where required. Notify the Architect in writing of anticipated problems using specified coatings with substrates primed by others.

d.    Care shall be exercised in all cases to abstain from applying any paint or other finish to any name plate.

e.    Paint and finish dry surfaces only.

f.    Mix materials thoroughly. Strain if necessary before using. Add additions or thinners to ready-mixed materials only in accordance with the manufacturer's printed instructions. If no printed instructions appear on the container, obtain this information in writing from the manufacturer.

g.    Do not paint when the air is dust-laden or when weather and temperature conditions are unsuitable. Maintain temperatures within the building at a minimum of 60°F (15.5°C) during the painting and drying periods. Do not paint exterior surfaces in damp or rainy weather or when the temperature is below 50°F (10°C). Comply with manufacturer's recommendation when they are more stringent with respect to application temperatures.

### 3.02    PROTECTION

a.    Place paint- or solvent-soaked rags, waste, or other materials which might constitute a fire hazard in metal containers and remove from premises at the close of each day's work. Take every precaution to avoid damage by fire.

b.    Provide suitable coverings to protect work, the work of others, and adjacent surfaces and objects.

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

m.  Seal tops, bottoms, and cut-outs of wood doors with heavy coat of varnish or similar sealer immediately upon delivery to the job.

n.  Prepare previously painted surfaces in a manner which will allow proper repainting. Consult with products manufacturer for recommended products and preparation.

o.  Do not paint without a minimum of 40 fc illumination provided by more than one light source.

## 3.04  APPLICATION

a.  Apply painting and finishing materials in accordance with manufacturer's direction including surface preparation, temperature/moisture tolerances, drying time, and protection. Use applicators and techniques best suited for the material and surfaces to which applied except as may be otherwise directed by the Architect.

b.  Apply additional coats when undercoats, stains, or other conditions show through final paint coat until paint film is of uniform finish, color, and appearance.

c.  Paint surfaces behind movable equipment and furniture same as similar exposed surface. Paint surfaces behind permanently fixed equipment or furniture with prime coat only before equipment is installed.

d.  Paint interior surfaces of ducts where visible through registers on grilles, flat, non-specular black.

e.  Paint, as directed by the Architect, all roof parapets, exposed mechanical equipment, flashing, and roof accessories which are exposed to view or cause objectionable color reflection, etc.

f.  Paint back sides of access panels and removable or hinged covers to matched exposed surfaces.

g.  Finish exterior doors on tops, bottoms, and edges same as exterior faces unless otherwise indicated.

h.  Sand lightly between succeeding enamel or varnish coats.

i.  Apply each material at not less than the manufacturer's recommended spreading rate to provide a total dry film thickness of not less than 4.0 mils for the entire coating system of prime and finish coats for 3-coat work.

j.  Texture wallboard after joint treatment compound has been applied and approved by the Architect. Wall texturing shall be applied to those wall surfaces not scheduled to receive coverings.

   1.  Texture to be applied with an airless spray in accordance with manufacturer's recommendations in order to produce texture selected by Architect.

   2.  Provide samples for approval by the Architect.

   3.  Screed all excess texture compound away from external corners.

   4.  Care shall be taken so that overspray of texture compound shall not occur on previously installed items such as doors, windows, trim, fixtures, etc. Such overspray will be cleaned immediately by the Contractor in a manner which will not damage surface finish.

k.  Completed Work

   Match approved samples for color, texture, and coverage. Remove, refinish, or repaint work not in compliance with specified requirements.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 10000 - BUILDING SPECIALTIES

**PART 1 - GENERAL**

**1.01    DESCRIPTION**

Provide all of the labor, material, and equipment as required to furnish and properly install all of the building specialty items complete and in place as indicated on the project drawings and herein specified including all necessary or required blocking, bracing, shims, fasteners, anchors, trim, electrical service, etc.

**1.02    RELATED WORK SPECIFIED ELSEWHERE**

a.      Rough Carpentry:  Section 06100.

b.      Finish Carpentry:  Section 06200.

c.      Gypsum Wallboard and Framing:  Section 09250.

**1.03    REFERENCE STANDARDS AND CODES**

a.      All building specialties items, units, assemblies, and associated installations shall, unless otherwise indicated, comply with all applicable requirements of current local and federal laws, codes, and ordinances.

b.      All fire-rated assemblies shall display and comply with all applicable and appropriate UL, NFPA, or FM labels for fire-rating indicated.

**1.04    QUALITY CONTROL**

a.      Provide complete, scale, shop drawings, schedules, manufacturer's descriptive and technical literature which properly describe the fabrication, erection, and installation of the building specialty items for the Architect's review.

b.      Coordinate all related construction activities associated with the work under this section and field-verify all conditions which are required for proper installation and operation of the building specialty items.

c.      All types of building specialty items shall be delivered in original containers with all labels and seals intact.

d.      Provide representative physical samples of all specialty types for Architect's review.

e.      Submit as the Architect may require, all test and performance data associated with each specialty type for Architect's review.

f.      Provide manufacturer's written guarantee on each type of specialty in accordance with applicable sections of the project General Conditions agreeing to replace, refinish, reinstall, etc. defective specialty items as requested by the Architect.  Guarantee shall be for materials, workmanship for normal use, and under conditions for which materials were designed for a period of two (2) years from the date of Substantial Completion of the project.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

b)  Door Hardware

180° operating continuous hinge with either lever handle with cam action latch or door pull and friction latch.

4.  Semi-Recessed

2-1/2" rolled edge trim for shallow wall installation.

5.  Installation

In accordance with manufacturer's directions for the type of mounting required.

6.  After installation, apply red letter decals spelling "fire extinguisher". Size, style, and location as directed by the Architect.

7.  Additional Approved Manufacturers:    Putter Roemer, J&L

c.  **Expansion Joint Covers**

Provide and install all aluminum expansion joint covers where indicated on the plans and where expansion joints occur in floors, walls, and ceilings and where required equal to Series 4000 as manufactured by Balco or equal.

e.  **Aluminum Wall Louvers**

Provide 4" deep fixed storm-proof type blade-extruded louvers constructed of 0.081" thick 6063-T5 aluminum alloy, dark bronze anodized finish. Provide 1/2" mesh aluminum bird screens with extruded aluminum frame. Sizes and locations shall be indicated on drawings. In addition, provide continuous aluminum angle subframe and break metal sill for securing louver units into place. Equal to Construction Specialty Model No. 4100 with sill Style A.

## PART 3 - EXECUTION

### 3.01   GENERAL

a.  Material handling and storage shall be as to prevent the inclusion of dampness or foreign matter. Protect materials against damage by abrasion, breaking, or staining. Material showing evidence of damage shall be rejected.

b.  Store delivered items at the building site under cover. Place the units on at least 4" high wood sills or on the floors in a manner that will prevent rust and damage. Avoid the use of non-vented plastic or canvas shelters which could create a humidity chamber.

c.  All printed installation instructions and recommendations of manufacturers shall be strictly followed unless specified otherwise under sections listed elsewhere.

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 10400 - IDENTIFYING DEVICES

**PART 1 - GENERAL**

**1.01   DESCRIPTION**

Provide all of the labor, material, and equipment as required to furnish and properly install all of the identifying signs, graphics, and project informational devices as indicated and herein specified, complete, in place, and operational including all necessary or required electrical services, mounting systems, features, devices, trim, frames, and associated accessories as approved for the installation.

**1.02   RELATED WORK SPECIFIED ELSEWHERE**

Review those sections which are associated with the application and installation of the identifying devices such that proper coordination is achieved to effect required performance.

**1.03   REFERENCE STANDARDS AND CODES**

a.     Comply with all current, local, and federal codes, laws, and ordinances which are applicable to this work.

b.     Fabrication, materials, and performances shall, for the respective types, be in accordance with recognized industry standards including UL where applicable.

**1.04   QUALITY CONTROL**

a.     Provide complete manufacturer's descriptive product and technical literature for the Architect's review including any applicable test and performance data.

b.     Provide complete, scale, shop drawings and associated graphic material illustrating all facets of the work for the Architect's review.

c.     Provide representative physical samples of the materials and associated finishes for the Architect's review.

d.     Provide approved manufacturer's standard warranty for Architect's review.

e.     Provide manufacturer's asbestos-free certificates for all materials.

**PART 2 - PRODUCTS**

**2.01   GENERAL**

a.     **Room Name/Number Plate**

  1.    Provide and install three (3) digit brass apartment numbers at each apartment at all apartment entry doors.

  2.    Character style and final design shall be as determined by the Architect from the approved manufacturer's standard selections.

  3.    Final list of required names and numbers will be furnished to the Contractor by the Architect.

  4.    Provide raised letter braille plates at all public exterior restroom entrance doors as required by ADA and TAS.

10400-1

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 10800 - TOILET AND BATH ACCESSORIES

**PART 1 - GENERAL**

**1.01   DESCRIPTION**

Provide all of the labor, material, and equipment as required to furnish and properly install complete and in place all of the toilet and bath accessories as indicated and scheduled including all required anchors, fasteners, trim, sealant, etc.

**1.02   RELATED WORK SPECIFIED ELSEWHERE**

a.      Allowances:   Section 01020

b.      Rough Carpentry:  Section 06100.

c.      Finish Carpentry:  Section 06200.

d.      Electrical:  Division 16.

**1.03   REFERENCE STANDARDS AND CODES**

The fabricated toilet and bath accessories shall, unless otherwise indicated, comply with all current, applicable, and published standards as recognized by UL, the associated industry, and approved by the Architect.

**1.04   QUALITY CONTROL**

a.      Provide complete manufacturer's descriptive product and technical literature including installation recommendations or directions and applicable performance data for the Architect's review.

b.      Provide representative full-size physical sample units of all the scheduled toilet and bath accessories for the Architect's review.  Acceptable samples will be returned and may be used in the work.  Compliance with all other requirements is the exclusive responsibility of the Contractor.

c.      Provide all necessary related construction coordination such that all accessory units may be properly installed and perform their design function.

d.      Provide manufacturer's asbestos-free certificates for all materials.

**PART 2 - PRODUCTS**

**2.01   GENERAL**

a.      All toilet and bath accessories shall be selected by the Owner from the Toilet Accessories Allowance.

**2.02   MATERIALS**

a.      Stainless Steel

        AISI, Type 302/304, with polished No. 4 finish unless otherwise indicated.

b.      Brass

        Cast or forged quality alloy, FS WW-P-541.

10800-1

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

f.   Secure toilet room accessories in accordance with the manufacturer's instructions for each item and each type of substrate construction.

**3.03   CLEANUP AND PROTECTION**

a.   Deliver all applicable operating and maintenance instructions and warranties to the Owner.

b.   Provide the Owner with appropriate operation and maintenance training.

c.   Remove all installation debris from the site and clean each installation with cleaning materials approved by the manufacturers.

d.   Provide such approved materials and methods as will protect all accessory installations from damage prior to final acceptance.

**END OF SECTION 10800 - TOILET AND BATH ACCESSORIES**

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

## 2.02   APPLIANCES

a.   All appliances shall be as selected by the Owner within the Residential Appliances Allowance.

## PART 3 - EXECUTION

## 3.01   INSTALLATION

a.   Comply with manufacturer's preparation and installation instructions unless otherwise directed by the Architect.

b.   Provide service utility connections complying with applicable regulations of governing authorities.

c.   Provide and trim built-in units as indicated to complete the concealment of work behind the face and to make exterior penetrations weatherproof.

d.   Provide all necessary related construction coordination such that all appliance units may be properly installed and perform their design function.

## 3.02   CLEANUP AND PROTECTION

a.   Deliver all appliance operating and maintenance instructions to the Owner.

b.   Provide the Owner with appropriate appliance operating and maintenance training as approved by the Architect.

c.   Remove all installation debris from the site and clean each appliance with cleaning materials approved by the manufacturer.

d.   Provide such approved materials and methods as will protect all appliance installations from damage prior to final acceptance.

**END OF SECTION 11450 - RESIDENTIAL APPLIANCES**

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

**PART 3 - EXECUTION**

**3.01    INSTALLATION**

a.    Installation

Anchor cabinet units securely in place with concealed (when doors and drawers are closed) fasteners, anchored into structural support members of wall construction. Comply with manufacturer's instructions and recommendations for support of units.

b.    All cabinets and casework shall be set in place, level, plumb, accurately scribed, and secured to walls and/or floor. Installation shall be complete including all trim.

c.    All base cabinet ends shall have a finished dimension, front to back (as shown), to permit alignment of adjacent end of full variety of types in one grouping.

d.    Hanging of doors and installation of hardware including hardware for adjustable shelves and drawer slide assemblies shall be installed at the place of manufacture along with the assembly of various casework items.

e.    All joints shall be uniform and hairline.

f.    Attach counter tops securely to base units as recommended by the associated manufacturers and fabricators.

g.    Adjust all hardware, doors, and drawer installation for proper operation.

h.    All casework shall be left clean and free from all defects.

**3.02    CLEANUP AND PROTECTION**

Protect installed work from damage using heavy cardboard or like material. Damaged work shall be removed and replaced.

**END OF SECTION 12390  -  PREMANUFACTURED RESIDENTIAL CASEWORK CABINETS**

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

3.  Decking

    Decking shall be CMU pavers by others.

4.  Coping

    Coping shall be hard burned bullnosed brick pool edge coping with through color.

5.  Plaster

    Pool plaster will, under normal use exposure, remain attached to pool structure and in the event of a failure to do so, it shall be remedied under warranty. Pool contractor's liability shall not include cost of water or chemicals in the event such repairs are necessary. Plaster is not warranted against staining, discoloration, or surface marring as this is commonly due to improper water chemistry or local water conditions.

6.  Other

    All other pool items shall be warranted for one (1) year as previously set forth.

b.  The pool contractor shall provide complete, scale shop drawings of the required pool installations including manufacturer's descriptive and technical literature on all of the associated pool equipment and devices for the Architect's review. The pool contractor shall also submit for the Architect's review and approval all design data for plumbing and electrical requirements associated with the pools based upon a 6-hour water turnover rate for each pool.

c.  Provide representative physical samples of all of the finishes as associated with the pool and adjacent brick coping construction for the Architect's review.

d.  The pool contractor shall layout pools as designated on project drawings. Architect's and/or Owner's or their agents' acceptance of layout shall relieve contractor from liability for encroachments on or over easements of property lines.

e.  Contractor shall provide concrete design mix to Architect for approval upon request.


## PART 2 - PRODUCTS

## 2.01   GENERAL

All pool and deck finish material colors shall be as selected by the Architect from the respective material manufacturer's full standard line of choices except as may be otherwise indicated.

## 2.02   MATERIALS

a.  Typical Exterior Pools

    1.  Pool Shell Steel Reinforcement

        Pool basket shall be #3 rebar 8" o.c. b.w. Pool beam shall contain 4-#4 rebar.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

g)  Cast-in Place Steps

Where indicated.

h)  Inlets

Eight (8) Hayward eyeball.

i)  Handrail

Two (2) stainless steel.  Type which is not in contact with pool water (elongated "Figure 4").

j)  Main Drain

Minimum one (1) Swimquip 8" Cycolac with hydrostatic relief.

k)  Cleaning Equipment

1)  One (1) Slimline 200 vac head.

2)  One (1) double crown vacuum hose.

3)  One (1) 18" metal back wall brush.

4)  One (1) aluminum leaf skimmer.

5)  One (1) Guardex 4-in-1 test kit.

6)  One (1) thermometer.

2.  Spa

a)  Pump

One (1) 2 HP Triton high flow pump.

b)  Filter

One (1) 24" fiberglass tank Triton II sand filter #TR-60 or equal.

c)  Chlorinator

One (1) model 300 Rainbow Lifeguard chlorinators or equal.

d)  Light

One (1) 300 watt Pac Fab with low water cutoff with minimum continuous 50' cord, stainless niches.

e)  Skimmer

13151-4

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

e.    Polyvoid foam expansion shall be provided between precast coping and deck.

f.    Plumbing

All plumbing pipe shall be Schedule 40 PVC. All plumbing systems shall be successfully pressure tested prior to back-covering. Pipe sizes shall be designed by the pool contractor according to the applicable engineering conditions associated with each of the pools and the specified equipment features. Undersizing of pipe shall not be allowed.

## PART 3 - EXECUTION

### 3.01    GENERAL

a.    Contractor shall clean up pool site at the end of each day so as not to interfere with other trades.

b.    Notify Architect 48 hours prior to pouring of pool shell.

c.    The Contractor shall be required to perform such electrical grounding protection testing as required by applicable codes and as the Architect may otherwise direct.

### 3.02    INSTALLATION

a.    Excavation

1.    The Contractor shall carefully excavate and trim to the dimensions necessary for the shape and size of pool. Depth of pool shall be considered to be measured from the horizontal centerline of the tile band of the finished pool.. In the event of over-excavation, concrete or clean sand may be used as backfill where necessary. Organic matter or clay shall not be used as backfill.

2.    The disposal of excavated material shall be the Contractor's responsibility.

3.    Water Table

It is not anticipated that water will be encountered; however, if water should be encountered in the excavation, the Contractor shall be reimbursed his expenses plus 25% for any necessary remedy.

b.    Approved reinforcing steel shall be placed so that it will be centrally located in the pool. Steel in contact with pool excavation shall not be permitted. Minimum laps shall be 40 diameters. Architect may require inspection of steel placement prior to concrete placement. Bond beam steel shall be continuous around skimmers. Steel shall be placed so that it will be centrally located in the pool.

c.    All imbedded items such as light niches, skimmers, etc. must be surrounded by pool shell.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

b.    Provide Owner with minimum of six (6) hours of approved in-service training associated with the operation and maintenance of the pools.

**END OF SECTION 13151 - OUTDOOR POOLS AND DECKS**

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

**WARRANTY:** The Elevator Contractor shall warrant the equipment installed by him under these specifications against defects in materials and workmanship and will correct any defects not due to ordinary wear or tear or improper use or care which may develop within one year from the date each elevator is completed and placed in operation. This warranty is not intended to supplant normal maintenance service and shall not be construed to mean that the Elevator Contractor will provide free service for periodic examination, lubrication, or adjustment due to normal use, beyond that included in the specifications; nor will the Elevator Contractor correct, without charge, breakage, maladjustments, or other trouble arising from abuse, misuse, improper or unbalanced power supply characteristics, improper or inadequate maintenance, or any other causes beyond his control. If there is more than one unit in this specification, this section shall apply separately to each unit as completed and placed in operation.

**WORK NOT INCLUDED:** This specification does not include the following work, and is conditioned on the proper performance of such work by the General Contractor or other Sub-contractors.

A legal hoistway, properly framed and enclosed, and including a pit of proper depth, provided with ladder, drains, lights, access doors, and waterproofing, as required. Suitable machine room, adequate for the elevator equipment, including floors, gratings, foundations, lighting, ventilation and heat to maintain the room at a temperature of 50°F. minimum to 100°F maximum.

Adequate supports and foundations to carry the loads of all equipment, including supports for guide rail brackets and machine beams or overhead sheaves (if furnished). If adjacent hoistways are utilized, divider beams at suitable points shall be provided for guide rail bracket support.

Suitable connections from the power main to each controller or motor generator set starter, signal equipment feeders as required, including necessary circuit breakers and fused mainline disconnect switches.

Outlets at the center of the hoistway for lighting in the car. Electric power without charge, for construction, testing and adjusting, of the same characteristics as the permanent supply.

Door frames with extensions to beam above if required on hoistway sides and sills for freight elevators, including finish painting of these items.

Cutting of walls, floors, etc., and removal of such obstructions as may be necessary for proper installation of the elevator. Setting of anchors and sleeves. Pockets or blockouts for signal fixtures.

All sill supports, including steel angles where required, and sill recesses and the grouting of door sills and hoistway frames after installation.

All painting, except as otherwise specified.

Provide temporary enclosures or other protection from open hoistways during the time the elevator is being installed.

Proper trenching and backfilling for any underground piping or conduit.

Temporary elevator service prior to completion and acceptance of complete installation.

Emergency power supply with automatic transfer switches and auxiliary contacts with wiring to the elevator controller.

14210-2

**COPYRIGHT ● 2001**
**LABUNSKI ASSOCIATES ARCHITECTS**