Finished floor covering to be installed on top of car floor. The underside of the platform will be fireproofed. The platform will be completely isolated from the car sling and bracing members by vibration absorbing materials.

The sling shall consist of heavy steel channel stiles, properly affixed to a steel crosshead and safety channels with adequate bracing members, to remove all strain from car enclosure.

**CAR ENCLOSURE (ELEVATOR CAB):** To be installed in field by Elevator Contractor.

**CAR DOORS:** The car entrance shall be provided with horizontal sliding doors. Panel rigidity to be obtained by suitable steel reinforcements. Doors shall be hung on sheave hangers with polyurethane tires, and sheaves not less than 3-1/4" diameter running on a removable polished steel track, and guided at the bottom by non-metallic shoes sliding in a smooth threshold groove.

**ALARM BELL:** An emergency alarm bell shall be located in conformance with ANSI A-17.1 Code requirements, and connected to a plainly marked pushbutton in the car operating panel.

**CAR AND COUNTERWEIGHT GUIDES AND GUIDE SHOES:** Guides for the elevator car and counterweight shall be planed steel elevator guide rails, properly fastened to the building structure with steel brackets and have sections as specified by the ANSI A-17.1 Code, roller guides, consisting of a minimum of three tires, shall be mounted on top and bottom of the car and counterweight frame, and shall be held in contact with the guide rail by adjustable devices. Roller guides shall run on dry, unlubricated rails.

**MACHINES:** The machine shall be of the single worm geared traction type, with motor, brake, gearing and driving sheave mounted in proper alignment on a steel bedplate. The worm shall be of hardened and ground steel, integral with the worm shaft, and shall be provided with a ball or roller thrust bearing designed to take the end thrust of the worm in both directions. The worm gear shall be hobbed from a bronze rim which shall be accurately fitted and bolted to the gear spider. The sheave and gear spider shall be supported by heavy duty ball or roller bearings. The roller and anti-friction metal bearings shall be provided with adequate means of lubrication.

**MOTOR:** The motor shall be designed and built expressly for elevator service with a high starting torque and low starting current. The motor armature shall be dynamically balanced and supported by ball bearings of ample capacity. It shall be rated in accordance with the standards of the I.E.E.E..

**BRAKE:** The electric brake shall be spring applied. It shall be held open by an electro-magnet actuated by the controller and designed to make smooth, positive stops. It shall be designed to automatically apply in event of interruption of power supply from any cause.

**MACHINE LOCATION:** The machine shall be mounted overhead on structural steel beams or channels furnished in place with any necessary bearing plates by the Elevator Contractor. These beams shall be securely fastened to supports provided by others.

**CONTROL:** The control equipment shall be full magnetic, suitable for the type operation specified, and shall provide smooth acceleration and retardation. The power controller shall have magnetic switches mounted on panels supported by a substantial steel frame. The car shall be driven by a hoisting motor of the two speed, high internal resistance squirrel cage type with the ratio of fast to slow speed of not less than to one. Protection shall be provided against phase failure and phase reversal.

A dry type rectifier, mounted on the controller, shall provide direct current for the brake and power contrators.

14210-4

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

**HOISTWAY DOOR UNLOCKING DEVICE:** Hoistway door unlocking devices as specified by the ANSI A-17.1 Code shall be provided to permit authorized persons to gain access to hoistway when elevator car is away from the landing.

**DOOR HANGERS AND TRACKS:** For each hoistway sliding door, furnish and install sheave type two point suspension hangers and tracks complete. Sheaves shall be 3-1/4" in diameter and have polyurethane tires with ball bearings properly sealed to retain grease. Hangers shall be provided with an adjustable slide to take the up-thrust of the doors. Tracks are to be drawn steel shapes, smooth surface and shaped to conform to the hanger sheaves.

**HOISTWAY ENTRANCES:** Hoistway entrances of the hollow metal, horizontal sliding type shall be furnished and installed complete at each of the hoistway openings.

Entrances will be manufacturer's standard design and shall bear Underwriters' Laboratories "B" labels. They shall consist of frames, sills, doors, hangers, hanger supports, hanger covers, fascia plates, and also necessary hardware. Finish to be solid color enamel as selected by the Architect from elevator manufacturer's standard colors.

The entire front wall of the hoistway is to be left open or a rough opening provided which is 12" greater in width and 6" greater in height than the finished opening, until after entrances are installed. After guide rails are set and lined, the entrance frames shall be installed in perfect alignment with the guide rails. Finished walls will then be completed by others.

**COMPUTAMATIC GROUP SUPERVISORY OPERATION:** The elevator shall be arranged for automatic operation. Passengers, upon entering the car, shall press the button in the car operating panel corresponding to the floors to which they wish to go. The closing of the doors and the departure of the car from the floor will be initiated by the control system.

Control system shall be arranged to effectively regulate the movement of each elevator in the group in such a manner that maximum possible service will be obtained from the elevator system. The Service Demand Integrator will continuously monitor demand for elevator service throughout the building and initiate elevator movement to most effectively meet the existing demand pattern for elevator service.

The starting of the cars shall be contingent upon the establishing of the door interlock circuit. The cars shall automatically slow down and stop level at the floors in response to car or landing button calls and stops will be made in sequence and irrespective of the order in which the car buttons or landing buttons are pressed. A landing call shall automatically be cancelled as the car reaches a predetermined distance from the floor for which it is stopping.

The doors shall be stopped or reopened at any point in the closing cycle by a door reversal device on the car door or pressing the "door open" button in the car operating panel. Door open times shall be adjustable. The operating of the Emergency Stop Switch in the car operating panel to the "Off" position shall cause the car to stop, irrespective of its position in the hoistway, render the car inoperative and cause the sounding of a bell.

**INDEPENDENT SERVICE:** A key operated switch shall be provided for each elevator for the purpose of removing the car from the Computamatic control system and operating it as an independent car from the car buttons only. When this switch is in the "Independent Service" position, the elevator will bypass all landing calls and answer only car calls. The operator will have complete control over the operation of the car.

14210-6

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

**EMERGENCY POWER OPERATION:** In the event of normal power supply failure, the elevator system shall be arranged to operate from an emergency power source. Emergency power supply including all transfer switches and auxiliary contacts shall be furnished by others under another section of the specifications. The emergency power supply shall be of the same characteristics as the normal power, and shall have the same phase rotation.

After normal power failure and establishment of emergency power, one and only one elevator at a time shall proceed to the lower terminal where it will stop with its doors open and with all of its power and operating circuits in an inoperable standby condition. After each elevator has completed the above cycle, one pre-selected elevator shall resume normal operation from the emergency supply. In the event the selected car fails to operate, another elevator shall be automatically selected.

**END OF SECTION 14210 - ELECTRIC PASSENGER ELEVATOR**

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

**1.04  QUALIFICATIONS**

a.    Mechanical contractor shall have been engaged in the mechanical contracting business for a minimum of five (5) years prior to bid date.  References shall be provided when required by Owner.

b.    The mechanical contractor, by submitting a bid, sets forth that he has the necessary technical training and ability and that he will install his work in a satisfactory and workmanlike manner up to the best standard of trade, complete and in good working order.

**1.05  SUBMITTALS**

Within thirty (30) days of the award of contract, the mechanical contractor shall submit to the Architect six (6) copies of equipment and fixture information for proposed use.  Information shall include shop drawings, catalog data sheets, and other information as required to clearly show size, rating, dimensions, materials and other pertinent data for each item.  Each submittal shall be clearly marked to indicate specified item.

**1.06  ALTERNATES**

Materials and equipment specified and approved in the contract documents shall form the basis for bidding. Bidders wishing to submit alternate materials or equipment must secure approval five (5) days prior to bid opening.  No alternates will be considered after that time.  No alternates will be allowed that have not been approved in writing.

**1.07  PERMITS AND FEES**

Procure all permits and certificates for all work.  Deliver to Owner before final acceptance.  Pay all inspection fees necessary.

**1.08  SPECIAL CONDITIONS**

a.    It is the intent of these construction documents to provide a complete and functioning mechanical system. Drawings are schematic in nature and do not show every detail of installation.  All labor and material required for complete and operating systems shall be furnished by this contractor.

b.    Coordinate with other trades for smooth and uninterrupted flow of work.

c.    Piping shall be laid out square and plumb in concealed portions of the building unless specifically noted. Provide accessibility for proper operation and service.

d.    If omissions, discrepancies, conflicts, or unsatisfactory performance are discovered by a bidder, the same shall be reported to the Architect during the bid period and a written clarification will be issued.  Extras for additional work or changes caused by failure to reasonably comply with this requirement will not be allowed.

e.    The Owner will be allowed to make reasonable changes in the location of outlets, fixtures and the like up to the time of rough-in, without additional expense.

f.    No portion of the work shall be sublet without the written approval of the Owner.  The mechanical contractor maintains full responsibility for the work even if such approval is granted.

g.    Mechanical contractor, by submitting a bid, sets forth that he has the necessary technical training and ability and that he will install his work in a satisfactory and workmanlike manner up to the best standard of the trade, complete and in good working order.

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

**3.04  SLEEVES**

a.  Where concealed pipes pass through partitions, walls, and floors, provide galvanized steel pipe sleeves of sizes to accommodate pipe or pipe plus insulation.

   1.  For vertical and horizontal pipes and conduits through concrete beams, provide sleeves of schedule 40 galvanized steel pipe.  Coordinate with Architect prior to placement.

   2.  Plumbing risers in chases or exposed shall have galvanized steel pipe sleeves which extend 1-1/2" above finished floor.

b.  Pipe projecting through roofing shall be made watertight by proper flashing, a sheet metal cap, and tightening band.

   1.  Flashing shall be furnished by mechanical contractor and installed by roofer.

   2.  Plumbing vent lines shall have sheet lead flashing of 4 pound lead extending a minimum of 15" in all directions of the pipe and turned down into top of pipe a minimum of 1".

**3.05  ESCUTCHEONS**

a.  Except as otherwise noted, provide and install chrome-plated sectional floor plates around pipe passing exposed through walls, floors, and ceilings.

b.  Solid plates with set screws shall be used on any lines where the sectional plates will not stay in place.

**3.06  CUTTING AND PATCHING**

a.  Should any structural difficulties prevent installation of fixtures, equipment, running of pipes, etc., at all points shown on drawings, then necessary minor deviations therefrom, as determined by the Owner, may be permitted and must be made without additional cost to Owner.

b.  Any necessary cutting into partitions, walls, floors shall be neatly and carefully done.   No cutting of structural members shall be performed without approval of Architect.

c.  Mechanical contractor will be held responsible for all damage caused by his work or through the neglect of his workmen.  All patching and repairing of damaged work to be done under direction of Owner at the expense of the mechanical contractor.

**3.07  OWNER'S MANUALS**

a.  The mechanical contractor shall submit to the Owner thirty (30) days prior to final acceptance of the building, complete and detailed parts lists, maintenance manuals, etc., covering mechanical equipment furnished under this contract. Brochures shall include all as-built equipment shop drawings, all cut sheets and capacity information, names and addresses of manufacturers' stocking distributors, manufacturers' agents, and/or factory representatives, and shall cover all items of equipment on which submittal data is made, and shall also include manuals and lists called for in this division.

b.  Brochures shall be in three (3) copies, bound, indexed and tabbed, referencing items to the plans and specifications regarding locations of equipment and materials.

**3.08  AS-BUILT DRAWINGS**

At the completion of this project, the mechanical contractor shall provide the Owner with a set of reproducible tracings showing all ductwork, equipment, piping, valves, etc., installed by the mechanical contractor.  These

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 15060 - PIPE AND FITTINGS

### PART 1 - GENERAL

#### 1.01  DESCRIPTION

Furnish all labor, materials, and equipment to install all pipe, pipe fittings, pipe jointing, accessories, protective coating, floor and ceiling plates, and painting.

#### 1.02  RELATED WORK SPECIFIED ELSEWHERE

a.    Excavating and backfilling; Site Work:  Division 2.

b.    General Mechanical Provisions:  Section 15010.

c.    Domestic Water Supply:  Section 15220.

d.    Soil, Waste, and Vent System:  Section 15301.

#### 1.03  REFERENCE STANDARDS AND CODES

a.    American Society for Testing and Materials (ASTM).

b.    American Welding Society (AWS).

c.    American National Standards Institute (ANSI).

d.    Underwriter's Laboratories (UL).

e.    Federal Specifications (FS).

f.    Plastic Pipe Institute (PPI).

g.    National Sanitation Foundation (NSF).

h.    International Plumbing Code (IPC).

#### 1.04  SUBMITTALS

Provide product data on all pipe, fittings, and accessories used.

### PART 2 - PRODUCTS

#### 2.01  PIPE MATERIALS

a.    External Underground Water

Schedule 40 PVC per ASTM D-2466-78, ASTM D-1785, ASTM D-2241 and ASTM D-2672. Certainteed or equal.  Identification of piping shall bear identification of manufacturer in accordance to NSF 14. Installation of piping shall be performed as per manufacturer's recommendations and testing and certification of materials shall conform to IPC Section 303.3.

b.    Domestic Water Within Building

Type "L" hard drawn copper with copper or brass fittings per ASTM B-75, ASTM B-88, ASTM B-251, and ASTM B-447.

COPYRIGHT ● 2001

## SECTION 15094 - HANGERS, ANCHORS, SUPPORTS, AND SLEEVES

### PART 1 - GENERAL

#### 1.01  DESCRIPTION

Furnish and install all pipe hangers, anchors, supports, sleeves through walls, floors and roof, all equipment foundations, and supports.

#### 1.02  RELATED WORK SPECIFIED ELSEWHERE

a.      General Mechanical Provisions:  Section 15010.

b.      Pipe and Fittings:  Section 15060.

c.      Domestic Water Supply:  Section 15220.

d.      Soil, Waste, and Vent System:  Section 15301.

#### 1.03  REFERENCE STANDARDS

a.      American Society of Heating, Refrigeration and Air Conditioning Engineers (ASHRAE).

b.      Manufacturer's Standardization Society of Valves and Fittings Industry (MSS).

c.      American Society of Mechanical Engineers (ASME).

#### 1.04  SUBMITTALS

Provide product data on all hangers, anchors, and supports used.

### PART 2 - PRODUCTS

#### 2.01  MATERIALS

Piping shall be supported in accordance with Manufacturer's Standardization Society of Valve and Fittings Industry (MSS):  Standard Practice SP-58 and SP-69, latest edition, ASHRAE Equipment Handbook.  Hangers and supports by Unistrut, Grinnell, Carpenter, or equal.

### PART 3 - EXECUTION

#### 3.01  HANGERS

a.      Provide assemblies rated for the applied static and dynamic loads.  Hangers and supports shall be capable of vertical adjustment under load.

b.      Use double lock nuts on all rods.  Hangers and supports shall be of carbon steel, malleable iron, or cast iron and shall be insulated for copper pipe and tubing.  Chain, strap, or wire will not be allowed.

c.      On insulated piping, hangers shall be installed outside covering with sheet metal protection saddles. Under no circumstances shall hangers, supports, and guides be applied directly to horizontal pipe or tubing.

d.      All horizontal copper piping shall be supported at 6-foot spacing for pipe 1-1/2″ and smaller, and at 10-foot spacing for pipe 2″ and larger.

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 15100 - VALVES

**PART 1 - GENERAL**

**1.01  DESCRIPTION**

Furnish and install all valves.

**1.02  RELATED WORK SPECIFIED ELSEWHERE**

a.    Submittals; General Requirements:  Division 1.

b.    General Mechanical Provisions:  Section 15010.

c.    Domestic Water Supply:  Section 15220.

**1.03  REFERENCE STANDARDS**

a.    American Society of Mechanical Engineers (ASME).

b.    American National Standards Institute (ANSI).

**1.04  SUBMITTALS**

Provide manufacturer's data on all valves to be used.

**PART 2 - PRODUCTS**

**2.01  VALVE MATERIALS**

a.    Water supplies to every plumbing fixture and to every item of equipment shall be equipped with shutoff or stop valves.

b.    Connections between valves and copper lines to be made using copper to IPS flange connections, or solder end valves.

c.    Where valves are installed in chrome-plated lines, valves shall be chrome-plated to match.

d.    All valves used throughout building as specified, by Crane, equal by Jenkins, Wolverine, Woodford, Sloan, Nibco, or approved equal.

e.    General use valves shall be by Crane as follows:

   1.    Gate Valves 1" and Smaller

        Crane 1320.

   2.    Gate Valves 1-1/2" to 2-1/2"

        Crane 438.

   3.    Gate Valves 3" and Larger

        Crane 461.

15100-1

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 15180 - MECHANICAL INSULATION

### PART 1 - GENERAL

#### 1.01   RELATED DOCUMENTS

The general provisions of the Contract, including General and Supplementary Conditions, apply to the Work specified in this Section.

#### 1.02   GENERAL REQUIREMENTS

a.    Provide all insulation for the mechanical systems as specified below, or as shown on the drawings.

b.    Install all insulation in conformance with these specifications.  Where detailed method is not specified, follow manufacturer's recommendations.   Submit for review installation instructions published by manufacturer of the insulation.  Indicate which method is proposed for use on these published sheets. Mark out inapplicable material.

c.    Install insulation on clean dry surfaces, and only after building is weatherproofed sufficiently to preclude any moisture on insulation.

d.    For all insulation not concealed in walls, chases, or above ceilings, finish in a manner that will allow painting with no further preparation.

e.    Insulation materials manufactured by following list of companies will be acceptable provided their materials conform to these specifications ( see paragraph on SUBSTITUTION): Baldwin-Egret-Hill, Armstrong, Certainteed/St. Gobain, Pittsburgh-Corning, Owens-Corning, Manville, Benjamin-Foster, Childers, Pabco, Insul-Coustic, Zeston.

f.    Flame Spread and Smoke Requirements:

1.    Except for materials listed below, all jackets, adhesive, coatings, insulating materials, and vapor barrier mastic shall meet requirements of NFPA Bulletin 90-A with a flame spread of 25 or less and smoke developed rating not higher than 50.

2.    Exceptions:

a.    Flexible, closed cell, foamed plastic, similar to Armstrong "Armaflex".  This material may be used only where specified.  Urethane is not acceptable.

b.    Factory pre-molded PVC fittings covers similar to Zeston.

3.    Submit manufacturer's printed data listing flame and smoke ratings.

4.    All containers for mastic and adhesive shall have UL label.

#### 2.01   DUCT INSULATION

All ductwork requiring insulation is to be externally insulated with 2" vapor sealed insulation.  Seal all joints as recommended by manufacturer.

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

5.  Fitting Insulation: Pre-formed fiber glass, pre-formed perlite, mitered fiber glass, mitered perlite in lieu of PVC systems.   These fittings shall be further protected by field applied Fitting Covers as necessary.

6.  All hangers shall be outside of insulation and not in contact with any piping.  Curved galvanized metal shield shall be used between the hangers or support points and the bottom of the insulated pipe. Shields shall be 12 gauge and 18″ long on piping 8″ and larger; 16 gauge and 12″ long on piping 3″ through 6″; and 18 gauge and 6″ long on piping 1/2″ through 2-1/2″.

| Service | Pipe Size | Thickness |
|---|---|---|
| Domestic hot water supply (above ground) | all | 1" |
| Domestic hot water return supply (above ground) | all | 1" |
| Condensate drain lines | all | 1/2" |

b.  Ductwork Insulation

1.  Manufacturers: Knauf Fiber Glass or pre-approved equal.

2.  Flexible Fiber Glass Blanket: Knauf Fiber Glass Duct Wrap; conforming to ASTM C 553, Type I, II or III.

   a.  Thermal conductivity (k value) of at least .29 at 75°F mean temperature,

   b.  Vapor Barrier Jacket: Foil-Scrim-Kraft (FSK); conforming to ASTM C 1136, Type II (replacing HH-B-100B); and having a maximum vapor transmission rating of 3.02 perms.  Secured in place using outward clinch staples and appropriate pressure sensitive foil tape or glass fabric and vapor barrier mastic.  For installation, see 3.2.J.

   c.  Installation: Maximum allowable compression is 25%,

   d.  Density:

      1.  Concealed Areas: .75 PCF (pounds per cubic foot),
      2.  Exposed Areas: 6.0 PCF (pounds per cubic foot).

3.  Internal Duct Lining: Knauf fiber Glass Duct Liner E•M or Knauf Rigid Plenum Liner; conforming to ASTM C 1071, Type I or II; and NFPA 90A and 90B.

   a.  Thermal conductivity (k value) not to exceed .25 at 75°F mean temperature,

   b.  Noise Reduction Coefficient (NRC) of .45 or higher for the 2 PCF ½″ product; and .65 or higher for the 1.5 PCF 1″ product or the 3 PCF 1″ product as tested by ASTM C 423 using as ASTM E 795 Type A Mounting,

   c.  Maximum Velocity on air stream side 6000 FPM for Type I and 4000 FPM for Type II; maximum service temperature of 250°F.

4.  Fiber Glass Ductwork: Knauf Fiber Glass Air Duct Board; conforming to UL-181 Class 1 and NFPA 90-A and 90-B.

   a.  Thermal Conductivity (k value) not to exceed .23 at 75°F mean temperature,

15180-3

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

f.  For piping exposed to the elements, jacketing shall be Outdoor Weatherable PVC; minimum .020″ thick or .016″ thick aluminum or stainless steel with a factory applied moisture barrier. Fitting covers shall be of similar materials. The insulation and jacketing shall be held firmly in place with a friction type Z lock or a minimum 2″ overlap joint. All joints shall be sealed completely along the longitudinal seam and installed so as to shed water. All circumferential joints shall be sealed by use of preformed butt strips; minimum 2″ wide or a minimum 2″ overlap. Butt strips shall overlap the adjacent jacketing a minimum ½″ and be completely weather sealed. PVC Jacketing shall be limited to a maximum 20″ OD of the insulation when exposed to direct sunlight. A 6″ to 10″ unsealed slide joint shall be installed every 25 to 30 lineal feet, and unsealed slide joint shall be installed. Insulation thickness for piping covered by PVC Jacketing shall be such that the surface temperature of the PVC does not exceed 125°F.

## 3.02   INTERNAL DUCT LINING

1.  Duct Lining shall be applied in strict accordance with the latest edition of SMACNA's "HVAC Duct Construction Standard Metal & Flexible." Mechanical fasteners shall meet "Standards for Mechanical Fasteners MF-1-1975."

2.  Length of mechanical fasteners shall not compress the insulation more than 1/8″ and shall be installed perpendicular to the duct surface.

3.  Adhesive shall conform to ASTM C 916 and be applied to the sheet metal with a 90% minimum coverage. All exposed edges of the duct liner material shall be coated with the same adhesive. All rips and tears shall also be repaired using adhesive.

4.  All internal duct areas shall be covered with duct liner. Transverse joints shall be firmly butted with no gaps, and coated with adhesive. Longitudinal corner joints shall be overlapped and compressed.

5.  For velocities from 4001 to 6000 FPM, metal nosing shall be applied ;to all upstream transverse edges to additionally secure the insulation.

## 3.03   CLEAN UP

This contractor shall promptly remove all refuse, debris, and scrap from his work.

**END OF SECTION 15180 - MECHANICAL INSULATION**

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

b.    Fitting shall be wrought copper.

c.    Pipe and fittings shall be Anaconda, Nibco, Mueller, Revere, Chase Manufacture or equal.

d.    All underground water pipe shall be as specified in Section 15060 - Pipe and Fittings.

e.    Unions shall be installed where piping is connected to equipment.

f.    Cut ends of copper pipe must be cleaned with emery cloth before making joints.

g.    Solder shall be either 95/5 (tin/antimony) or "Sil-Fos" or equal.

h.    Where copper pipe connects to non-cupreous pipe and equipment, install reinforced insulating couplings or unions. Where nipples come through a wall or partition to a fixture connection, brass nipples must be used to make the connections. The suppliers within the chase shall be securely anchored to prevent movement of connections.

i.    Iron pipe must not be used in connection with water system, and screw pipe connections, etc. shall be iron pipe thickness brass.

j.    Water Heater

      See water heater schedule on drawings and Section 15450.

      1.    Relief Valves

            Provide on each water heater an ASME rated automatic reseating pressure and temperature relief valve with extension element designed for direct tank installation. Valves shall be water rated with a discharge capacity equal to one-half times (1/2x) heating input rate. Relief pipe discharge into floor drain or as noted on drawings.

      2.    Set temperature at 120°F.

k.    Vacuum Breakers

      On each water supply line service to a plumbing fixture item of equipment, or other device which has a water supply below the rim of the fixture, or is threaded to receive a hose, and all hose bibs and lawn faucets, provide and install a Watts No. 188 or equal vacuum breaker or Watts No. 8AC, or equal, backflow preventer. Where installed in chrome-plated lines, they shall be chrome-plated to match.

l.    Hose Bibs @ Building Exterior

      Woodford Model B65C or equal, chrome plated, No. 34HF

      Vacuum breaker, tee key.

## PART 3 - EXECUTION

## 3.01  INSTALLATION

a.    Pipe and Fittings

      1.    Piping to run above exposed ceilings in finished areas. No water piping shall run below slab on grade unless specifically shown on drawings.

15220-2

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 15250 - DOMESTIC WATER BOOSTER SYSTEM

PART 1 - GENERAL

### 1.01   DESCRIPTION

Provide all of the labor, materials and equipment as required to furnish and properly install domestic water booster system as indicated for the project complete and in place including all necessary, associated, or required piping, fittings and control panel.

### 1.02   RELATED WORK SPECIFIED ELSEWHERE

a.      Excavation and backfilling; Site Work:  Division 2.

b.      General Mechanical Provisions:  Section 15010.

c.      Valves:   Section 15100.

d.      Domestic Water Supply:       Section 15220.

e.      Soil, Waste and Vent System:      15301.

### 1.03   REFERENCE STANDARDS AND CODES

a.      Local ordinances and codes.

b.      National plumbing code.

c.      State Department of Health.

### 1.04   SUBMITTALS

Provide product data on water booster system including all associated piping, fittings and control panel.

### 1.05   QUALITY CONTROL

a.      Provide 1-year warranty against all defects from date of substantial completion.  Repair work shall include all other work damaged by repair work all at no additional cost to the Owner.

b,      Provide complete manufacturer's descriptive, technical and installation product literature including all applicable test data for Architect's review.  Include other data as may be required to show compliance with these specifications.

c.      The Contractor shall assure that all components specified or required to satisfactorily complete the installation are compatible with each other and work by other trades and with the conditions of installation and expected use.

PART 2 - PRODUCTS

### 2.01   MATERIALS

a.      Assembly

   1.   The booster system shall be factory assembled on a steel skid including pumps, variable speed drive vertically mounted on motor housing, 304 stainless steel suction and discharge manifolds fabricated

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

and each component shall be labeled accordingly. All internal wiring shall be copper stranded, A.W.G. with a minimum of 90 degrees C.

## PART 3 - EXECUTION

### 3.01   INSTALLATION

a.    Furnish and install a prefabricated model 4SH Aquavar duplex variable speed, variable flow factory assembled water booster system engineered and fabricated by Pumps Unlimited, Inc. The system shall be capable of automatically providing a constant system pressure of 80 PSIG while supplying a flow rate from 0 to 350 GPM with a suction pressure of 50 PSIG. Each pump shall be capable of delivering 75 GPM at a system pressure of 80 PSIG with a suction pressure of 50 PSIG. System shall automatically provide complete shut down during low flow conditions while maintaining constant system pressure. The system shall automatically store a minimum of 35 gallons of usable water to maintain system pressure when operating at minimum suction pressure. The system shall serve the 4th thru 12th floor levels only. The 1st through 3rd floor levels domestic water main shall by pass the pump system.

### 3.02   TESTING

a.    Domestic Water Piping

See Section 15220.

b.    Drain, Waste and Vent Piping

See Section 15301.

### 3.03   MANUALS

a.    The plumbing contractor shall submit to the Owner thirty (30) days prior to final acceptance of the building, a complete parts list, maintenance manuals, etc., covering equipment furnished under this contract. Brochures shall include all as-built equipment show drawings, all cut sheets and capacity information, names and addresses of manufacturers, stocking distributors, manufacturer's agents and/or factory representatives and shall cover all items of equipment on which submitted data is made and shall also include manuals and lists called for in this division.

b.    Brochures shall be in three (3) copies, bound, indexed and tabbed, referencing all items to the plans and specifications.

### 3.04   START-UP SERVICE

a.    The service of a trained representative shall be made available on the jobsite for start-up and instructing operating personnel.

### 3.05   CLEANUP

a.    Promptly remove all debris caused by this work.

## END OF SECTION 15220 - DOMESTIC WATER BOOSTER SYSTEM

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## PART 2 - PRODUCTS

### 2.01 MATERIALS

a. Automatic Sprinkler Heads shall be Pendant type of proper type and temperature rating to be used in ceiling areas. Horizontal sprinkler heads are acceptable where applicable. Areas that are exposed to the structure require brass upright heads of proper type and temperature rating.

b. Standpipe system class and type installation shall comply with NFPA 14 - Alarm valve shall consist of proper gauges, trim and main drain. Control valve shall be OS&Y or approved butterfly valve for fire protection systems.

c. Fire Hose Valves shall be Potter-Roehmer or equal with thread to match local Fire Department connection.

d. Overhead Piping shall be either schedule 10, 20 or 40 black steel or galvanized steel. Mains shall have roll grooved ends with couplings manufactured by Gruvlak, Victaulic, or equal. Fitting shall be cast iron and approved by Underwriter's Labatories for use in fire protection. Where applicable CPVC pipe and fitting may be used with approval of Architect and authority having jurisdiction.

e.  Hangers shall be type listed by Underwriter's Laboratories for fire protection systems and installed in accordance with NFPA standards.

f. Underground Piping shall be class 150 ductile iron with mechanical joints. PVC DRI8 C900 push-on type. Fittings shall be mechanical joint type with Underwriters approval. Installation to be done in accordance with NFPA 24.

g. Backflow Preventers - When required by code or local authority having jurisdiction or shown on plans for incoming fire water service. Backflow preventer shall be a double check valve assembly equal to Ames 2000ss with two (2) OS & Y valves.

## PART 3 - EXECUTION

### 3.01 INSTALLATION

a. Install materials and systems in accordance with manufacturer's instructions and approved submittals. Install materials in proper relation with adjacent construction and with uniform appearance for exposed work. Coordinate with work of other sections. Comply with applicable regulations and building code requirements.

b. Conceal piping to the greatest extent practical.

c. Clearly label all valves and components.

d. Maintain indicated fire ratings of walls, partitions, ceilings and floors at penetrations. Seal with firestopping to maintain fire rating.

e. Restore damaged finishes. Test all systems for proper operation in accordance with NFPA 13, 14, and 20. Clean and protect work from damage.

f. Instruct Owner's personnel in proper operation of systems.

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 15301 - SOIL, WASTE, AND VENT SYSTEM

**PART 1 - GENERAL**

**1.01   DESCRIPTION**

Furnish and install waste, drain and vent piping, test tees and cleanouts, and floor drains.

**1.02   RELATED WORK SPECIFIED ELSEWHERE**

a.      Pipe and Fittings:  Section 15060.

b.      Plumbing Fixtures and Trim:  Section 15450.

**1.03   REFERENCE STANDARDS AND CODES**

a.      Local plumbing code and ordinances.

b.      National plumbing code.

c.      State Department of Health.

**1.04   SUBMITTALS**

Submit manufacturer's data on all drains and cleanouts.

**PART 2 - PRODUCTS**

**2.01   MATERIALS**

a.      Soil, Waste, Drain and Vent Piping

        Schedule 40 DWV PVC piping and fittings.

b.      Test Tees and Cleanouts

        Zurn, Wade, Josam or equal.

        1.   Exterior Cleanouts

             Zurn Z-1450-1, with cast iron plug.

        2.   Wall Cleanouts

             Zurn Z-1460-8, with polished bronze access cover, sized as required.

        3.   Floor Cleanout Plug

             Polished bronze adjustable tops as follows:

             a)   Finished Areas

                  Zurn Z-1400 Series Supremo inlay-type cleanout with recessed access cover and frame.

15301-1

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

2.  Cleanout Size

Same size as pipes except that cleanouts larger than 4" will not be required.

3.  Interior Cleanouts

Cleanouts to be extended up into floor or wall where indicated.  Cleanouts to be installed to service each horizontal run at base of every riser, at each change of direction and at end of each horizontal runoff waste or drain pipe to an individual fixture, every fifty feet (50') in long lengths of horizontal lines, and elsewhere required by code.

4.  Exterior Cleanouts

Extend flush with finished grade and encase in neatly finished 16" square by 6" thick concrete block.

j.  Drains

1.  Floor drains to be set with top flush with finished floor as approved by Owner.

2.  Provide 24" diameter 4 pound lead sheet pan clamped to each floor drain.

## 3.02  TESTING/SANITARY DRAIN SYSTEM

a.  Plug pipe openings and fill with water to the level of the top of the vent pipe.  Allow to stand for 24 hours.

b.  If lines are tight, draw off water and connect fixtures.

c.  Leaks shall be repaired by removing faulty material and replacing it with new material.  Caulking leaks is not acceptable and will be cause for rejection.

## END OF SECTION 15301 - SOIL, WASTE, AND VENT SYSTEM

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

with stainless steel access doors with cylinder locks set flush with the finished wall, and they shall be of a size large enough that the valves will be accessible.

3.    Cleanup

After fixtures have been set and ready for use and before the contractor leaves the job, he shall thoroughly clean all fixtures furnished and set by him, removing all plaster, stickers, rust stains, and other foreign matter or discoloration, leaving every part in acceptable condition and ready for use in the opinion of the Architect.

b.    Supports for Fixtures

1.    Where fixtures are to be supported from the wall construction, the contractor shall, during the progress of work, provide supports for backing in wall construction from which to hang or support his fixtures in a substantial manner.

2.    Where fixtures are hung or supported from tile or other type masonry walls, the hangers of such fixtures shall be securely anchored to the wall with approved type toggle bolts.

c.    Plumbing Fixtures

Refer to Plumbing Fixture Schedule on drawings.

d.    Water Heaters

Water heater shall be prewired and factory-tested, and have UL seal and tank shall be lined with a high temperature glass as manufactured by A. O. Smith or Jetglas or equal.


**END OF SECTION 15450 - PLUMBING FIXTURES AND TRIM**

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

**1.04   SUBMITTALS**

a.   Brochures to be submitted generally include but are not limited to:

    1.   HVAC equipment

    2.   Filters

    3.   Condensate drains

b.   Any manufacturer wishing to substitute a national brand of equipment with local representation shall submit brochures of equipment showing all performance data, dimensions, and weights prior to bid opening per Section 15010.

**PART 2  -  PRODUCTS**

**2.01   AIR HANDLING UNITS (AHU)**

a.   General

Blower coil units shall be completely factory assembled including coil, condensate drain pan, fan, motor, filters and controls in an insulated casing that can be applied in horizontal or vertical configuration.

b.   Direct Expansion Coils

Shall be constructed of 5/8″ o.d. copper tubes and aluminum plate type fins, copper headers and 16 gauge galvanized casing. Fins shall be AGI-FLO with die-formed self-spacing fin collars which completely cover the tubes. Coils on electrical furnaces shall be A type. Those in air handling units shall be standard type.

c.   Electric Heating Coil

Furnish and install as scheduled supplementary open coil electric heater. Voltage, wattage, number of steps and control voltage shall be as scheduled. Three-phase heaters shall be furnished with balanced 3-phase steps. Steps shall be arranged to prevent stratification when the heater is operating at less than full capacity. Heater shall be UL listed for zero clearance indoor location.

    1.   Resistance elements shall be 80% nickel and 20% chromium. Elements shall be loaded to a maximum of 25 watts per square inch of wire surface. Resistance elements are to be held with high temperature ceramic insulators and solid bracket plates, and are to be machine-crimped to stainless steel terminals.

    2.   Galvanized Steel Heater Frame

        Heater shall be removable from unit for service without removing unit panels. Heater shall have terminal boxes fully exposed outside of air handling unit panels.

    3.   Heater shall have a built-in, disc-type, automatic reset thermal cutout and replaceable heat limiters for primary and secondary safety protection. One (1) manual reset thermal cutout shall also be provided with reset button extending to outside of terminal box.

    4.   A separate, complete wiring diagram shall be furnished. Diagram shall include recommended supply wire gauges per NEC and fuse sizes. Typical wiring diagrams are not acceptable.

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

e.    Condenser Fan

Condenser fan shall be totally enclosed direct drive with vertical air discharge with louvered steel top fan guard. Direct drive fan shall move air uniformly through entire condenser coil for high refrigerant cooling capacity.

f.    Condenser Coil

Condenser coil shall be continuously wrapped, corrosion resistant all aluminum with minimum brazed joints. The coil shall be 3/8 inch o.b. seamless aluminum glued to a continuous aluminum fins and shall be factory tested under high pressure to insure leak proof construction. Coil shall be protected on all four (4) sides by steel wire coil guard or louvered panels. The coil shall have a five (5) year limited warranty.

In addition, the condenser section shall be oversprayed with a corrosion-resistant acrylic coating and all set screws shall be coated with cosmolene grease.

## 2.03  FILTERS

a.    Medium efficiency filters shall be 1" depth type surface pleated filters as manufactured by Eco-Air Products, Inc. Media area must equal or exceed that of the specified filter.

b.    Filters shall be constructed of reinforced, non-woven cotton/synthetic blend media laminated to an expanded metal grid on the air leaving side and formed into radial wedge pleats. Frame shall be moisture-resistant carrier board with diagonal and horizontal support members on the upstream and downstream sides, and shall have locking corners.

c.    Filter sizes shall be coordinated with A/C unit equipment and as scheduled on drawings.

d.    Filters shall be U.L.900 Class 2 listed and as per ASHRAE 52, ARI 850, and NFPA 90A, 90B.

e.    Side service filter housing shall be 16 gage galvanized steel with prefilters, access doors, and sealers.

f.    Filters shall be installed prior to operation of any fan. Change filters weekly when units are in operation during construction. Install new media in all units at job completion; deliver to Owner sufficient media of suitable sizes to provide for one (1) complete media change.

## 2.06  CONDENSATE DRAINS

a.    Condensate drain piping shall be rigid Schedule 40, DWV-PVC, conforming to ASTM D-2665-85. Fittings shall be solvent-socket weld, Schedule 40 PVC, including plugs. Maximum spacing between hangers shall be as per manufacturer's recommendations. Plugged tees shall be provided at each change of direction for use as cleanouts. All drains shall be accurately graded to drain off 1/8" per foot, minimum.

b.    Condensate drainage piping shall be connected and extended from each air handling unit to the nearest floor or hub drain, or other point of discharge, and terminate open-sight into a receptor having a deep seal P-trap. All condensate drain piping shall drop down through floor(s) at units with suitable pitch pocket and run in concealed attic above ceilings. Turns in condensate drainage piping shall be made with tees only, with the unused opening to be capped.

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 15829 - EXHAUST FANS

**PART 1 - GENERAL**

**1.01   DESCRIPTION**

Furnish and install all exhaust air fans with supports, counter-flashing, louvers, back draft dampers, bird screens, disconnects and accessories.  Work includes the following:

a.      In-line exhausters.

b.      Ceiling mounted exhausters, centrifugal type.

**1.02   RELATED WORK SPECIFIED ELSEWHERE**

a.      General Mechanical Provisions:  Section 15010.

b.      Air Distribution System:  Section 15870.

c.      HVAC Controls:  Section 15900.

d.      HVAC System Testing and Balancing:  Section 15910.

**1.03   REFERENCE STANDARDS AND CODES**

Air Moving and Conditioning Association, Inc.

**1.04   SUBMITTALS**

Submit product data on all fans used.

**PART 2 - PRODUCTS**

**2.01   MATERIALS**

a.      In-line Exhausters

    1.      Centrifugal fans statically and dynamically balanced.  Fan belt or direct driven as scheduled.  Motor thermally protected.  Belt drivers with adjustable pulleys.  Permanently lubricated thrust-type bearings.

    2.      Back draft dampers, multi-blade, balanced, felt edges.

    3.      Bird screens.

    4.      Self-contained electric disconnects.

    5.      As manufactured by Carnes, Penn, Cook, Acme, Jenn-Air, or Greenheck.

    6.      Mounting hardware with neoprene vibration isolators.

15829-1

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 15870 - AIR DISTRIBUTION SYSTEM

### PART 1 - GENERAL

#### 1.01 DESCRIPTION

Furnish and install all air ducts, diffusers, grilles, outside louvers, and diffuser boots.

#### 1.02 RELATED WORK SPECIFIED ELSEWHERE

a.    General Mechanical Provisions:  Section 15010.

b.    HVAC System Testing and Balancing:  Section 15910.

#### 1.03 REFERENCE STANDARDS AND CODES

a.    Sheet Metal and Air Conditioning Contractors National Association (SMACNA).

b.    American Society of Heating, Refrigeration and Air Conditioning Engineers (ASHRAE).

c.    North American Insulation Manufacturers Association (NAIMA).

#### 1.04 QUALITY CONTROL

a.·   Make air flow tests and sound level measurements in accordance with applicable ADC equipment test codes and ASHRAE standards.

b.    Manufacturer shall certify catalogued performance and ensure correct application of air outlet types.

#### 1.05 SUBMITTALS

a.    Submit product data and shop drawings showing each item including a schedule of outlets.

b.    Submit manufacturer's installation instructions.

#### 1.06 JOB CONDITIONS

a.    Review requirements of outlets as to size, finish, and type of mounting prior to submitting shop drawings and schedules of outlets.

b.    Check location of outlets and make necessary adjustments in position to avoid conflicts with architectural features, and lighting arrangement.

### PART 2 - PRODUCTS

#### 2.01 MATERIALS

a.    Fiber Glass Ductwork: Knauf Fiber Glass Air Duct Board; conforming tu UL-181 Class 1 and NFPA 90-A and 90-B.

    1.    Thermal Conductivity (k value) not to exceed .23 at 75°F mean temperature,

    2.    Maximum operating temperature of 250°F; maximum internal static pressure of plus or minus 2″ water gauge; and minimum operating velocity of 2400 FPM (feet per minute),

15870-1

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

**MAXIMUM HANGER SPACING BY DUCT SIZE; I.D.**

| DUCT SIZE; INCHES | MAXIMUM HANGER SPACING |
|---|---|
| ≥48″ wide | 4 ft. |
| <48″ wide and >24″ high | 6 ft. |
| 24″-48″ wide and >24″ high | 6 ft. |
| <48″ wide and 12"-24″ high | 8 ft. |
| ≤24" and >12" high | 8 ft. |

c.    Duct Accessories

   Fabricate as detailed in SMACNA standards.

**2.03   GRILLES, REGISTERS, AND DIFFUSERS**

a.    Refer to architectural reflected ceiling plans, sections, elevation, etc. for exact locations of all outlets.

b.    Steel devices shall have factory-painted white enamel finish which shall also be suitable as prime coat.

c.    Ceiling devices specified shall be supported by duct work or structure above.  Provide steel channels, angles, or wood bucks, etc., as required to secure all air distribution devices to the structure and/or the ceiling.

d.    All devices shall be installed square and plumb with the building lines and in strict accordance with the manufacturer's directions.

e.    Provide extractors in each branch duct to all air distribution devices to accord full control over the air flow to each device.  Extractor shall be adjustable from outside of branch duct takeoff, or through ceiling after removal of air device.  Furnish deflector turning vane at all line taps to ceiling diffuses.

**PART 3 - EXECUTION**

**3.01   DUCT WORK**

a.    Duct Joints and Seams

   Longitudinal seams Pittsburg lock, button punch snap-lock, or grooved.  Drive slips for rectangular duct work on the short side only, up to a maximum 18" dimension.  Gauge same as the duct.  Bend drive slips over minimum 1/2" at corners.

b.    Branch Connections

   Angle square takeoffs with adjustable vanes into the air stream.  Use radius takeoffs where square are not possible.  Barber-Coleman "Deflectrol" or equal.

c.    Elbows and Tees

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 15900 - HVAC CONTROLS

### PART 1 - GENERAL

#### 1.01    DESCRIPTION

a.    Furnish and install a temperature control system for heating/cooling and auxiliary electric heat.

b.    Control wiring.

c.    Calibrate and adjust all controls.

#### 1.02    RELATED WORK SPECIFIED ELSEWHERE

a.    General Mechanical Provisions:  Section 15010.

b.    HVAC System Testing and Balancing:  Section 15910.

#### 1.03    REFERENCE STANDARDS AND CODES

a.    American Society of Heating, Refrigeration and Air Conditioning Engineers (ASHRAE).

b.    Southern standard mechanical code.

### PART 2 - PRODUCTS

#### 2.01    MATERIALS

a.    The automatic temperature control system devices shall be as manufactured by the manufacturer of the air conditioning equipment.  All temperature devices shall be ambistat type.

b.    System shall include all ambistats, switches, relays, and control wiring.

c.    High Temperature Cutout

Honeywell L4029.

### PART 3 - EXECUTION

#### 3.01    SEQUENCE OF OPERATION (ROOFTOP UNITS)

a.    Each unit, unless otherwise noted on plans, shall be furnished with a wall mounted programmable thermostat Honeywell #T7300B with #Q7300 subbase and duct mounted remote temperature sensor on return air duct #T7022A1010 or equal.

The basic system shall include the following standard functions:

15900-1

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## 3.03   CERTIFICATION

a.    This contractor shall regulate, adjust and calibrate all control devices and test for proper electrical interlock wiring of all items of equipment.

b.    This contractor shall certify in writing to the Owner that this procedure has been completed and all systems are functioning properly.

**END OF SECTION 15900 - HVAC CONTROLS**

**15900-3**

**COPYRIGHT © 2001**
**LABUNSKI ASSOCIATES ARCHITECTS**

**1.05  PROJECT CONDITIONS**

a.   Partial Owner Occupancy: The Owner may occupy completed areas of the building before Substantial Completion.  Cooperate with the Owner during Testing, adjusting, and balancing operations to minimize conflicts with the Owner's operations.

**1.06  COORDINATION**

a.   Coordinate the efforts of factory-authorized service representatives for systems and equipment HVAC controls installers, and other mechanics to operate HVAC systems and equipment to support and assist testing, adjusting, and balancing activities.

b.   Notice: Provide 7 days' advance notice for each test.  Include scheduled test dates and times.

c.   Perform testing, adjusting, and balancing after leakage and pressure tests on air and water distribution systems have been satisfactorily completed.

**1.07  WARRANTY**

a.   General Warranty: The national project performance guarantee specified in this Article shall not deprive the Owner of other rights the Owner may have under other provisions of the Contract Documents and shall be in addition to, and run concurrent with, other warranties made by the Contractor under requirements of the Contract Documents.

**PART 2  - PRODUCTS (Not Applicable)**

**PART 3 - EXECUTION**

**3.01  EXAMINATION**

a.   Examine Contract Documents to become familiar with project requirements and to discover conditions in systems' designs that may preclude proper testing, adjusting, and balancing of systems and equipment.

   1.   Contract Documents are defined in the General and Supplementary Conditions of the Contract.
   2.   Verify that balancing devices, such as test ports, gage cocks, thermometer wells, flow-control devices, balancing valves and fittings, and manual volume dampers, are required by the Contract Documents. Verify that quantities and locations of these balancing devices are accessible and appropriate for effective balancing and for efficient system and equipment operation.

b.   Examine approved submittal data of HVAC systems and equipment.

c.   Examine equipment performance data, including fan.  Relate performance data to project conditions and requirements, including system effects that can create undesired or unpredicted conditions that cause reduced capacities in all or part of a system.

d.   Examine system and equipment installations to verify that they are complete and that testing, clearing, adjusting, and commissioning specified in individual Specification Sections have been performed.

e.   Examine system and equipment test reports.

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

c.    Verify that motor starters are equipped with properly sized thermal protection.

d.    Check for airflow blockages.

e.    Check condensate drains for proper connections and functions.

f.    Check for proper sealing of air-handling unit components.

**3.05    MOTORS**

a.    Motors, ½ HP and Larger: Test at final balanced conditions and record the following data:

  1.    Manufacturer, model, and serial number.
  2.    Motor horsepower rating.
  3.    Motor rpm.
  4.    Efficiency rating if high-efficiency motor.
  5.    Nameplate and measured voltage, each phase.
  6.    Nameplate and measured amperage, each phase.
  7.    Starter thermal-protection-element rating.

**3.06    CONDENSING UNITS**

a.    Verify proper rotation of fans and measure entering-and leaving-air temperatures.

**3.07    TOLERANCES**

a.    Set HVAC system airflow rates within the following tolerances:

  1.    Supply, Return, and Exhaust Fans: Minus 5 to plus 10 percent.
  2.    Air Outlets and inlets: Minus 5 to plus 10 percent.

b.    Air-Handling Unit Test Reports: For air-handling units with coils, include the following:

  1.    Unit Data: Include the following:
    a)    Unit identification.
    b)    Location.
    c)    Make and type.
    d)    Model number and unit size.
    e)    Manufacturer's serial number.
    f)    Unit arrangement and class.
    g)    Discharge arrangement.

  2.    Motor Data: Include the following:

    a)    Make and name type and size.
    b)    Horsepower and rpm.
    c)    Volts, phase, and hertz.
    d)    Full-load amperage and service factor.

c.    Electric-Coil Test Reports: For electric coils installed in air-handling units, include the following:

  1.    Unit Data: Include the following:

15920-4

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 16010 - GENERAL ELECTRICAL PROVISIONS

### PART 1 - GENERAL

### 1.01   DESCRIPTION

a.    Referenced Documents

Bidding requirements, conditions of the contract, and Division 1 - General Requirements are a part of this section as if reproduced in full.

b.    Work includes labor, materials, equipment, fees, permits and inspection necessary for the complete installation and operation of all electrical equipment.  Work includes the following general items:

1.    Mechanical interlock wiring.

2.    Lighting and outlet system.

3.    Service entrance revisions as shown on plans.

4.    Power wiring, feeders, and panel boards.

5.    Fire alarm system additions and revisions.

c.    Furnish all fittings, hangers, supports, conduits, sleeves, inserts and other accessories required for the operation and additions to the existing electrical system.

### 1.02   RELATED WORK SPECIFIED ELSEWHERE

a.    Submittals; General Requirements:  Division 1.

b.    Excavating and backfilling; Site Work:  Division 2.

c.    Painting:  Section 09900.

d.    Raceways:  Section 16110.

e.    Conductors:  Section 16120.

f.    Wiring Devices:  Section 16140.

g.    Panel Boards:  Section 16160.

h.    Disconnects:  Section 16170.

i.    Grounding:  Section 16450.

j.    Light Fixtures:  Section 16500.

k.    Fire Alarm Control System:  Section 16760.

l.    HVAC Control Wiring:  Section 16900.

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS

b.  Investigate structural and finish condition and arrange work accordingly.   Furnish all fittings and accessories required to meet conditions and give satisfactory operation.   Coordinate with other subcontractors to avoid interference with the work.

c.  Work shall be laid out to be concealed in furred chases and suspended ceilings, etc. in finished portions of building unless specifically noted to be exposed.

d.  Electrical contractor by submitting a bid, sets forth that he has the necessary technical training and ability and that he will install his work in a satisfactory and workmanlike manner up to the best standard of the trade, complete and in good working order.

e.  If omissions, discrepancies, conflicts, or unsatisfactory performance are discovered by a bidder, the same shall be reported to the Architect during the bidding period and a written clarification will be issued.

f.  No extra will be allowed for extra work or changes caused by failure to comply with the above requirements.

g.  Reasonable changes in the location of outlets, apparatus, and equipment up to the time of rough-in will not involve any additional expense to the Owner.

h.  If any part of the work depends upon work of other subcontractors for operation or results, electrical contractor shall inspect the other work, and shall promptly report to the Owner any condition that conflicts with his work.  Failure to do so shall constitute acceptance by this contractor as being suitable and proper as far as his own work is concerned.

## 1.08  SITE INVESTIGATION

It will be assumed that the electrical contractor in submitting his bid has visited the premises, examined the architectural design, and that his bid covers all work necessary to properly install his work.  Failure to comply with these requirements shall not be considered justification for the omission or faulty installation of any of his work, or for extra compensation for work covered by construction documents.

## 1.09  SAFETY STANDARDS

The electrical contractor shall initiate, maintain, and supervise all safety precautions required by local, state, and federal laws including OSHA.

## 1.10  ALTERNATES

Materials and equipment specified and approved in the contract documents shall form the basis for bidding. Bidders wishing to submit alternate materials or equipment must secure approval five (5) days prior to bid opening. No alternates will be considered after that time. No alternates will be allowed that have not been approved in writing.

## PART 2 - PRODUCTS

## 2.01  MATERIALS

All materials described in Division 16 shall be new and undamaged.  Any material damaged during installation shall be replaced at electrical contractor's expense.

## 2.02  FABRICATION

As much as possible, items shall be shop fabricated and assembled prior to field shipment.

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

**3.08  SEPARATE CONTRACTS WITH OWNER**

The Owner reserves the right to let other contracts to perform additional work. The electrical contractor shall afford other subcontractors reasonable opportunity for the storage and introduction of materials for the execution of their work and shall properly connect and coordinate his own work with theirs.

**3.09  EXCAVATION AND BACKFILL**

Electrical contractor shall provide all excavation required in execution of his work.

a.  Excavations shall be to depths indicated or required, protected and kept dry at all times, and properly backfilled, moistened and mechanically tamped to maximum compaction at completion in accordance with Division 2 - Excavating and Backfilling.

b.  Remove any surplus excavated earth from site.

c.  Arrange for and pay all costs of paving patching if excavation is required in city streets.

**3.10  SLEEVES**

Where conduit passes through partitions, walls, and floors, provide galvanized metal sleeves of sizes to readily accommodate conduit.

**3.11  FLOOR AND CEILING PLATES**

a.  Except as otherwise noted, provide and install chrome-plated sectional floor and ceiling plates around pipe passing exposed through walls, floors, and ceilings.

b.  Solid plates with set screws to be used on any lines where the sectional plates will not stay in place or are not available in adequate size.

**3.12  INTERIOR CUTTING AND PATCHING**

a.  Should any structural difficulties prevent installation of fixtures, equipment, running of pipes, conduit, etc. at all points shown on plans, then necessary minor deviations therefrom, as determined by the Owner, may be permitted and must be made without additional costs to the Owner.

b.  Any necessary cutting into partitions, walls, floors, to be neatly and carefully done. No cutting into structural parts of buildings shall be done without the approval of the Architect.

c.  Electrical contractor shall be held responsible for all damages caused by his work or through the neglect of his workmen. All patching and repairing of damaged work to be done under direction of Owner at expense of electrical contractor.

**3.13  SCAFFOLDING**

Furnish and erect, at electrical contractor's expense and risk, any and all appliances, scaffolding, lights, guards, temporary walks, tools, transportation, etc. required for the proper construction or protection of this work.

**3.14  CONTRACTOR'S COORDINATION**

a.  Electrical contractor shall cooperate with the other contractors on the job to avoid delays to progress of the work. When work is finished, remove all tools, machinery, debris. Leave the premises free of all obstructions and hindrances. .

COPYRIGHT ● 2001
LABUNSKI ASSOCIATES ARCHITECTS