### 3.19 DELIVERY AND STORAGE

Materials or equipment shall be delivered to the project in the manufacturer's original, unopened, labeled containers and be adequately protected against moisture, tampering, or damage from improper handling or storage. Materials shall not be delivered to the job before they are ready for installation.

### 3.20 POWER OUTAGES

No power outages will be allowed during normal hours of operation of the facility. Electrical contractor shall notify Owner through General Contractor forty-eight (48) hours in advance of any proposed power outage. If power outage in excess of thirty (30) minutes is required, electrical contractor shall provide temporary power for normal facility operation.

### 3.21 CLEANUP

Cleanup and dispose of all trash and debris caused by the work of this division, keeping premises, streets, sidewalks, and adjacent property clean at all times.

**END OF SECTION 16010 - GENERAL ELECTRICAL PROVISIONS**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

5. Liquid-Tight Flexible Metal Conduit

   Use liquid-tight flexible metal conduit with extruded polyvinyl chloride jacket over flexible hot-dip galvanized steel core, UL listed and conforming to NEC Article 351. Use liquid-tight fittings.

6. Fittings (Lock Nuts and Bushings)

   Hot-dipped, galvanized, or protected by an equivalent rust-resisting finish.

b. Outlet Boxes

   1. Outlet Boxes

      Standard gauge steel zinc-coated on all surfaces and edges. Conforming to NEC Article 370.

   2. Outlet Boxes for Lighting Fixture Outlets

      Four inch (4") octagonal galvanized steel boxes not less than 1-1/2" deep, equipped with 3/8" fixture studs where required. Ceiling and wall outlets for fixtures of sizes warranting greater support than can be obtained by a 3/8" stud to be provided with hangers designed to sustain weight of proposed fixture.

   3. Outlet Boxes for Duplex Receptacles and Wall Outlets

      Switch box type, galvanized steel boxes not less than 1-1/2" deep, furnished with plaster rings or tile tops where required.

   4. Switch Boxes

      Sectional type switch boxes, galvanized steel of proper depth, and furnished with plaster bars where required.

c. Junction Boxes, Pull Boxes and Wire Gutters

   Junction and Pull Boxes

   Boss Electrical Company or equal of code gauge steel.

   1. Boxes Mounted Vertically on Wall

      Provide hinged covers and catch locks.

   2. Boxes Mounted Horizontally in or on Ceilings

      Furnish with screw covers.

   3. Conform to NEC for size and gauge of material.

   4. Conform to NEMA 3R where exposed to weather.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

15. On all feeder conduit, install insulated throat grounding bushing at panel boards, switchboards, and pull boxes and connect to panel or switchboard ground lug or next grounding bushing continuous copper conductor sized per NEC Table 250-95.

16. Connect motors and equipment on vibration isolators using a 2'-0" minimum length of flexible metal conduit. Use liquid-tight flexible metal conduit for this purpose outdoors, in wet locations, or in mechanical rooms.

17. Install insulating bushings or use insulated throat connectors on all conduits.

b. At outlet and switch locations, provide and install outlet boxes of proper size and height as noted: Boxes installed in masonry walls to be of sufficient depth (not less than 2-1/2") to permit conduits to be installed without cutting into outer web of tiles; furnish plastic rings at ceiling.

   1. Location of outlets shown on plans considered as approximate only. Carefully check the architectural plans and coordinate with Owner for exact locations of all outlets before installation.

   2. Switch outlets located immediately inside of door to be placed on strike side of door, except if specifically called for on plans or where outlet is shown in partition at right angles to partition in which door is located; outlet in such cases to clear door when opened by 6".

   3. All electrical outlets located in interior partition walls shall not be located back-to-back. These shall be installed at least 8" apart, separated by a stud.

   4. Rigidly install all outlet boxes plum and flush with finished surfaces before plates are installed.

   5. Unless noted otherwise on the plans, mounting heights shall be as follows:

      a) Wall Switches

         4'-0" AFF.

      b) Convenience Outlets

         1'-0" AFF.

c. Insulating bushings shall be used to separate dissimilar materials as required, all conduit and junction boxes. Materials separation is required between all connections of dissimilar material to building structure.

d. Surface Raceway

   Any raceway run exposed on finished surfaces or in finished areas to be rectangular metal raceway Wiremold or equal, with Wiremold boxes and fittings.

**END OF SECTION 16110 - RACEWAYS**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

f) Wire #6 and Larger

Standard wall THW, copper conductors.

g) All conductors to be installed in accordance with the NEC. Submit complete schedule of copper wire and conduit sizes for approval.

3. Wire up to and Including #2

Factory color-coded with colors for each phase and neutral as specified to be used consistently throughout entire wiring installation to the end use.

a) Large Wires and Other Types

Factory color-coded by a 1" wide band of colored tape on ends of each conductor.

b) Following color code to be used throughout systems:

<u>120/208 Volt</u>

1) Phase A:   black.

2) Phase B:   red.

3) Phase C:   blue.

4) Neutral:   white.

5) Ground:   green.

b. Conductors and Strands of Conductors

Soft drawn, annealed, tinned copper having a conductivity of not less than 98% of that of pure copper.

c. Conductors Run in Raceways, Underground, in Concrete, Equipment Rooms, Completely Encased in Exterior Masonry Walls, Directly Exposed to the Weather or in Any Other Locations Where Adverse Heat and Moisture Conditions Prevail

Standard wall THW.

## PART 3 - EXECUTION

### 3.01 INSTALLATION

a. Wiring

1. Each wire between boxes must be continuous without weld, splice or joint throughout its length.

2. Do not draw wire into a conduit until all work of a nature which may cause injury is complete. Powdered soapstone may only be used to lubricate, where necessary. Where two (2) or more circuits run to a single outlet box, tag each circuit.

3. Have all stranded conductors furnished with copper connecting lugs, drilled or reamed full diameter of bare conductors. Mains and feeders shall run their entire length in continuous pieces without joints or splices.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

| | | |
|---|---|---|
| 120 | 76' to 110' | One size larger |
| 120 | 111' to 186' | Two sizes larger |
| 120 | 187' and up | Three sizes larger |

(The above table is based upon loads of 80% of Table 310-16 of NEC.)

**END OF SECTION 16120 - CONDUCTORS**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

   Single pole wall light/exhaust switch - Leviton #5634

   Ceiling Fan/light switch - Leviton #6630

   TV Outlets - Leviton #40600 Series

   Convenience Outlets - Leviton #5300 Series

   GFI Outlets - Leviton #6599

   WP Outlets - Leviton #5300 with #5976 coverplate

d. Wiring Devices Wall Plates:

   Provide with one piece white finish plates or multi-ganged plates with matching metal screws as required. - Leviton #80401 Series.

   Plates and Finishes

   Switches and Receptacles

   Provide with one-piece plates. Plates throughout to be satin finish 0.060 stainless steel single or multi-gang plates as required.

## PART 3 - EXECUTION

### 3.01 INSTALLATION

a. Wall Switches

  1. Switches to clear frames and corners 4" on center in space occupied.

  2. Switches so designated to be in metal door frames to have plates no wider than door frames.

  3. Install switches 4'-0" AFF to center of switch unless otherwise noted.

  4. Switches shown in the same room to be ganged together.

b. Convenience Receptacles

   Install receptacles 12" AFF to center of receptacle unless otherwise noted on plans.

### 3.02 TESTING

a. After installation, check each device and outlet for proper operation, polarity, and ground.

b. Repair any misinstallation.

c. Remove and replace any defective devices.

d. Retest until devices function properly.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 16160 - PANEL BOARDS

### PART 1 - GENERAL

**1.01 DESCRIPTION**

a. Furnish all labor, material, and accessories to install lighting and power panel boards as noted on plans.

b. Furnish all labor, materials, and accessories to install circuit breaker distribution panel boards as noted on plans.

**1.02 RELATED WORK SPECIFIED ELSEWHERE**

a. General Electrical Provisions: Section 16010.

b. Grounding: Section 16450.

**1.03 REFERENCE STANDARDS AND CODES**

a. Underwriter's Laboratories (UL) "Standard for Panel Boards" and "Standard for Cabinets and Boxes", and so labeled.

b. National Electric Code (NEC).

c. NEMA Standards.

**1.04 SUBMITTALS**

Product Data

Panel boards, enclosures, accessories, circuit breakers.

### PART 2 - PRODUCTS

**2.01 MATERIALS**

a. Lighting and Power Panel Boards

   1. Solderless connectors sized to accommodate panel feeders.

   2. Panels on exterior of building exposed to weather to have NEMA 3R enclosures.

   3. Listed by UL, as manufactured by Square D, Westinghouse, Challenger, G.E., ITE Circuit Breaker, or equal.

   4. Automatic branch circuit breakers for each branch circuit.

      a) Circuit Breakers

      Plug in type, thermal magnetic type, unit construction, employing quick-make and quick-break toggle mechanisms for manual operation as well as automatic operation.

      b) Breakers employing slow-make and slow-break not acceptable.

      c) Automatic Tripping

16160-1

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 16170 - DISCONNECTS

**PART 1 - GENERAL**

**1.01 DESCRIPTION**

a. Furnish all labor and material to install operation fuses in each device requiring same as noted on drawings.

b. Furnish all labor and material to install fused and unfused safety disconnect switches.

**1.02 REFERENCE STANDARDS AND CODES**

a. National Electrical Manufacturers Association (NEMA).

b. Local electric code.

c. National Electric Code (NEC).

d. Underwriter's Laboratories (UL).

**PART 2 - PRODUCTS**

**2.01 MATERIALS**

Fused and Unfused Safety Disconnect Switches

a. Switches as manufactured by Square D, Westinghouse, Challenger, G.E., ITE, or equal.

b. General duty for 240 volt service with padlocking feature.

c. Switches

   Quick-make, quick-break, of sizes indicated on plans.

   1. Where used to serve motors will bear horsepower rating equal to or exceeding that of motor which they serve regardless of size or type specified on plans.

   2. Equipped with arc-quenching devices.

d. Exterior switches to be NEMA TYPE 3R weatherproof.

e. Interior switches to be NEMA TYPE 1.

f. Small Disconnects

   Furnish 20 amp, single-phase safety disconnects on all small motors including fans, Square D, Class 2510, or equal.

**PART 3 - EXECUTION**

**3.01 INSTALLATION**

a. Fuses

   Furnish and install operation fuses in each device requiring same and as noted on drawings.

16170-1

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

SECTION 16420 - SERVICE ENTRANCE

PART 1 - GENERAL

1.01   DESCRIPTION

Furnish all labor, material, and equipment in connection with the complete electrical service entrance and necessary specialties including but not limited to the following:

a.   Coordination of underground service entrance as required including paying all fees required therefore. Service to be 120/208 volt, three phase.

b.   Installation of electrical service on a time schedule acceptable to Owner.

1.02   RELATED WORK SPECIFIED ELSEWHERE

General Electrical Provisions:  Section 16010.

1.03   REFERENCE STANDARDS AND CODES

a.   Local utility company requirements.

b.   National Electric Code (NEC).

PART 2 - PRODUCTS

2.01   ACCEPTANCE OF MATERIALS

All materials are to be as required by the local power company.

PART 3 - EXECUTION

3.01   INSTALLATION

New distribution shall include new work and existing work to remain. Include all service and devices necessary to connect new service to existing and to serve new construction. New service shall be underground to panel board locations.

3.02   FEES

Secure and pay all necessary permits, expenses, and fees required for the complete electric service for this project. Verify all such requirements prior to submission of bid.

3.03   TIME SCHEDULE

The electrical contractor is responsible for coordinating installation of the items by local electric utility company on a time schedule as accepted by the Owner and/or that will prevent delays in construction by the other trades.

16420-1

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

## SECTION 16450 - GROUNDING

### PART 1 - GENERAL

**1.01 DESCRIPTION**

Furnish all labor and material to insure grounding of the electric conduit system and the neutral of the wiring system for the building. Provide #6 ground conductor at telephone board main service from main panel ground buss.

**1.02 RELATED WORK SPECIFIED ELSEWHERE**

a. Conductors: Section 16120.

b. Raceways: Section 16110.

**1.03 REFERENCE STANDARDS AND CODES**

a. National Electric Code (NEC), Article 250.

b. Local electric code.

c. National Electric Safety Code.

### PART 2 - PRODUCTS

**2.01 MATERIALS**

Grounding materials to include:

a. Standard ground clamps and cables.

b. Ground Wire

   Correct size as specified by National Electric Code Table 250-95 according to size of each system.

c. 5/8" dia x 10'-0" copper clad weld ground rods.

### PART 3 - EXECUTION

**3.01 INSTALLATION**

a. Grounding to Earth

   Grounding of electric conduit system and neutral of wiring system for building addition is existing. Electrical contractor shall verify grounding system for adequacy and compliance with applicable provisions of the National Electric Code.

16450-1

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

SECTION 16500 - LIGHT FIXTURES

## PART 1 - GENERAL

### 1.01 DESCRIPTION

Furnish and install light fixtures, complete with ballasts, lamps, mounting brackets, and accessories for complete installation.

### 1.02 RELATED WORK SPECIFIED ELSEWHERE

a.  General Electrical Provisions:  Section 16010.

b.  Conductors:  Section 16120.

c.  Wiring Devices:  Section 16140.

### 1.03 REFERENCE STANDARDS AND CODES

a.  Lighting Fixtures

   1.  Underwriter's Laboratories (UL) listed and labeled.

   2.  Standards of Illumination set by Illuminating Engineering Society.

   3.  National Electric Code (NEC).

b.  Ballasts

   ETL-CBM certified.

### 1.04 SUBMITTALS

Provide complete fixture product data keyed to drawing notation showing all fixtures with voltage, lenses, lamps, ballasts, etc. noted on data as specified on plans and light fixture schedule.

### 1.05 QUALIFICATIONS

All fixtures shown on plans are approved.  Other equal fixtures will be considered.  See prior approval requirements in Section 16010.

## PART 2 - PRODUCTS

### 2.01 MATERIALS

a.  Light Fixtures

   1.  Plastic lenses shall be of virgin acrylic.

16500-1

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

2.02  APPROVED MANUFACTURERS

Approved list of fixture manufacturers without prior approval:

| | | |
|---|---|---|
| Champion | Lightalarms | Progress |
| Columbia | Lightolier | Prescolite |
| Crescent | Lithonia | Stonco |
| Dual-Lite | Lumark | Sure-Lite |
| G.E. Lighting | Luminaire | Sylvania |
| Halo | Metalux | |
| Hubbell | Moldcast | |

PART 3 - EXECUTION

3.01  INSTALLATION

Light fixture installation shall conform to the following:

a. Fixtures scheduled to be recessed shall be completed with all accessories required to fit the fixture to the ceiling construction.

b. Fixtures scheduled shall be pendant-mounted and be completed with supports above the ceiling with stems and canopies, swivel aligners and/or other accessories necessary to suspend the fixtures at specified height.

c. Fixtures scheduled shall be surface or wall-mounted shall be furnished and installed employing supports above the ceiling, or behind the wall, toggle bolts and other accessories which are required to adequately support the fixture. Ceiling-mounted fixtures shall be provided with spacer type hanger for suspending fixture from ceiling suspension system. Minimum 1½" between ceiling and top of fixture.

d. Provide suitable plaster frame for each fixture recessed in plaster ceilings. Electrical contractor to verify the ceiling type.

3.02  PROTECTION

a. After erection, protect exposed portions of work from contact with lime, plaster, mortar, concrete, cement, acids, and other harmful substances as well as from damage by careless handling of tools, machinery, and materials.

b. Fixtures that have broken lenses, lamps not burning, etc., shall be replaced.

3.03  CLEANING

When the protective materials have served their purpose, remove and clean fixture thoroughly. Touch up paint any scratches, replace any and all damaged fixtures at no extra cost. Any ballast falling within the electrical contractor's guarantee period shall be replaced at no extra cost to the Owner.

3.04  TESTING

After all light fixtures are installed and are connected to their switches, test all fixtures to insure operation on their correct switch. All fixtures failing to operate shall be corrected at no extra cost.

END OF SECTION 16500 - LIGHT FIXTURES

16500-3

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

1.04 **SUBMITTALS**

a.  PRODUCT DATA: Submit manufacturer's data on emergency electrical systems and components.

b.  SHOP DRAWINGS: Submit dimensioned drawings of emergency electrical system components and accessories including, but not necessarily limited to generator sets, isolation/by-pass switches, day tanks, transfer switches, instruments and accessories, (and) annunciator panels, (and fuel line and exhaust piping). Show accurately scaled layouts of system components; indicate their spatial relationship to associated equipment; show connections to normal and emergency power feeders. Failure to submit said scaled lay-outs does not relieve contractor of responsibility to verify all required clearance before release of equipment for fabrication.

**PART 2 - PRODUCTS**

**2.01 GENERAL**

Provide emergency electrical systems and components, of types, ratings, and electrical characteristics indicated. Provide all system components thru one supplier to guarantee total system responsibility. Provide system and components capable of start and load transfer within 10 seconds of power outage.

**2.02 ENVIRONMENTAL CONDITIONS:**

Provide system components and accessories as required to ensure proper system operation at rated capacities under the following environmental conditions:

1.  Altitude: 4800 feet above sea level.

2.  Maximum ambient temperature: 50 degrees C.

3.  Minimum ambient temperature: 0 degrees C.

**2.03 AUTOMATIC TRANSFER SWITCHES:**

a.  Provide contactor type automatic transfer switches compatible with electric sets, and of continuous ampere rating sufficient to meet requirements of both maximum set output and normal power service. Provide 4 pole switches where distribution system is provided with ground fault protective relaying, or where indicated on drawings. Provide switches of voltage and phase indicated, and with the following features and characteristics.

    1.  Provide contactor type automatic transfer switches compatible with electric sets, and of continuous ampere rating sufficient to meet requirements of both maximum set output and normal power service. Provide 4 pole switches where distribution system is provided with ground fault protective relaying, or where indicated on drawings. Provide switches of voltage and phase indicated, and with the following features and characteristics.

    2.  Provide a time delay relay, adjustable from 1 to 10 seconds, to delay the signal to start to avoid nuisance start ups on momentary voltage dips or power outages.

    3.  Provide voltage sensors to sense return of normal power; and a time delay, adjustable 2 to 60 minutes, to delay the retransfer of load to normal to avoid short term in normal power restoration.

    4.  Provide an engine cool-down timer, adjustable from 0 to 5 minutes, for unloaded engine cool-down time. Timer shall engage after retransfer to normal.

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

**2.08 ENGINE GENERATOR UNITS**

a. Provide 60 hertz alternating-current standby-diesel engine-driven generator units of voltage, phase and capacities indicated. Base rating of electric sets upon operation after deducting power required for output for all necessary operating accessories, (including remote or direct drive radiator fans, fuel pumps, etc.) And under environmental conditions specified. Provide electric sets rated and capable of producing KW specified at 0.8 power factor for continuous standby duty. Certify performance of the electric set series by means of independent testing laboratory tests for full power rating stability, and voltage and frequency regulation.

b. Provide stationary, water cooled, full diesel, compression ignition, four stroke cycle, multi-cylinder or single cylinder, in-line or V-type engine. Arrange engine for direct connection to an alternator current generator; do not exceed engine speed of 1800 RPM at full rated load.

**2.09 LUBRICATION SYSTEM**

Equip engine with a pressure lubricated system. Provide spin-on type full flow lubricating oil filter. Equip filters with bypass valve to insure oil circulation if filters are clogged. Include dipstick oil level indicator.

**2.10 AIR CLEANER**

Provide reusable element air cleaner of size and type recommended by the engine manufacturer.

**2.11 STARTING**

Equip engine with a 12 volt electric starting motor of sufficient capacity to crank the engine at a speed which will allow full diesel starting of the engine. Disengage starter automatically when engine starts. Provide rack mounted lead-acid battery set mounted integrally with electric set base. Provide sufficient capacity for cranking the engine for at least 30 seconds at firing speed with capacity for starting the diesel engine a minimum of (4) four times. Provide capacity and voltage recommended by engine manufacturer. Equip with all necessary interconnecting cables. Provide suitable float type battery charger to maintain the batteries in charged condition. Equip engine with thermostatically controlled water jacket heater on all water cooled units. On air-cooled engines provide an oil base heater. The heater voltage shall be 120 volt single phase. Make all necessary connections of jacket and oil base heaters.

**2.12 BATTERY CHARGER**

Provide suitable automatic SCR voltage regulated battery charger with a maximum charge rate, as recommended by the manufacturer, to maintain batteries at full capacity curing standby conditions. Equip with ammeter to indicate charge rate and protect circuit by either fuses or circuit breakers. Design charger such that it will not be damaged during engine cranking.

**2.13 ENGINE INSTRUMENTS**

Provide a unit mounted console with the following gauges

1. Oil Pressure Gauge

2. Coolant Temperature Gauge

3. Battery Charge Rate Ammeter

16610-4

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

1. Stability

    1 percent of its mean value at any constant load from no load to full load for solid state regulators.

2. Regulation

    Plus or minus 2 percent maximum no load to full load for solid state regulators.

b. Where more than 40 percent of the load is comprised of rectifiers and/or thyristors, provide power to voltage regulator by means of ceramic type permanent magnet pilot exciter, capable of 80 percent automatic controlled SCR/Thyristor loading.

c. Provide instrument panel and console with the following:

    1. Manual reset circuit breaker.
    2. A.C. voltmeter.
    3. A.C. ammeter.
    4. Voltmeter - ammeter phase selector switch with "off" position.
    5. Frequency meter.
    6. Start-Stop switch.
    7. Remote start terminals.
    8. Solid state cycle cranking control.
    9. Engine safety alarm lights and contact.

d. Provide automatic solid state overload protection, under frequency protection, and volts/hertz characteristics.

## 2.22 WEATHERPROOF ENCLOSURE

Provide weatherproof enclosure for engine generator unit. Enclosure shall house all components including engine, alternator, batteries, battery charger, fuel tank and controls. Provide one piece roof with drip edge on all four sides and with formed roof stiffeners to support silencer. Provide angle iron frame around the entire bottom of the enclosure to attach to mounting surface. Provide doors on each side for access to engine, alternator and all components. Provide all doors with continuous piano type hinges with stainless steel pins. Provide lockable 2-point latches on all doors, keyed alike. Provide a welded fixed open air intake louver panel on each side to accomplish air intake. Provide a framed expanded metal core guard to accomplish air discharge. Assemble all components with plated bolts and nuts. Caulk all seams to prevent rust bleed through. Clean and paint all components with manufacturer's standard rust inhibiting primer. Provide finish coat paint color to match pad mounted transformer.

## 2.23 REMOTE ANNUNCIATOR PANEL

Provide remote annunciator panel I surface enclosure with the features specified and with audible and visual alarm indication of the following conditions:

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS

## 3.03  TESTING

Upon completion of installation of engine-generator system and after building circuitry has been energized with normal power source, test engine-generator to demonstrate standby capability and compliance with requirement. Provide start-up and testing by factory authorized representative.

Conduct load bank test to the rated KW of the generator for a minimum of four hours.

**END OF SECTION 16610 - EMERGENCY ELECTRICAL SYSTEMS**

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

b. Installer

1. Contractor shall be able to refer to similar installations in the immediate area furnished and serviced by him during the past three (3) years, providing satisfactory service, and shall be able to show proof satisfactory to the Architect of his competency to perform the specified work.

2. Installer shall have a current license for the sale, service, and installation of fire detection devices as issued by the Texas Board of Insurance.

**1.04   SUBMITTAL**

a. Shop Drawings

Submit manufacturer's literature completely describing the system component equipment and accessories and shop drawings illustrating system interconnecting wiring and connections.

b. Instructions

1. Operation, installation, and maintenance manuals shall be furnished for all work installed.

2. This contractor shall provide no less than one 4-hour period of instruction to the Owner's designated personnel upon completion of each system installation and shall provide at least two (2) inspections of the complete system during the one-year warranty period.

c. Block diagrams indicating all equipment used and interconnection of all the equipment furnished.

d. Shop drawing of fire alarm control cabinet including interface with PA system console and master clock system.

e. The above requirements must be approved by the Architect before the contractor begins installation.

**1.05   GUARANTEE**

The system specified herein shall carry a complete one-year warranty including parts and labor. Any items and/or components found to be defective, abused, and/or misused shall be repaired/replaced at no cost to the Owner.

**PART 2 - PRODUCTS**

a. General

Furnish and install a complete voice alarm signaling system and Fire Department Communication System in accordance with NFPA 72 and as indicated on drawings.

1. The operation of any smoke detector required sprinkler waterflow device or manual pull station shall automatically activate the voice alarm signaling system.

2. Activation of the voice alarm signaling system (activation of any smoke detector, manual pull station, or water flow switch) shall automatically sound an alert signal to the desired areas followed by voice instructions giving appropriate information.

3. The voice alarm signaling system shall be designed to be clearly heard by all occupants of the building. It shall be established on a selective or general basis to the following terminal areas:

    A) Elevators.
    B) Elevator lobbies.

16760-2

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

b.  Devices

   1. Relay

      Radionics D8129.

   2. Batteries

      Radionics D126 (12V 6AH).

   3. Keypad (Locate in Security Office at Main Tower Building).

      Radionics D1252.

   4. Magnetic Contacts (Stairwell doors and support building electrical, generator and storage room doors).

      Sentrol 1078C.

   5. Motion Detectors

      a)  Straight Line

         Arrowhead S8100.

      b)  90°

         Visonic SRA-2000.

   6. Console (Locate in Security Office at Main Tower Building)

      Radionics 811262.

   7. Low Voltage Power Supply

      Edwards 88-100. Locate adjacent to control panel.

c.  Wiring and Power

   1. All devices are powered and supervised by the control panel.

   2. Each security device shall have a separate cable from the device to the control panel.

d.  Motion Detector Mounting

   1. Straight Line

      Center box on wall at 8'4" above finished floor.

   2. 90° Detector

      Center box on wall at 8'4" above finished floor.

16760-4

COPYRIGHT • 2001
LABUNSKI ASSOCIATES ARCHITECTS

SECTION 16900 - HVAC CONTROL WIRING

**PART 1 - GENERAL**

**1.01 DESCRIPTION**

Furnish all labor, materials, and accessories to provide the electrical power and interlock wiring for the heating, ventilating, and air conditioning system per mechanical specifications and manufacturer's recommendations.

**1.02 RELATED WORK SPECIFIED ELSEWHERE**

a. HVAC Controls: Section 15900.

b. General Electrical Provisions: 16010.

**1.03 REFERENCE STANDARDS AND CODES**

National Electric Code (NEC).

**PART 2 - PRODUCTS**

**2.01 MATERIALS**

a. All wiring to conform to Section 16120 - Conductors.

b. All conduit to conform to Section 16110 - Raceways.

**PART 3 - EXECUTION**

**3.01 INSTALLATION**

a. Control system is a mechanical system. Mechanical subcontractor shall provide all control wiring and connections. Final adjustments of system shall be made by mechanical subcontractor. Electrical contractor shall provide the final power connection to the equipment per manufacturer's recommendation.

b. Furnish and install wiring for motor starter and disconnects for all equipment requiring same. Starters are provided integral with equipment.

c. Refer to the plans and Section 15900 for the sequence of operation.

**END OF SECTION 16900 - HVAC CONTROL WIRING**

COPYRIGHT © 2001
LABUNSKI ASSOCIATES ARCHITECTS