# EXHIBIT 2

## TO THE DEPOSITION OF
## BERT BARTRAM