Feb 04, 2003 5:33PM    uth Texas Masonry       -783-6826            p.1

# First Mercury Insurance Company

January 28, 2003

Certified Mail – Return Receipt Requested
Article No.: 7900 3400 0005 5139 7840

South Texas Masonry
805 E Business 83
Pharr, TX 78577

RE:  Our policyholder:  Peacock Construction Company, Inc.
     Claimants:         Jose Salazar, Jose Garcia and Remedios Corral
     Date of Loss:      10/23/02
     Claim Number:      3832
     Project/Location:  Las Dunas Condominium, 4212 Gulf Blvd, South Padre Island, TX.

Dear Sirs:

We are the general liability insurance carrier for the above named policyholder. This letter will serve as our demand (on behalf of our policyholder) for defense, indemnification and reimbursement of any and all costs incurred by or on behalf of our policyholder in the defense of the claims presented.

It is our belief that your company is contractually obligated to defend and indemnify our policyholder against the claims presented pursuant to the applicable subcontract agreement for the project.

It is also our belief that your company is obligated to have our policyholder named as an additional insured under any and all commercial general liability policies held by your company on the date of loss. As an additional insured under said policy (or policies), our policyholder is entitled to defense and indemnification by your insurance carrier(s) for the claims presented.

We request the following of you at this time:

- Please provide us the name and address of your general liability insurance carrier at the time of this loss.
- Please immediately place your commercial general liability carrier on notice of this matter and forward a copy of this letter to their attention. Please be advised that a failure on your part to promptly notify said insurance carrier(s) may ultimately result in your company being denied coverage under an otherwise applicable policy or policies.

We also request that your insurance carrier immediately acknowledge receipt of this matter to the undersigned, in writing, and advise us within 30 days of this request as to their position with regard to:

1. The claim of our policyholder for defense and indemnification under the applicable subcontract; and
2. Whether or not our policyholder qualifies as an additional insured under their policy (or policies).

Please let this also serve as our request, on behalf of our policyholder, for a complete copy of your general liability insurance policy in effect on the date of loss.

Thank you for your attention to the above, and for your anticipated cooperation. Please feel free to contact me if you have any questions.

Sincerely;

Christopher Golles, AIC
Litigation Specialist

cc:  File

EXHIBIT 14 Quinn 3/4/05

29621 Northwestern   P.O. Box 5096   Southfield, MI 48086   Phone: 248-358-4010   Fax: 248-357-5036

TO MHBT- DALLAS
2-7-03  attn: Christy Lee

000008

|  |  |
|---|---|
|  | MCQUEARY |
|  | HENRY |
| FACSIMILE TRANSMISSION | BOWLES |
|  | TROY |

DATE: February 11, 2003

TO: Hartford Insurance Companies
Attn: Commercial General Liability Claims

PHONE: 800-327-3636

FAX: 800-347-8197

FROM: Christy L. Lee
McQueary Henry Bowles Troy

RE: Insured:    South Texas Masonry
Claimant:   Peacock Construction Company, Inc.
DOL:        10/23/2002
Policy#:    46SBANS1014

Number of Pages  3   (Include this page)

---

COMMENTS: Ladies & Gentlemen:

Attached please find a general liability loss notice regarding the above referenced insured. Please assign a claim number and an adjuster and have them contact our insured and this office with their assignment as soon as possible.

Thank you for your assistance.

Christy L. Lee
Commercial Claims Representative
Direct Line: (972) 770-1617

Cc: Brenda Hunter          2 pages including cover          via fax#: 210-658-6256


EXHIBIT
15
Quinn  2/11/05

*(Please call if pages are illegible or not properly received)*

000016
Insurance & Bonds

McQueary Henry Bowles Troy, L.L.P.
12700 Park Central Drive   Suite 1700   Dallas, Texas 75251   972-770-1600   Fax: 972-770-1699

```
                                                                    ☑ 022
```


*No but*

## THE HARTFORD - INTERCOMM - SUBMISSION RECAP

NAMED INSURED: SOUTH TEXAS MASONRY        ELIAZAR & BALDEMAR SALAZAR DBA

LEGAL ENTITY: PARTNERSHIP     BUSINESS PROCESSING TYPE: NEW

MAILING ADDRESS:
  STREET: 805 E. BUSINESS
  CITY: PHARR              ST: TX    : ZIP: 78577-

CONTACT NAME: ROY MORENO         CONTACT PHONE: 956-782-6286

RECEIVED DATE: 12/05/2001  EFF. DATE: 12/01/2001  EXP. DATE: 12/01/2002

PRODUCING HARTFORD OFFICE: DALLAS

AGENCY CODE: 461496  MCQUEARY HENRY BOWLES TROY, LLP

POLICY GROUP SELECTION: SPECTRUM

POLICY NUMBER: 46 SBA NS1014   QUOTE #: 001   SEGMENT: SELECT

TRANS TYPE: REQUEST ISSUE      PREV. U/W DECISION:    (UW:  )

COMPANY CODE AND NAME: B  HARTFORD LLOYDS INSURANCE

FEIN #:              DI: 3    MSI: 100       SIC: 1741

BILL PLAN: 05  MONTHLY -   1 MO DOWN    ACCOUNT NO:

        **$18,637.**

DESCRIPTION OF BUSINESS:
MASONRY & STONE WORK - OFFICE ONLY
INSTRUCTIONS:

*[handwritten notes in margins: "46 SBA NS1014" (vertical left); "MB 1216"; "# of EE fluctuates depending on job. LH 12/27 v status at"; "ok to issue Change payroll to $306,200"; "payroll is low for 25 ees plus owners payroll is $15,600 for each partner"]*

*10287591 27*
*08308021A*



EXHIBIT
16
Quinn 3/11/05

QUOTE ID #: 46 SBA NS1014    SEQ #: 001   PROCESS DATE : 12/05/2001