United States District Court
Southern District of Texas
FILED

MAY 0 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC. | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-111 |
| | § | |
| HARTFORD LLOYD'S INSURANCE COMPANY | § | |

**PLAINTIFF'S SUPPLEMENTAL EXHIBIT IN SUPPORT OF PLAINTIFF'S
CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF
COVERAGE, AND RESPONSE IN OPPOSITION TO DEFENDANT'S 12(B)(6)
MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Plaintiff, **PEACOCK CONSTRUCTION COMPANY, INC.**, and presents the

attached documentary exhibit as supplemental evidence in support of Plaintiff's Cross-Motion

for Partial Summary Judgment on the Issue of Coverage, and Response in Opposition to

Defendant's 12(B)(6) Motion to Dismiss or Alternatively for Summary Judgment (hereinafter

"Plaintiff's Cross-Motion for Summary Judgment"), and would show unto the court as follows:

**I.**

On April 18, 2005, plaintiff filed its Cross-Motion for Summary Judgment among the

papers in the above-styled and numbered cause. Subsequent thereto, on April 25, 2005,

undersigned counsel for plaintiff received written documentary evidence produced by South

Texas Masonry in the underlying state court lawsuit, including a "Certificate of Liability

Insurance" dated January 29, 2002, which heretofore had not been produced in discovery in

that case or in the present federal court action. A true and correct copy of that "Certificate of

_Peacock Construction v. Hartford, et al._; Suppl. Evidence to Cross-Mot. for SJ -- p. 1 of 5 pgs.

Liability Insurance", as received by undersigned counsel for plaintiff, is attached hereto as Exhibit "A", reference to which is made and the same incorporated herein in its entirety for all purposes as if fully copied and set forth at length. This document is relevant to plaintiff's contention that the intent of the parties was for Peacock to be named as an additional insured on the "Hartford Business Spectrum Insurance Policy" No. 46 SBA NS 1014 issued by defendant Hartford Lloyd's Insurance Company to South Texas Masonry, which had effective dates between December 1, 2001 and December 1, 2002.

WHEREFORE, PREMISES CONSIDERED, plaintiff Peacock Construction Company, Inc. prays that this Honorable Court consider the single page document attached hereto as Exhibit "A", consisting of a "Certificate of Liability Insurance" dated January 29, 2002, when ruling on the pending dispositive motions in the above-styled and numbered cause. Plaintiff prays for such other and further relief, at law or in equity, to which it may show itself justly entitled.

Respectfully submitted,

LAW OFFICE OF VICTOR M. CARRERA, P.C.
1 Paseo Del Prado 103B
Edinburg, TX 78539
-----------
Tel.: 956/661-8100
Fax: 956/661-8104

Victor M. Carrera
Federal I.D. No. 2190
State Bar of Texas No. 03871300

COUNSEL FOR PLAINTIFF PEACOCK
CONSTRUCTION COMPANY, INC.

---

Ruben R. Peña
Federal I.D. No. 1216
State Bar of Texas No. 15740900
**LAW OFFICE OF RUBEN R. PEÑA**
222 West Harrison
Harlingen, TX 78550
Tel.: (956) 412-8200
Fax: (956) 412-8282

**ATTORNEY-IN-CHARGE FOR PLAINTIFF
PEACOCK CONSTRUCTION COMPANY, INC.**

---