## VERIFICATION

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HIDALGO | § |

BEFORE ME, the undersigned authority, on this day personally appeared VICTOR M. CARRERA, who being by me duly sworn, on his oath deposed as follows:

"My name is VICTOR M. CARRERA, and I am over eighteen years of age and have never been convicted of a felony or a crime involving moral turpitude. I am a licensed attorney in the State of Texas and am one of the attorneys representing the plaintiff, Peacock Construction Company, Inc., in the above-styled and numbered cause, and also in the underlying state court action, Cause No. 2002-11-4371-G, *Peacock Construction Company, Inc. v. McQueary Henry Bowles & Troy, L.L.P. and South Texas Masonry*, presently pending in the 404th Judicial District Court of Cameron County, Texas. I am fully qualified and competent in all respects to make this Verification, and am fully authorized to do so on behalf of Peacock Construction Company, Inc. All statements of fact set forth herein are true and correct based on my personal knowledge. On April 25, 2005 I received the document attached hereto as Exhibit "A" from the Law Offices of David Dunn, as part of a set of documents attached to an instrument styled "Third Party Defendant South Texas Masonry's Answers and Responses to Third Party Defendant McQueary Henry Bowles & Troy, L.L.P.'s Interrogatory and Request for Production". I therefore state, on my best information and belief, that the document attached hereto as Exhibit "A" is a true and correct copy of a genuine document.

FURTHER AFFIANT SAYETH NOT."

_____
VICTOR M. CARRERA

SUBSCRIBED AND SWORN TO BEFORE ME by the said VICTOR M. CARRERA, affiant, to which witness my hand and seal of office on this the 5th day of May, 2005

ROXANNA S. CROWE
Notary Public, State of Texas
My Commission Expires
7-21-2005

_____
Notary Public, in and for the State of Texas

---

*Peacock Construction v. Hartford, et al.*; Suppl. Evidence to Cross-Mot. for SJ -- p. 4 of 5 pgs.

## CERTIFICATE OF SERVICE

On May 5, 2005, copies of "**PLAINTIFF'S SUPPLEMENTAL EXHIBIT IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF COVERAGE, AND RESPONSE IN OPPOSITION TO DEFENDANT'S 12(B)(6) MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT**" were sent via U.S. *certified* mail, return receipt requested to opposing counsel, as follows:

Mr. F. Edward Barker
**BARKER, LEON, FANCHER
 & MATTHYS, L.L.P.**
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, TX 78478

Mr. Trey Martinez
**MARTINEZ, MARTINEZ & BARRERA, L.L.P.**
1201 E. Van Buren
Brownsville, TX 78520

_____
Victor M. Carrera