IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY INC. | § § § | |
| | § | CIVIL ACTION NO. B-04-111 |
| VS. | § § | |
| HARTFORD CASUALTY INSURANCE COMPANY AND HARTFORD LLOYD'S INSURANCE COMPANY | § § § § | "BENCH TRIAL" |

**DEFENDANT HARTFORD LLOYDS INSURANCE COMPANY'S RESPONSE TO PLAINTIFF PEACOCK CONSTRUCTION COMPANY'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF COVERAGE**

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Hartford Lloyds Insurance Company and makes this its response to the Plaintiff's Cross-Motion for Partial Summary on the issue of Coverage, and its response and opposition to Defendant's 12(B)(6) Motion to Dismiss or Alternatively for Summary Judgment and would show unto the court as follows:

1.    On or about the 22nd day of March, 2005, the Defendant Hartford Lloyd's Insurance Company filed it's 12(B)(6) Motion to Dismiss or Alternatively for Summary Judgment with a copy being forwarded as of that day to Plaintiff, Peacock Construction Company and its counsel.

2.	On or about the 18th day of April, 2005, Plaintiff filed its "Cross-Motion for Partial Summary Judgment on the issue of Coverage and Response and Opposition to Defendant's 12(B)(6) Motion to Dismiss or Alternatively for Summary Judgment."

3.	In response to Plaintiff's Cross-Motion for Partial Summary Judgment and its Response in Opposition to the Defendant's 12(B)(6) Motion to Dismiss it is noted that substantially all of Plaintiff's arguments relate in some way as an attempt to diminish, attack or in someway distinguish its current situation from the propositions of law set forth in Defendant's 12(B)(6) Motion supported by the expert report and testimony of Mr. Sean Michael Quinn. Mr. Sean Michael Quinn was designated by the Defendants as an expert in insurance law and his report along with his resume and history of testimonial cases have all been provided to both the court and to the Plaintiff. **The Plaintiff wholly failed to designate an insurance expert in this cause.** The Plaintiff simply seeks to attack the opinions of Mr. Quinn.

4.	Attached hereto and made a part hereof as well as a part of the Defendant's Rule 12(B)(6) Motion to Dismiss or Alternatively for Summary Judgment is an Affidavit submitted by Mr. Sean Michael Quinn which deals specifically with the most serious issues raised by Plaintiff in its response to the Defendant's filing herein. In summary, Mr. Quinn meets and defeats the arguments of Plaintiff and again asserts that Hartford Lloyd's Insurance Company did not, under the circumstances of this cause, provide insurance coverage to Peacock Construction Company try as it might to bring itself within the provisions of the policy from a factual standpoint.

On May 6, 2005, The undersigned received from Mr. Victor Carrera a document purporting to be an instrument entitled "Certificate of Liability Insurance" prepared, not by Hartford Lloyds Insurance Company but by a third party - not a party to this lawsuit, dated January 29, 2002, supposedly reflecting an "intent of the parties" [the term "parties" being undisclosed or undefined] for Peacock to be an additional insured relating to some project known as the "Las Dumas Condominiums" - which is **not** the name of the project upon which the Plaintiffs' decedents were killed - it being the "Las Dumas Condominiums".

Regardless of the name of the project at issue, attached hereto is a copy of the Certificate of Insurance most recently issued immediately prior to the Plaintiffs' decedents deaths and dated August 30, 2002 which REMOVES any mention of Peacock from an consideration as an additional insured under the Hartford policy at issue.

Lastly, even if the Court should place any weight on the "Certificate of Liability Insurance" just produced by the Plaintiff it still does not overcome the criticisms testified to by Defense Expert, Sean Michael Quinn in his deposition, Primary Report or Affidavit attached hereto.

This court should, as a matter of law deny Plaintiff's Cross-Motion for Partial Summary Judgment on this issue of coverage and response in opposition to Defendant's 12(B)(6) Motion to Dismiss or Alternatively Summary Judgment and Grant Defendant's 12(B)(6) Motion to Dismiss or Alternatively its Motion for Summary Judgment in that, as a matter of law and the facts of this case (1) there is no insurance coverage provided for Peacock Construction Company by The Hartford Lloyd's Insurance Company policy at issue, (2) that being the case, this Defendant prays the court dismiss with prejudice this cause against Hartford Lloyd's Insurance Company in its entirety and for whatever further relief or equity this Defendant may be entitled.

Respectfully submitted,

F. Edward Barker
State Bar No. 01741000
Federal I.D. No. 970
Attorney-in-Charge for Defendant
Hartford Lloyd's Insurance Company
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
(361) 881-9217; FAX: (361) 882-6590

OF COUNSEL:
BARKER, LEON & FANCHER, L.L.P.

Mr. Trey Martinez
Martinez, Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
(956) 546-7159; FAX: (956) 544-0602

Co-Counsel for Defendant
Hartford Lloyd's Insurance Company

## CERTIFICATE OF SERVICE

I, F. Edward Barker, certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, in the manner set forth below, on this the 6th day of MAY, 2005.

**Via E-Certified Mail**
Mr. Ruben R. Pena
LAW OFFICES OF RUBEN R. PENA
222 West Harrison
P.O. Box 530160
Harlingen, Texas 78550

*Plaintiff's Counsel*

**Via E-Certified Mail**
Mr. Victor M. Carrera
Mr. Roger H. Reed
Mr. Alberto L. Guerrero
REED, CARRERA, McLAIN & GUERRERO, LLP
1 Paseo del Prado, Bldg. 101
Edinburg, TX 78539

*Plaintiff's Additional Counsel*

F. Edward Barker