| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | **VERIFICATION** |
| COUNTY OF NUECES | § | |

BEFORE ME, the undersigned authority, on this day personally appeared **F. EDWARD BARKER,** who being by me duly sworn, on his oath deposed as follows:

"My name is "F. Edward Barker", and I am over eighteen years of age and have never been convicted of a felony or a crime involving moral turpitude. I am a licensed attorney in the State of Texas and am one of the attorney's representing Hartford Lloyds Insurance Company, in the above-styled and numbered cause. I am fully qualified and competent in all respects to make the Verification, and am fully authorized to do so on behalf of Hartford Lloyds Insurance Company. All statements of fact set forth herein are true and correct based on my personal knowledge. The attached Exhibit, i.e. a Certificate of Liability Insurance dated August 30, 2002, has been present with Mr. Carrera and the Plaintiffs for the last several months. The instrument attached to this Verification was provided Mr. Carrera in discovery and at the time of the taking of Hartford Representatives' Depositions. Plaintiffs' counsel therefore, has, at all times known that the Certificate of Liability Insurance immediately in effect prior to the death of Plaintiffs' decedents in October of 2002, but fails to mention same in his supplemental filing.

FURTHER AFFIANT SAYETH NOT."

_____
F. Edward Barker

SUBSCRIBED AND SWORN TO BEFORE ME by the said F. Edward Barker, affiant, to which witness my hand and seal of office on this the 6th day of May, 2005.

_____
Notary Public - State of Texas
Kathleen K. Feeken - Printed Name
My commission expires: 6/5/09

KATHLEEN K. FEEKEN
MY COMMISSION EXPIRES
June 5, 2009

Client#: 9447    SOUTHTEX

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY): 08/30/02

**PRODUCER**
McQueary Henry Bowles Troy SA
16607 Blanco Road
Suite 904
San Antonio, TX 78232

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE**

**INSURED**
South Texas Masonry
Baldemar Salazar
805 E. Business 83
Pharr, TX 78577

INSURER A: Hartford Casualty Insurance Co.
INSURER B:
INSURER C:
INSURER D:
INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY  X  COMMERCIAL GENERAL LIABILITY  CLAIMS MADE  X  OCCUR | 46SBANS1014 | 12/01/01 | 12/01/02 | EACH OCCURRENCE | $1,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $300,000 |
| | | | | | MED EXP (Any one person) | $10,000 |
| | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | GENERAL AGGREGATE | $2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY  PROJECT  LOC | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | AUTOMOBILE LIABILITY  ANY AUTO  ALL OWNED AUTOS  SCHEDULED AUTOS  HIRED AUTOS  NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | GARAGE LIABILITY  ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN AUTO ONLY:  EA ACC  AGG | $  $ |
| | EXCESS LIABILITY  OCCUR  CLAIMS MADE   DEDUCTIBLE  RETENTION  $ | | | | EACH OCCURRENCE | $ |
| | | | | | AGGREGATE | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | | WC STATU-TORY LIMITS  OTH-ER | |
| | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | OTHER | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**
Re: Las Dumas Condominiums
   4212 Gulf Blvd.
   South Padre Island, TX

**CERTIFICATE HOLDER** | **ADDITIONAL INSURED; INSURER LETTER:** | **CANCELLATION**

Peacock Construction Company, Inc.
Attn: Bella Cisneros
P.O. Box 530096
Harlingen, TX 78553

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL _10_ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE
[signature]

MRM   © ACORD CORPORATION 1988

ACORD 25-S (7/97) 1 of 2   #M36221

00096