**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC. | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-04-111 |
| | * | (636(c)) |
| HARTFORD CASUALTY INSURANCE | * | |
| COMPANY, ET AL | * | |

**ORDER SETTING STATUS CONFERENCE**

A status conference in the above-captioned cause of action is hereby set for May 11, 2005, at 3:00 p.m.

DONE at Brownsville, Texas, on 9th day of May 2005.

_____
Felix Recio
United States Magistrate Judge
UNITED STATES DISTRICT COURT
U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520