United States District Court
Southern District of Texas
FILED

MAY 1 2 2005

Michael N. Milby
Clerk of Court

COURTROOM MINUTES: **Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

| | |
|---|---|
| Courtroom Clerk: | L M Villarreal |
| ERO: | Dahlila Ahumada |
| Law Clerk: | Jason Scott |
| CSO: | Willie Canant |
| Date: | May 11, 2005, 3:10 p.m. to 3:16 p.m. |

---

# C.A. NO. B04-111 (636(c))

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION CO. | * | Victor Carrera & Ruben R. Pena |
| VS | * | |
| HARTFORD LLOYD'S INSURANCE | * | F. Edward Barker |

---

### STATUS CONFERENCE

Attorneys Carrera and Pena appeared for the Plaintiff; attorney Barker appeared for the Defendant.

The Court ordered to the case to mediation and is prepared to appoint Arturo C. Nelson as the mediation if there is no objection from the parties. The parties had no objection. The Court will issue an order of mediation.

The Court would like to resolve this case by the end of summer.

The bench trial set for May 16, 2005, is cancelled.