ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION CO. | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-04-111 |
| | * | (636(c)) |
| HARTFORD LLOYD'S INSURANCE | * | |

## MEDIATION ORDER

The Court has determined that this cause of action is appropriate for mediation under Local Rule 16.4 and refers the case to the following mediator:

> Mr. Arturo C. Nelson
> 3505 Boca Chica Blvd, Ste 434
> Brownsville, Texas 78521
> 956/541-3601
> Fax: 956/541-1488

Mediation is a mandatory but non-binding settlement conference in which the parties attempt to resolve their differences with the assistance of a third-party mediator.

Within five (5) business days from the date of this Order, all counsel must contact the mediator to arrange the details of mediation. If the parties and the mediator cannot agree on a date, the mediator will select a date, and the parties shall appear as directed by the mediator. Mediation shall occur no later then thirty (30) days from the date of this Order.

All proceedings in a mediation session are confidential and privileged from discovery. No subpoena, summons or discovery paper shall be served at or near the location of any mediation session, upon any person entering, leaving or attending any mediation session.

The mediator and the parties will determine the fee for the mediation. The fee is to be divided and borne equally by the parties unless otherwise agreed to or ordered.

All dates of the Rule 16 scheduling order are temporarily suspended. If mediation is unsuccessful, an amended scheduling order will be entered.

Immediately after the mediation, the mediator will report to the court via telephone or e-mail whether or not the mediation was successful. Thereafter, the mediator will find with the court a memorandum as required by Local Rule 16.4K.

All parties shall mediate in good faith. It is expected that lead counsel and parties, or representatives of corporate parties, must be present at the conference with full authorization to accomplish settlement of this case.

DONE at Brownsville, Texas, on 13th day of May 2005.

Felix Recio
United States Magistrate Judge