ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC. | * * * | |
| VS | * * | CIVIL ACTION NO. B-04-111 (636(c)) |
| HARTFORD LLOYD'S INSURANCE | * | |

## ORDER CANCELLING BENCH TRIAL

Since the above-captioned cause of action is scheduled for mediation, the bench trial set for May 16, 2006, is hereby **CANCELLED.**

DONE at Brownsville, Texas, this 13th day of May 2005.

Felix Recio
United States Magistrate Judge