# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

PEACOCK CONSTRUCTION COMPANY　　*
INC.

vs　　　　　　　　　　　　　　　　　*　　CIVIL ACTION NO. B04-111
　　　　　　　　　　　　　　　　　　　　　　(636(c))
HARTFORD LLOYD'S INSURANCE　　　*

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### STATUS CONFERENCE

**August 19, 2005, at 1:30 p.m.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:　　U.S. Federal Building & Courthouse
　　　　　　600 E. Harrison, 2nd Floor
　　　　　　Brownsville, TX 78520

**BY ORDER OF THE COURT**

August 1, 2005

cc:　　All Counsel