IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY INC. | § § § | |
| | § | CIVIL ACTION NO. B-04-111 |
| VS. | § § § | |
| HARTFORD CASUALTY INSURANCE COMPANY AND HARTFORD LLOYD'S INSURANCE COMPANY | § § § § | "BENCH TRIAL" |

**MOTION FOR LEAVE TO FILE DEFENDANT HARTFORD LLOYD'S INSURANCE COMPANY'S MOTION FOR CONTINUANCE OF THE STATUS CONFERENCE SCHEDULED FOR AUGUST 19, 2005**

Comes now, Defendant Hartford Lloyd's Insurance Company and makes this Motion for Leave to File a Motion for Continuance of the Status Conference scheduled to occur on August 19, 2005 and would show the court as follows:

## I. FACTS

On August 19, 2005, the undersigned is scheduled to be in a full day court ordered mediation in Cause No. 04-4151-H; Martin Marietta Materials Southwest, Ltd. vs. Sunbelt Express Services, Inc., in the 347th Judicial District Court, Nueces County, Texas. Said mediation has been long scheduled and ordered to occur by the court. Said Mediation is scheduled to occur with Mr. Marvin Nebrat in Corpus Christi, Texas.

## II. PRAYER

Wherefore Defendant prays that this court grant this motion for leave to file this Motion for Continuance of this cause and for whatever further relief in law or equity defendant may be entitled.

---

*DEFENDANT'S MOTION FOR LEAVE TO FILE*
*MOTION FOR CONTINUANCE*

Respectfully submitted,

*[signature]*

F. Edward Barker
State Bar No. 01741000
Federal I.D. No. 970
Attorney-in-Charge for Defendants
Hartford Casualty Insurance Company and
Hartford Lloyd's Insurance Company
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
(361) 881-9217; FAX: (361) 882-6590

OF COUNSEL:
BARKER, LEON & FANCHER, L.L.P.

Mr. Trey Martinez
Martinez, Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
(956) 546-7159; FAX: (956) 544-0602

Co-Counsel for Defendants
Hartford Casualty Insurance Company and
Hartford Lloyd's Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2005, a complete and correct copy of DEFENDANT HARTFORD LLOYDS INSURANCE COMPANY'S MOTION FOR CONTINUANCE was served on each party by delivery to the following attorneys of record in accordance with the Federal Rules of Civil Procedure.

Mr. Ruben R. Pena
LAW OFFICES OF RUBEN R. PENA
222 West Harrison
P.O. Box 530160
Harlingen, Texas 78550

Mr. Roger Reed
Mr. Victor M. Carrera
Mr. Alberto L. Guerrero
REED, CARRERA, MCLAIN & GUERRERO, L.L.P.
1 Paseo del Prado, Bld. 101
Edinburg, Texas 78539
Or P.O.Box 9702
McAllen, Texas 78502-9702

_____
F. Edward Barker

## CERTIFICATE OF CONFERENCE

This will certify that I have conferred with opposing counsel by telephone concerning the above and foregoing Motion for Continuance and said counsel is not opposed to the Motion for Continuance.

**Signed** this 3nd day of AUGUST, 2005.

_____
F. Edward Barker