IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY INC. | § § § § § § § § § § § | |
| VS. | | CIVIL ACTION NO. B-04-111 |
| HARTFORD CASUALTY INSURANCE COMPANY AND HARTFORD LLOYD'S INSURANCE COMPANY | | "BENCH TRIAL" |

## DEFENDANT HARTFORD LLOYD'S INSURANCE COMPANY'S MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, Hartford Lloyd's Insurance Company, in the above styled and numbered cause, and makes this its Motion for Continuance and for cause would respectfully show unto the Court as follows:

I.

A Status Conference was scheduled by this honorable court to occur on August 19, 2005, @ 1:30 p.m.

II.

On August 19, 2005, the undersigned is scheduled to be in a full day court ordered mediation in Cause No. 04-4151-H; Martin Marietta Materials Southwest, Ltd. vs. vs. Sunbelt Express Services, Inc., in the 347th Judicial District Court, Nueces County, Texas. Said mediation has been long scheduled and ordered to occur by the court. Said

Mediation is scheduled to occur with Mr. Marvin Nebrat in Corpus Christi, Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court grant this Motion For Continuance continuing the Status Conference until a time when the undersigned Defendant can be available.

Respectfully submitted,

_____
F. Edward Barker
State Bar No. 01741000
Federal I.D. No. 970
Attorney-in-Charge for Defendants
Hartford Casualty Insurance Company and
Hartford Lloyd's Insurance Company
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
(361) 881-9217; FAX: (361) 882-6590

OF COUNSEL:
BARKER, LEON & FANCHER, L.L.P.

Mr. Trey Martinez
Martinez, Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
(956) 546-7159; FAX: (956) 544-0602

Co-Counsel for Defendants
Hartford Casualty Insurance Company and
Hartford Lloyd's Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2005, a complete and correct copy of DEFENDANT HARTFORD LLOYDS INSURANCE COMPANY'S MOTION FOR CONTINUANCE was served on each party by delivery to the following attorneys of record in accordance with the Federal Rules of Civil Procedure.

Mr. Ruben R. Pena
LAW OFFICES OF RUBEN R. PENA
222 West Harrison
P.O. Box 530160
Harlingen, Texas 78550

Mr. Roger Reed
Mr. Victor M. Carrera
Mr. Alberto L. Guerrero
REED, CARRERA, MCLAIN & GUERRERO, L.L.P.
1 Paseo del Prado, Bld. 101
Edinburg, Texas 78539
Or P.O.Box 9702
McAllen, Texas 78502-9702

_____
F. Edward Barker

## CERTIFICATE OF CONFERENCE

This will certify that I have conferred with opposing counsel by telephone concerning the above and foregoing Motion for Continuance and said counsel is not opposed to the Motion for Continuance.

Signed this 3rd day of AUGUST, 2005.

_____
F. Edward Barker

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF NUECES | § |

BEFORE ME, the undersigned authority personally appeared F. Edward Barker and upon his their oath stated as follows:

> "My name is F. Edward Barker. I am the attorney for the Defendants in the above styled cause and upon my oath state that the facts contained in the foregoing Motion for Continuance are true and correct."

F. EDWARD BARKER

SUBSCRIBED AND SWORN TO BEFORE ME on this the 2nd day of AUGUST, 2005.

Notary Public, State of Texas

ARLEEN R. PETRI
MY COMMISSION EXPIRES
December 8, 2006

Arleen R. Petri
Printed Name
Commission Expires: 12/08/06