IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY INC. | § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-111 |
| HARTFORD CASUALTY INSURANCE COMPANY AND HARTFORD LLOYD'S INSURANCE COMPANY | § § § § § | "BENCH TRIAL" |

### ORDER GRANTING MOTION FOR CONTINUANCE

ON THIS THE ____ day of August, 2005, came on to be heard the Defendant Hartford Lloyd's Insurance Company's Motion for Continuance of the Status Conference scheduled for August 19, 2005, and the same is hereby **GRANTED**.

SIGNED, ORDERED AND ENTERED, this the ____ day of August, 2005.

_____
Judge Presiding

ORDER - MOTION FOR CONTINUANCE OF STATUS CONFERENCE