IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY INC. | § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-111 (636(c)) |
| HARTFORD CASUALTY INSURANCE COMPANY AND HARTFORD LLOYD'S INSURANCE COMPANY | § § § § | "BENCH TRIAL" |

### ORDER GRANTING MOTION FOR CONTINUANCE

ON THIS THE  8th day of August, 2005, came on to be heard the Defendant

Hartford Lloyd's Insurance Company's Motion for Continuance of the Status

Conference scheduled for August 19, 2005, and the same is hereby **GRANTED**. **The status conference is hereby reset to August 25, 2005, at 1:30 p.m.**
SIGNED, ORDERED AND ENTERED, this the 8th day of August, 2005.

_____
Judge Presiding

ORDER - MOTION FOR CONTINUANCE OF STATUS CONFERENCE