United States District Court
Southern District of Texas
ENTERED

AUG 0 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY INC. | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-111 (636(c)) |
| HARTFORD CASUALTY INSURANCE COMPANY AND HARTFORD LLOYD'S INSURANCE COMPANY | § § § § | "BENCH TRIAL" |

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANT'S MOTION FOR CONTINUANCE

ON THIS THE _8th_ day of August, 2005, came on to be heard the Defendant Hartford Lloyd's Insurance Company's Motion for Leave to File Defendant's Motion for Continuance of the Status Conference scheduled for August 19, 2005, and the same is hereby **GRANTED**.

SIGNED, ORDERED AND ENTERED, this the _8th_ day of August, 2005.

_____
Judge Presiding

ORDER - DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR
CONTINUANCE OF STATUS CONFERENCE