# BARKER, LEON & FANCHER, L.L.P.

**ATTORNEYS AT LAW**

F. EDWARD BARKER †
ROLAND L. LEON *
RICK FANCHER **

TOWER II - SUITE 1200
555 N. CARANCAHUA ST.
CORPUS CHRISTI, TEXAS 78478

(361) 881-9217
FAX: (361) 882-9437
Website: www.blfmlaw.com

MARGERY HUSTON
VADA L. STAHA
_____

STEPHEN J. CHAPMAN
MICHAEL L. MCCAIG

August 26, 2005

Honorable Felix Recio
United States Magistrate Judge
United States District Court - Brownsville Division
Southern District of Texas
600 E. Harrison St.
Room 203
Brownsville, Texas 78520

> Re:   C.A. No. B-04-111; *Peacock Construction Company Inc. v. Hartford Casualty Insurance Company and Hartford Lloyd's Insurance Company*; in the United States District Court, Southern District of Texas, Brownsville Division

Dear Judge Recio:

At the conclusion of the Status Conference yesterday, August 25, 2005, you had mentioned it was your intention to begin ruling on the various motions that were currently pending before you.

I would to take the opportunity to request that you rule on the motions in the order in which they were filed. You will note that our Motion for Summary Judgment was filed prior to any of the other motions and almost immediately came the Plaintiff's Response and the Plaintiff's own Motion for Summary Judgment.

The Plaintiff much thereafter attempted to destroy diversity by continually bringing into this issue the question of the underlying coverage on South Texas Masonry which is not an issue before this court. It is in that reference that I respectfully request the court to first rule on the Motions for Summary Judgment prior to any other Motions being undertaken.

† *Admitted to Practice Law in Tennessee and Texas*
* *Certified by the Texas Board of Legal Specialization in Personal Injury Trial Law and Civil Trial Law*
** *Certified by the Texas Board of Legal Specialization in Personal Injury Trial Law*

Honorable Felix Recio
United States Magistrate Judge
United States District Court - Brownsville Division
August 26, 2005
Page 2

Your courtesies and considerations are, as always, are deeply appreciated.

Very truly yours,

BARKER, LEON & FANCHER, L.L.P.

F. Edward Barker

FEB/arp
cc:

Mr. Ruben R. Pena
LAW OFFICES OF RUBEN R. PENA
222 West Harrison
P.O. Box 530160
Harlingen, Texas 78550

*Plaintiff's Counsel*

Mr. Victor M. Carrera
Mr. Roger H. Reed
Mr. Alberto L. Guerrero
REED, CARRERA, McLAIN &
GUERRERO, LLP
1 Paseo del Prado, Bldg. 101
Edinburg, TX 78539

*Plaintiff's Additional Counsel*