AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

United States District Court
Southern District of Texas
FILED

AUG 2 5 2005

Michael N. Milby
Clerk of Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

PEACOCK CONSTRUCTION
V.
HARTFORD ET AL

## EXHIBIT AND WITNESS LIST

CASE NUMBER:    B-04-CV-111

| PRESIDING JUDGE MAGISTRATE JUDGE RECIO | PLAINTIFF'S ATTORNEY ROGER REED RUBEN PENA, VICTOR CARRERA | DEFENDANT'S ATTORNEY F EDWARD BAKER TREY MARTINEZ |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER ERO R D'VENTURI | COURTROOM DEPUTY SALLY GARCIA |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| XX | | 08/25/05 | x | x | ORDER OF CLARIFICATION FILED AND SIGNED IN THE 404TH JUDICIAL DISTRICT COURT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages