

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY, CLERK**

600 E HARRISON, STREET, #101
BROWNSVILLE, TEXAS 78520
(956)548-2500
FAX (956)548-2598

October 11, 2005

Re: Case Number B-04-CV-111 - Peacock Construction Company VS Hartford Lloyd's Insurance

Dear Sir:

Enclosed is a certified copy of a Order entered on October 7, 2005, remanding the above captioned case to your court.

Please acknowledge receipt of the enclosed order by executing the receipt below and returning it to our office.

Very truly yours,

MICHAEL N. MILBY, CLERK


By: _____
  Maricela Perez, Deputy Clerk


RECEIVED AND FILED UNDER CIVIL ACTION NO. _____

ON: _____

BY: _____