

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**RECEIVED**
OCT 17 2005
404th DISTRICT COURT

600 E HARRISON, STREET, #101
BROWNSVILLE, TEXAS 78520
(956)548-2500
FAX (956)548-2598

**MICHAEL N. MILBY, CLERK**

United States District Court
Southern District of Texas
FILED

OCT 21 2005

Michael N. Milby
Clerk of Court

October 11, 2005

Re: Case Number B-04-CV-111 - Peacock Construction Company VS Hartford Lloyd's Insurance

Dear Sir:

Enclosed is a certified copy of a Order entered on October 7, 2005, remanding the above captioned case to your court.

Please acknowledge receipt of the enclosed order by executing the receipt below and returning it to our office.

Very truly yours,

MICHAEL N. MILBY, CLERK

By: _____
Maricela Perez, Deputy Clerk

RECEIVED AND FILED UNDER CIVIL ACTION NO. __2004-06-3028-G__

ON: __10/17/05__

BY: __Rosie Shelden Artelo__