United States District Court
Southern District of Texas
FILED

DEC 0 2 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC. | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-111 |
| | § | |
| HARTFORD LLOYD'S INSURANCE COMPANY | § | |

### JOINT MOTION FOR REMOVAL AND TRANSFER OF CERTAIN DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

Come now the plaintiff, **PEACOCK CONSTRUCTION COMPANY, INC.**, and defendant, **HARTFORD LLOYD'S INSURANCE COMPANY**, and jointly move this Honorable Court for an order allowing the removal and transfer of certain original documents from the court's file to the 404th Judicial District Court of Cameron County, Texas, and would show unto the court as follows:

### I.

By order dated October 7, 2005, this Honorable Court remanded this cause to the 404th Judicial District Court of Cameron County, Texas.

### II.

Certain documents filed in this action were not forwarded to the 404th Judicial District Court of Cameron County, Texas, and the parties are jointly asking the court to authorize the withdrawal of the following original documents, and that the same be forwarded by the United

---

*Peacock v. Hartford*; Jt. Mot. for Removal & Transfer -- p. 1 of 3 pgs.

States District Clerk's office to the Cameron County District Clerk's office for filing within Cause No. 2002-11-4371-G, *Peacock Construction Company, Inc., et al. v. McQueary Henry Bowles & Troy, LLP, et al.*, in the 404th Judicial District Court of Cameron County, Texas:

1. Plaintiff's Answer to Counterclaim (Docket No. 33);

2. Defendant Hartford Lloyd's Insurance Company's 12(B)(6) Motion to Dismiss or Alternatively for Summary Judgment, with exhibits, filed on or about March 22, 2005 (Docket No. 48);

3. Plaintiff's Cross-Motion for Partial Summary Judgment on the Issue of Coverage, and Response in Opposition to Defendant's 12(B)(6) Motion to Dismiss or Alternatively for Summary Judgment (with Authorities), and a separate volume of exhibits thereto, filed on or about April 19, 2005 (Docket No. 56);

4. Plaintiff's Supplemental Exhibit in Support of Plaintiff's Cross-Motion for Partial Summary Judgment on the Issue of Coverage, and Response in Opposition to Defendant's 12(B)(6) Motion to Dismiss or Alternatively for Summary Judgment, filed on or about May 6, 2005 (Docket No. 57);

5. Defendant Hartford Lloyd's Insurance Company's First Amended Response to Plaintiff Peacock Construction Company, Inc.'s Cross-Motion for Partial Summary Judgment on the Issue of Coverage, with exhibits, filed on or about May 9, 2005 (Docket No. 60); and

6. Plaintiff Peacock Construction Company, Inc.'s letter brief of May 24, 2005, with attached exhibits (inexplicably not listed within the federal court docket sheet).

**WHEREFORE, PREMISES CONSIDERED,** movants pray that this Court enter an order authorizing the withdrawal of the six original documents above mentioned, and the forwarding of same to the 404th Judicial District Court of Cameron County, Texas.

---

Respectfully submitted,

| | |
|---|---|
| **LAW OFFICE OF VICTOR M. CARRERA, P.C.**<br>1 Paseo Del Prado, 103B<br>Edinburg, TX 78539<br>-----------<br>Tel.: 956/661-8100<br>Fax: 956/661-8104<br><br>*/s/ Victor M. Carrera*<br>Victor M. Carrera<br>Federal I.D. No. 2190 | Ruben R. Peña<br>Federal I.D. No. 1216<br>**LAW OFFICE OF RUBEN R. PEÑA**<br>222 West Harrison<br>P.O. Box 530160<br>Harlingen, TX 78550<br>Tel.: (956) 412-8200<br>Fax: (956) 412-8282 |

***Attorneys for Plaintiff Peacock Construction Company, Inc.***

| | |
|---|---|
| **MARTINEZ, MARTINEZ & BARRERA, L.L.P.**<br>1201 E. Van Buren<br>Brownsville, TX 78520<br>Tel.: (956) 546-7159<br>Fax: (956) 544-0602<br><br>*/s/ Trey Martinez, by vmc (with permission)*<br>Trey Martinez<br>Federal I.D. No. 23945 | F. Edward Barker<br>Federal I.D. No. 970<br>**BARKER, LEON, FANCHER & MATTHYS, L.L.P.**<br>555 N. Carancahua St., Suite 1200<br>Corpus Christi, TX 78478<br>Tel.: (361) 881-9217<br>Fax: (361) 882-6590 |

***Attorneys for Defendant Hartford Lloyd's Insurance Company***

---

***Peacock v. Hartford***; Jt. Mot. for Removal & Transfer -- p. 3 of 3 pgs.