IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEACOCK CONSTRUCTION COMPANY, INC. | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-111 |
| | § | |
| HARTFORD LLOYD'S INSURANCE COMPANY | § | |

## ORDER

On this day came on for consideration the parties' Joint Motion for Removal and Transfer of Certain Documents, seeking to have certain original documents transferred from the court's file to the 404th Judicial District Court of Cameron County, Texas. The Court being of the opinion that said Motion is well taken, the same is hereby in all things **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED** and **DECREED** that the United States District Clerk's office shall forward the following original documents from the file in the above-styled and numbered cause to the Cameron County District Clerk's office for filing within Cause No. 2002-11-4371-G, *Peacock Construction Company, Inc., et al. v. McQueary Henry Bowles & Troy, LLP, et al.*, in the 404th Judicial District Court of Cameron County, Texas, as follows:

1. Plaintiff's Answer to Counterclaim (Docket No. 33);

2. Defendant Hartford Lloyd's Insurance Company's 12(B)(6) Motion to Dismiss or Alternatively for Summary Judgment, with exhibits, filed on or about March 22, 2005 (Docket No. 48);

3. Plaintiff's Cross-Motion for Partial Summary Judgment on the Issue of Coverage, and Response in Opposition to Defendant's 12(B)(6) Motion to Dismiss or Alternatively for Summary Judgment (with Authorities), and a separate volume of exhibits thereto, filed on or about April 19, 2005 (Docket No. 56);

---

*Peacock v. Hartford*; Order on Jt. Mot. for Removal & Transfer -- p. 1 of 2 pgs.

4.    Plaintiff's Supplemental Exhibit in Support of Plaintiff's Cross-Motion for Partial Summary Judgment on the Issue of Coverage, and Response in Opposition to Defendant's 12(B)(6) Motion to Dismiss or Alternatively for Summary Judgment, filed on or about May 6, 2005 (Docket No. 57);

5.    Defendant Hartford Lloyd's Insurance Company's First Amended Response to Plaintiff Peacock Construction Company, Inc.'s Cross-Motion for Partial Summary Judgment on the Issue of Coverage, with exhibits, filed on or about May 9, 2005 (Docket No. 60); and

6.    Plaintiff Peacock Construction Company, Inc.'s letter brief of May 24, 2005, with attached exhibits (inexplicably not listed within the federal court docket sheet).

SIGNED this ___ day of **December**, **2005**.


_____
**UNITED STATES MAGISTRATE JUDGE**

Copies to:

Victor Carrera, **Law Office of Victor M. Carrera,** 1 Paseo del Prado 103B, Edinburg, TX 78539;

Ruben Peña, **Law Office of Ruben Peña,** P.O. Box 530160, Harlingen, TX 78551;

F. Edward Barker, **Barker, Leon, Fancher,** *etc.,* 555 Carancahua, Suite 1200, Corpus Christi, TX 78478;

Trey Martinez, **Martinez, Martinez & Barrera,** 1201 E. Van Buren, Brownsville, TX 78520.